# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 15-CV-633C                                    Purchased/Filed: July 16, 2015

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        WESTERN DISTRICT

William J. Wagner                                                                 Plaintiff

against

Chiari & Ilecki, LLP                                                              Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

____Heather Morigerato____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____July 23, 2015____, at ____11:45am____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial

on ____Chiari & Ilecki, LLP____, the Defendant in this action, by delivering to and leaving with ____Sue Zouky____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section ____121-1505 Limited Liability Partnership Law____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
23rd day of July, 2015

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1509656

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**