

August 13, 2015

Attorneys At Law
Terrence M. Connors
Lawrence J. Vilardo
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Matthew R. Benner
Paul A. Woodard
Nicholas A. Romano
Christina L. Saccocio

*Also admitted in District
of Columbia

Paralegals
Susan B. Fischer, R.N.
Curtis J. Ahrens, Jr.
John P. Kromer
Nancy Pelham, R.N.
Sara E. Lyons
Laura M. Lonski
Karen L. Buchinger, R N.
Christine A. Trojan, R.N.

Via Facsimile – (716) 551-1835

Hon. John T. Curtin
Senior United States District Judge
2 Niagara Square
Buffalo, New York 14202

   Re: Wagner v. Chiari & Ilecki, LLP
     Docket No. 15-cv-00633-JTC

Dear Judge Curtin:

  We have been asked to represent the defendant in this action, Chiari & Ilecki, LLP. We learned of this proceeding only this week, and we are presently investigating whether we can participate. Therefore, we respectfully request that the defendant's time to answer, move, or otherwise respond to the complaint be extended twenty-nine days – that is, until Friday, September 11, 2015. We have conferred with Kenneth R. Hiller, Esq., counsel for the plaintiff, and he has kindly consented to our request.

  Thank you for your consideration.

  Respectfully,

  *Terry Connors*

  Terrence M. Connors

cc: (via email)
  Kenneth R. Hiller, Esq.
  Seth J. Andrews, Esq.

1000 Liberty Building • Buffalo, NY 14202
716.852.5533 • fax 716.852.5649
www.connors-vilardo.com