UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                        Plaintiff,

   -vs-　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

                                                    Docket No. 15-cv-633-JTC

CHIARI & ILECKI, LLP,

                        Defendant.
_____

     PLEASE TAKE NOTICE that pursuant to Rule 83.2 of the Local Rules of Civil Procedure, Terrence M. Connors, Esq., hereby appears on behalf of defendant, CHIARI & ILECKI, LLP, and respectfully demands service upon him of all future pleadings, papers, and documents served in this action.  The filing and service of this notice should not be construed as a waiver of any defenses or objections defendant may have, including as to jurisdiction or venue.

DATED:    Buffalo, New York
                 September 11, 2015

                                                    _s/Terrence M. Connors_____
                                                    Terrence M. Connors, Esq.
                                                    **CONNORS & VILARDO, LLP**
                                                    Attorneys for Defendant
                                                    1000 Liberty Building
                                                    Buffalo, New York 14202
                                                    (716) 852-5533
                                                    tmc@connors-vilardo.com