UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                              Plaintiff,

    -vs-

CHIARI & ILECKI, LLP,

                              Defendant.
_____

**NOTICE OF APPEARANCE**

Docket No. 15-cv-633-JTC

      PLEASE TAKE NOTICE that pursuant to Rule 83.2 of the Local Rules of Civil Procedure, Paul A. Woodard, Esq., hereby appears on behalf of defendant, CHIARI & ILECKI, LLP, and respectfully demands service upon him of all future pleadings, papers, and documents served in this action.  The filing and service of this notice should not be construed as a waiver of any defenses or objections defendant may have, including as to jurisdiction or venue.

DATED:    Buffalo, New York
                 September 11, 2015

                                                s/Paul A. Woodard
                                             Paul A. Woodard, Esq.
                                             **CONNORS & VILARDO, LLP**
                                             Attorneys for Defendant
                                             1000 Liberty Building
                                             Buffalo, New York 14202
                                             (716) 852-5533
                                             paw@connors-vilardo.com