UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────

WILLIAM J. WAGNER,

                    Plaintiff,                    **STIPULATED ORDER**

    -vs-                                Docket No. 15-cv-633-JTC

CHIARI & ILECKI, LLP,

                    Defendant.
───────────────────────────────────────

       IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Hugh M. Russ, III, Esq., has been selected, contacted, and has agreed to serve as Mediator for this action.

       IT IS FURTHER STIPULATED AND AGREED that the Court's Scheduling Order is amended as follows:   the deadline for the initial mediation session is extended from February 10, 2016, to February 17, 2016.

       IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on February 17, 2016, at 10:00 a.m.

       IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED:   Buffalo, New York
              January 6, 2016


  s/Seth J. Andrews                              s/Terrence M. Connors
Seth J. Andrews, Esq.                       Terrence M. Connors, Esq.
**Law Offices of Kenneth Hiller**           Paul A. Woodard, Esq.
*Attorneys for Plaintiff,*                  **CONNORS LLP**
*William J. Wagner*                          *Attorneys for Defendant,*
6000 N. Bailey Avenue – Suite 1A            *Chiari & Ilecki, LLP*
Amherst, New York 14226                     1000 Liberty Building
(716) 564-3288                              Buffalo, New York 14202
sandrew@kennethhiller.com                   (716) 852-5533
                                            tmc@connorsllp.com
                                            paw@connorsllp.com




SO ORDERED.


                      _____
                                    JOHN T. CURTIN
                            UNITED STATES DISTRICT JUDGE