UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

WILLIAM J. WAGNER

                          Plaintiff,                      **MEDIATION CERTIFICATION**

                          -vs-                                15-CV-0633

CHIARI & ILECKI, LLP,

                        Defendant.

―――――――――――――――――――――――――

I hereby certify that:

☐ Case has settled prior to scheduling first session.

☐ Case has settled prior to session scheduled for _____.

☑ Mediation session was held on February 26, 2016.

    ☐ **Case has settled.** The parties have agreed that _____ will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than _____.

    ☐ **Case has not settled.** Mediation will continue on _____.

    ☐ **Case has not settled.** The parties may schedule another session at a later date.

    ☑ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: February 26, 2016                         */s Hugh M. Russ, III*
                                                                       Hugh M. Russ, III
                                                                       Mediator

Additional Comments: