# Law Offices of
# Kenneth Hiller, PLLC

Main Office: 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226
Telephone: (716) 564-3288   Facsimile: (716) 332-1884
Toll Free Number: (877) 236-7366
www.kennethhiller.com

<u>VIA FAX (585)613-4095
& REGULAR MAIL</u>

September 7, 2016

Hon. Frank P. Geraci
U. S. District Court
100 State Street
Rochester, New York 14614

Re:   <u>Wagner v. Chiari & Ilecki, LLP</u>
      <u>1:15-cv-00633</u>

Dear Judge Geraci:

     This letter is to request an extension of the current Scheduling Order for the above-referenced matter. The parties respectfully request that the remaining deadlines pertaining to overall discovery and dispositive motions be modified. The parties have engaged in mediation and served written discovery and are requesting an extension of time to allow for depositions and the remaining written discovery. I have spoken with opposing counsel and they are in agreement with said request. Therefore, it is respectfully requested that the Court modify the overall discovery deadline to November 8, 2016.

     Thank you for your consideration.

SO ORDERED THIS 13th DAY OF Sept 20 16

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

Very truly yours,

Seth Andrews, Esq.

cc: Paul A. Woodard, Esq. (via fax 716-852-5649 & regular mail)

*Social Security Disability, Consumer Litigation and Long Term Disability*