UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

       Plaintiff,                      **NOTICE OF APPEARANCE**

     v.                                 **Civil Action No.15-CV-633-FPG**

CHIARI & ILECKI, LLP,

       Defendants.
_____

TO:    Clerk of the Court and all parties of record

      I am authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, William J. Wagner.

DATED: October 24, 2016

                                              /s/ *Kenneth R. Hiller*_____
                                              Kenneth R. Hiller, Esq.
                                              Law Offices of Kenneth Hiller
                                              Attorneys for Plaintiff
                                              6000 N. Bailey Avenue – Suite 1A
                                              Amherst, New York 14226
                                              (716) 564-3288
                                              khiller@kennethhiller.com