From: "Paul A. Woodard" <paw@connorsllp.com>
Date: 10/18/16 5:00 PM (GMT-05:00)
To: Seth Andrews <sandrews@kennethhiller.com>
Subject: Wagner v. Chiari & Ilecki

Seth,

Further to my voicemail, I enclose a notice for your deposition in connection with the above matter.  At your convenience, please contact me regarding whether you require a subpoena and to discuss this matter further.

Best regards,

Paul

--

Paul A. Woodard

Connors LLP

1000 Liberty Building

Buffalo, NY 14202

716-852-5533 (Phone)

716-852-5649 (Fax)

paw@connorsllp.com

**CONFIDENTIAL:** *This e-mail is confidential and intended only for the recipient(s) named.  Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others.  If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.  Thank you.*



# CONNORS LLP

*Attorneys At Law*
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Paul A. Woodard
Nicholas A. Romano
Caitlin M. Higgins
Christina L. Saccocio
Christopher J. Larrabee
Caitlin E. O'Neil

*Paralegals*
Susan B. Fischer, R.N.
Curtis J. Ahrens, Jr.
John P. Kromer
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Rusch
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Stephanie M. Haberl, R.N.

*Also admitted in
District of Columbia*

October 18, 2016

**Via First-Class Mail & Email**
Seth J. Andrews, Esq.
The Law Offices of Kenneth Hiller
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226

Re: Wagner v. Chiari & Ilecki, LLP

Dear Mr. Andrews:

On behalf of defendant, Chiari & Ilecki, LLP, I enclose a notice of your deposition in connection with the above matter. At your convenience, please contact me to discuss this matter further.

Very truly yours,

Paul A. Woodard

PAW/klw
Enclosure

1000 Liberty Building, Buffalo, New York 14202 | P: 716-852-5533 | F: 716-852-5649 | www.connorsllp.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM J. WAGNER,

        Plaintiff,

-vs-                                  Docket No. 15-cv-633-FPG

CHIARI & ILECKI, LLP,

        Defendant.

---

## NOTICE OF DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of SETH J. ANDREWS, ESQ., 6000 North Bailey Avenue, Suite 1A, Buffalo, New York 14226, shall be taken by stenographic means on November 8, 2016, at 10:00 a.m., at the law offices of Connors LLP, 1000 Liberty Building, Buffalo, New York 14202, with respect to matter material and necessary to the defense of this action.

DATED:    Buffalo, New York
                 October 18, 2016

                                                _/s/ Paul A. Woodard_
                                                Terrence M. Connors, Esq.
                                                Paul A. Woodard, Esq.
                                                **CONNORS LLP**
                                                _Attorneys for Defendant_
                                                1000 Liberty Building
                                                Buffalo, New York 14202
                                                (716) 852-5533
                                                tmc@connorsllp.com
                                                paw@connorsllp.com