# CONNORS LLP

January 9, 2017

*Attorneys At Law*
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Paul A. Woodard
Nicholas A. Romano
Caitlin M. Higgins
Christina L. Saccocio
Christopher J. Larrabee
Caitlin E. O'Neil

*Paralegals*
Susan B. Fischer, R.N.
Curtis J. Ahrens, Jr.
John P. Kromer
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Rusch
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Stephanie M. Haberl, R.N.

*Also admitted in District of Columbia*

**Via Email**
Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:   Wagner v. Chiari & Ilecki, LLP
      No. 15-cv-00633-FPG

Dear Judge Geraci:

On behalf of the defendant, Chiari & Ilecki, LLP, I write to request an extension of the briefing schedule (Doc. 20) for the plaintiff's pending motion in limine (Doc. 19). In light of the recent holiday season and the press of other matters, we respectfully ask this Court to extend the defendant's time to file and serve its response by 14 days – until Friday, January 27, 2017 – and the plaintiff's time to file and serve his reply by 13 days – until Friday, February 24, 2017. This is the first request for an extension of the briefing schedule, and we do not anticipate that it will affect any other deadlines in this matter. The plaintiff's counsel, Kenneth R. Hiller, Esq., has consented to this request.

Thank you for your consideration.

Respectfully,

Paul A. Woodard

cc:   Kenneth R. Hiller, Esq.

SO ORDERED THIS 6th DAY OF Jan 2017

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge



Wagner v. Chiari & Ilecki, LLP, No. 15-cv-633
Paul A. Woodard
to:
Hon. Frank P. Geraci, Jr.
01/09/2017 04:18 PM
Cc:
Kenneth Hiller
Hide Details
From: "Paul A. Woodard" <paw@connorsllp.com>
To: "Hon. Frank P. Geraci, Jr." <geraci@nywd.uscourts.gov>
Cc: Kenneth Hiller <khiller@kennethhiller.com>

1 Attachment



2017.01.09 Ltr. to Court.pdf

Dear Judge Geraci:

I enclose a request on consent for an extension of the briefing schedule for the plaintiff's motion in limine in the above matter. Thank you for your consideration.

Respectfully,

Paul A. Woodard

—

Paul A. Woodard
Connors LLP
1000 Liberty Building
Buffalo, NY 14202
716-852-5533 (Phone)
716-852-5649 (Fax)
paw@connorsllp.com

**CONFIDENTIAL:** *This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system. Thank you.*