UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                         Plaintiff,

  v.                                         Civil Action No.1:15-cv-633-FPG

CHIARI & ILECKI, LLP,

                         Defendant.
_____

**CONSENT MOTION FOR EXTENSION OF PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Please take notice that upon all of the papers annexed hereto, the undersigned attorney for the Plaintiff respectfully moves the Court for an order extending the page limit for the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment from twenty-five pages to thirty pages.

Respectfully submitted this 17th day of January 17, 2017.

                                                   /s/ Kenneth Hiller
                                                 Kenneth R. Hiller, Esq.
                                                 6000 North Bailey Avenue, Ste. 1A
                                                 Amherst, New York 14226
                                                 (716) 564-3288
                                                 Email: khiller@kennethhiller.com