UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                              Plaintiff,

v.                                        Civil Action No.1:15-cv-633-FPG

CHIARI & ILECKI, LLP,

                              Defendant.
_____

## PLAINTIFF'S APPENDIX PURSUANT TO LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56.1(d), Plaintiff hereby submit the following documents as their appendix to Plaintiffs Local Rule 56.1(a) Statement of Material Facts submitted in support of Plaintiff's Cross-Motion for Summary Judgment.

Affidavit of William J. Wagner dated December 14, 2016.

Declaration of Kenneth R. Hiller dated August 1, 2013.

**Exhibit A-** Redacted copy of Plaintiff's Social Security card

**Exhibit B-** Redacted copy of Plaintiff's Drivers License

**Exhibit C-** Plaintiff's Complaint

**Exhibit D-** Defendant's Answer

**Exhibit E-** August 8, 1984 deed to William J. Wagner and Julia L. Wagner, and August 8, 1984 mortgage listing William L. Wagner and Julia L. Wagner as mortgagors.

**Exhibit F-** March 19, 2015 home equity line of credit mortgage naming William J. Wagner and Julia L. Wagner as mortgagors.

**Exhibit G-** April 23, 2015 deed from William J. Wagner and Julia L. Wagner to William J. Wagner.

**Exhibit H-** Excerpts of the October 5, 2016 deposition of Plaintiff William J. Wagner ("WJW Dep.").

1

**Exhibit I-** Excerpts of the October 3, 2015 deposition Defendant's corporate representative, William J. Ilecki. ("Ilecki Dep.").

**Exhibit J-** Defendant's Responses to Plaintiff's First Request for Production of Documents.

**Exhibit J-1-** Relevant, redacted documents provided by Defendant in response to Plaintiff's First Request for Production of Documents.

**Exhibit K-** Defendant's Response to Plaintiff's Request for Admissions.

**Exhibit L-** Excerpts of October 3, 2015 deposition of Melissa Overbeck. ("Overbeck Dep.").

**Exhibit M-** February 9, 2015 letter addressed to William J. Wagner, Jr.

**Exhibit N-** Excerpts of October 3, 2015 deposition of Karen Sandford. ("Sandford Dep.").

**Exhibit O-** Post Office receipt, tracking number 0000196605798.

**Exhibit P-** Post Office receipt dated March 19, 2015 (year omitted on receipt).

**Exhibit Q-** Subpoena Duces Tecum with Restraining Notice served on Plaintiff.

**Exhibit R-** Defendant's Response to Plaintiff's Interrogatories.

Dated: January 17, 2017

/s/Kenneth R. Hiller_____
Kenneth R. Hiller, Esq.
Law Offices of Kenneth Hiller
*Attorneys for the Plaintiff*
6000 North Bailey Avenue, Ste. 1A
Amherst, NY 14226
(716) 564-3288
Email: khiller@kennethhiller.com