ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:
BOX 469

Book Type: D  Book: 11278  Page: 6274
Page Count: 3
Doc Type: DEED
Rec Date: 04/23/2015
Rec Time: 12:42:23 PM
Control #: 2015078954
UserID: Nancy
Trans #: 15064010
Document Sequence Number
 TT2014017114

Party 1:
WAGNER JULIA L

Party 2:
WAGNER WILLIAM J

**Recording Fees:**

| | |
|---|---|
| RECORDING | $35.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| RP5217 CNTY $9 | $9.00 |
| RP5217 ST-RES $116 | $116.00 |
| TP584 | $10.00 |

**Consideration Amount:** 1.00

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $190.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Christopher L. Jacobs
County Clerk

**THIS INDENTURE** made on MARCH 24, 2015,

**BETWEEN**

20 E. MAIN STREET

JULIA L. WAGNER, residing at ~~113 Sunset Court~~, Hamburg, New York 14075

party of the first part, and

~~WILLIAM J. WAGNER, residing at 5419 Roberts Road, Hamburg,~~
New York 14075

party of the second part,

**Witnesseth**, that the party of the first part, in consideration of
**One and No More**----------------------------------------------------
-------------------------------------- Dollars(**$1.00 & No More**)
lawful money of the United States,
paid by the party of the second part, does hereby remise, release
and quitclaim unto the party of the second party, the heirs or
successors and assigns of the party of the second part forever,

ALL THAT TRACT OR PARCEL OF LAND, situate in the Town of Hamburg, County of Erie and State of New York, being part of Lot Number thirty-nine (39), Township nine (9), Range eight (8) of the Holland Land Company's Survey and being further distinguished as Subdivision Lot Number seventeen (17) in Block Number five (5) as shown on a map filed in the Erie County Clerk's Office under Cover Number 1240, being situate on the east side of Roberts Avenue, (formerly Elmridge Road), being a triangular parcel of land and being two hundred fifty-six and eighty-nine hundredths (256.89) feet front and one hundred seventy-seven and sixty-four hundredths (177.64) feet in depth on the northeast line and one hundred eighty-five and fifty-seven hundredths (185.57) feet in depth on the southeast line, commencing thirty-two and thirty-four hundredths (32.34) feet southerly from the intersection of said line of Roberts Avenue with the southeast line of Hakanaw Avenue, as shown on said map.

\*\*This conveyance is not intended to defraud creditors and is pursuant to a matrimonial settlement.\*\*

HMB
DEED-2
78954

*Together* with the appurtenances and all the estate rights of the party of the first part in and to said premises.

*To have and to hold* the premises herein granted unto the party of the second party, the heirs or successors and assigns of the party of the second part forever.

~~And, the party of the first part, in compliance with Section 13 of~~ the Lien Law, covenants that the party of the first part will receive ~~the consideration for this conveyance and will hold the right to receive~~ such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*In Witness Whereof,* the party of the first part has duly executed this deed the day and year first above written.

In Presence of

_____ {L.S.}
JULIA L. WAGNER

_____ {L.S.}

_____ {L.S.}

_____ {L.S.}

State of New York, County of  Erie    ss.:

On March 24, 2015, before me, the undersigned personally appeared **JULIA L. WAGNER**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

Rachelle Deane Delmont
Notary Public, State of New York
Qualified in Erie County
Lic. #01DE6300557
My Commission Expires 04/07/2018

| FOR COUNTY USE ONLY | | | | |
|---|---|---|---|---|
| C1. SWIS Code | 144889 | | INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us | **New York State Department of Taxation and Finance** |
| C2. Date Deed Recorded | 4 / 23 / 15 | | | Office of Real Property Tax Services |
| C3. Book | 11278 | C4. Page | 6274 | **RP-5217-PDF** Real Property Transfer Report (8/10) |

**PROPERTY INFORMATION**

| 1. Property Location | 5419 | ROBERTS ROAD | | |
|---|---|---|---|---|
| | *STREET NUMBER | *STREET NAME | | |
| | HAMBURG | *VILLAGE | | 14075 |
| | *CITY OR TOWN | | | *ZIP CODE |

| 2. Buyer Name | WAGNER | WILLIAM J. |
|---|---|---|
| | *LAST NAME/COMPANY | FIRST NAME |
| | LAST NAME/COMPANY | FIRST NAME |

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address(at bottom of form)

LAST NAME/COMPANY    FIRST NAME
STREET NUMBER AND NAME    CITY OR TOWN    STATE    ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels  OR  [ ] Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists [ ]
4B. Subdivision Approval was Required for Transfer [ ]
4C. Parcel Approved for Subdivision with Map Provided [ ]

5. Deed Property Size: 257 *FRONT FEET X 186 *DEPTH OR 0.00 *ACRES

| 6. Seller Name | WAGNER | JULIA L. |
|---|---|---|
| | *LAST NAME/COMPANY | FIRST NAME |
| | LAST NAME/COMPANY | FIRST NAME |

7. Select the description which most accurately describes the use of the property at the time of sale:

A. One Family Residential

Check the boxes below as they apply:
8. Ownership Type is Condominium [ ]
9. New Construction on a Vacant Land [ ]
10A. Property Located within an Agricultural District [ ]
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District [ ]

**SALE INFORMATION**

11. Sale Contract Date: _____
*12. Date of Sale/Transfer: 4/23/15
*13. Full Sale Price: $1.00 & No More .00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
[X] A. Sale Between Relatives or Former Relatives
[ ] B. Sale between Related Companies or Partners in Business.
[ ] C. One of the Buyers is also a Seller
[ ] D. Buyer or Seller is Government Agency or Lending Institution
[X] E. Deed Type not Warranty or Bargain and Sale (Specify Below)
[ ] F. Sale of Fractional or Less than Fee Interest (Specify Below)
[ ] G. Significant Change in Property Between Taxable Status and Sale Dates
[ ] H. Sale of Business is Included in Sale Price
[ ] I. Other Unusual Factors Affecting Sale Price (Specify Below)
[ ] J. None

*Comment(s) on Condition:
QUIT-CLAIM DEED

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY): 15
*17. Total Assessed Value: 93,000
*18. Property Class: 210
*19. School District Name: FRONTIER CENTRAL SCHOOLS

*20. Tax Map Identifier(s)/Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))

SBL#181.07-1-12

**CERTIFICATION**

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER SIGNATURE**
/s/ Julia Wagner  3/24/15
SELLER SIGNATURE    DATE

**BUYER SIGNATURE**
X /s/ William J. Wagner  4/21/15
BUYER SIGNATURE    DATE

**BUYER CONTACT INFORMATION**
(Enter information for the buyer. Note: If buyer is LLC, society, association, corporation, joint stock company, estate or entity that is not an individual agent or fiduciary, then a name and contact information of an individual/responsible party who can answer questions regarding the transfer must be entered. Type or print clearly.)

WAGNER    WILLIAM J.
*LAST NAME    FIRST NAME

(716)  627-3806
*AREA CODE  *TELEPHONE NUMBER (Ex: 9999999)

5419    ROBERTS ROAD
*STREET NUMBER    *STREET NAME

HAMBURG    NY    14075
*CITY OR TOWN    *STATE    *ZIP CODE

**BUYER'S ATTORNEY**
GUGINO    RANDY H.
LAST NAME    FIRST NAME

(716)  833-8455
AREA CODE    TELEPHONE NUMBER (Ex: 9999999)

ERIE COUNTY CLERK'S OFFICE 

County Clerk's Recording Page

| Return to: | Book Type: M  Book: 13717  Page: 4085 |
|---|---|
| | Page Count: 6 |

| | |
|---|---|
| Party 1:<br>WAGNER WILLIAM J | Doc Type:   MORTGAGE<br>Rec Date:   04/09/2015<br>Rec Time:   10:46:02 AM<br>Control #:   2015067870 |
| Party 2:<br>KEYBANK NATIONAL ASSOCIATION | UserID:     ERECORD<br>Trans #:    15055103<br>Document Sequence Number<br>  MTDG2015000687 |

**Recording Fees:**

| | | **Consideration Amount:** | 90000.00 |
|---|---|---|---|
| RECORDING | $50.00 | | |
| COE CO $1 RET | $1.00 | BASIC MT | $450.00 |
| COE STATE $14.25 GEN | $14.25 | SONYMA MT | $0.00 |
| COE STATE $4.75 RM | $4.75 | ADDL MT/NFTA | $200.00 |
| MARKOFF FEE | $0.50 | SP MT/M-RAIL | $225.00 |
| | | NY STATE TT | $0.00 |
| | | ROAD FUND TT | $0.00 |

**Total: $945.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

  Christopher L. Jacobs
  County Clerk