◻ORIGINAL

# WILLIAM JOSEPH WAGNER

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------

WILLIAM J. WAGNER,

                    Plaintiff,

          - vs -       Civil Action No.
                       15-CV-633

CHIARI & ILECKI, LLP,

                    Defendant.

-----------------------------------------


          Examination before trial of **WILLIAM

JOSEPH WAGNER**, Plaintiff, taken pursuant to the

Federal Rules of Civil Procedure, in the

LAW OFFICES OF KENNETH HILLER, 6000 North Bailey

Avenue, Suite 1A, Amherst, New York, on October 3,

2016, commencing at 10:16 a.m., before MARY

SCHULZE, RPR, RMR, Notary Public.

2

```
 1  APPEARANCES:        LAW OFFICES OF KENNETH HILLER,
                        By SETH J. ANDREWS, ESQ.,
 2                      6000 North Bailey Avenue,
                        Suite 1A,
 3                      Amherst, New York  14226,
                        (716) 564-3288,
 4                      sandrews@kennethhiller.com,
                        Appearing for the Plaintiff.
 5
                        CONNORS LLP,
 6                      By PAUL A. WOODARD, ESQ.,
                        1000 Liberty Building,
 7                      Buffalo, New York  14202-1687,
                        (716) 852-5533,
 8                      paw@connorsllp.com,
                        Appearing for the Defendant.
 9
```

10:14:17 10          THE REPORTER:  Mr. Woodard, are you

10:16:48 11  providing Mr. Andrews with a copy of the

10:16:49 12  transcript?

10:16:50 13          MR. WOODARD:  Yes, please.

10:16:50 14

10:17:23 15  W I L L I A M     J O S E P H     W A G N E R,

10:17:24 16  5419 Roberts Road, Hamburg, New York  14075, after

10:17:25 17  being duly called and sworn, testified as follows:

10:17:25 18

10:17:25 19          EXAMINATION BY MR. WOODARD:

10:17:25 20

10:17:30 21     Q.    Good morning, Mr. Wagner.

10:17:31 22     A.    Good morning.

10:17:32 23     Q.    We met a few minutes ago.  As I

*Wagner - Woodard - 10/3/16*

6

| | | |
|---|---|---|
| 10:20:05 | 1 | there's some interrogatories, and there's a -- |
| 10:20:11 | 2 | notes from the other law firm or whatever. |
| 10:20:15 | 3 | Q.   Anything else you took a look at? |
| 10:20:17 | 4 | A.   I can't remember anything else at this |
| 10:20:18 | 5 | point. |
| 10:20:18 | 6 | Q.   Okay.  Other than those documents, did |
| 10:20:23 | 7 | anyone read you any portions of -- of other |
| 10:20:26 | 8 | documents? |
| 10:20:26 | 9 | A.   Not that I can remember. |
| 10:20:30 | 10 | Q.   Okay.  Have you ever been a party to a |
| 10:20:34 | 11 | lawsuit before? |
| 10:20:35 | 12 | A.   No. |
| 10:20:35 | 13 | Q.   Have you ever testified at trial |
| 10:20:38 | 14 | before? |
| 10:20:39 | 15 | A.   No. |
| 10:20:39 | 16 | Q.   Have you ever testified at an |
| 10:20:43 | 17 | administrative hearing before? |
| 10:20:45 | 18 | A.   No.  Not that I can remember. |
| 10:20:47 | 19 | Q.   Okay.  Are you on any medications that |
| 10:20:50 | 20 | might affect your ability to recall today? |
| 10:20:53 | 21 | A.   No. |
| 10:20:56 | 22 | Q.   When and where were you born, sir? |
| 10:20:58 | 23 | A.   Buffalo, New York.  October 23rd, 1950. |

*Wagner - Woodard - 10/3/16*

7

| | | |
|---|---|---|
| 10:21:03 | 1 | Q.   Have you lived in the Western New York |
| 10:21:06 | 2 | area your entire life? |
| 10:21:08 | 3 | A.   Yes.  Yes. |
| 10:21:09 | 4 | Q.   Have you ever been known by another |
| 10:21:13 | 5 | name? |
| 10:21:13 | 6 | A.   No. |
| 10:21:14 | 7 | Q.   And your name is -- is William |
| 10:21:16 | 8 | J. Wagner; is that correct? |
| 10:21:16 | 9 | A.   Yes. |
| 10:21:17 | 10 | Q.   Does your name have a suffix? |
| 10:21:20 | 11 | A.   No. |
| 10:21:20 | 12 | Q.   So -- so your name is not William |
| 10:21:23 | 13 | J. Wagner, Jr., for instance? |
| 10:21:24 | 14 | A.   My name is not William J. Wagner, Jr. |
| 10:21:26 | 15 | Q.   Okay.  And -- and you've never gone by |
| 10:21:28 | 16 | that name before? |
| 10:21:29 | 17 | A.   I have never gone by that name. |
| 10:21:31 | 18 | Q.   Okay.  Are you currently married? |
| 10:21:32 | 19 | A.   No.  I'm divorced. |
| 10:21:34 | 20 | Q.   And during what time period were you |
| 10:21:41 | 21 | married? |
| 10:21:41 | 22 | A.   1970 to 2009. |
| 10:21:47 | 23 | Q.   And were you married on one occasion |

| | | |
|---|---|---|
| 10:21:53 | 1 | only, then? |
| 10:21:53 | 2 | A.   Yes.  Only one. |
| 10:21:56 | 3 | Q.   What was your wife's name? |
| 10:21:59 | 4 | A.   Julia. |
| 10:22:00 | 5 | Q.   And did she -- was it Wagner?  Julia |
| 10:22:07 | 6 | Wagner at the time? |
| 10:22:07 | 7 | A.   Yeah. |
| 10:22:08 | 8 | Q.   Okay. |
| 10:22:08 | 9 | A.   She took my name. |
| 10:22:10 | 10 | Q.   Do you have any children? |
| 10:22:14 | 11 | A.   Yes. |
| 10:22:14 | 12 | Q.   How many children do you have? |
| 10:22:15 | 13 | A.   Two. |
| 10:22:16 | 14 | Q.   What are their names? |
| 10:22:20 | 15 | A.   William and Andrew. |
| 10:22:23 | 16 | Q.   And are both those children with your |
| 10:22:31 | 17 | wife Julia? |
| 10:22:32 | 18 | A.   No.  They're grown adults. |
| 10:22:33 | 19 | Q.   But -- but you had them with your wife |
| 10:22:36 | 20 | Julia, not someone else? |
| 10:22:36 | 21 | A.   Oh, I'm sorry.  Yes. |
| 10:22:37 | 22 | Q.   That was not -- it wasn't a clear |
| 10:22:39 | 23 | question. |

*Wagner - Woodard - 10/3/16*

9

| | | |
|---|---|---|
| 10:22:39 | 1 | A. Yes. |
| 10:22:40 | 2 | Q. I apologize for that. |
| 10:22:41 | 3 | How old is William? |
| 10:22:44 | 4 | A. William is 38. |
| 10:22:47 | 5 | Q. And how old is Andrew? |
| 10:22:49 | 6 | A. 36. |
| 10:22:50 | 7 | Q. Does William have a middle initial? |
| 10:22:53 | 8 | A. Yes. |
| 10:22:54 | 9 | Q. And what's the middle initial? |
| 10:22:55 | 10 | A. G for Gregory. |
| 10:22:57 | 11 | Q. William G. Wagner? |
| 10:23:00 | 12 | A. Yes. |
| 10:23:00 | 13 | Q. Okay. And does Andrew have a middle |
| 10:23:05 | 14 | initial? |
| 10:23:05 | 15 | A. Yes. R. |
| 10:23:08 | 16 | Q. And neither one of them has gone by the |
| 10:23:14 | 17 | name William J. Wagner? |
| 10:23:15 | 18 | A. They have not. |
| 10:23:16 | 19 | Q. How long have you lived at your present |
| 10:23:23 | 20 | address? |
| 10:23:23 | 21 | A. Since September of 1984. |
| 10:23:26 | 22 | Q. And, again, you said that was |
| 10:23:32 | 23 | 5419 Roberts Road? |

| | | | |
|---|---|---|---|
| 10:23:33 | 1 | A. | Yes. |
| 10:23:33 | 2 | Q. | In Hamburg? |
| 10:23:34 | 3 | A. | Mm-hmm. |
| 10:23:34 | 4 | Q. | Have you lived there continuously since |

10:23:41  5   September 1984?

10:23:41  6        A.    Yes.

10:23:41  7        Q.    Does anyone else currently live there

10:23:44  8   with you?

10:23:44  9        A.    My son Andrew.

10:23:46  10       Q.    Has he lived there continuously since

10:23:49  11   he was born?

10:23:49  12       A.    No.

10:23:51  13       Q.    I guess -- let me strike that.

10:23:53  14       Has he lived there continuously since 1984,

10:23:54  15   I should say?

10:23:55  16       A.    No.   He's in and out, let's say.

10:23:59  17       Q.    Does anyone else currently live with

10:24:09  18   you at that address?

10:24:09  19       A.    No.

10:24:10  20       Q.    From 1984 to 2009, did your former wife

10:24:17  21   Julia live at that address as well?

10:24:18  22       A.    Yes.

10:24:18  23       Q.    Okay.   Did -- during what period of

*Wagner - Woodard - 10/3/16*

11

| | | |
|---|---|---|
| 10:24:25 | 1 | time did your son Andrew live at that address? |
| 10:24:27 | 2 | A.   Well, certainly for the first 20 some |
| 10:24:33 | 3 | years of his life.  Then he moved in with his |
| 10:24:36 | 4 | girlfriend for several years.  Then he moved back |
| 10:24:38 | 5 | home.  So I -- the dates I would be very, very, you |
| 10:24:43 | 6 | know -- |
| 10:24:43 | 7 | Q.   Sure. |
| 10:24:43 | 8 | A.   I don't know if I can come up with the |
| 10:24:47 | 9 | exact dates, but that's kind of the timeline. |
| 10:24:48 | 10 | Q.   Okay.  What about your son William? |
| 10:24:51 | 11 | A.   William hasn't lived there since |
| 10:24:56 | 12 | about -- since he was like 21.  Maybe 20, even.  He |
| 10:25:01 | 13 | joined the Air Force, and after that, he lived in |
| 10:25:06 | 14 | the Virginia Beach area. |
| 10:25:09 | 15 | Q.   Okay.  So -- and is he still in that |
| 10:25:13 | 16 | area? |
| 10:25:13 | 17 | A.   No.  He's -- he has a government job. |
| 10:25:15 | 18 | He moves around the country, so he's out West at |
| 10:25:19 | 19 | this point. |
| 10:25:19 | 20 | Q.   Okay.  Has anyone else lived at |
| 10:25:27 | 21 | 5419 Roberts Road since you moved into that address |
| 10:25:29 | 22 | in 1984? |
| 10:25:31 | 23 | A.   No. |

| | | |
|---|---|---|
| 10:36:15 | 1 | a debt to M.J. Peterson; is that correct? |
| 10:36:18 | 2 | A.   That's correct. |
| 10:36:18 | 3 | Q.   But you're not that William J. Wagner? |
| 10:36:21 | 4 | A.   I'm not that William J. Wagner. |
| 10:36:23 | 5 | Q.   So just for ease of reference, I'll |
| 10:36:25 | 6 | refer to that debt that's described in paragraphs 9 |
| 10:36:29 | 7 | and 10 as the debt or the debt at issue.  Does that |
| 10:36:31 | 8 | make sense? |
| 10:36:32 | 9 | A.   Yes. |
| 10:36:32 | 10 | Q.   And I'll refer to that individual, the |
| 10:36:35 | 11 | other William J. Wagner, as William J. Wagner, Jr., |
| 10:36:39 | 12 | or the debtor.  Okay? |
| 10:36:41 | 13 | A.   Yes. |
| 10:36:41 | 14 | Q.   Okay.  Now, have you ever conducted |
| 10:36:45 | 15 | business with M.J. Peterson before? |
| 10:36:47 | 16 | A.   No. |
| 10:36:48 | 17 | Q.   So I assume you also have not incurred |
| 10:36:52 | 18 | a debt to M.J. Peterson before? |
| 10:36:53 | 19 | A.   I have not. |
| 10:36:56 | 20 | Q.   Are you related to anyone else named |
| 10:37:00 | 21 | William J. Wagner? |
| 10:37:01 | 22 | A.   No. |
| 10:37:01 | 23 | Q.   So even as cousins, removed, as far as |

10:37:05  1  you know, you're not related to this other

10:37:07  2  individual, William J. Wagner, Jr.?

10:37:08  3         A.    I'm not related to the other

10:37:11  4  individual.

10:37:11  5         Q.    Okay.  Have you ever communicated with

10:37:12  6  this other individual before, either in writing or

10:37:15  7  orally?

10:37:15  8         A.    No.

10:37:16  9         Q.    Do you know whether he's ever lived at

10:37:21 10  5419 Roberts Road?

10:37:23 11         A.    I can assure you, he has not.

10:37:26 12         Q.    Okay.  Now, in February 2015, did

10:37:38 13  Chiari & Ilecki send a letter to 5419 Roberts Road?

10:37:41 14         A.    Yes, they did.

10:37:58 15         MR. WOODARD:  Okay.  Let's mark this as B.

        16         The following was marked for Identification:

        17         EXH. B    Letter dated February 9, 2015, from

        18                   Melissa Overbeck to William

        19                   J. Wagner, Jr., with notice

        20                   to judgment debtor or obligor

        21         BY MR. WOODARD:

10:39:02 22         Q.    Mr. Wagner, I'm handing you what's been

10:39:04 23  marked as Exhibit B.

*Wagner - Woodard - 10/3/16*

23

| | | |
|---|---|---|
| 10:39:05 | 1 | A.   Mm-hmm. |
| 10:39:05 | 2 | Q.   If you would take a look at that, |
| 10:39:08 | 3 | please. |
| 10:39:16 | 4 | Do you recognize what Exhibit B is? |
| 10:39:19 | 5 | A.   That's the letter I received. |
| 10:39:20 | 6 | Q.   Okay.  Before this letter, had you ever |
| 10:39:26 | 7 | had any communication with Chiari & Ilecki? |
| 10:39:29 | 8 | A.   Not to my knowledge. |
| 10:39:31 | 9 | Q.   Okay.  Had -- so Chiari & Ilecki had -- |
| 10:39:35 | 10 | had never sent correspondence to your address |
| 10:39:38 | 11 | before, to the best of your knowledge? |
| 10:39:38 | 12 | A.   To the best of my knowledge, no. |
| 10:39:40 | 13 | Q.   Now, taking a look at Exhibit B, it's |
| 10:39:43 | 14 | addressed to the debtor William J. Wagner, Jr., |
| 10:39:47 | 15 | correct? |
| 10:39:47 | 16 | A.   Yes. |
| 10:39:47 | 17 | Q.   And, again, that's not you. |
| 10:39:51 | 18 | A.   That's not me. |
| 10:39:52 | 19 | Q.   And it says it's regarding claim of |
| 10:39:55 | 20 | M.J. Peterson, LLC.  Correct? |
| 10:39:58 | 21 | A.   Correct. |
| 10:39:58 | 22 | Q.   Taking a look at the first paragraph, |
| 10:40:02 | 23 | I'll -- I'll read it out loud, and please, again, |

| | | |
|---|---|---|
| 10:40:04 | 1 | read it along to yourself with me. |
| 10:40:06 | 2 | Please find the enclosed notice pursuant to |
| 10:40:11 | 3 | CPLR 5222.  This communication is from a debt |
| 10:40:14 | 4 | collector.  The debt collector is attempting to |
| 10:40:17 | 5 | collect a debt, and any information obtained will |
| 10:40:19 | 6 | be used for that purpose. |
| 10:40:23 | 7 | And then it says in the following paragraph, |
| 10:40:25 | 8 | the current judgment balance as of February 9, |
| 10:40:28 | 9 | 2005 -- or excuse me -- 2015, is 2,570.17. |
| 10:40:34 | 10 | Did I read that correctly? |
| 10:40:35 | 11 | A.   Yes. |
| 10:40:38 | 12 | Q.   Now, had -- had letters addressed -- |
| 10:40:48 | 13 | letters like this one addressed to the debtor, |
| 10:40:51 | 14 | William J. Wagner, Jr., ever been mailed to your |
| 10:40:53 | 15 | house before? |
| 10:40:54 | 16 | A.   No. |
| 10:40:54 | 17 | Q.   So -- and I'm not -- I'm not saying |
| 10:40:57 | 18 | just from Chiari & Ilecki.  Had you ever received |
| 10:41:00 | 19 | any correspondence addressed to William J. Wagner, |
| 10:41:03 | 20 | Jr., before? |
| 10:41:04 | 21 | A.   Nothing mailed to my house, no. |
| 10:41:06 | 22 | Q.   Okay.  Aside from debt collectors, had |
| 10:41:14 | 23 | you received any letters addressed to William |

*Wagner - Woodard - 10/3/16*

25

| | | |
|---|---|---|
| 10:41:17 | 1 | J. Wagner, Jr., at your house before? |
| 10:41:22 | 2 | A.    No. |
| 10:41:22 | 3 | Q.    Had -- had any calls ever been made to |
| 10:41:29 | 4 | your house in which someone was asking for William |
| 10:41:34 | 5 | J. Wagner, Jr., before? |
| 10:41:41 | 6 | A.    You mean besides Chiari & Ilecki or -- |
| 10:41:44 | 7 | Q.    Before you received this letter. |
| 10:41:45 | 8 | A.    No. |
| 10:41:45 | 9 | Q.    Okay.  Now, when you saw this -- this |
| 10:42:00 | 10 | letter which we marked as Exhibit B, did you open |
| 10:42:02 | 11 | the letter yourself when the -- the envelope |
| 10:42:05 | 12 | arrived at your house? |
| 10:42:06 | 13 | A.    Yes. |
| 10:42:06 | 14 | Q.    And when you read it, did you recognize |
| 10:42:10 | 15 | that Chiari & Ilecki was attempting to contact |
| 10:42:14 | 16 | someone other than you?  William J. Wagner, Jr.? |
| 10:42:17 | 17 | A.    Yes. |
| 10:42:17 | 18 | Q.    So you realized that they were not |
| 10:42:22 | 19 | trying to collect a debt from you, as opposed to |
| 10:42:25 | 20 | William J. Wagner, Jr.? |
| 10:42:25 | 21 | A.    At that time, yes. |
| 10:42:26 | 22 | Q.    Okay.  How -- how did you respond once |
| 10:42:29 | 23 | you saw this letter? |

| | | |
|---|---|---|
| 10:53:07 | 1 | A.    No, I did not. |
| 10:53:08 | 2 | Q.    Was anyone else on the phone with you? |
| 10:53:11 | 3 | A.    No. |
| 10:53:11 | 4 | Q.    Was anyone physically in the same room |
| 10:53:14 | 5 | or -- or near you when you were making the call? |
| 10:53:16 | 6 | A.    I don't believe so. |
| 10:53:17 | 7 | Q.    Okay.  So what happened next in |
| 10:53:32 | 8 | connection with any communications with Chiari & |
| 10:53:34 | 9 | Ilecki or the -- about the debtor? |
| 10:53:40 | 10 | A.    Well, they kept contacting me in |
| 10:53:42 | 11 | various ways. |
| 10:53:43 | 12 | Q.    Okay.  Well, what -- what was the -- |
| 10:53:45 | 13 | the next contact? |
| 10:53:46 | 14 | A.    I believe they tried to send a letter |
| 10:53:48 | 15 | to my house. |
| 10:53:51 | 16 | Q.    Do you recall when that was? |
| 10:53:56 | 17 | A.    It was a few days after the phone call |
| 10:54:00 | 18 | with Karen, probably the 15th. |
| 10:54:06 | 19 | Q.    And you said that -- that that was a |
| 10:54:16 | 20 | letter that they -- that someone attempted to -- |
| 10:54:18 | 21 | A.    Attempted to. |
| 10:54:19 | 22 | Q.    -- to deliver at your address? |
| 10:54:21 | 23 | A.    That's right. |

*Wagner - Woodard - 10/3/16*

36

| | | |
|---|---|---|
| 10:54:21 | 1 | Q.   Okay.  And was it, in fact, delivered? |
| 10:54:24 | 2 | A.   No. |
| 10:54:24 | 3 | Q.   And -- and why is that? |
| 10:54:25 | 4 | A.   I wasn't home. |
| 10:54:27 | 5 | Q.   Okay.  Did you receive some sort of |
| 10:54:31 | 6 | notification, then? |
| 10:54:32 | 7 | A.   Yes. |
| 10:54:32 | 8 | Q.   Okay.  And who was the notification |
| 10:54:37 | 9 | from? |
| 10:54:38 | 10 | A.   United States Postal Service. |
| 10:54:40 | 11 | Q.   Okay.  And do you have a copy of that |
| 10:54:44 | 12 | notification with you today? |
| 10:54:45 | 13 | A.   I do not. |
| 10:54:46 | 14 | Q.   Have you given it to your attorney? |
| 10:54:49 | 15 | A.   Yes. |
| 10:54:50 | 16 | MR. WOODARD:   Okay.  Can we go off a second? |
| 10:54:53 | 17 | (Discussion off the record.) |
| 10:57:28 | 18 | BY MR. WOODARD: |
| 10:57:37 | 19 | Q.   We were just talking about a |
| 10:57:39 | 20 | notification that you received from the -- the post |
| 10:57:41 | 21 | office? |
| 10:57:41 | 22 | A.   Mm-hmm. |
| 10:57:41 | 23 | Q.   Is that correct? |

| | | |
|---|---|---|
| 10:57:42 | 1 | A.   Yes. |
| 10:57:42 | 2 | Q.   And you said that was -- you think that |
| 10:57:44 | 3 | was a few days after your February 12th phone call? |
| 10:57:47 | 4 | A.   Yes. |
| 10:57:47 | 5 | Q.   Do you recall what the -- that notice |
| 10:57:51 | 6 | said? |
| 10:57:53 | 7 | A.   It was just a piece of paper with tried |
| 10:57:57 | 8 | to deliver a letter, and you weren't home. |
| 10:57:59 | 9 | Q.   Okay.  Okay.  And -- and did the notice |
| 10:58:03 | 10 | say whom the correspondence was from? |
| 10:58:06 | 11 | A.   It may have. |
| 10:58:07 | 12 | Q.   Okay.  Did it have to whom the |
| 10:58:14 | 13 | correspondence was directed? |
| 10:58:15 | 14 | A.   Yes. |
| 10:58:16 | 15 | Q.   Did it say William J. Wagner, Jr.? |
| 10:58:17 | 16 | A.   Yes, it did. |
| 10:58:18 | 17 | Q.   And so, again, you knew that that |
| 10:58:21 | 18 | wasn't you; that it was the debtor. |
| 10:58:23 | 19 | A.   That's right. |
| 10:58:26 | 20 | Q.   Okay.  And you said you -- you don't |
| 10:58:30 | 21 | recall whether that notice itself said it was from |
| 10:58:33 | 22 | Chiari & Ilecki? |
| 10:58:33 | 23 | A.   I believe it did not say that. |

*Wagner - Woodard - 10/3/16*

49

| 11:09:51 | 1 | Wagner, William J., Jr., then a number. |
| 11:09:56 | 2 | M.J. Peterson, LLC. |
| 11:09:57 | 3 | A.    Mm-hmm. |
| 11:09:57 | 4 | Q.    And then 3/19/2015 telephone call.    Is |
| 11:10:02 | 5 | that correct? |
| 11:10:02 | 6 | A.    Yes. |
| 11:10:02 | 7 | Q.    Okay.  And right next to it, I'll -- |
| 11:10:05 | 8 | I'll read the -- the entry that's next to it. |
| 11:10:08 | 9 | William Wagner CO -- I'm guessing that's |
| 11:10:12 | 10 | calls office.  Says he is not debtor.  Says his |
| 11:10:19 | 11 | DOB, date of birth, is in October 1950.  Very upset |
| 11:10:24 | 12 | that he keeps getting letters from our office. |
| 11:10:29 | 13 | ADV -- I'm guessing that advised him can send a |
| 11:10:33 | 14 | copy of DL, driver's license, and SS number if he'd |
| 11:10:38 | 15 | like.  He says for us to just let WI -- I'm |
| 11:10:43 | 16 | guessing that's William Ilecki know that he's not |
| 11:10:47 | 17 | debtor.  Advised we did email attorney. |
| 11:10:49 | 18 | Did I read that correctly? |
| 11:10:51 | 19 | A.    Yes, you did. |
| 11:10:51 | 20 | Q.    Is that consistent with your |
| 11:10:54 | 21 | recollection of the March 19th telephone call that |
| 11:10:58 | 22 | you had with Chiari & Ilecki? |
| 11:10:59 | 23 | A.    Yes. |

*Wagner - Woodard - 10/3/16*

50

| | | |
|---|---|---|
| 11:11:00 | 1 | Q.   Is there anything else that you recall |
| 11:11:04 | 2 | from that conversation? |
| 11:11:11 | 3 | A.   I just had the idea that they said they |
| 11:11:13 | 4 | were going to take care of this. |
| 11:11:17 | 5 | Q.   Any -- and why did you have that idea? |
| 11:11:22 | 6 | A.   Because Kristian said something to that |
| 11:11:25 | 7 | effect. |
| 11:11:25 | 8 | Q.   Do you remember anything else that was |
| 11:11:32 | 9 | discussed during that phone call? |
| 11:11:33 | 10 | A.   No, I don't. |
| 11:11:34 | 11 | Q.   So it says here that you -- you told |
| 11:11:45 | 12 | them that you're not the debtor -- |
| 11:11:47 | 13 | A.   Correct. |
| 11:11:47 | 14 | Q.   -- on -- on this phone call. |
| 11:11:48 | 15 | And so -- so, again, you realized that |
| 11:11:51 | 16 | Chiari & Ilecki was looking for someone other than |
| 11:11:54 | 17 | you.  A William J. Wagner other than you. |
| 11:11:56 | 18 | A.   Yes. |
| 11:11:56 | 19 | Q.   And they weren't trying to collect |
| 11:11:59 | 20 | from -- from you. |
| 11:12:05 | 21 | A.   At this point, I started feeling |
| 11:12:10 | 22 | harassed, and I believed they were trying to |
| 11:12:12 | 23 | collect from me. |

11:12:17  1      Q.    Well, those are two different things.

11:12:21  2  Did you feel harassed, or did you feel that they

11:12:22  3  were trying to collect from you?

11:12:24  4      A.    Both.

11:12:24  5      Q.    Okay.

11:12:27  6      A.    This matter should have been taken care

11:12:30  7  of the first phone call.

11:12:32  8      Q.    Okay.  So this was the point at which

11:12:35  9  you felt that they were trying to collect from you?

11:12:37  10      A.    Yes.

11:12:37  11      Q.    Now, everything that -- that was sent

11:12:44  12  to your address, again, it was sent to William J.

11:12:46  13  Wagner, Jr., correct?

11:12:47  14      A.    Correct.

11:12:47  15      Q.    And at least the first letter says it's

11:12:49  16  about something having to do with M.J. Peterson,

11:12:51  17  correct?

11:12:52  18      A.    Correct.

11:12:52  19      Q.    And you knew you didn't owe that debt,

11:12:54  20  correct?

11:12:54  21      A.    Correct.

11:12:55  22      Q.    And did -- did anyone at Chiari &

11:13:09  23  Ilecki say anything to suggest that they were

11:13:11   1   looking for anyone other than the real debtor,

11:13:14   2   William J. Wagner, Jr., as of this time?

11:13:23   3        A.    I don't understand the question,

11:13:32   4   actually.

11:13:32   5        Q.    Did anyone at Chiari & Ilecki, as of

11:13:37   6   March 19, 2015, do anything or say anything to give

11:13:41   7   you the impression that they were trying to collect

11:13:43   8   a debt from anyone other than the real debtor,

11:13:47   9   William J. Wagner, Jr.?

11:13:48   10       A.    Well, I felt they were trying to

11:13:50   11  collect it from me.

11:13:51   12       Q.    What -- did they -- did they say

11:13:55   13  anything along those lines?  Did they say anything

11:13:59   14  that suggested that to you?

11:14:00   15       A.    Not -- not that I can recall.

11:14:02   16       Q.    What gave you that impression?

11:14:08   17       A.    What gave me the impression was the

11:14:15   18  whole thing.  I mean, I get a letter from them

11:14:18   19  saying I owe this.  Does that not say that this was

11:14:21   20  addressed to my house?  I call; I tried to resolve

11:14:24   21  it.  And she says okay.  We're going to send an

11:14:28   22  email to the attorney.  We'll take care of it.

11:14:30   23  Then I get letters to my house.

*Wagner - Woodard - 10/3/16*

53

| | | |
|---|---|---|
| 11:14:32 | 1 | Q.   But would you agree that everything |
| 11:14:34 | 2 | that's been sent to you, at least up until this |
| 11:14:37 | 3 | point, is addressed -- let me strike that. |
| 11:14:39 | 4 | Would you agree that all the letters that |
| 11:14:40 | 5 | we've looked at, at least up to this point, are |
| 11:14:42 | 6 | addressed to William J. Wagner, Jr.? |
| 11:14:44 | 7 | A.   Yes. |
| 11:14:45 | 8 | Q.   And you knew that's not you. |
| 11:14:47 | 9 | A.   That's not me. |
| 11:14:47 | 10 | Q.   So you knew they were trying to collect |
| 11:14:50 | 11 | from someone else, a William J. -- William |
| 11:14:51 | 12 | J. Wagner, Jr. |
| 11:14:51 | 13 | A.   Well, if they were trying to collect |
| 11:14:54 | 14 | from someone else, they were harassing me. |
| 11:14:56 | 15 | Q.   Okay.  But -- |
| 11:14:57 | 16 | A.   He didn't live there.  I told them at |
| 11:15:00 | 17 | least twice that he didn't live there.  That it |
| 11:15:01 | 18 | wasn't me.  There was no William J. Wagner, Jr., at |
| 11:15:05 | 19 | the house. |
| 11:15:06 | 20 | Q.   And -- and I guess that's sort of -- |
| 11:15:09 | 21 | that's the bottom line.  You felt harassed by it. |
| 11:15:13 | 22 | A.   Yes. |
| 11:15:13 | 23 | Q.   You understood -- you understood that |

*Wagner - Woodard - 10/3/16*

54

11:15:16  1  they were trying to collect from someone else, but

11:15:17  2  you felt harassed by it; is that right?

11:15:20  3        A.    Well, I felt they were trying to

11:15:22  4  collect from me.

11:15:22  5        Q.    But you knew the -- the letter was not

11:15:24  6  addressed to you, correct?

11:15:25  7        A.    That's correct.  And why it came to my

11:15:29  8  house, I don't know.

11:15:29  9        Q.    Okay.

11:15:31  10       A.    So when letters came to my house saying

11:15:34  11  that I owe a debt, I assume that they're trying to

11:15:36  12  collect it from me.

11:15:37  13       Q.    But the letter doesn't say you owed a

11:15:42  14  debt, does it?

11:15:42  15       A.    The letter doesn't, but the

11:15:48  16  correspondences kept coming to my house.

11:15:50  17       Q.    And -- and all of them were -- were not

11:15:52  18  addressed to you.

11:15:53  19       A.    And they were not addressed to me.

11:15:54  20       Q.    Right?  So that Chiari & Ilecki was not

11:15:56  21  trying to collect from you; you realize that?

11:15:58  22       A.    I don't realize that.  I felt harassed

11:16:03  23  at this point, and I believe that they were trying

*Wagner - Woodard - 10/3/16*

| | | |
|---|---|---|
| 11:16:07 | 1 | to collect from me. |
| 11:16:08 | 2 | Q.   But you understood that they were -- |
| 11:16:11 | 3 | that the letter, at least that you had seen so far, |
| 11:16:13 | 4 | and the notifications were addressed to William |
| 11:16:15 | 5 | J. Wagner, Jr., and you understood that that was |
| 11:16:17 | 6 | not you. |
| 11:16:17 | 7 | A.   Yes.  And they should have never come |
| 11:16:21 | 8 | to my house, so you can understand why I would feel |
| 11:16:24 | 9 | like they were harassing me at this point. |
| 11:16:26 | 10 | Q.   Did you record your conversation with |
| 11:16:29 | 11 | Kristian -- |
| 11:16:30 | 12 | A.   No. |
| 11:16:30 | 13 | Q.   -- on March 19th? |
| 11:16:32 | 14 | A.   No, I didn't. |
| 11:16:33 | 15 | Q.   Was anyone else on the phone with you? |
| 11:16:34 | 16 | A.   No. |
| 11:16:34 | 17 | Q.   Was anyone physically near you when you |
| 11:16:38 | 18 | were on the phone? |
| 11:16:38 | 19 | A.   No. |
| 11:16:39 | 20 | Q.   What happened next? |
| 11:16:40 | 21 | A.   Well, next, I believe I was served with |
| 11:16:47 | 22 | a subpoena. |
| 11:16:48 | 23 | Q.   Okay.  And when -- when was that? |

*Wagner - Woodard - 10/3/16*

56

| | |
|---|---|
| 11:16:50 | 1 |

      A.   Oh, let's see.  I don't know if that

11:16:59   2  was the 5/11 date or if it was later than that.  I

11:17:06   3  don't recall the actual date.

11:17:09   4        Q.   If you'd take a look at Exhibit C,

11:17:34   5  page 3, the first entry has -- has a -- is noted a

11:17:43   6  June 17, 2015 telephone call.  Correct?

11:17:48   7        A.   Are you talking about this one here?

11:17:50   8        Q.   Yes, sir.

11:17:51   9        A.   That's -- does that go with that date

11:17:53  10  there?

11:17:53  11        Q.   I believe so.  Yes.

11:17:55  12        A.   All right.  Yes.

11:17:55  13        Q.   Is that -- so when in relation to that

11:17:58  14  telephone call do you think a subpoena was served

11:18:02  15  at your address?

11:18:03  16        A.   Oh, I probably would have called the

11:18:05  17  very day that it was served.

11:18:12  18        MR. WOODARD:  Okay.  Let's mark as -- where

11:18:18  19  are we?  D?  I apologize.  This one is not stapled.

11:18:18  20        The following was marked for Identification:

11:18:18  21        EXH. D   Subpoena duces tecum with

11:18:18  22                        restraining order, three

11:19:25  23                        pages

11:19:25  1        BY MR. WOODARD:

11:19:31  2        Q.   All right.  Mr. Wagner, I'm showing you

11:19:32  3   what's been marked as Exhibit D.  If you'd take a

11:19:38  4   look at that, please.

11:19:53  5        Do you recognize what that is, sir?

11:19:55  6        A.   Yeah.  It's the subpoena they served me

11:19:57  7   with.

11:19:58  8        Q.   Okay.  Now, that subpoena is -- is also

11:20:04  9   addressed to the debtor, William J. Wagner, Jr.

11:20:07  10       A.   Yes.

11:20:08  11       Q.   Correct?

11:20:08  12       And at the top, it has a caption that says

11:20:17  13  M.J. Peterson, LLC, versus William J. Wagner, Jr.

11:20:19  14       A.   Right.

11:20:19  15       Q.   Right?

11:20:20  16       And then a little below it, there's a

11:20:27  17  paragraph that starts whereas, and in the middle of

11:20:30  18  that paragraph it says that a judgment was entered

11:20:33  19  on May 10th, 2006, in favor of said judgment

11:20:37  20  creditor and against judgment debtor William

11:20:40  21  J. Wagner, Jr.  Is that correct?

11:20:42  22       A.   That's correct.

11:20:42  23       Q.   And so -- and so you understood that

| | | |
|---|---|---|
| 11:20:46 | 1 | that was not you, the person who was being |
| 11:20:49 | 2 | referenced in there, correct? |
| 11:20:52 | 3 | A. Well, I knew it wasn't me. |
| 11:20:53 | 4 | Q. You -- you never were involved with a |
| 11:20:56 | 5 | lawsuit with M.J. Peterson? |
| 11:20:57 | 6 | A. I was not. |
| 11:20:58 | 7 | Q. Okay. |
| 11:20:59 | 8 | A. Never. |
| 11:21:00 | 9 | Q. Okay. So you knew a judgment had not |
| 11:21:02 | 10 | been entered against you. |
| 11:21:03 | 11 | A. That's true. |
| 11:21:03 | 12 | Q. Now, how -- how was this subpoena |
| 11:21:09 | 13 | served? |
| 11:21:09 | 14 | A. The server drove up into my yard, and I |
| 11:21:15 | 15 | was in my yard at the time, and he handed it to me. |
| 11:21:17 | 16 | Q. Okay. Can you describe him? |
| 11:21:19 | 17 | A. Can I describe him? |
| 11:21:20 | 18 | Q. Or her. |
| 11:21:21 | 19 | A. White male. Probably my size. Dark |
| 11:21:26 | 20 | hair. |
| 11:21:26 | 21 | Q. Well, do you know whether he was an |
| 11:21:29 | 22 | employee of Chiari & Ilecki or whether he was an |
| 11:21:31 | 23 | independent process server? |

*Wagner - Woodard - 10/3/16*

| | | |
|---|---|---|
| 11:21:34 | 1 | A.    I don't know that. |
| 11:21:35 | 2 | Q.    Okay.  Did he -- did he hand the |
| 11:21:39 | 3 | subpoena directly to you? |
| 11:21:40 | 4 | A.    Yes, he did. |
| 11:21:40 | 5 | Q.    Did he hand you anything other than the |
| 11:21:42 | 6 | subpoena? |
| 11:21:42 | 7 | A.    No. |
| 11:21:43 | 8 | Q.    Did you speak with him at all? |
| 11:21:49 | 9 | A.    Yes, we did. |
| 11:21:50 | 10 | Q.    What -- who spoke first? |
| 11:21:52 | 11 | A.    Well, he did. |
| 11:21:53 | 12 | Q.    What did he say? |
| 11:21:54 | 13 | A.    Have you ever been served before?  In a |
| 11:21:57 | 14 | loud voice that my neighbors could hear -- |
| 11:21:59 | 15 | Q.    Okay. |
| 11:21:59 | 16 | A.    -- if -- if anybody had been out, and I |
| 11:22:02 | 17 | don't know if they did. |
| 11:22:03 | 18 | Q.    Okay.  Do you recall seeing anyone |
| 11:22:05 | 19 | outside? |
| 11:22:06 | 20 | A.    No, I don't. |
| 11:22:07 | 21 | Q.    Do you recall hearing anyone outside? |
| 11:22:10 | 22 | A.    No. |
| 11:22:10 | 23 | Q.    Okay.  So as far as you know, no one |

*Wagner - Woodard - 10/3/16*

62

| | | |
|---|---|---|
| 11:24:04 | 1 | do you recall? |
| 11:24:04 | 2 | A.    I don't believe I did. |
| 11:24:05 | 3 | Q.    Okay.  So then at some point you opened |
| 11:24:07 | 4 | it on your own? |
| 11:24:08 | 5 | A.    Yes. |
| 11:24:08 | 6 | Q.    Okay.  And how did you respond? |
| 11:24:23 | 7 | A.    Well, I called the office again. |
| 11:24:25 | 8 | Q.    So if you look back on the events log, |
| 11:24:35 | 9 | again, at the top of page 3 there's an entry that |
| 11:24:38 | 10 | says Karen, William -- or Wagner, William J., Jr., |
| 11:24:44 | 11 | M.J. Peterson LLC, 6/17/2015 telephone call? |
| 11:24:49 | 12 | A.    Yes. |
| 11:24:49 | 13 | Q.    Is that -- is that the telephone call |
| 11:24:51 | 14 | you're referring to? |
| 11:24:52 | 15 | A.    Yes. |
| 11:24:52 | 16 | Q.    Okay.  So I'll read the description |
| 11:24:54 | 17 | that's next to it, if you could read it along to |
| 11:24:56 | 18 | yourself. |
| 11:24:58 | 19 | A William Wagner calls office.  Served with |
| 11:25:01 | 20 | papers.  Said not him, and no junior lives there. |
| 11:25:05 | 21 | He doesn't even have a junior in family.  Told |
| 11:25:09 | 22 | William per conversation with KB.  He was to send |
| 11:25:14 | 23 | in driver's lic, L-I-C, license, and never |

*Wagner - Woodard - 10/3/16*

| | | |
|---|---|---|
| 11:25:20 | 1 | received.  D thought sent out.  Claims we are |
| 11:25:25 | 2 | harassing him, and he's contacted his attorney. |
| 11:25:30 | 3 | Did I read that correctly? |
| 11:25:32 | 4 | A.   Yes. |
| 11:25:32 | 5 | Q.   So does -- does that accurately |
| 11:25:41 | 6 | characterize your conversation on June 17th? |
| 11:25:47 | 7 | A.   I believe it does. |
| 11:25:48 | 8 | Q.   Okay.  Do you -- do you recall anything |
| 11:25:49 | 9 | else that was said during that conversation? |
| 11:25:51 | 10 | A.   I never agreed to send in my driver's |
| 11:25:56 | 11 | license. |
| 11:25:56 | 12 | Q.   You never did? |
| 11:25:57 | 13 | A.   No. |
| 11:25:57 | 14 | Q.   Okay.  And -- |
| 11:25:59 | 15 | A.   We talked about it.  I never agreed to |
| 11:26:00 | 16 | do that. |
| 11:26:01 | 17 | Q.   Okay.  And at -- at no point did you |
| 11:26:04 | 18 | send in your driver's license to Chiari & Ilecki? |
| 11:26:06 | 19 | A.   At no point did I. |
| 11:26:07 | 20 | Q.   At no point did you send in your Social |
| 11:26:10 | 21 | Security card? |
| 11:26:10 | 22 | A.   I did not. |
| 11:26:10 | 23 | Q.   And -- and at no point did you give |

*Wagner - Woodard - 10/3/16*

64

| | | |
|---|---|---|
| 11:26:13 | 1 | Chiari & Ilecki your -- your complete Social |
| 11:26:15 | 2 | Security number? |
| 11:26:15 | 3 | A.   I did not. |
| 11:26:16 | 4 | Q.   Okay.  Did -- did you ever send them or |
| 11:26:19 | 5 | tell them any verifiable proof of your identity at |
| 11:26:25 | 6 | any point in time? |
| 11:26:25 | 7 | A.   Well, I tried to give them part of my |
| 11:26:28 | 8 | Social Security number and my date of birth. |
| 11:26:33 | 9 | Q.   Did you ever give them any other |
| 11:26:35 | 10 | information? |
| 11:26:35 | 11 | A.   I believe I mentioned that I had lived |
| 11:26:37 | 12 | in my house since 1984. |
| 11:26:40 | 13 | Q.   Any other information? |
| 11:26:41 | 14 | A.   At this time, I can't remember that. |
| 11:26:43 | 15 | Q.   Okay.  And I'm -- I'm referring to any |
| 11:26:46 | 16 | conversations you've ever had with Chiari & Ilecki. |
| 11:26:48 | 17 | You don't recall any other information that you |
| 11:26:49 | 18 | gave them at this time? |
| 11:26:52 | 19 | A.   No.  That's -- that's pretty much it. |
| 11:26:54 | 20 | Q.   Okay.  Turning back to the June 17th |
| 11:26:59 | 21 | conversation specifically, so you indicated to |
| 11:27:08 | 22 | Chiari & Ilecki that William J. Wagner, Jr., here, |
| 11:27:12 | 23 | that was not you.  Correct? |

*Wagner - Woodard - 10/3/16*

65

| | | |
|---|---|---|
| 11:27:14 | 1 | A.   Correct. |
| 11:27:14 | 2 | Q.   So you -- you understood that this |
| 11:27:15 | 3 | person was not you, but you felt -- you felt |
| 11:27:20 | 4 | harassed by them. |
| 11:27:20 | 5 | A.   Yes. |
| 11:27:21 | 6 | Q.   Right? |
| 11:27:21 | 7 | A.   Exactly. |
| 11:27:22 | 8 | Q.   Okay.  So can you understand -- |
| 11:27:26 | 9 | Strike that. |
| 11:27:31 | 10 | I guess, to you, is that what this case is |
| 11:27:36 | 11 | about?  It's you feel harassed by -- by what |
| 11:27:39 | 12 | occurred? |
| 11:27:40 | 13 | A.   Most assuredly. |
| 11:27:42 | 14 | Q.   Okay.  Now, did -- did you record the |
| 11:27:58 | 15 | June 17th conversation? |
| 11:27:59 | 16 | A.   No, I did not. |
| 11:28:00 | 17 | Q.   Did -- was anyone else on the phone |
| 11:28:03 | 18 | with you? |
| 11:28:03 | 19 | A.   No. |
| 11:28:04 | 20 | Q.   And was anyone in the room or |
| 11:28:05 | 21 | physically near you when the conversation occurred? |
| 11:28:08 | 22 | No? |
| 11:28:08 | 23 | A.   No. |

11:32:10  1        Q.    Okay.  And the time under the first

11:32:14  2   note, is that about the time that you spoke with

11:32:17  3   Chiari & Ilecki on February 12th?

11:32:19  4        A.    Yes.

11:32:20  5        Q.    Okay.  Did you make a note from the --

11:32:25  6   the June 2015 call?

11:32:27  7        A.    No, I didn't.

11:32:28  8        Q.    Okay.  And was there a reason for that?

11:32:29  9        A.    No.

11:32:30  10       Q.    Now, Mr. Wagner, have you suffered any

11:32:51  11  damages or injuries as a result of Chiari &

11:32:54  12  Ilecki's actions at issue here?

11:32:58  13       A.    You mean like psychological or

11:33:03  14  physical?

11:33:03  15       Q.    Any -- any kind -- how have you been

11:33:06  16  harmed at all, if you feel like you've been harmed

11:33:09  17  in any way?

11:33:09  18       A.    Well, I'm sure that I'm suffering from

11:33:14  19  hypertension.  Phone calls, I -- I mean, they were

11:33:17  20  not friendly phone calls.  I -- you know.  I think

11:33:25  21  about this at different times of day and night.

11:33:28  22  You know, someone trying to badger me into

11:33:31  23  collecting a debt that I don't owe.  So I -- a

| | | |
|---|---|---|
|11:33:35|1|little sleeplessness, nervousness, upset stomach|
|11:33:39|2|that -- you know, there's all sorts of things that|
|11:33:41|3|happen.  But hypertension is one thing that|
|11:33:49|4|certainly I experience.|
|11:33:52|5|    Q.    And any other conditions like that that|
|11:33:56|6|you've experienced?|
|11:33:57|7|    A.    There may be.  I -- I -- those are the|
|11:34:00|8|ones that come to mind right now.|
|11:34:02|9|    Q.    Okay.  And you never ultimately had to|
|11:34:08|10|do anything in response to the -- the subpoena that|
|11:34:13|11|you received.  Correct?  I'll -- let me rephrase|
|11:34:19|12|that.|
|11:34:19|13|    You never were -- were deposed or had to|
|11:34:24|14|turn over any documents --|
|11:34:26|15|    A.    No.|
|11:34:26|16|    Q.    -- in response to the subpoena,|
|11:34:28|17|correct?|
|11:34:28|18|    A.    Correct.|
|11:34:29|19|    Q.    Have you incurred any expenses as a|
|11:34:32|20|result of Chiari & Ilecki's alleged actions?|
|11:34:37|21|    A.    I don't believe so.  There may be legal|
|11:34:42|22|fees coming up.  I don't know.|
|11:34:43|23|    Q.    Now, you mentioned that you experienced|

| | | |
|---|---|---|
| 11:44:58 | 1 | Q.    Okay.   In addition to what you've told |
| 11:45:08 | 2 | us today and what is written in response to |
| 11:45:13 | 3 | interrogatory number 4, have you experienced any |
| 11:45:15 | 4 | other emotional injuries or psychological injuries |
| 11:45:23 | 5 | as a result of the events at issue? |
| 11:45:30 | 6 | A.    Well, emotionally, I -- I've been |
| 11:45:35 | 7 | affected by this. |
| 11:45:37 | 8 | Q.    And have you -- |
| 11:45:38 | 9 | A.    I've been a -- I've been a person who |
| 11:45:40 | 10 | has always paid any bills that I've owed.  And to |
| 11:45:46 | 11 | be basically accused of being a debtor and have to |
| 11:45:50 | 12 | produce my financial records for people I don't |
| 11:45:55 | 13 | even know, yes, that affects me.  That affects me |
| 11:45:59 | 14 | greatly. |
| 11:45:59 | 15 | Q.    But wouldn't you agree, sir, that at |
| 11:46:03 | 16 | least all the documents we've looked at today were |
| 11:46:05 | 17 | all addressed to William J. Wagner, Jr., correct? |
| 11:46:08 | 18 | A.    And directed at me as -- |
| 11:46:11 | 19 | Q.    But -- but -- |
| 11:46:11 | 20 | A.    -- someone who could possibly be that |
| 11:46:12 | 21 | person.  And no matter what I said, they kept |
| 11:46:16 | 22 | coming and coming and coming, until, finally, I had |
| 11:46:19 | 23 | to get a lawyer to get you off my back. |