| | |
|---|---|
| Court | BCC |
| TT Name | MJ Peterson Corp |
| TT Address | 501 JJ AP |
| TT City Sta. : Zip | Amherst NY 14228 |

| | |
|---|---|
| Def (1) Name | William J. Wagner Jr |
| Def (1) Address | 378 Windermere Blvd |
| Def (1) City State Zip | Amherst NY 14226 |

| | |
|---|---|
| Def (2) Name | |
| Def (2) Address | |
| Def (2) City State Zip | |

| | |
|---|---|
| TT Capacity | Corporation |
| Lease Date | March 1, 2005 |
| Default Date | Sept 1, 2005 |
| Monthly Rent | 410 |
| Months Owed | Sept '05 through Dec '05 |

| | |
|---|---|
| Late Fees | 160 |
| Amount of Rent plus Late Fees | 1800 |
| Damages | N/A |
| Amount of Rent plus Late Fees plus Damages | 1800 |
| Security Deposit | 820 |
| Total Owing | 980 |
| Attorney Fees | 245 |

Comments/Additional Instructions

S/D   820

CHIARI000050

**Tenant Ledger**
**William J. Wagner, Jr. (wagnerjr)**
**882 Englewood Ave**

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | Balance Forward | | | 0.00 |
| 03/01/05 | Deposit | 820.00 | | 820.00 |
| 03/01/05 | Rent for 31 Days | 410.00 | | 1,230.00 |
| 03/01/05 | | | 410.00 | 820.00 |
| 03/01/05 | chk# 146 | | 820.00 | 0.00 |
| 04/01/05 | Rent-Apartment (04/2005) | 410.00 | | 410.00 |
| 04/05/05 | chk# 270 | | 410.00 | 0.00 |
| 04/07/05 | Rent-Electric 2/22/05 - 3/22/05 | 24.37 | | 24.37 |
| 05/01/05 | Rent-Apartment (05/2005) | 410.00 | | 434.37 |
| 05/03/06 | Gas 3/16 to 4/15/05 | 11.20 | | 445.57 |
| 05/04/06 | Electric 3/22/05 to 4/21/05 | 28.04 | | 473.61 |
| 05/09/05 | Misc-Late Charge | 20.00 | | 493.61 |
| 05/10/05 | Misc-Late Charge | 20.00 | | 513.61 |
| 05/14/05 | Electric 4/21/05 to 4/28/05 | 6.51 | | 520.12 |
| 05/18/05 | chk# 328 | | 520.12 | 0.00 |
| 06/01/05 | Rent-Apartment (06/2005) | 410.00 | | 410.00 |
| 06/06/05 | chk# 104 | | 410.00 | 0.00 |
| 07/01/05 | Rent-Apartment (07/2005) | 410.00 | | 410.00 |
| 07/05/05 | chk# 292 | | 410.00 | 0.00 |
| 08/01/06 | Rent-Apartment (08/2005) | 410.00 | | 410.00 |
| 08/04/05 | chk# 309 | | 410.00 | 0.00 |
| 09/01/05 | Rent-Apartment (09/2005) | 410.00 | | 410.00 |
| 09/10/05 | Misc-Late Charge | 40.00 | | 450.00 |
| 10/01/05 | Rent-Apartment (10/2005) | 410.00 | | 860.00 |

| Current | 30 Days | | 60 Days | 90 Days | Amount Due |
|---------|---------|--|---------|---------|------------|
| 450.00 | 410.00 | | 0.00 | 0.00 | 860.00 |

Sept Rent 450
LF 40
Oct Rent 450
LF 40
Nov Rent 450
─────────
1,430
atty fee 450
─────────
1,880
disb 85
─────────
1,965

CHIARI000051

**Application Fee  $ 25.00 - nonrefundable**
**Initial Deposit    $100.00 (Units over**
**$1000 per month –deposit is 1/2**
**Month rent)**
**Deposit not refundable after 72 hours**



**Real Estate**

501 John James Audubon Parkway, Amherst, NY 14228
Phone (716)689-6006 Fax (716)688-5463

**ADDRESS RENTED** 882 Evergreen #4   **RENT AMOUNT** 410 /month

**DESIRED MOVE-IN DATE** 3-1-05   **RENTAL AGENT** Bruce Hamilton

## Personal Information

**\*NAME** William J. Wagner Jr.
First    Middle    Last

**Social Security #** [redacted] 9006   List any other name or alias used by you _____

**CO-APPLICANT NAME:** _____
First    Middle    Last

**Social Security #** _____   List any other name or alias used by you _____

\* NOTE: ADDITIONAL ADULT CO-APPLICANT(S) MUST COMPLETE A SEPARATE APPLICATION FORM

List full names of all other persons who will occupy premises: _____

**PETS: How Many** None   **TYPE OF PET(S)** _____

In case of emergency notify: Thomas Chiavetti 1571 EyeAB elated   716 9360223
Name    Address    Phone

_____   _____   _____
Name    Address    Phone

### Residence and Rental Record

Present Phone Number (_____)

**Present Address** 356 Hatfield Rd   Ankud NJ 17326
Street Address    Apt No.    City    State    Zip

Dates of Occupancy  From 1960 / / to 2005 / /

Landlord's Name Caretis   Landlord's Phone (_____)

**Previous Address** _____
Street Address    Apt No.    City    State    Zip

Dates of Occupancy  From / / to / /

Landlord's Name _____   Landlord's Phone (_____)

**2nd Previous Address** _____
Street Address    Apt No.    City    State    Zip

Dates of Occupancy  From / / to / /

Landlord's Name _____   Landlord's Phone (_____)

### Employment Record

**Total household income from all sources  $** [struck] they to be Dirch [checkmark]

**\*\*Applicant's Present Employer** _____   Supervisor _____

Address _____   Monthly Income $ _____

How Long _____   Occupation _____   Phone _____

**\*\*If this is not a local employer, where do you work locally?** _____

**Co-Applicant's Employer** _____   How Long _____   Monthly Income $ _____

Address _____   Occupation _____   Phone _____

**Additional Source of Household Income:** _____   Approx. / Month $ _____

### Miscellaneous:

**Total number of cars to be parked at the leased property** None

**Checking Account #** _____   Bank _____   Branch _____

**Savings Account #** _____   Bank _____   Branch _____

Revised 03/2004

CHIARI000052

## IMPORTANT NOTICE REGARDING YOUR LEASE EXPIRATION DATE

Due to the seasonal effect on the local rental market, M. J. Peterson offers a choice of lease expiration dates to coincide with that market. In an effort to encourage a maximum number of leases to expire during the Spring & early Summer months, the following lease terms are offered.

**\*\*Minimum lease term allowed is 9 months (providing as follows)**
**\*\*Maximum term allowed is 24 months (providing as follows)**
NOTE:   Leases **will not be allowed to expire** on August 31, September 30, October 3 November 30, or December 31, under any circumstances.

**PLEASE CHECK ONE:**

| | | Or seal your rate with a longer term lease: |
|---|---|---|
| ( ) | January 31, 2006 | ( )   January 31, 2007 |
| (X) | February 28, 2006 | ( )   February 28, 2007 |
| ( ) | March 31, 2006 | ( )   March 31, 2007 |
| ( ) | April 30, 2006 | ( )   April 30, 2007 |
| ( ) | May 31, 2006 | ( )   May 31, 2007 |
| ( ) | June 30, 2006 | |

I (WE) DESIRE TO MOVE IN ON  3 / 1 / 05.

### Please Read carefully before signing

*   In the event this application is not accepted by M.J. Peterson, the deposit will be returned.
*   M. J. Peterson does not insure tenants' personal property. All tenants must have Renters Insurance for their own protection.
*   I understand that pets are not permitted without prior approval of Landlord. If permission is granted for a pet, I understand a pet deposit is charged and a **Lease Addendum Governing Pets** must be attached to the Lease Agreement.
*
*   **Each Co-applicant (except spouse) must provide a separate Rental Application.**

*Applicant acknowledges that this application has personally been filled out by the applicant and the information provided is true and complete. Applicant authorizes verification of any information contained in this application and verification from a consumer credit reporting agency. The deposit paid is not refundable after 72 hours if this application is approved following verification. Application fee is never refundable. This fee is to be paid by a separate check made payable to M.J. Peterson Corp. It is mandatory within five days of acceptance that the tenant arrange a mutually acceptable time with the M.J. Peterson Rental Dept. to sign leases and pay remaining security deposit in certified funds. The prorate amount, first month's rent and trash removal fee(if applicable) must be paid in full before keys are issued for occupancy. Please Remember:  Full Security Deposit Payment in Certified Funds MUST be paid within five (5) days of signing this application. Failure to meet these provisions will result in loss of all deposits and fees paid to date.*

_____          _____          2/5/05
Applicant                                    Co-Applicant                              Date

Thank you for choosing M. J. Peterson



**Real Estate**

The Housing Experts Since 1930

CHIARI000053

MJ Peterson
Real Estate

## APARTMENT LEASE AGREEMENT - 882-04 Englewood Ave

THIS AGREEMENT, made Monday, February 28, 2006 between M. J. Peterson Corp. (as agent for and/or the owners of the premises hereinafter described M. J. Peterson, LLC), hereinafter called "Landlord" and **William J. Wagner Jr.**     hereinafter called "Tenant"  and no others.

**1.     DESCRIPTION**     In consideration of the rent to be paid and the terms of this agreement to be performed by the Tenant, Landlord hereby leases to the Tenant the following described premises situated in the city/town of **Buffalo**, County of Erie and State of New York 14223, being   **882-04 Englewood Ave**, hereinafter called the "Premises".

**2.     TERMS**     The term of this lease shall be for a period , commencing on **3/1/05** and ending at noon on **2/28/06** . If Tenant elects to vacate the premises at the end of the initial of the then current term, said tenant shall notify the Landlord in writing by certified mail, at least sixty (60) days prior to the end of the initial or current term. In the event Tenant fails to do so, Landlord may, at it's sole option, deem Tenant a month to month tenant.

**3.     RENT**     Tenant agrees to pay the Landlord as rent for the premises, the sum of **$4,920.00**  (& Prorate if applicable) throughout the term of this lease, payable in equal monthly installments of **$410.00** each & 1st Month Prorate Rent & Cable  (if applicable) .  ALL PAYMENTS MUST BE MADE BY CHECK OR MONEY ORDER. The rent payment for each month must be paid on the first day of that month at the office of the Landlord or at such address as Landlord may from time to time designate by notice to Tenant. Landlord needs not give notice to the Tenant to pay the rent. The rent must be paid in full and no amounts subtracted from it. The landlord shall have the right to increase the rent payable for any extended term by giving written notice to the Tenant, not less than thirty (30) days prior to the commencement of the extended term to which increased rent shall apply.

An additional rental charge in the amount of $25.00 shall be paid by the Tenant for any rent due but not received by Landlord by the 6th day of the month and an additional charge in the sum of $30.00 shall be charged to Tenant for any rent due but not received by Landlord on the 10th day of the month. All additional rent charges shall be due and payable on demand.

Repeated late payment of rent, regardless of whether Landlord has received and accepted additional rent charges for such late payment, shall be deemed a material breach of lease for which Landlord may elect to terminate this lease in accordance herewith.

**4.     RENT FOR GARAGE (if Applicable)**     Tenant agrees to pay the landlord as rent for Garage(s) # N/A, the sum of   throughout the term of this lease, payable in equal monthly installments of each, plus applicable sales tax.  The use of heating and cooling devices and appliances is strictly prohibited and is not to be connected in any garage or common area outlet.

**5.     UTILITIES**     As a condition of this lease, and as additional rent, Tenant will pay the following utilities: (check where applicable)

    X   Electric

    X   Other (specify): **BULK CABLE VALUE SERVICE PROVIDED BY ADELPHIA CABLE COMMUNICATIONS (SEE ADDENDUM)**

In the event Tenant fails to make the above utility payments when due or allows the utility company to discontinue service (except voluntary cable service disconnect) for any reason, such failure shall be deemed a material breach of this lease and Landlord may elect to terminate this lease in accordance herewith.

**6.     SECURITY DEPOSIT**     The Tenant will deposit with Landlord, upon the signing of this lease by Tenant, the sum of $820.00 (incl Pet Deposit - only where applicable). The security deposit has been deposited i n M&T Bank . The Address of the bank is Lease Security Operations, P.O. Box 4821, Buffalo, NY 14240-4821. The Tenant acknowledges notice of the deposit in the said bank. If a bank is not named, the Landlord will notify the Tenant of the bank's name and address in which the security is deposited. The security deposit, referred to in this paragraph is deemed additional rent.

The security deposit is security for the performance by the Tenant of all terms and conditions of this lease, as well as security for the return by the Tenant to the Landlord of the apartment and the personal property therein. Also, in respect to said security deposit, both the Landlord and the Tenant hereby agree to the following: (a) the security deposit shall not be considered applied, or used as rental payment for the final month of the term of this lease by the Tenant; (b) the Landlord shall return the Tenant's security deposit after the Tenant has vacated the premises, provided that the Tenant surrendered the apartment in good order and condition, ordinary wear accepted, and provided the Tenant has fully and faithfully carried out all terms, conditions and covenants of this lease; (c) if the Tenant shall default or fail to perform any term of this lease, the security deposit will be immediately forfeited to the Landlord, as liquidated damages. It is the intent of this security deposit to secure the Tenant's performance of the Tenant's promise under this lease. However, under no circumstances shall the Landlord be deprived of any other remedy as the law may furnish or is agreed upon in this lease, regardless of retention by the Landlord of the said security deposit.

After the termination of this lease, and the Tenant vacates the apartment, the Tenant shall be entitled to a refund of the said security deposit from the Landlord, less any deductions described herein. Security deposit will not be returned until all utility charges have been finalized and paid in full.

If the rent for any extended term hereof shall be increased, the Landlord shall have the right to require the Tenant to deposit additional sums with the Landlord to be held by the Landlord pursuant to the terms of this paragraph, which sums shall be deposited by Tenant with Landlord on demand and considered additional rent.

**7.     USE AND OCCUPANCY**     The Premises must be used only as a private dwelling to live in and for no other reason. Only a Tenant signing this lease and any children of that Tenant may use the unit (or such persons as permitted by law).

The Tenant agrees to occupy the Premises in a safe, careful, and proper manner without waste of water, gas or electricity. The Premises shall not be used or permitted to be used for any unlawful purpose nor shall the premises, or any part thereof, be used for any purpose that the Landlord may judge will injure the reputation if the Premises or building, or disturb or annoy any other tenants of the building or neighboring premises.

The Tenant will not keep or have any type of pets in the premises except upon written consent of the Landlord. No additional locks or fastening shall be placed upon any door by the Tenant without prior written consent of the Landlord.

The Tenant will not permit or allow any persons any persons occupying the Premises or guests of the Tenant to cause any noise, loud music, disorderly conduct, or any other conduct which is annoying or disturbing to Landlord or other neighboring tenants or occupants of nearby residences.

**8.     CARE OF PREMISES**     The Tenant, at Tenant's cost, will keep the Premises in a clean and healthy condition, and take care of all equipment and fixtures in it. Tenant will surrender possession of the Premises and all appliances and equipment furnished by Landlord in the same condition of cleanliness, repair and sightliness as at the time of Tenant's entry. If this is not done, the Landlord may enter the Premises during the term hereof, repair or restore the Premises, appliances, or equipment to the same condition as at the time of the entry upon the Premises by the Tenant, and the Tenant agrees to pay the Landlord, upon demand, as additional rent, costs to the Landlord of repairing or restoring the Premises.

**9.     FAILURE TO GIVE POSSESSION**     Landlord shall not be liable for failure to give possession of the Premises on the beginning of the date of this lease. The Tenant will pay rent at the beginning of the term of this lease, unless the Landlord is unable to get possession. Rent shall then be payable as of the date possession is available. Landlord shall not be liable for any damages suffered by Tenant if the Premises is not available on the date of this lease, nor shall Tenant have the right to terminate this lease.

**10.     DAMAGE BY FIRE OR OTHER CASUALTY**     The Tenant must give Landlord prompt notice of fire, accident, damage or dangerous or defective conditions. If the fire or other casualty is caused by act of neglect of the Tenant, or guest of Tenant, all repairs will be made at Tenant's expense and Tenant must pay the full rent with no adjustment. The cost of the repairs will be additional rent.

If the Premises shall be damaged or destroyed by fire or by any other cause or casualty, not due to the fault or neglect of the Tenant, and the said damages can be reasonably repaired within sixty(60) days from the time of the happening, the Tenant shall not be entitled to surrender possession of the Premises, nor shall the Tenant's obligation to pay rent under this lease terminate. Landlord shall cause the same to be repaired with reasonable speed and shall complete the same within sixty(60) days from the happening of such damage, provided that such repairs are not delayed by reason of strikes, labor difficulties, or disputes, shortages of material, settlement of insurance proceeds or any cause beyond the reasonable control of the Landlord, the time for completion of such repairs shall not be extended for a period equal to the duration of such delays. If tenant shall be deprived of the occupancy of all or any portion of the Premises by reason of such damage, or to make such repairs, Tenant shall not be entitled to an abatement of rent.

In the event that such damage cannot be reasonably repaired by the Landlord within the sixty(60) day period, then and in such event, the Landlord and Tenant shall have the right to terminate this lease effective as to the date of such damage by giving written notice to the other party by certified mail within thirty(30) days after the occurrence of said damage.

If the building in which the Premises is situated shall be damaged by fire or by any other cause or casualty and such damage cannot be reasonably repaired within ninety(90) days from the happening of the said event, the Landlord shall have the right to terminate this lease effective as of the date of the event of such damage, by giving written notice, by certified mail, to the Tenant, within sixty(60) days after the occurrence of said damage.

CHIARI000054

11. AUTOMOBILES Tenant shall cause all automobiles owned or operated by Tenant or Tenant's guests, to be parked only in accordance with such rules as may from time to time be be established by the Landlord, and only in such spaces as Landlord may from time to time designate. No such automobiles shall at any time be parked at entrances, service entrances, or crosswalks for the building in which the Premises is situated. Landlord shall have the right to remove any automobile owned or operated by Tenant or any occupant of the Premises, or the guest of Tenant, which is abandoned, unsightly, inoperable, or which does not have displayed thereon license plates which are then valid. The word automobile in the paragraph relates to any type of motor vehicle or motorcycle. The parking of any commercial or recreational vehicle shall be at the discretion of the Landlord. Tenant may not park on lawns. Any violation by Tenant or Tenant's guest after one prior notification shall be deemed a material breach of this lease and the Landlord may elect to terminate this lease in accordance herewith.

12. USE OF PUBLIC HALLS AND ELEVATORS (if Applicable) The Tenant, and guests of the Tenant, or any occupants of the Premises shall not obstruct the entrances, passages, halls, corridors, stairways, elevators, exits, and fire escapes, nor use them for any purpose other than for ingress or egress to or from the building it is situated in. Nor shall the Tenant cause any furniture or bulky articles to be moved in the hallways, stairways, or elevators of said building, except under such regulations and in such manner prescribed by the Landlord. Tenant shall not erect an antenna or any other such structures outside of the Premises or building or use the roof for any purpose, without obtaining the written consent of the Landlord.

13. LIABILITY Landlord is not liable for loss, expense or damages to any person or property unless due to Landlord's gross negligence. Landlord is not liable to Tenant for permitting or refusing entry of anyone into the Premises.
Tenant must pay for damages suffered and money spent by the Landlord relating to any claim arising from any act of neglect of Tenant. If action is brought against Landlord arising from Tenant's act or neglect, Tenant shall defend Landlord at Tenant's expense with an attorney of Landlord's choice.
Tenant is responsible for all acts of Tenant's family, employees, or guests or invitees.

14. ENTRY BY LANDLORD Landlord may enter the Premises at reasonable hours to repair, inspect, exterminate, or perform other work Landlord decides is necessary. At reasonable hours, the Landlord may show the Premises to possible new tenants during the last three months of the term.
If Landlord enters the Premises, Landlord will try not to disturb Tenant. Landlord may keep all equipment necessary to make repairs or alterations to the Premises or building in the Premises of Tenant. Landlord's use of the Premises does not give Tenant a claim of eviction. Landlord may enter the Premises to get to any part of the building.

~~Tenant's refusal to permit Landlord's reasonable entry upon the Premises shall be deemed a material breach of this lease for which Landlord may elect to terminate this lease in accordance herewith.~~

In the event Landlord elects not to terminate this lease for Tenant's wrongful refusal to allow entry to Landlord, Landlord may seek an order from a court directing it's entry to the Premises be permitted. In such event, Tenant shall pay all Landlord's costs associated with obtaining such order including, but not limited to it's attorney fees as additional rent.

15. ALTERATIONS Tenant must obtain prior written consent of the Landlord to install any paneling, flooring, built-in decorations, partitions, railings, or make any alterations or to paint or wallpaper the Premises. Then, the alterations shall be made by Tenant to the Premises and same shall become part of Premises and become property of the Landlord upon ending of this lease. If the Landlord should desire, the Landlord may require the Tenant to remove the alterations, and upon demand, the tenant shall restore the Premises to the condition prior to the making of such alterations, which shall be done at the cost and expense of the Tenant.

16. TEMPORARY SERVICE INTERRUPTION Any temporary interruption of, or default on the part of the Landlord in providing any utilities required to be provided by the Landlord or any other services required to be provided by the Landlord, caused by repairs, renewals, improvements, alterations, strikes, labor difficulties, or disputed, accidents, the inability of Landlord to procure such services or to obtain sufficient quantities of fuel or supplies or other causes beyond the control of the Landlord, shall never be deemed an eviction or disturbance of the Tenant's use or possession of the Premises or any part thereof, nor shall be deemed a breach of Landlord's covenant of quiet possession. Any such temporary interruption shall not entitle Tenant to claim any damage or rebate, reduction, or abatement of rent on account of such temporary interruption or default, but Landlord shall use reasonable efforts to attempt to remove the cause of such interruption.

17. SUBORDINATION This lease and tenant's rights are subordinate to all present and future (a) leases for the building or the land on which it stands; (b) Mortgage, mortgages, on the leases or the buildings or land; (c) agreements securing money paid or to be paid by a lender, and deemed terms, conditions, renewals, changes of any kind in extensions of the mortgages, lease, or lender's agreements. Tenant must promptly execute any certificate or certificates that Landlord requests to show this lease is so subject and subordinate. Tenant authorizes Landlord to sign the certificate or certificate for Tenant. Landlord may request an agreement for changes in this lease. Tenant must sign this agreement if it does not change the rent, the terms, or alter the Premises.

18. CERTIFICATE OF TENANT Upon request by the Landlord, Tenant shall sign a certificate stating the following: (a) This lease is in full force and unchanged or if it is changed, how it is changed; (b) Landlord has fully performed all the terms of this lease and Tenant has no claim against Landlord; and (c) Tenant is fully performing all the terms of the lease and will continue to do so; and (d) Rent and added rent have been paid to date. This certificate will be addressed to the party Landlord chooses.

19. RENTAL APPLICATION Prior to signing of this lease, Tenant submitted to Landlord a rental application containing certain information and statements requested by Landlord, which information and statements made by Tenant are hereby incorporated by reference as though fully written herein. Tenant represents and warrants that the information and statements made and furnished by Tenant in said rental application are true and complete and Tenant acknowledges that Landlord has relied thereon in entering into this lease. If Landlord shall at any time discover that any information or statement made by Tenant in said application is determined to be false, Landlord shall have the right to terminate this lease by giving less than three (3) days prior written notice thereof to Tenant.

20. MATERIAL BREACH OF LEASE - TENANT'S DEFAULT
A. The following are considered material breaches of the lease by the Tenant:
(1) A failure to pay rent and added rent on time.
(2) Failure to move into the Premises within fifteen(15) days after the beginning of the term.
(3) Issuance of a court order under which the Premises may be taken by another party.
(4) Improper conduct by Tenant, annoying other Tenants.
(5) Tenant's annoyance, harassment or abuse to Landlord's employees and/or agents.
(6) Failure to comply with any of the terms or rules in this lease or, if applicable, Association/Condominium Rules & Regulations. The tenant shall be responsible for any fines imposed by an Association or Condominium Board for failure to comply with set rules and regulations.
(7) Any illegal activity conducted on or about the demised premises by Tenant or any person that is Tenant's guest or invitee, whether or not Tenant has knowledge of or has consented to the illegal act.
(8) Any illegal act or violation of a government code by Tenant.
If Tenant materially breaches the said lease, Landlord may cancel this lease by giving Tenant a cancellation notice and a termination date. Said termination date will be three (3) days after the notice is served pursuant to the terms of this lease. The cancellation and termination notice will advise Tenant to vacate the subject premises on the termination date. Tenant must leave the premises and give the Landlord the keys on the said termination date. However, if Tenant continues to reside in the Premises, Tenant will be considered a hold-over tenant. As to failure to pay rent or added rent on time, a three(3) day notice will be given pursuant to Section 711(2) of the Real Property Actions and Proceedings Law of the State of New York.
B. If the lease is canceled, or rent of added rent is not paid on time; or Tenant vacates the Premises, Landlord may, in addition to other remedies, take the following steps:
(a) Enter the premises and remove Tenant and any personal property, and
(b) Use eviction or other lawful methods to take back the Premises.
C. If this lease is canceled, or a warrant of eviction is issued, the following take place:
(1) Rent and added rent for the unexpired term become due and payable. The Tenant understands that this means the total amount of rent due for the remainder of the term of this lease shall immediately become due at this time.
(2) Landlord may re-rent the Premises and anything in it. The re-renting may be for any term. Landlord may charge any rent or no rent and give an allowance to the new Tenant. Landlord may, at Tenant's expense, do any work Landlord feels needed to put Premises in good repair and prepared for renting. Tenant stays liable and is not released in any manner.
(3) Any rent received by Landlord for the re-renting shall be used first to pay Landlord's expenses, second to pay any amounts Tenant owes under this lease. Landlord's expenses include the cost of getting possession and re-renting the Premises, including but not only, reasonable legal fees, broker's fees, or cleaning and repairing costs, and decorating and advertising costs.
(4) From time to time the Landlord may bring actions for damages. The delay or failure to bring an action shall not be a waiver of Landlord's rights.
(5) If Landlord takes possession of the Premises by court order, or under the lease, the Tenant has no right to

CHIARI000055

return to the Premises.

(6)     Landlord shall be under no obligation to re-rent the Premises.

21.     **ATTORNEY'S FEES AND COLLECTION AGENCY FEES OF LANDLORD**     The Tenant agrees to pay any and all reasonable legal fees incurred by the Landlord due to any breach or default of the terms of this lease. Tenant also agrees to pay for any costs and disbursements concerning any legal action, lawsuit or collection agency fees. These legal fees, collection agency fees, and/or attorney fees, costs and disbursements are deemed additional rent and due on demand.

22.     **BANKRUPTCY OR INSOLVENCY**     If Tenant assigns for the benefit of creditors, or if Tenant files a voluntary petition or an involuntary petition is filed against Tenant under the bankruptcy or insolvency law, or a trustee or receiver of the Tenant or Tenant's property is appointed, Landlord may at the option of the Landlord give Tenant thirty(30) days notice of cancellation of the term of this lease. If any of the above is not fully dismissed, within thirty(30) days, the term shall end as of the date stated in the notice. Tenant must continue to pay rent, damages, losses, and expenses without offset.

23.     **WAIVER OF RIGHT TO JURY TRIAL AND TO INTERPOSE COUNTERCLAIM**     Landlord and Tenant agree not to use their right to trial by jury in any action or proceeding brought by either against the other, for any matter concerning this lease or the Premises. Thus, in a court proceeding to get possession of the Premises, the Tenant shall not have the right to make a counterclaim or Set-Off.

24.     **NO WAIVER BY LANDLORD**     Landlord's failure to enforce, or insist that Tenant comply with the terms of this lease is not a waiver of the Landlord's rights. Acceptance of rent by Landlord is not a waiver of Landlord's rights. The rights and remedies of Landlord are separate in addition to each other. Choice of one does not prevent Landlord from using another.

25.     **ILLEGALITY**     If a term in this lease is illegal, the term will no longer apply. The rest of the lease remains in force.

26.     **CONDEMNATION**     If all the Premises or building is taken, or a legal authority, the term and Tenant's rights shall end as of the date authority takes title to the premises or building. If any part of the premises or building is taken, Landlord may cancel this lease on notice to Tenant. The notice shall  set a cancellation date not less than thirty(30) days from the date of notice. If the lease is canceled, the Tenant must deliver the premises to Landlord on cancellation date together with all rent due to that date. The entire award for any taking belongs to the Landlord. Tenant gives Landlord any interest Tenant may have to any part of award. Tenant shall make no claim for the value of the remaining part of the term of this lease.

27.     **TENANT'S DUTY TO OBEY LAWS AND REGULATIONS**     Tenant must, at Tenant's expense, promptly comply with all laws, orders, rules, requests, directions, of all government authorities, Landlord's insurers, Board of Fire Underwriters, or similar groups. Notice received by Tenant from any authority or group must be promptly delivered to Landlord. Tenant may not do anything which may increase Landlord's insurance premiums. If Tenant does, Tenant must pay the increase in premium as added rent.

28.     **SUB-LEASE AND ASSIGNMENT**     Tenant will not assign this lease or sublet all or part of the premises or permit any other person to use the premises. If Tenant does, Landlord has the right to cancel the lease as stated in the default section. Tenant must get Landlord's written permission if Tenant wants to assign or sublet this lease. Tenant remains bound to the terms of this lease after a permitted assignment or sublet even if Landlord accepts rent from the assignee or subtenant. Tenant is responsible for any acts for any assignee or subtenant.

29.     **TENANT GIVE LIEN TO LANDLORD**     The Tenant hereby grants a lien on all personal property of the Tenant in or upon the premises to the Landlord, to secure payment of rent and performance of the covenants and conditions of this lease. The Landlord shall have the right, upon default in payment of rent or failure of the Tenant to comply with any terms of this lease, as agent of the Tenant, to take possession of any furniture, fixtures, or other personal property of the Tenant found and deemed abandoned in or about the premises, and sell the same at public or private sale and apply the proceeds thereof to the payment of any rent or additional rent of money becoming due under this lease. The Tenant hereby waives benefit of all laws exempting property from execution, levy, and sale on this stress or judgment.

30.     **END OF TERM AND HOLDING OVER**     Upon the ending of the term of this lease, Tenant shall immediately deliver possession of the premises to the Landlord. In the event that the Tenant shall continue possession, Tenant shall at the option of the Landlord become a month to month tenant. The rent for month to month tenancy shall be equal to double the regular monthly rent. The monthly installments of rent to be paid as aforesaid, commencing with the first day after the end of the term of this lease. The Tenant shall be subject to all conditions and terms of the said lease except as to the rental amount as though the same had originally been a monthly tenancy.

31.     **MODIFICATION**     Any modification, addition or other alteration of this lease must be in writing signed by the Landlord and Tenant.

32.     **BILLS AND NOTICES**     Except as otherwise stated in this lease, a bill, statement, note or communication which the Landlord may desire or be required to give the Tenant, including a notice of expiration or default shall be deemed sufficiently given or rendered if it is writing, delivered to the Tenant personally, sent by certified mail addressed to the Tenant at the building at which the premises is a part, left at said premises addressed to Tenant, or by regular mail addressed to the Tenant at the building at which the premises is a part. At the time of the sending of such bill or statement and of the giving of such notice or communication shall be deemed to be the time when the same was delivered to the Tenant, mailed or left at the premises as herein provided. Any notice by the Tenant to the Landlord must be served by certified mail, addressed to the Landlord, at the address where the last previous rental was paid.

33.     **QUIET ENJOYMENT AND HABITABILITY**     Subject to the terms of this lease, as long as Tenant is not in default, Tenant may peacefully and quietly have, hold, and enjoy the premises for said term. Landlord states that the premises and building are fit for human living.

34.     **LEASE BINDING ON**     This lease is binding on Landlord and Tenant and their heirs, distributees, executors, administrators, or successors, and lawful assigns.

35.     **PARAGRAPH HEADINGS**     The paragraph headings are for convenience only.

36.     **ABANDONED PROPERTY OF TENANT**     If at the end of the term of this lease, or if Tenant no longer resides at the premises before the end of the term of this lease, any abandoned property of the Tenant, the Landlord at its option, may dispose of that abandoned property that the Landlord deems to be valueless, or store abandoned property for a reasonable period and then dispose of said property at the option of the Landlord. Tenant will reimburse Landlord for any expenses incurred in the storage of said abandoned property, included but not limited to storage space, advertising or other expense. The reasonable period of storage shall be solely within the discretion of the Landlord.

37.     **CLAIM FOR DAMAGES**     All personal property belonging to the Tenant or to any other person and located in the premises or about the building in which the premises are situated shall be at the sole risk of the Tenant or such other person neither Landlord nor Landlord's agents or employees shall be liable for the theft or misappropriation thereof, nor for any damage or injury to Tenant or to any other persons or property caused by, but not limited to water, snow, frost, steam, heat or cold, dampness, falling plaster, sewers or sewage, gas odors, noise, the bursting or leaking of pipes, plumbing, electrical wiring and equipment and fixtures of all kinds or any act, neglect or omission of other tenants or occupants of the building in which the premises are situated or of any other person or caused in any other manner whatsoever. Tenant shall indemnify and save Landlord and the premises free and harmless from any and all liens, judgments, fines, penalties, costs, expenses, damage or liability occasioned by any act or neglect of Tenant, or any other occupant of the premises, their agents, employees, subtenants or assignees or by reason of the failure on the part of any such person to perform any act or thing which should have been done or performed or arising out of any act causing injury or death to any person whatsoever or damage to property whatsoever and due directly or indirectly to the use of the premises by Tenant, or any other occupant of the premises, their agents, employees, subtenants or assignees or any other person or persons claiming under the Tenant. Notwithstanding anything to the contrary in the foregoing provisions of this paragraph, nothing herein contained shall be deemed an exculpation or limitation of any liability of the Landlord imposed by law in respect of the premises or an indemnity against any such liability or its related costs.

38.     **NOTICE TO VACATE**     If Tenant intends to vacate the premises at the expiration of the lease term, Tenant must provide Landlord with at least sixty(60) days written notice of such intention prior to the expiration of the lease term. Upon failure of Tenant to provide notice in accordance herein, Landlord, at its option, may deem Tenant a month to month tenant from the date such notice is due, subject to all terms and conditions of this lease except as to the duration thereof, and shall pay monthly rent in advance in such amount as shall be determined by the Landlord, and shall continue on a month to month basis until the expiration of thirty (30) days from such notice of intent.

39.     **RULES AND REGULATIONS**     The following rules and regulations shall be applicable to and binding upon all Tenants of the premises or of the building in which the premises described in this lease is situated. The guests, employees, and agents of the Tenant and all other occupants of said premises and each of their guests, employees, and agents, are bound by these rules and regulations.

CHIARI000056

| | |
|---|---|
| NAME PLATES | 1. No signs or name plates of any nature whatsoever may be placed in any entry, passageway, vestibule, hall or stairway of said building except with prior consent of Landlord. |
| CLEANING, RUBBISH | 2. No rugs shall be beaten on the porches, nor dust or litter swept from the premises or any room thereof into any of the halls or entryways of said building, nor shall any such dust, rubbish or litter or anything else be thrown or emptied from any of the windows or balconies of said building. |
| OBSTRUCTING HALLS AND PASSAGEWAYS | 3. The sidewalks, entries, passages, vestibules, halls and stairways of said building shall not be obstructed or used for any purpose other than for ingress and egress to and from the suites or the premises. |
| LAVATORIES | 4. The water closets and other apparatus in the building shall not be used for any purpose other than that for which they were constructed, no sweepings, rubbish, rags, paper, ashes, or other substances shall be thrown therein and any expense incurred by Landlord to repair any damage resulting from the misuse thereof shall be paid by the Tenant causing such damage. |
| PERSONAL PROPERTY | 5. No Bicycles, baby carriages or other personal property shall be kept in any entry, passageway, vestibule, hall or stairway of the building or the balconies or left outside the premises. |
| GROCERIES, FURNITURE AND OTHER BULKY MATERIALS | 6. All groceries, milk, ice, furniture, baby carriages, large boxes, and any other bulky materials shall be taken into and removed from the premises only through the main entrance of the building and in the event any damages shall occur to the building as a result of the moving or carrying of such articles therein, the cost to repair the same shall be paid by the Tenant to or from whose suite said articles were moved or under whose control or direction said articles were moved. |
| THROWING OR HANGING ARTICLES | 7. No Tenant or other occupant of the building or their guests, employees, or agents shall throw anything out out of windows or doors or down the passageways, vestibules, hallways, or stairways or from the balconies of the building, nor hang anything from the outside of the windows or balconies or place anything on the outside window sills or balconies. |
| DRAPERIES AND OTHER WINDOW COVERINGS | 8. All draperies must hang from drapery or curtain rods. No drapery or curtain may be installed in any suite which is visible from the exterior of the building unless it is a color or design which in the Landlord's opinion is in harmony with the general appearance of the exterior of the building. All window treatments must be white lined or have a white backing. |
| COOKING AND BAKING | 9. No cooking or baking shall be done except in the kitchen and in appropriate appliances therefor or in such areas as may be designated by Landlord. |
| OBSTRUCTION OF SINKS AND TOILETS | 10. Tenant shall not pour or dispose of grease or other like substances into the sink or toilets in the premises. |
| TAMPERING WITH APPARATUS | 11. No Tenant in any manner tamper with or interfere with any portion of heating, lighting, or plumbing apparatus in the premises or in or about the building. |
| NOISE, MUSIC, LAUNDRY | 12. No noise, music or disorderly conduct, or conduct annoying or disturbing to the occupants of the building, shall be permitted in any part thereof. |
| | 13. Laundry shall be done only in those rooms provided by Landlord for such purpose in the building. Washing machines or dryers are prohibited in the suites. Washers and dryers shall be permitted in the basements of single family, duplex, townhouse, and selected condominium units equipped with washer/dryer connections. |
| MOVING EQUIPMENT | 14. No appliances or equipment shall be moved from any part of the building. All appliances and equipment must remain in their original location unless done with the written consent of Landlord. |
| ANIMALS | 15. Dogs, cats, parrots or other birds, reptiles or animals are not permitted in any suite or in or about the building or premises without written consent of Landlord. |
| LOITERING AND PLAYING IN HALLS | 16. No loitering or playing on the stairways, balconies or in the halls, lobby, vestibule or front court or driveway shall be permitted. |
| AWNINGS, SIGNS ADVERTISEMENTS | 17. No awning or projection, and no sign, advertisement, notice or device of any kind shall be placed or permitted to remain upon any part of the building, outside or inside, nor shall any article be suspended outside the building, or placed in the window sills thereof. |
| BALCONIES | 18. The balconies for the suites shall not be used for storage and no stove, charcoal grill or other cooking devises shall be used thereon. |
| OBSTRUCTION OF WINDOWS, ETC. | 19. Doors, skylights, or windows reflecting or admitting light into passageways, or elsewhere in t shall not be covered or obstructed by the Tenant. |
| PRIVATE WORK OF EMPLOYEES | 20. Tenant shall not request employees of the Landlord to do work of a private nature during the working hours of said employees. |
| DEFECTS IN PIPES, WIRES, ETC. | 21. If Tenant shall discover any defects in gas, water or steam pipes, electric wires, or any other defects or hazardous conditions in or about the building, Tenant shall immediately notify Landlord thereof. |
| AUTOMOBILES | 22. Washing or repairing of autos shall not be done in the building, garages, or in any parking areas or driveways of the building. |
| WATERBEDS | 23. Waterbeds shall not be installed or used in any suite without proof of adequate insurance coverage. |
| WALLCOVERINGS AND PAINTING | 24. Wallpaper, contact paper or other adhesive wall coverings shall not be installed on the walls, ceiling, or or woodwork in any suite in the building, nor shall any walls, ceiling or woodwork be painted, without Landlord's prior written consent. |
| PARKING | 25. Any vehicle parked in violation of paragraph 11 of this lease shall be removed from the property at owner's expense. |
| STORAGE AREAS | 26. Tenant shall indemnify and save Landlord, Landlord's agents and premises free and harmless for any and all personal property removed, damaged, or misappropriated from their locker(s) or any storage area about the building or premises. |
| LESSOR'S RIGHT TO MAKE FURTHER RULES | 27. The Landlord reserves the right to amend and modify these Rules and Regulations and to make such other and further rules and regulations as in Landlord's judgment may from time to time be necessary or appropriate for the safety, care and cleanliness of the premises, and for the preservation of good order herein. |
| TRASH RECYCLING | 28. The Tenant has been advised that mandatory recycling laws are in effect, and that the Landlord will comply with any and all applicable Federal, State or Local laws. The Landlord will use all due diligence to comply with this law and any other applicable recycling laws and establish guidelines and procedures for the Tenant to also comply with the said recycling law. The Tenant acknowledges that it will be a material breach of the said lease if the Tenant fails to comply with the said recycling laws and the procedures and guidelines set by the Landlord to fully comply with the said laws. Tenant acknowledges that upon the execution of this lease, the Landlord has provided the Tenant with the said procedures and guidelines to fully comply with the law. |
| VIOLATION OF RULES | 29. The Tenant agrees that any violation of any said Rules and Regulations by the Tenant, a member of the Tenant's family or visitors or guests, shall be deemed a substantial violation by the Tenant of this lease. If the said violation occurs, the Landlord may, if it so elects, give the Tenant three(3) days notice of termination of lease, subject to the provisions of paragraph 20 of this lease, being Tenant's default. |
| SIGNATURES AND EFFECTIVE DATE | 30. Landlord and Tenant have signed this lease as of the above date. This lease is effective when Landlord delivers to Tenant a copy signed by both Landlord and Tenant. |
| DEATH CLAUSE | 31. In the event of the death of Tenant, the heirs, executors, administrators, and assigns, shall have the option to terminate this lease upon giving at least ninety(90) days calendar notice in writing to the Landlord of the intention to do so. All rents must be brought current in order to activate this clause. No executor, heir, administrator or assigns shall be permitted entry to the premises without first obtaining lawful authority. |
| LOCK CHANGES | 32. Tenant shall not add any additional locks to doors and shall not change existing locks. Tenant is responsible for any and all damages due to forced entry by Landlord or it's agents caused by Tenant's unauthorized change of existing locks. These damages are deemed additional rent. |
| EXTERMINATING | 33. It is the policy of Landlord, as part of its preventative maintenance program, to have each building and each premises exterminated (sprayed to prevent bug infestation) as needed and at the Landlord's discretion. Landlord will provide sufficient notice of at least seventy-two (72) hours of the date the extermination will take place. Tenant shall, upon such notice and prior to the date of extermination, remove all items from kitchen cupboards and bathroom vanities, including food items, dishes, pots and pans, utensils and any and all items stored in such places. Should Lessee fail to remove such items, Landlord shall enter and remove such items and place them on tables and other such places and will proceed with the extermination. |

CHIARI000057

Landlord shall not be responsible for returning such items to the cupboards and vanities but it shall be the responsibility of the Tenant to do so. Tenant shall pay the sum of $75.00 to the Landlord for Tenant's failure to comply with said notice; the sum is deemed additional rent.

**RETURN CHECK**    34. A charge of $25.00 shall be incurred by lessee should a check be returned for any and all reasons. Said returned check charge is deemed additional rent. In the event Tenant tenders Landlord a check which is returned, Landlord shall have the option to require Tenant's rent payments be paid by money order or certified check.

**DRUG-RELATED CRIMINAL ACTIVITY**    35. Tenant shall not, in the Premises, hallways, elevators, parking garages, parking lots, maintenance areas, laundry rooms, lobbies, and all other common areas and/or public areas of the building ( the foregoing are collectively referred to herein as the Premises), engage in or permit any drug-related criminal activity, or engage in or permit any activity that endangers the health or safety of other residents in Landlord's sole discretion, or engage in or permit any activity that is, in Landlord's sole discretion, otherwise injurious to the community or its reputation.

Instances of such conduct shall include, but not be limited to, Tenant's permitting  an co-resident, occupant, member of Tenant's household or family, guest, invitee, or other persons Tenant permits to occupy or use the Premises to use, manufacture, purchase, sell or otherwise distribute illegal drugs or illegal drug-related paraphernalia in or about the Premises.

The restrictions contained hereunder are material obligations under the Lease. For purposes of this section, Landlord's receipt of complaints from other residents or building employees shall be evidence that Tenant has violated  the foregoing restrictions.

**SMOKE DETECTORS**    36. Under no circumstances shall the Tenants remove batteries from the smoke detector units within the premises.

**LIQUID PROPANE**    37. Under no circumstances will Tenant bring liquid propane to the interior of any of the buildings.

**SMOKING**    38. Smoking is prohibited in all common areas, hallways, stairways, basements and laundry rooms.

**SHOW PREMISES PRIOR TO EXPIRATION**    39. It is mutually agreed and understood that the Landlord has the right to show for sale or rent, sixty (60) days prior to lease expiration.

**UTILITIES**    40. Tenant specifically acknowledges and understands that all utilities for which Tenant is responsible under this lease will be terminated by the Landlord on the date of move-in and Tenant will contact each utility company to arrange for service in Tenant's name.

**MOVE-IN INSPECTION**    41. As soon as possible after Tenant has moved into leased premises, Tenant shall return the inspection sheet. Failure to return this inspection sheet within ten(10) days after move-in, all items in the lease premises will be deemed to be in good condition.

**RENTERS INSURANCE**    42. Tenant acknowledges and agrees that it is the responsibility of the Tenant to obtain a renter's insurance policy to insure all personal belongings located at the rented premises and adjacent areas and that the Landlord is in no way responsible for Tenant's personal effects or those of Tenant's guest, on any portion of the property.

**MOVE-OUT POLICY**    43. As soon as Tenant knows a definite move-out date, Tenant must contact the Landlord to arrange an appointment for a move-out inspection. This inspection must be conducted when the premises is vacant. If, at the time of the scheduled appointment,  Landlord finds the unit not completely vacant, a charge of $35.00 will be assessed to cover time and expense.

**SATTELLITE DISHES**    44. Satellite dishes are not allowed.

2/2/05
Date

William J. Wagner Jr.

3/3/05
Date

M. J. Peterson Corp. as Agent for M. J. Peterson, LLC

Nina Rosato RAM/AHM
Corporate Property Manager

CHIARI000058

## LEASE ADDENDUM
**Agreement to Purchase Cable Value from Adelphia Cable Communications at Bulk Service Rate**

**OPTION 1:** Execution of this Option hereby modifies your Lease Agreement dated Monday, February 28, 2005, between you as "tenant" and M. J. Peterson, LLC as "landlord". More particularly, this addendum is intended to modify paragraph five (5) of your Lease Agreement entitled "UTILITIES" and any other part thereof, which refers to Cable service. This Addendum is hereby made a part of said Lease agreement and shall supersede any contrary provisions thereof.

Tenant(s) jointly and severally agree(s) to pay landlord M. J. Peterson, LLC the sum of per month throughout the entire term of the Lease Agreement as reimbursement for bulk Cable Value service at the demised premises known as 682 #4 Englewood Ave.  Tenant may not cancel this service and shall be obligated hereunder for the entire lease term.

*Landlord shall have the right, upon 30 days written notice to Tenant, to increase the monthly subscription rate by a sum not to exceed five percent (5%) of the existing rate in any single rate increase. Nothing contained herein shall anyway limit Landlord in the number of rate increases it may elect to impose in any given lease term.*

Payment of the above service must be made on or before the **first day of each month** at the office of the Landlord. This service charge must be paid in full in conjunction with your regular monthly rent and shall be deemed additional rent under your lease.

Failure to make payment of the total amount due within ten (10) days of the due date will result in the disconnecting of service by Adelphia Cable Communications. Should cable service be disconnected due to failure to pay as agreed, service may be reinstalled at Tenant's request for an additional fee of $35.00 provided, however, that all outstanding payments due the landlord have been paid in full. Reinstallation will occur during normal business hours and within a schedule as shall be determined by Adelphia Cable Communications.

Repeated late payments or nonpayment of the foregoing charges will be cause for termination of the Lease Agreement.

Tenant acknowledges the understanding that Adelphia Cable Communications will charge Tenant a separate and additional amount for any premium stations or special service for which Tenant has chosen to subscribe.

William J. Wagner Jr.                                      Landlord
_____                    _____

_____                    _____
Date

**OPTION 2:** By signing below, Tenant acknowledges and confirms that the Tenant prefers not to participate in the bulk Cable Value agreement with free installation at this time. Tenant acknowledges that should Tenant later elect to subscribe to the bulk Cable Value service, there will be an initial one-time installation fee of $35.00 along with the monthly service charge.

_____  Landlord         2/28/05
_____                    2/28/05  Date

CHIARI000059

## M.J. PETERSON CORP.
## RESIDENT POLICIES AND ADDENDUMS

### PERMISSION TO ENTER

It is not company policy to enter an apartment to conduct maintenance and repairs without the permission of the lease holder. Please check below whichever is applicable and sign where indicated.

### PLEASE CHECK ONE

_____ X _____   I give permission for maintenance to enter my apartment in my absence.

_____ X _____   I give permission for entry with prior notice. My phone number is ___716 583 0223___. I understand that this
option                 may delay the processing of my service request.

_____   I do not give permission for entry. I understand that this option may delay the processing of my service request.

### PURCHASE CLAUSE

In the event subject Tenant, during the term of his lease, purchase a new or existing home through M.J. Peterson Real Estate Inc., this lease will be considered terminated upon sixty (60) days written notice to the Landlord, effective from the first day of the next rental period, except during the months of October, November and December.

### UTILITY CONTROL

Name: William J. Wagner Jr.
Address: 582-04 Englewood Ave
Move-In-date: 3/1/05

**PLEASE NOTE:**  The electric service must be transferred to Tenant name at Lease Start Date.

### Move-In-Inspection

1.     As soon as possible after you have moved into your unit complete and return your move-in inspection sheet. Please give this your immediate attention as it affects your security deposit.

2.     If you fail to return this inspection within ten (10) days after move-in, the management will consider all items in the unit     to be in good condition.

### Renters Insurance

The undersigned acknowledge and agree that it is the responsibility of the resident(s) to obtain a renter's insurance policy to insure all personal belongings located at the rented premises and adjacent areas.

I, We., as residents fully understand that the owner is in no way responsible for my/our personal affects or those of my/our guests, on any portion of the property.

### Move-Out Policy

When planning to vacate your unit, please be aware of the following requirements:

1.     Written notice must be submitted to the management office at least sixty(60) days prior to move-out regardless if it is the end of the lease term or not.

2.     In the case of a BROKEN LEASE, the tenant is responsible to pay the rent on the unit until it is rerented, or until lease expiration. The tenant is also responsible to pay turn-over costs.

3.     As soon as you know your definite move-out date, contact the management office to arrange an appointment for your move-out inspection. This inspection must be conducted when the unit is vacant. If, at the time of the scheduled appointment, your inspector finds the unit not completely vacant, a charge of $35.00 will be assessed to cover his time and travel expense.

4.     Please note that your security deposit is not to be used as your last month's rent.

This is to acknowledge that I have read and fully understand the above policies.

Signed: _William J. Wagner Jr._
William J. Wagner Jr.

_____

Dated: _9/28/05_

DISCLOSURE OF INFORMATION ON LEAD BASED PAINT AND LEAD BASED PAINT HAZARDS FOR RENTALS & LEASES

**PROPERTY:** 882-04 Englewood Ave          UNIT #:

Lessor represents that the property [X] was or [ ] was not built prior to 1978.
Lessor owns five (5) or more rental units? [X] Yes [ ] No

**Lead Warning Statement**
*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, landlords must disclose the present of known lead-based paint and lead-based paint hazards in the dwelling. Tenants must also receive a Federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure (Initial)**
_____ (a)  Presence of lead-based paint or lead-based paint hazards (check one below):
          [ ] Known lead-based paint or lead-based paint hazards are present in the housing (explain).


          [X] **Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.**

_____ (b)  Records and reports available to the lessor (check one below):
          [ ] Lessor has provided the lessee with all available records and reports pertaining to lead based paint and/or lead-based paint hazards in the housing (list documents below).


          [X] **Lessor has no reports or records pertaining to lead-based and/or lead-based paint hazards in the housing.**

**Lessee's (Tenant) Acknowledgment (initial):**
[X] *WW*          (c)  Lessee has received copies of all information listed above.
Tenant Initial Above          (d)  Lessee has received the pamphlet *"Protect Your Family from Lead in Your Home."*

**Agent's Acknowledgment (initial):**
_____ (e)  Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852
_____ (d)  and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

Lessor: _____   Date: 2/28/05

Lessee: *Willy J. Wynn J* _____   Date:_____
(Tenant Sign Here)

Lessee: _____   Date:_____
(2nd Tenant Sign Here)
                                            [Wagner]

Agent: *Judith Williams*     Date: 2/28/05

CHIARI000061



LAW OFFICES OF

## GOLDSTEIN, BULAN & CHIARI LLP
RAND BUILDING        14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL: (716) 854-1332 • FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

FAX/EMAIL NOT
FOR SERVICE OF PROCESS

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716 - 854-1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716 - 854-1332

December 6, 2005

Postmaster
U.S. Post Office
Kenmore, NY 14223

## REQUEST FOR CHANGE OF ADDRESS OF BOXHOLDER
INFORMATION NEEDED FOR THE SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a box holder) for the following:

**NAME:**  William J. Wagner, Jr.
**ADDRESS:**  882 Englewood Avenue #4
Kenmore, NY 14223
**PLEASE PROVIDE PHYSICAL ADDRESS**

**NOTE:** The name and last known address are required for change of address information. The name, if known, and post office box address are required for box holder information.

The following information is provided in accordance with 39 CFR 265.6 (d)(6)(ii). There is no fee for providing box holder information. The fee for providing change of address information is **waived** in accordance with 39 CFR (d)(1) and (2) and corresponding Administrative Support manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself): **Attorney.**

2. Statute of regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se except a corporation acting pro se must site statute): **N/A.**

3. The name of all known parties to the litigation: M.J. PETERSON VS WILLIAM J. WAGNER JR

4. The court in which the case has been/will be heard: BUFFALO CITY COURT

5. The Docket or other identifying number if one has been issued: N/A

6. Capacity in which box holder is to be served (e.g., defendant or witness): Defendant.

CHIARI000062

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF
ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE
OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL
OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES
INCLUDING A FINE UP TO $10,000.00 OR IMPRISONMENT OR (2) AVOID PAYMENT
OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN FIVE
YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be
used solely for service of legal process in connection with actual or prospective litigation.

_____        14 Lafayette Square-Suite 1440
Signature                       Address

Gerald Chiari, GC/sp            Buffalo, New York 14203
Printed Name                    City, State, Zip


**WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**FOR POST OFFICE USE ONLY**


_____ Good as Addressed

_____ Not known at address given.

_____ Moved, left no forwarding address.

_____ No such address.

                                NEW NAME AND STREET ADDRESS

                                _____

                                _____

                                _____

CHIARI000063



DEC 1 2 2005

LAW OFFICES OF
# GOLDSTEIN, BULAN & CHIARI LLP
RAND BUILDING     14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL: (716) 854-1332  •  FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

FAX/EMAIL NOT
FOR SERVICE OF PROCESS

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716 - 854-1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716 - 854-1332

December 6, 2005

Postmaster
U.S. Post Office
Kenmore, NY 14223

## REQUEST FOR CHANGE OF ADDRESS OF BOXHOLDER
INFORMATION NEEDED FOR THE SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a box holder) for the following:

**NAME:**        William J. Wagner, Jr.
**ADDRESS:**     882 Englewood Avenue #4
                 Kenmore, NY 14223
**PLEASE PROVIDE PHYSICAL ADDRESS**

**NOTE:** The name and last known address are required for change of address information. The name, if known, and post office box address are required for box holder information.

The following information is provided in accordance with 39 CFR 265.6 (d)(6)(ii). There is no fee for providing box holder information. The fee for providing change of address information is **waived** in accordance with 39 CFR (d)(1) and (2) and corresponding Administrative Support manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself): **Attorney.**

2. Statute of regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se except a corporation acting pro se must site statute): **N/A.**

3. The name of all known parties to the litigation: M.J. PETERSON VS  WILLIAM J. WAGNER JR

4. The court in which the case has been/will be heard: BUFFALO CITY COURT

5. The Docket or other identifying number if one has been issued:  N/A

6. Capacity in which box holder is to be served (e.g., defendant or witness):  Defendant.

CHIARI000064



THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF
ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE
OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL
OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES
INCLUDING A FINE UP TO $10,000.00 OR IMPRISONMENT OR (2) AVOID PAYMENT
OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN FIVE
YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be
used solely for service of legal process in connection with actual or prospective litigation.

| | |
|---|---|
| _____ | 14 Lafayette Square-Suite 1440 |
| Signature | Address |
| Gerald Chiari, GC/sp | Buffalo, New York 14203 |
| Printed Name | City, State, Zip |

**WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

### FOR POST OFFICE USE ONLY

_____ Good as Addressed

_____ Not known at address given.

_____ Moved, left no forwarding address.

_____ No such address.

NEW NAME AND STREET ADDRESS

378 WINDERMERE BLVD

AMHERST NY 14226 - 2823

_____

CHIARI000065

LAW OFFICES OF

# GOLDSTEIN, BULAN & CHIARI LLP

RAND BUILDING      14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL: (716) 854-1332 • FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

FAX/EMAIL NOT
FOR SERVICE OF PROCESS

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716 - 854-1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716 - 854-1332

December 6, 2005

M.J. PETERSON LLC
Attn:  Mark Eyrick
501 John James Audubon Parkway
Amherst, NY 14228

**RE: WAGNER, WILLIAM J. JR.**
882 Englewood #4

## INVOICE

For Professional Services Rendered:

Advance Costs .......................................... $150.00

**Please make your check payable to:  Goldstein,
Bulan & Chiari LLP**

GOLDSTEIN, BULAN & CHIARI LLP
GC/sal

CHIARI000066



LAW OFFICES OF

# GOLDSTEIN, BULAN & CHIARI LLP
RAND BUILDING     14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL (716) 854-1332  •  FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

*FAX/EMAIL NOT
FOR SERVICE OF PROCESS*

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716 - 854 - 1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716 - 854 - 1332

December 6, 2005

M.J. PETERSON LLC
Attn:  Mark Eyrick
501 John James Audubon Parkway
Amherst, NY 14228

### RE:  WAGNER, WILLIAM J. JR.
882 Englewood #4

## I N V O I C E

For Professional Services Rendered:

    Advance Costs ......................................$150.00

**Please make your check payable to:  Goldstein,
Bulan & Chiari LLP**

GOLDSTEIN, BULAN & CHIARI LLP
GC/sal

CHIARI000067

# Tenant Ledger
## William J. Wagner, Jr. (Attorney) (wagnerjr)
### 882 Englewood Ave

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | Balance Forward | | | 0.00 |
| 03/01/05 | Deposit | 820.00 | | 820.00 |
| 03/01/05 | Rent for 31 Days | 410.00 | | 1,230.00 |
| 03/01/05 | | | 410.00 | 820.00 |
| 03/01/05 | chk# 146 | | 820.00 | 0.00 |
| 04/01/05 | Rent-Apartment (04/2005) | 410.00 | | 410.00 |
| 04/05/05 | chk# 270 | | 410.00 | 0.00 |
| 04/07/05 | Rent-Electric 2/22/05 - 3/22/05 | 24.37 | | 24.37 |
| 05/01/05 | Rent-Apartment (05/2005) | 410.00 | | 434.37 |
| 05/03/05 | Gas 3/16 to 4/15/05 | 11.20 | | 445.57 |
| 05/04/05 | Electric 3/22/05 to 4/21/05 | 28.04 | | 473.61 |
| 05/09/05 | Misc-Late Charge | 20.00 | | 493.61 |
| 05/10/05 | Misc-Late Charge | 20.00 | | 513.61 |
| 05/14/05 | Electric 4/21/05 to 4/28/05 | 6.51 | | 520.12 |
| 05/18/05 | chk# 328 | | 520.12 | 0.00 |
| 06/01/05 | Rent-Apartment (06/2005) | 410.00 | | 410.00 |
| 06/06/05 | chk# 104 | | 410.00 | 0.00 |
| 07/01/05 | Rent-Apartment (07/2005) | 410.00 | | 410.00 |
| 07/05/05 | chk# 292 | | 410.00 | 0.00 |
| 08/01/05 | Rent-Apartment (08/2005) | 410.00 | | 410.00 |
| 08/04/05 | chk# 309 | | 410.00 | 0.00 |
| 09/01/05 | Rent-Apartment (09/2005) | 410.00 | | 410.00 |
| 09/10/05 | Misc-Late Charge | 40.00 | | 450.00 |
| 10/01/05 | Rent-Apartment (10/2005) | 410.00 | | 860.00 |
| 10/13/05 | Ocotber Late Charge | 40.00 | | 900.00 |
| 11/01/05 | Rent-Apartment (11/2005) | 410.00 | | 1,310.00 |
| 12/01/05 | Rent-Apartment (12/2005) | 410.00 | | 1,720.00 |

| Current | 30 Days | | 60 Days | 90 Days | Amount Due |
|---------|---------|--|---------|---------|------------|
| 0.00 | 0.00 | | 410.00 | 1,310.00 | 1,720.00 |

Page 1  2/8/2006  4:47:24 PM  Yardi DB

CHIARI000068

02/06/2006   09:59   7168734544         OLDE TOWNE VILLAGE                    PAGE   01



**M.J Peterson**

**Real Estate**

**Corporate Office**
501 John James Audubon Pkwy.
Amherst, NY 14228
716/688-1234
Fax: 716/688-5463

**Liberty Square
Apartments**
4363 Chestnut Ridge Road #4
Amherst, NY 14228
716-691-7083
Fax: 716-691-1211

**London Towne
Apartments**
4453 Chestnut Ridge Road #3
Amherst, NY 14228
716-691-9088
Fax: 716-691-6169

**Old Towne
Village Apartments**
1950 #7W Sheridan Drive
Buffalo, NY 14223
716-874-5849
Fax: 716-873-4544

**Peppertree Village
Apartments**
153 Peppertree Drive #10
Amherst, NY 14228
716-691-8333
Fax: 716-691-7429

**Website**
www.mjpeterson.com

2/6/06

TO: DOREEN

FROM: DEIRDRE POWERS

PAGES: 2, inc. cover

Doreen —

As per your request.

Regards,
Deirdre

**BUILDER   ◆   REALTOR   ◆   DEVELOPER   ◆   ASSET MANAGER**

*The Housing Experts Since 1930*

CHIARI000069

716-3818 - 852-2028
Fax: 853-0184

112 FRANKLIN ST., BUFFALO, NY 14202
www.paralegalservicesofbuffalo.com

DATE: 03-10-06
FILE NO.

FIRM: G, E, & Chiari

ORIGINATOR: _____ vs

SUBJECT: M.J. Peterson Corp.
vs William J. Wagner, Jr.

INSTRUCTIONS:

Please file S&C in BCC
Date stamp copy w/ Index #
& return to our office

CHECK ATTACHED: _____ Thanks!

ATTACHMENTS:

PERFORMANCE REPORT

DISBURSMT. 45

BY KM

SERVICE FEE

NO. OF SERV 2

DATE COMPLETE 3/13/06

RECEIVED BY:

2006 MAR 13  AM 10:38
BUFFALO
CITY COURT

PULL OUT THIS COPY FOR YOUR RECORDS

CHIARI000070

... TERSON CORP.
501 John James Audubon Parkway
Amherst, NY 14228

                                        Plaintiff

        -vs-                                        SUMMONS

WILLIAM J. WAGNER, JR.                              Docket No.: B98134
378 Windermere Blvd
Amherst, NY 14226

                    Defendant(s)

**TO THE ABOVE NAMED DEFENDANT:**

        YOU ARE HEREBY SUMMONED to appear in the City Court of the City of
Buffalo, 50 Delaware Avenue, Buffalo, New York, within the time provided by law as noted
below and to make Answer to the Complaint which is annexed hereto; upon your failure to
Answer, Judgment will be taken against you for the relief demanded in the Complaint,
together with the costs and disbursements of this action.

Dated: March 9, 2006

                            GOLDSTEIN, BULAN & CHIARI, LLP
                            Attorneys for Plaintiff
                            1440 Rand Building
                            Buffalo, New York 14203
                            (716) 854-1332

NOTE:  The Law provides that:
        1.      If this Summons is served by its delivery to you personally within the County of Erie,
you must appear and Answer within 10 days after such service; or
        2.      If this Summons is served by its delivery to you personally, or is served outside the
County of Erie, or by publication, or by any means other than personal delivery to you within the
County of Erie, you are allowed 30 days after service is complete within which to appear and
Answer.

FILED MAR 13 2006

BUFFALO CITY COURT 2006 MAR 13 AM 10: 38

CHIARI000071

STATE OF NEW YORK
BUFFALO CITY COURT:  COUNTY OF ERIE
M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, NY 14228

                                                    Plaintiff

        -vs-                                                              COMPLAINT

WILLIAM J. WAGNER, JR.                              Docket No. _____
378 Windermere Blvd
Amherst, NY 14226

_____Defendant

        The Plaintiff, by its attorneys, GOLDSTEIN, BULAN & CHIARI, LLP, complaining of the
defendant(s) herein, allege(s) upon information and belief:

1)  At all times hereinafter mentioned, the plaintiff above named is a Corporation with offices for the
    transaction of business located at the address set forth above.

2)  Upon information and belief, at all times hereinafter mentioned the defendant(s) above named is
    (are) an individual(s) residing at the address(es) set forth in the title of this action.

AS AND FOR A FIRST CAUSE OF ACTION, PLAINTIFF ALLEGES UPON INFORMATION
AND BELIEF THAT:

3)  On or about March 1, 2005, the defendant(s) duly executed a lease agreement with plaintiff,
    wherein and whereby defendant agreed to rent property from the plaintiff in accordance with the
    terms and conditions as set forth therein.

4)  On or about September 1, 2005, the defendant(s) defaulted in his/her payments and in the terms
    and conditions of said lease agreement, with the result that the sum of $1,800.00 is now due and
    owing for rent, to wit: rent for September 2005 through December 2005 at $410.00 per month;
    plus late fee(s) of $160.00 according to terms of lease.

5)  In addition there are damages in the sum of $N/A for a total of $1,800.00

6)  No part of said sum has been paid except the applied security deposit of $820.00 leaving a
    balance due of $980.00.

CHIARI000072

AS AND FOR A SECOND CAUSE OF ACTION, PLAINTIFF ALLEGES UPON INFORMATION
AND BELIEF THAT:

7) The aforementioned lease agreement further provides that defendant(s) is/are liable to plaintiff for
   its reasonable attorney's fees in the sum of $245.00

WHEREFORE, plaintiff demands judgment against the defendant(s) as follows:

   A) On the first cause of action, the sum of $980.00 together with interest from September 1,
      2005; and

   B) On the second cause of action, the sum of $245.00; and

   C) Together with the costs and disbursements of this action.

Dated:  March 9, 2006

                                    Yours etc.,
                                    GOLDSTEIN, BULAN & CHIARI, LLP
                                    Attorneys for Plaintiff
                                    1440 Rand Building
                                    Buffalo, New York 14203
                                    (716) 854-1332

CHIARI000073

(VERIFICATION)

STATE OF NEW YORK )
COUNTY OF ERIE      )SS:

Victor L. Peterson, Jr., being duly sworn, deposes and says that (s)he is the _____President_____ of the Plaintiff, named in the within entitled action; that (s)he has read the foregoing Summons and Complaint and knows the contents thereof; that the same is true to the knowledge of deponent, except as to the matters therein stated to be alleged upon information and belief and as to those matters (s)he believes to be true.

BY: _____

Victor L. Peterson, Jr.

Sworn to before me this
10ᵗʰ Day of March , 2006

_____

PHILIP A. MILCH
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Aug. 22, 19
                        2006

CHIARI000074

## CERTIFICATION

By signing this paper, the mentioned attorney certifies that to the best of that person's knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the paper or the contentions therein are not frivolous as defined in subsection © of section 130-1.1a

_____
Gerald Chiari

This applies to:

*Summons*
*Complaint*

CHIARI000075

# AFFIDAVIT OF SERVICE

| Buffalo City Court, County of Erle | Index # B98134 | 3/13/06 |



### M.J. Peterson Corp.

COPY

Plaintiff(s),

— vs. —

### William J. Wagner, Jr.

Defendant(s).

State of New York , County of Erle          ss.:

Mary Lou Gravelle _____ being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Sat, March 25, 2006** _____ at approximately **12:36 PM** at **378 Windermere Blvd., Amherst, N.Y. 14225** _____ deponent served the annexed <u>Summons and Complaint</u> _____ on **William J. Wagner, Jr.** _____ in the following manner:

☐ **Individual**  By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ **Corporation**  By delivering to and leaving with _____

☒ **Responsible Person**  By delivering to and leaving with  **Donald Lee** **Cohabitant** _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipient's ☒ dwelling place ☐ place of business.

☐ **Affixing to Door**  By affixing a true copy thereof to the door of said premises, which is recipient's ☐ dwelling place ☐ place of business. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called previously thereon:

☒ **Mail**  A true copy thereof was also deposited on **3/27/06** in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on  3/27/06

_Barbara Sittniewski_

BARBARA SITTNIEWSKI
Notary Public, State of New York
Qualified in Erie County
My Commission Expires   Nov 1, 2008

_Mary Lou Gravelle_

Mary Lou Gravelle



### DUE PROCESS

6180 Newton Road
Buffalo, New York 14127
716 565-0600  FAX 716 662-4309

CHIARI000076

LAW OFFICES OF

# GOLDSTEIN, BULAN & CHIARI LLP

RAND BUILDING        14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL: (716) 854-1332  •  FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

FAX/EMAIL NOT
FOR SERVICE OF PROCESS

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716-854-1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716-854-1332

---

March 15, 2006

Due Process
Attn: Barbara Edelman
6180 Newton Road
Buffalo, New York 14127

> RE: M.J. Peterson Corp.
> VS: William J. Wagner, Jr.

Dear Barbara:

Enclosed herewith please find two (2) copies, per defendant, of a Summons and Complaint, to be served upon the following:

> **William J. Wagner, Jr.**
> **378 Windermere Blvd.**
> **Amherst, NY 14226**

---

Very truly yours,

**GOLDSTEIN, BULAN & CHIARI LLP.**

Kseniya Sloan
Judgment Clerk
Enclosure

CHIARI000077

## INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: **William J. Wagner, Jr.**

Address: **378 Windermere Blvd., Amherst, N.Y. 14226**

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself)

   **PROCESS SERVER**

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or party acting pro se - except a corporation acting pro se must cite statue):

   **NYS, CPLR, R.2103.(a)**

3. The names of all known parties to the litigation:

   **M.J. Peterson Corp.  vs.**
   **William J. Wagner, Jr.**

4. The court in which the case has been or will be heard: (BE SPECIFIC)

   **Buffalo City  Court, County of  Erie**

5. The docket or other identifying number if one has been issued:

   **B98134**

6. The capacity in which this individual is to be served (e.g. defendant or witness):

   ☒ **Defendant**  ☐ **Witness**

### WARNING

**THE SUBMISSION OF FALSE INFORMATION (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used soley for service of legal process in connection with actual or prospective litigation.

_Barbara Edelman_
Signature

**BARBARA EDELMAN**
Printed Name

**DUE PROCESS**

6180 Newton Road
Buffalo, New York 14127
716 565-0600  FAX 716 662-4309

### FOR POST OFFICE USE ONLY

Addressee does ☒ does not ____ receive mail at above address

____ Not known at address given

____ Moved, left no forwarding address

____ No such address

New Address or boxholder's name and street address

CHIARI000078

# INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

**Name:** William J. Wagner, Jr.

**Address:** 356 Hartford Rd., Amherst, N.Y. 14226

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself)

   **PROCESS SERVER**

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or party acting pro se - except a corporation acting pro se must cite statue):

   **NYS, CPLR, R.2103.(a)**

3. The names of all known parties to the litigation:

   **M.J. Peterson Corp.   vs.**

   **William J. Wagner, Jr.**

4. The court in which the case has been or will be heard: (BE SPECIFIC)

   **Buffalo City   Court, County of   Erie**

5. The docket or other identifying number if one has been issued:

   **B98134**

6. The capacity in which this individual is to be served (e.g. defendant or witness):

   ☒ Defendant   ☐ Witness

## WARNING

**THE SUBMISSION OF FALSE INFORMATION (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used soley for service of legal process in connection with actual or prospective litigation.

_Barbara Edelman_
Signature

**BARBARA EDELMAN**
Printed Name

**DUE PROCESS**

6180 Newton Road
Buffalo, New York 14127
716 565-0600  FAX 716 662-4309

## FOR POST OFFICE USE ONLY

Addressee does _____ does not __✓__ receive mail at above address

_____ Not known at address given

_____ Moved, left no forwarding address

_____ No such address

[Postmark: BUFFALO NY AMHERST NY   MAR 21 2006   USPS]

New Address or boxholder's name and street address

378 Windermere Blvd
Amherst NY 14226

CHIARI000079

PARALEGAL SERVICES OF BUFFALO
112 FRANKLIN ST., BUFFALO, NY 14202
www.paralegalservicesofbuffalo.com

856-3818 - 852-2028
Fax: 853-0184

DATE: 03-28-06
FILE NO. B 98134

FIRM: L. B. Chiari
ORIGINATOR: KVS

SUBJECT: M.J. Peterson Corp.
vs William J. Wagner, Jr.

INSTRUCTIONS: Please file Affidavit of
Service in BOC
Date stamp copy & return
to our office

CHECK ATTACHED: _____

ATTACHMENTS: _____     Thanks!

PERFORMANCE REPORT

DISBURSMT.

BY

SERVICE FEE

NO. OF SERV

DATE COMPLETE

RECEIVED BY:

PULL OUT THIS COPY FOR YOUR RECORDS

CHIARI000080

# Paralegal Services of Buffalo

■ Amortization Schedules   ■ DMV Searching   ■ Asset Searching
■ Judgement Searching   ■ Filing   ■ Delivering

**PARALEGAL SERVICES OF BUFFALO**
112 FRANKLIN ST., BUFFALO, NY 14202
w.paralegalservicesofbuffalo.com

856-3818 · 852-2028
Fax: 853-0184

DATE: 03-28-06

FILE NO. B98134

FIRM: G, B & Chiari

ORIGINATOR: KVS

SUBJECT: M.J. Peterson Corp.
vs. William J. Wagner, Jr.

INSTRUCTIONS: Please file Affidavit of
Service in BOC
Date stamp copy & return
to our office

Thanks!

CHECK ATTACHED: _____

ATTACHMENTS: _____

**PERFORMANCE REPORT**

DISBURSMT. 0

BY J.W.S.

SERVICE FEE

NO. OF SERV 2

DATE COMPLETE 3/29/06

RECEIVED BY: _____

CHIARI000081

# AFFIDAVIT OF SERVICE

| Buffalo City Court, County of Erie | Index # B98134 | 3/13/06 |

## M.J. Peterson Corp.

COPY

Plaintiff(s),

— vs. —

William J. Wagner, Jr.   FILED MAR 2 9 2006

Defendant(s).

State of New York , County of Erie          ss.:

Mary Lou Gravelle                                                    being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Sat, March 25, 2006**          at approximately **12:36 PM** at **378 Windermere Blvd., Amherst, N.Y. 14226**                                deponent served the annexed **Summons and Complaint** on **William J. Wagner, Jr.**                                                    in the following manner:

☐ Individual          By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ Corporation          By delivering to and leaving with

☒ Responsible Person          By delivering to and leaving with  **Donald Lee**
**Cohabitant**                                          a true copy thereof, a person of suitable age and discretion.
Said premises being the recipient's  ☒ dwelling place  ☐ place of business.

☐ Affixing to Door          By affixing a true copy thereof to the door of said premises, which is recipient's
☐ dwelling place  ☐ place of business. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called previously thereon:

☒ Mail          A true copy thereof was also deposited on **3/27/06**          in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on  **3/27/06**

Barbara Sittniewski

Mary Lou Gravelle

Mary Lou Gravelle

BARBARA SITTNIEWSKI
Notary Public, State of New York
Qualified in Erie County
My Commission Expires     Nov 1, 2008



**DUE PROCESS**
6180 Newton Road
Buffalo, New York 14127
716 565-0600  FAX 716 662-4309

CHIARI000082

STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, New York 14228
                              Plaintiff

vs.                                          **AFFIDAVIT OF MAILING**
                                             **INDEX NO.: B 98134**

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226
                    Defendant

STATE OF NEW YORK: COUNTY OF ERIE
        Kseniya V. Sloan, being duly sworn, deposes and says:
(X) I am a secretary in the office of GOLDSTEIN, BULAN & CHIARI LLP, attorney for the
plaintiff in the above-entitled action, I am over 18 years of age and reside at Buffalo, New York.
The above-entitled action is against a natural person and is based upon nonpayment of a
contractual obligation.  To comply with the additional notice requirements of CPLR 3215 (g)
3.(i), as amended, on March 28, 2006, I mailed a copy of the Summons and Complaint, in a first
class post-paid envelope properly addressed to the defendant, WILLIAM J. WAGNER, JR., at
defendant(s):

(x ) place of residence/business _____ 378 Windermere Blvd., Amherst, NY 14226 ___ envelope has
not been returned as undeliverable by the post office.

( )place of employment_____Either an earlier mailing to defendant's place of
residence was returned as undeliverable by the post office or the place of residence of the defendant
is unknown.

( ) last known address at _____
Neither the place of residence nor the place of employment of the defendant is known.

The envelope bore the legend "Personal and Confidential" and did not indicate on the outside that
the communication was from an attorney or concerned an alleged debt.  I personally deposited the
envelope in an official depository under the exclusive care and custody of the United States Postal
Service within New York State

                                        _____
                                                Kseniya Sloan

Sworn to before me this
28th day of March 2006

_____
Notary Public
                    SALLY G. PRALOW
                 Notary Public, State of New York
              Qualified in Erie Co , No. 01PR4528300
              My Commission Expires Sept. 30, 20_06_

CHIARI000083

STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
M.J⬤TERSON CORP.
501 ⬤th James Audubon Parkway
Amherst, New York 14228

                                        Plaintiff

                                                        **AFFIDAVIT OF MAILING**
vs.                                                     **INDEX NO.: B 98134**

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226

                                        Defendant

---

STATE OF NEW YORK: COUNTY OF ERIE
        Kseniya V. Sloan, being duly sworn, deposes and says:
(X) I am a secretary in the office of GOLDSTEIN, BULAN & CHIARI LLP, attorney for the plaintiff in the above-entitled action, I am over 18 years of age and reside at Buffalo, New York. The above-entitled action is against a natural person and is based upon nonpayment of a contractual obligation.  To comply with the additional notice requirements of CPLR 3215 (g) 3.(i), as amended, on March 28, 2006, I mailed a copy of the Summons and Complaint, in a first class post-paid envelope properly addressed to the defendant, WILLIAM J. WAGNER, JR., at defendant(s):

(x ) place of residence/business _____ 378 Windermere Blvd., Amherst, NY 14226 _____envelope has not been returned as undeliverable by the post office.

( )place of employment_____Either an earlier mailing to defendant's place of residence was returned as undeliverable by the post office or the place of residence of the defendant is unknown.

( ) last known address at _____
Neither the place of residence nor the place of employment of the defendant is known.

The envelope bore the legend "Personal and Confidential" and did not indicate on the outside that the communication was from an attorney or concerned an alleged debt.  I personally deposited the envelope in an official depository under the exclusive care and custody of the United States Postal Service within New York State

                                        _____
                                                Kseniya Sloan

Sworn to before me this
28th day of March 2006

_____
Notary Public

SALLY G. PRALOW
Notary Public, State of New York
Qualified in Erie Co , No. 01PR4528300
My Commission Expires Sept. 30, 2006

CHIARI000084

# Paralegal Services of Buffalo

■ Amortization Schedules   ■ DMV Searching   ■ Asset Searching
■ Judgement Searching   ■ Filing   ■ Delivering

**PARALEGAL SERVICES OF BUFFALO**
112 FRANKLIN ST., BUFFALO, NY 14202
www.paralegalservicesofbuffalo.com

856-3818 - 852-2028
Fax: 853-0184

DATE: 04-27-06
FILE NO. B 98134

FIRM _G, B & Chiari_

ORIGINATOR _KVS_

SUBJECT: _M. J. Peterson Corp._
_v. William Wagner Jr._

INSTRUCTIONS: _Please file Attorney Fee_
_Order w/ BCC (ex-parte dir.)_
_for judicial assignment,_
_review & signature_
_Please return conformed_
_copy_                    _Thanks!_

CHECK ATTACHED: _____

ATTACHMENTS: _____

PERFORMANCE REPORT

DISBURSMT.
_Ø_

BY
_JWS_

SERVICE FEE

NO. OF SERV
_2_

DATE COMPLETE
_5/2/07_

RECEIVED BY:

CHIARI000085

At a Special Term of the Buffalo
City Court held in and for the
County of Erie at the Erie County
Courthouse Building in the City of
Buffalo New York, on the 1st day
of   may        2006.

PRESENT: HON.   _____CRAIG D. HANNAH_____

STATE OF NEW YORK
~~BUFFALO CITY COURT : COUNTY OF ERIE~~

M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, New York 14228

                                              *Plaintiff(s)*,

    -vs-

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226

                                *Defendant(s)*

**ATTORNEY FEE ORDER**

Index No.: B 98134

UPON  the reading and filing of the annexed affidavit of Gerald Chiari, attorney

for the plaintiff herein, duly sworn to the April 27, 2006 and upon all proceedings

~~heretofore and herein,~~

NOW, on the motion of GOLDSTEIN, BULAN & CHIARI, attorneys for the

plaintiff, and after due deliberation thereon, it is hereby,

ORDERED, that the plaintiff is entitled to a judgment and attorney fees of 25%

of the unpaid balance in the sum of $245.00 pursuant to the Complaint, to be duly owing

from the defendant(s) herein to the plaintiff, as called for in the contract which gives rise

to this action for the payment to the plaintiff of its attorney fees inclusive, hereby are

awarded to the plaintiff and adjudged to be fair and reasonable in light of the allegations

CHIARI000086

set forth in the annexed affidavit. Judgment may be docketed against the defendant(s) by the plaintiff at the time that plaintiff enters a default judgment and the clerk of this Court is hereby directed to mark his docket accordingly.

CRAIG D. HANNAH

ENTER:  5/1/06

CHIARI000087

STATE OF NEW YORK
<u>BUFFALO CITY COURT : COUNTY OF ERIE</u>

M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, New York 14228

                                         AFFIDAVIT OF REGULARITY
                    *Plaintiff(s),*

          -vs-
                                         <u>Index No.: B 98134</u>

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226

                    *Defendant(s)*

STATE OF NEW YORK      )
COUNTY OF ERIE         :SS.
CITY OF BUFFALO        )

    Gerald Chiari, being duly sworn, deposes and says:

    1. This action was commenced by the service of a Summons and Complaint upon the defendant(s) above named, as appears by the annexed affidavit(s) of service. The defendant(s) served, has/have not answered or otherwise moved with respect to the Complaint and the time for doing so has expired. Defendant's(s') time has not been otherwise extended and the defendant(s) has/have been in default of pleadings since April 25, 2006.

    2. That your deponent is submitting this affidavit in support of the application for attorney fees as set forth in the Complaint herein, and is the attorney for the plaintiff.

    3. That the plaintiff requests reasonable collection costs and attorney fees of 25% of the unpaid balance in the sum of $245.00, as set out in the Complaint, owing by the defendant(s) to the plaintiff.

CHIARI000088

4. That the collection of attorney fees and costs owing by the defendants, has long been and is still commonly accepted and much utilized in the collection of contractual indebtedness in the County of Erie and surrounding counties.

5. That as alleged in the Complaint, the plaintiff and defendant(s) expressly agreed that in the event of a default in the terms of repayment, reasonable attorney fees and collection costs would be paid by the defendant(s) to the plaintiff in the amount set forth in said agreement equal to 25% of the outstanding indebtedness.

6. That the services rendered and to be rendered in connection with the collection of this debt by your deponent's office are as follows:

a. Review and examination of all documents received from plaintiff, determination as to whether to accept suit or open file, performed by an attorney, (.4 hours at $185.00 per hour).

b. Verification of defendant's address and current place of employment, performed by an attorney, (.5 hours at $185.00 per hour).

c. Investigation regarding the value and location of assets of defendant(s) given to secure the debt, performed by an attorney, (.5 hours at $185.00 per hour).

d. Attempted contact(s) with defendant(s) by letter and telephone, performed by an attorney, (.25 hours at $185.00 per hour).

e. Contact with the plaintiff to review documents, collateral, and any other particulars of the case history of value to collection efforts herein, performed by an attorney, (.35 hours at $185.00 per hour).

f. Attempt to locate defendant(s)) present address by letters to the defendant(s) prior address(es), letters to the post office, TRW reports, telephone

CHIARI000089

conversation(s), review of telephone directories and motor vehicle department records, performed by an attorney, (2.0 hours at $185.00 per hour).

g.  Pleadings drafted in conjunction to the foregoing information and issue to process server or office to effect service upon the defendant(s), performed by an associate attorney, (.4 hours at $185.00 per hour).

h.  Affidavits of service drawn, examined and filed; Notice of Default mailed to defendant(s).  Affidavits attesting mailing of notice of default drawn and filed, performed by judgment clerk, (.25 hours).

I.  Preparation, review and filing of judgment roll, performed by judgment clerk, (.35 hours).

j.  Preparation and filing of transcript of judgment, performed by judgment clerk, (.25 hours).

k.  Preparation and review and submission of affidavit of regularity and service rendered in proposed order, performed by judgment clerk, (.4 hours).

l.  If claim is disputed, review of account with plaintiff and defendants, performed by an attorney, ( .4 hours at $185.00 per hour).

m.  Implementation of post judgment collection procedures as required, performed by an attorney, (indeterminate hours at $185.00 per hour).

n.  Numerous dockets, logs and diaries kept by personnel employed by your deponent necessary to meet the various deadlines connected with this suit as well as the continuous communications maintained to the plaintiff keeping the plaintiff informed of its progress, performed by attorneys, (indeterminate hours at $185.00 per hour).

CHIARI000090

7. That at this point in the law suit, it is impossible to determine if the aforementioned debt and attorney fees will be collectible.

8. That the majority of the legal work performed by GOLDSTEIN, BULAN & CHIARI occur post-judgment and will engender an undetermined number of hours of legal work to be performed by an attorney.

9. That deponent has been practicing in this area in excess of 30 years and the other attorneys in the firm have combined experience in excess of 80 years.

10. In your deponent's opinion, the attorney fees requested in plaintiff's complaint are fair and reasonable in relation to both your deponent's expertise as well as the time and effort to be expended.

a. Attempts to locate defendant(s) present place(s) of employment by letter(s) and/or information subpoenas, telephone conversations, TRW reports, and review of telephone directories performed by an attorney, (1.5 hours at $185.00 per hour).

b. Attempts to discover the extent and location of the defendant(s) assets, by the issuance of third-party orders, information subpoenas, real estate search(es) and personal examinations of the defendant(s) performed by an attorney, (1 hour at $185.00 per hour).

c. The placement of income garnishees and or property executions with either the Buffalo City Court Marshall's Office or the Erie County Sheriff's Department performed by an attorney, (.5 hours at $185.00 per hour).

d. Monthly monitoring of the file to ascertain the whereabouts of the assets and the defendant's place of employment, performed by an attorney, (1 hour at $185.00 per hour).

CHIARI000091

e.  Yearly issuance of information subpoenas, third-party orders, examinations of the defendant(s) and TRWs performed by an attorney, (1.5 hours at $185.00 per hour).

11.    It is a normal and customary and court accepted practice in this and other local jurisdictions to charge 25% of the unpaid balance of a debt as reasonable attorney fees.

**WHEREFORE**, your deponent respectfully requests this Court allow reasonable collection costs and attorney fees of $245.00, be awarded to the plaintiff as alleged in the Complaint in the above-captioned action in the sum set forth herein.

Gerald Chiari

Sworn to before me
April 27, 2006

Notary Public

Doreen A. Watson
Notary Public - State of New York
Reg. #01WA6075856
Orleans County
Commission Expires June 10, 20 _____

# Paralegal Services of Buffalo

■ Amortization Schedules   ■ DMV Searching   ■ Asset Searching
■ Judgement Searching   ■ Filing   ■ Delivering

**PARALEGAL SERVICES OF BUFFALO**          856-3818 - 852-2028
112 FRANKLIN ST., BUFFALO, NY 14202          Fax: 853-0184
www.paralegalservicesofbuffalo.com

DATE: 05-09-06

FIRM _G, B & Chiari_          FILE NO. B 98134

ORIGINATOR _KVS_

SUBJECT: _M.J. Peterson Corp._
_vs. William J. Wagner, Jr._

INSTRUCTIONS:
_Please file 8 Judgment_
_in Bu_
_Date stamp copy & return_
_to our office_

_Thanks!_

CHECK ATTACHED: _____

ATTACHMENTS: _____

PERFORMANCE REPORT

2006 MAY 10   AM 10: 56

DISBURSMT. _0_

BY _J.W.S_

SERVICE FEE _____

NO. OF SERV _2_

DATE COMPLETE _5/10/06_

RECEIVED BY:

CHIARI000093

**STATE OF NEW YORK**
**BUFFALO CITY COURT: COUNTY OF ERIE**

M. L. PETERSON CORP.
5    hn James Audubon Parkway
Amherst, New York 14228

Plaintiff

Vs.

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226

Defendant

**STATEMENT FOR**
**JUDGMENT**
INDEX # B 98134

| | | |
|---|---|---|
| Amount claimed in complaint | | $ 980.00 |
| Attorneys fees | | $ 245.00 |
| Interest | | $ 60.65 |
| Total | | $1,285.65 |
| Less amount paid | | $ 00.00 |
| Total after money paid | | $1,285.65 |
| Costs by statute | $ 20.00 | |
| Service of summons and complaint | 25.00 | |
| Affidavit | 1.50 | |
| Transcripts and docketing | 15.00 | |
| Sheriffs fees on execution | 45.00 | |
| Fee for index number | 45.00 | |
| Costs taxed at | $151.50 | |
| **TOTAL** | | **$ 1,437.15** |

**STATE OF NEW YORK, COUNTY OF ERIE**

I, Harold P. Bulan, a member of the firm of GOLDSTEIN, BULAN & CHIARI, LLP.,
Attorneys for plaintiff herein state that the disbursements above specified are correct and true
and have been or will be necessarily made on incurred herein and are reasonable in amount.
The summons and complaint in this action have been served on the defendant against whom
judgment is asked, and the time for said defendants to appear or answer herein has expired,
and the defendants are not members of the United States armed forces.  The undersigned
affirms this statement to be true under the penalties of perjury.

DATED: May 9, 2006

_____
HAROLD P. BULAN

NOW ON MOTION of GOLDSTEIN, BULAN & CHIARI, LLP., Attorneys for the plaintiff
herein, it is ADJUDGED, that the plaintiff, above named, to recover of the defendants
specified below, amounting in all to the sum specified below as "Amount of Judgment", and
that the said plaintiff have execution therefore:

| | |
|---|---|
| Defendant: | WILLIAM J. WAGNER, JR. |
| Sum: | $ 1,285.65 |
| Costs and Disbursements: | $   151.50 |
| Amount of Judgment: | $ 1,437.15 |
| Date Judgment entered: | |
| Clerk: | _____ |

CHIARI000094

CITY COURT OF BUFFALO, NEW YORK

Index No. *D 98734*

Amount claimed in Complaint (notice) .............................. $ *980  00*
Attorney's Fees ............................................................ *245  00*
Interest ................. *60  65*

*1,285  65*

Less Amount Paid ......................................................

Damages ................................................................... *1,285  65*

Costs by Statute ........................................................  20  00
Service of Summons and Complaint ..............................  25  00
Affidavit ....................................................................   1  50
Transcripts and Docketing  ...........................................  15  00
Sheriff's Fees on Execution .........................................  45  00
Fee for Index Number ................................................  45  00

Costs taxed at ........................................................... $ *151  50*

.................................................................Clerk

Total . . . . . $ *1,437.15*

*Sept. 1/05 - May 9/06*
*251 days at 9%*

JUDGMENT AGAINST

*William J. Wagner, Jr.*

GNBC-20

CHIARI000095

112 FRANKLIN ST., BUFFALO, NY 14202
www.paralegalservicesofbuffalo.com.

Fax: 853-0184

DATE 05-09-06
FILE NO. B 98134

FIRM _E, B~ Chiari_

ORIGINATOR _kvc_

SUBJECT _N.J. Peterson Corp._
_vs William J Wagner, Jr._

INSTRUCTIONS:
_Please file 8 Judgment_
_in BU_
_Date stamp copy & return_
_to our office_

CHECK ATTACHED

_Thanks!_

ATTACHMENTS:

PERFORMANCE REPORT

DISBURSMT.

BY

SERVICE FEE

NO. OF SERV

DATE COMPLETE

RECEIVED BY:

**PULL OUT THIS COPY FOR YOUR RECORDS**

CHIARI000096

STATE OF NEW YORK
BUFFALO CITY COURT:  COUNTY OF ERIE

M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, New York 14228

2006 MAY 10  AM 10: 55

                                        Plaintiff

          Vs.

                                                      STATEMENT FOR
                                                      JUDGMENT
WILLIAM J. WAGNER, JR.                                INDEX # B 98134
378 Windermere Blvd.
Amherst, New York 14226

                                        Defendant

---

| | |
|---|---|
| Amount claimed in complaint | $ 980.00 |
| Attorneys fees | $ 245.00 |
| Interest | $  60.65 |
| Total | $1,285.65 |
| Less amount paid | $  00.00 |
| Total after money paid | $1,285.65 |

| | |
|---|---|
| Costs by statute | $ 20.00 |
| Service of summons and complaint | 25.00 |
| Affidavit | 1.50 |
| Transcripts and docketing | 15.00 |
| Sheriffs fees on execution | 45.00 |
| Fee for index number | 45.00 |
| Costs taxed at | $151.50 |

**TOTAL**                                         **$ 1,437.15**

STATE OF NEW YORK, COUNTY OF ERIE

I, Harold P. Bulan, a member of the firm of GOLDSTEIN, BULAN & CHIARI, LLP.,
Attorneys for plaintiff herein state that the disbursements above specified are correct and true
and have been or will be necessarily made on incurred herein and are reasonable in amount.
The summons and complaint in this action have been served on the defendant against whom
judgment is asked, and the time for said defendants to appear or answer herein has expired,
and the defendants are not members of the United States armed forces. The undersigned
affirms this statement to be true under the penalties of perjury.
DATED: May 9, 2006

                                        HAROLD P. BULAN

NOW ON MOTION of GOLDSTEIN, BULAN & CHIARI, LLP., Attorneys for the plaintiff
herein, it is ADJUDGED, that the plaintiff, above named, to recover of the defendants
specified below, amounting in all to the sum specified below as "Amount of Judgment", and
that the said plaintiff have execution therefore:

| | |
|---|---|
| Defendant: | WILLIAM J. WAGNER, JR. |
| Sum: | $ 1,285.65 |
| Costs and Disbursements: | $  151.50 |
| Amount of Judgment: | $ 1,437.15 |
| Date Judgment entered: | MAY 1 0 2006  Sharon Thomas |
| Clerk: | |

CHIARI000097

STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
M.J. PETERSON CORP.   BUFFALO CITY COURT
501 John James Audubon Parkway
Amherst, New York 14228 2006 MAY 10   AM 10: 55

RECEIVED
BUFFALO CITY COURT

2006 MAY 10   AM 10: 55

Plaintiff

Vs.

WILLIAM J. WAGNER, JR.
378 Windermere Blvd.
Amherst, New York 14226

**STATEMENT FOR
JUDGMENT**
INDEX # B 98134

Defendant

| | | |
|---|---|---|
| Amount claimed in complaint | | $ 980.00 |
| Attorneys fees | | $ 245.00 |
| Interest | | $ 60.65 |
| Total | | $1,285.65 |
| Less amount paid | | $ 00.00 |
| Total after money paid | | $1,285.65 |
| Costs by statute | $ 20.00 | |
| Service of summons and complaint | 25.00 | |
| Affidavit | 1.50 | |
| Transcripts and docketing | 15.00 | |
| Sheriffs fees on execution | 45.00 | |
| Fee for index number | 45.00 | |
| Costs taxed at | $151.50 | |
| **TOTAL** | | **$ 1,437.15** |

STATE OF NEW YORK, COUNTY OF ERIE
I, Harold P. Bulan, a member of the firm of GOLDSTEIN, BULAN & CHIARI, LLP.,
Attorneys for plaintiff herein state that the disbursements above specified are correct and true
and have been or will be necessarily made on incurred herein and are reasonable in amount.
The summons and complaint in this action have been served on the defendant against whom
judgment is asked, and the time for said defendants to appear or answer herein has expired,
and the defendants are not members of the United States armed forces. The undersigned
affirms this statement to be true under the penalties of perjury.
DATED: May 9, 2006

HAROLD P. BULAN

NOW ON MOTION of GOLDSTEIN, BULAN & CHIARI, LLP., Attorneys for the plaintiff
herein, it is ADJUDGED, that the plaintiff, above named, to recover of the defendants
specified below, amounting in all to the sum specified below as "Amount of Judgment", and
that the said plaintiff have execution therefore:

| | |
|---|---|
| Defendant: | WILLIAM J. WAGNER, JR. |
| Sum: | $ 1,285.65 |
| Costs and Disbursements: | $ 151.50 |
| Amount of Judgment: | $ 1,437.15 |
| Date Judgment entered: | |
| Clerk: | MAY 10 2006   Sharon Thomas |

CHIARI000098

PARALEGAL SERVICES OF BUFFALO
112 FRANKLIN ST., BUFFALO, NY 14202 · 852-2028
www.paralegalservicesofbuffalo.com

Phone: 852-3818 · 852-2028
Fax: 853-0184

DATE **5/11/06**

FILE NO. **B98134**

FIRM **GOLDSTEIN BULAN & CHIARI**

ORIGINATOR ___Sa___

SUBJECT: **MJ PETERSON CORP.**

**VS**

INSTRUCTIONS: **WILLIAM J. WAGNER, JR.**

**PLEASE OBTAIN TRANSCRIPT B.C.C.**
**PLEASE FILE TRANSCRIPT E.C.C.O.**

**THANK YOU**

CHECK ATTACHED: _____

ATTACHMENTS:

PERFORMANCE REPORT

DISBURSMT.

BY

SERVICE FEE

NO. OF SERV.

DATE COMPLETE

RECEIVED BY:

PULL OUT THIS COPY FOR YOUR RECORDS

CHIARI000099

# Paralegal Services of Buffalo

■ Amortization Schedules    ■ DMV Searching    ■ Asset Searching
■ Judgement Searching    ■ Filing    ■ Delivering

**PARALEGAL SERVICES OF BUFFALO**          856-3818 - 852-2028
112 FRANKLIN ST., BUFFALO, NY 14202          Fax: 853-0184
www.paralegalservicesofbuffalo.com

DATE
5/11/06
FILE NO.
B98134

FIRM:  GOLDSTEIN BULAN & CHIARI

ORIGINATOR:  Sally

SUBJECT:  MJ PETERSON CORP.
VS
INSTRUCTIONS:  WILLIAM J. WAGNER, JR.

PLEASE OBTAIN TRANSCRIPT E.C.C.

PLEASE FILE TRANSCRIPT E.C.C.O.

THANK YOU

CHECK ATTACHED: _____

ATTACHMENTS: _____

PERFORMANCE REPORT

DISBURSMT.
16.00
BY
J.W.B.
SERVICE FEE

NO. OF SERV
3
DATE COMPLETE
5/15/06

RECEIVED BY:

CHIARI000100

T R A N S C R I P T   O F   J U D G M E N T
C E R T I F I C A T E   O F   D I S P O S I T I O N

CHECK ONLY ONE

DOCKET NO. B98134

Judgment     WILLIAM J WAGNER, JR
Debtor
Address      378 WINDERMERE BLVD
             AMHERST, NY 14226

Judgment     M&T PETERSON CORP
Creditor
Address      501 JOHN JAMES AUDUBON PKWY
             AMHERST, NY 14228

Attorney for  GOLDSTEIN, BULAN & CHIARI
Judgment      1440 RAND BLDG.
Creditor      BUFFALO, N.Y. 14203

ACTION SEVERED:

*F I L E D*

*MAY 15 2006*

*ERIE COU...*
*CLERKS O...*

| | | |
|---|---|---|
| Damages | $ 1285.65 | Judgment Docketed |
| | | Date: May 10, 2006 |
| Court Costs | $ 151.50 | |
| | | Judgment Rendered |
| TOTAL AWARD | $ 1437.15 | Date: May 10, 2006 |
| | | CITY COURT OF BUFFALO |
| | | COUNTY OF ERIE |
| | | STATE OF NEW YORK |

REMARKS

DATE SATISFIED:

State of New York    )
County of Erie       )
City of Buffalo      )

I, RUTH DAHAR, clerk of the City Court of Buffalo, hereby certify
that all of the above is a correct transcript from the docket of
judgments in the Buffalo City Court, and I further certify that the
above judgment has been ENTERED.

IN TESTIMONY WHEREOF, I have hereunto set my name and affixed the
official seal of the City Court of Buffalo on May 12, 2006.

RUTH DAHAR
Court Clerk

S E A L

Please keep this copy as your permanent record of this transaction
at tax time.

CHIARI000101

LAW OFFICES OF
## GOLDSTEIN, BULAN & CHIARI LLP
RAND BUILDING    14 LAFAYETTE SQUARE
SUITE 1440
BUFFALO, NEW YORK 14203
TEL: (716) 854-1332 • FAX (716) 854-1370
E-MAIL: gbcllp@yahoo.com

DAVID J. GOLDSTEIN
1907-1991

HAROLD P. BULAN
GERALD CHIARI
TOBY-LEE G. BULAN
PHILIP A. MILCH

FAX/EMAIL NOT
FOR SERVICE OF PROCESS

M.P.O. BOX 1091
NIAGARA FALLS, NEW YORK 14302
716 - 854-1332

P.O. BOX 546
BATAVIA, NEW YORK 14020
716 - 854-1332

May 16, 2006

William J. Wagner, Jr.
378 Windemere Blvd.
Amherst, NY 14226

Re:  M.J. PETERSON CORP.
Judgment Amount:  $1,437.15
Judgment Date:  May 10, 2006

Dear Sir or Madam:

Enclosed herewith please find an original and one copy of the Information Subpoena in the above matter.  Please answer the questions as fully and completely as possible, and return the executed and notarized original, to this office, in the enclosed return envelope within **seven (7) days** of the date of this letter.

Should you fail to respond within **seven (7) days**, we will petition the Court for an Order to Show Cause for Contempt of Court.

Very truly yours,
**GOLDSTEIN, BULAN & CHIARI LLP**

BY:  Gerald Chiari, Esq.
GC/dk

Enclosure(s)

### WE ARE ATTEMPTING T  COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CHIARI000102



U.S. Postal Service
CERTIFIED MAIL₊ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₊

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.12 | |

Sent To    *William J. Wagner Jr*

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

CHIARI000103

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM J. WAGNER JR

378 Windemere Blvd.

Amherst, NY 14226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Juan Smith*    ☑ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  5/2/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0000 1259 4280

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

CHIARI000104

| WAGNER, WILLIAM J. JR. 378 WINDERMERE BLVD. AMHERST, NY 14226 | M.J. PETERSON, LLC 501 JOHN JAMES AUDUBON PARKWAY, AMHERST, NY 14228-; | BULAN, CHIARI, HORWITZ & ILECKI LLP 1321 MILLERSPORT HWY STE 101 WILLIAMSVILLE, NY 14221 file number- 20065569@ SEPTEMBER 6, 2006 LX/MV |
|---|---|---|
| ERIE 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 | ACCOUNT NO.: | |
| ; E- | CONTRACT DATE: | |
| BANKRUPT | PRE-JMT BALANCE:          $980.00 | |
| | PRE-JMT INT. DATE: | R/E |
| | PRE-JMT INT. RATE: | |
| | VEHICLE: | POE |
| | PROPERTY: | C/R |
| | CASE POSTURE: JMT | |
| | BAN COURT NO. | |
| | BAN COURT:     NONE; | IS/SDT |
| | COURT: BUFFALO CITY COURT | |
| | COURT NO:   B98134 | RN:   M&T   HSBC   CITIZN |
| | RESP. ATTY:   WILLIAM ILECKI | FNB   BK AM   CITIBK |
| | FEE:    35.00% | COMM BK   KEY |
| | CASE TYPE:   L | |
| | A/F AMOUNT:   $245.00 | CONTEMPT |
| | CONS/BUS:   C | |
| | DEBTOR ATTY:   NONE | REPO/EXECUTION |
| | FIDUCIARY: | |
| | JUDGMENT INFO: MAY 10, 2006; $1,437.15; MAY 15, 2006 | MISC. |

CHIARI000105

# BULAN, CHIARI, HORWITZ & ILECKI LLP
## ATTORNEYS AND COUNSELORS AT LAW
1321 MILLERSPORT HWY STE 101, BUFFALO, NY 14221
Erie: (716) 838-4300   Niagara: (716) 693-4529   Fax: (716) 204-9728
HFILaw@aol.com
WIlecki@aol.com

GERALD CHIARI
MORRIS L. HORWITZ
WILLIAM ILECKI
RICHARD L. STARK
HOWARD D. CADMUS
SARA BULSON

January 13, 2007

WILLIAM J. WAGNER Jr.
378 Windermere Blvd.
Amherst, NY 14226

    RE:   Claim of M.J. PETERSON, LLC
    Judgment balance- $1,525.04

Dear Sir/Madam:

    Please forward all future communications in this matter to this office.

    Please forward any payments to us, payable to "BULAN, CHIARI, HORWITZ & ILECKI LLP, as attorneys", or proceed as noted below.  Note- because of interest or other charges that may vary from day to day, the amount due on the day you pay may be greater.  If you pay the amount shown above, an adjustment may be necessary after we receive the payment, in which event we will inform you.  For further information, please contact this office.  This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

                Very truly yours,

                BULAN, CHIARI, HORWITZ & ILECKI LLP

                SARA BULSON

**NOTE:** Unless you, within thirty days after receipt of this notice, dispute the validity of the debt, or any portion of it, the debt will be assumed to be valid by us.  If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you.  Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.  We may proceed with suit against you without waiting the thirty-day period if so requested by our client.

Our file number- 20065569©

CHIARI000106

## *NOTICE TO JUDGMENT DEBTOR*

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you.  Read this carefully.

### YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and Federal laws prevent certain money or property from being taken to satisfy judgments or orders.  Such money or property is said to be "exempt".  The following is a partial list of money which may be exempt:

1.   Supplemental security income, (SSI);

2.   Social Security;

3.   Public assistance (welfare);

4.   Alimony or child support;

5.   Unemployment benefits;

6.   Disability benefits;

7.   Worker's compensation benefits;

8.   Public or private pensions; and,

9.   Veteran's benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order.  If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

ALSO, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY.  The law (New York Civil Practice Law and Rules, Article Four and Sections Fifty-Two Hundred Thirty-Nine and Fifty-Two Hundred Forty) provides a procedure for determination of a claim to an exemption.

BULAN, CHIARI, HORWITZ & ILECKI LLP
Attorneys at Law
1321 MILLERSPORT HWY STE 101, BUFFALO, NY  14221
Erie: (716) 838-4300   Niagara: (716) 693-4529   Fax: (716) 204-9728
Our file number- 20065569©

**WARNING:** YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT.

NOTICE:   The purpose of the hearing is to punish you for a contempt of court. Such punishment may consist of fine or imprisonment, or both, according to law.

---

At a Special Term of the Buffalo
City Court held at the Court House, on

AUG 0 8 2007

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

---

M.J. PETERSON, LLC,

                   Plaintiff,        **ORDER TO SHOW CAUSE TO**

vs.                                **PUNISH FOR CONTEMPT**
                                            Index No. B98134

WILLIAM J. WAGNER Jr.
378 Windermere Blvd.
Amherst, NY 14226,

                  Defendant(s).    ASSIGNED JUDGE: **CRAIG D. HANNAH**
                         Hon.

---

On the annexed Subpoena, the annexed Affidavit showing due service of the Subpoena, and upon the Affirmation of Sara Bulson, dated July 29, 2007, by which it appears that WILLIAM J. WAGNER Jr. failed to comply with said Subpoena.

**IT IS ORDERED,** that WILLIAM J. WAGNER Jr. appear before me or one of the Justices of Buffalo City Court, at a Special Term, Part  , to be held at the Court House at 50 Delaware Avenue, Buffalo, NY on **October 3, 2007 at 9:30 a.m.** of that day and show cause why he/she should not be punished as and for contempt for violation of and non-compliance with the said Subpoena, to include a fine up to $250 plus actual damages, and why he/she should not pay the costs of this motion, and why the Plaintiff should not have

such other and further relief as may be proper.

Personal service pursuant to CPLR 308 (1), (2) or (4), of a copy of this order and of the papers upon which it is based, on said WILLIAM J. WAGNER Jr. at any time on or before ten (10) days before the return date of this Motion, shall be deemed sufficient.

DATED:   AUG 0 8 2007

CRAIG D. HANNAH
HON.

Our file number- 20065569©

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC,

               Plaintiff,

vs.

WILLIAM J. WAGNER Jr.,

               Defendant(s).

**ATTORNEY'S AFFIRMATION**

Index No. B98134

ASSIGNED JUDGE:
Hon.

Sara Bulson, an attorney admitted to practice in the Courts of the State of New York, and not a party to this action, subscribes and affirms the following to be true under the penalties of perjury:

1.   I am the attorney for the Plaintiff, M.J. PETERSON, LLC, and am duly authorized by the Plaintiff to bring this proceeding. A Subpoena (a copy of which is annexed hereto) was duly issued of this Court requiring WILLIAM J. WAGNER Jr. (hereinafter "Contemnor") to complete a questionnaire under oath relevant to the satisfaction of the judgment entered in this action.

2.   As appears more fully in the affidavit of service annexed hereto, the subpoena was served on said Contemnor.

3.   The Contemnor failed to so comply with said Subpoena.

4.   The conduct of said Contemnor was calculated to and actually did defeat, impair, impede and prejudice the rights and remedies of the judgment creditor herein, in that the judgment creditor has been unable to obtain information on matters relevant to the satisfaction of the judgment as authorized by law.

5.   No previous application for an order to show cause relative to non-compliance with this Subpoena herein has been made.

CHIARI000110

**WHEREFORE**, your deponent prays for an order requiring WILLIAM J. WAGNER Jr. to show cause why the above-referenced Contemnor should not be punished for contempt, to include a fine up to $250 <u>plus</u> actual damages, and granting to the judgment creditor such other and further relief as to the Court may seem just and proper, together with the costs of this motion.

DATED:    July 29, 2007
             Williamsville, New York

_Sara Bulson_
SARA BULSON

Our file number- 20065569©

CHIARI000111

STATE OF NEW YORK
BUFFALO C Y COURT: COUNTY OF ERIE
M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, NY 14228                       Plaintiff

                                              INDEX #B 98134
                                              INFORMATION
           VS                                 SUBPOENA

WILLIAM J. WAGNER, JR.
378 Windemere Blvd.
Amherst, NY 14226                  Defendant

## THE PEOPLE OF THE STATE OF NEW YORK

TO:  WILLIAM J. WAGNER, JR.
ADDRESS:   378 Windemere Blvd.  Amherst, NY 14226

GREETINGS:

   **WHEREAS,** In an action in the above entitled court between the above named plaintiff-judgment creditor and defendant-judgment debtor, a judgment was entered in favor of said plaintiff-judgment creditor and against said defendant-judgment debtor, and on which there remains an unpaid balance, and

   **WHEREAS,** the party to whom this subpoena is directed; resides, regularly employed, and/or has an office for the regular transaction of business; in the county set forth above;

   **NOW, THEREFORE WE COMMAND YOU,** pursuant to Sections 5223 and 5224 of the Civil Practice Law and Rules, that you answer in writing under oath, separately and fully, each question on the questionnaire set forth below as indicated therein, each answer referring to the question to which it responds; and that you return the one copy of this Information Subpoena, questionnaire and answers within seven (7) days after your receipt of this subpoena.

   **TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated: 5/16/2006

                         _____
                              Gerald Chiari, Esq.
                    **GOLDSTEIN, BULAN & CHIARI, LLP**
                          Attorneys for the Plaintiff
                    1440 Rand Building, 14 Lafayette Square
                              Buffalo, New York
                    Tel:(716) 854-1332 Fax:(716) 854-1370

CHIARI000112

STATE OF NEW YORK
BUFFALO C... Y COURT: COUNTY OF ERIE

M.J. PETERSON CORP.
501 John James Audubon Parkway
Amherst, NY 14228                    Plaintiff

INDEX #B 98134
INFORMATION
SUBPOENA

VS

WILLIAM J. WAGNER, JR.
378 Windemere Blvd.
Amherst, NY 14226                    Defendant

_____, Being duly sworn, deposes and says:

1.    Q.    What is your full name?
      A.

2.    Q.    What is your Social Security Number and date of birth?
      A.

3.    Q.    Have you ever been known by any other name?
      A.

4.    Q.    Where do you live and with whom?
      A.

5.    Q.    Do you occupy an apartment or house?
      A.

6.    Q.    What is the landlord's name and address?
      A.

7.    Q.    Who pays the rent?
      A.

8.    Q.    How is the rent paid, by check or cash?
      A.

9.    Q.    How much is rent?
      A.

10.   Q.    For how long of a time have you lived in the premises you now occupy?
      A.

11.   Q.    What is your occupation profession?
      A.

CHIARI000113

12.  Q.  Are you engaged in business in an individual, partnership or corporate form?
     A.

13.  Q.  If engaged in business, give your business address and name of your firm.
     A.

14.  Q.  If employed give your employer's name and address.
     A.

15.  Q.  For how long of a time have you worked with your present employer?
     A.

16.  Q.  What salary do you receive?
     A.

17.  Q.  When is your salary payable?
     A

18.  Q.  Is your salary payable by check or in cash?
     A.

19.  Q.  Do you receive any bonus or emolument other than your salary?
     A.

20.  Q.  Do you receive any income from any other source, and if so, explain?
     A.

21.  Q.  What amount of income have you received from your trade or profession during each of the two years
         immediately preceding the entry of judgment in this action?
     A.

22.  Q.  Do you have a bank, checking of savings account?
     A.

23.  Q.  If so, give names and addresses of banks where you have accounts.
     A.

24.  Q.  Have you closed any bank account since the summons in this action was served on you?
     A.

25.  Q.  If so, give name and address of bank?
     A.

26.  Q.  How much was on deposit at time the account was closed?
     A.

27.  Q.  Are you married?
     A.

CHIARI000114

28.   Q.   What is you spouse's full name?
      A.

29.   Q.   Is you spouse employed?
      A.

30.   Q.   What is the name and address of the employer?
      A.

31.   Q.   What salary does your spouse receive?
      A.

32.   Q.   How many children have you, and what are their ages?
      A.

33.   Q.   Do you own an automobile, airplane & boat?
      A.

34.   Q.   If so describe the make, year and model, serial and license material?
      A.

35.   Q.   Is it covered by any chattel mortgage, conditional sales or other security agreement?
      A.

36.   Q.   Where do you keep the automobile?
      A.

37.   Q.   Do you own any interest in real estate?
      A.

38.   Q.   If so, give details.
      A.

39.   Q.   Do you own any stocks, bonds, defense bonds or other securities?
      A.

40.   Q.   Describe each item.
      A.

41.   Q.   Are you an officer, director or shareholder in any corporation?
      A.   If so, explain.

42.   Q.   Do you own a piano, phonograph or television set, and if so describe?
      A.

43.   Q.   Have you ever before been examined by a judgment creditor?
      A.

44.   Q.   Is there an income execution or wage assignment presently against your wages or has an
           installment payment order been granted directing you to make payments to any judgment creditor?

CHIARI000115

A.

45.  Q.  Do you receive any money from others to support yourself?
     A.

46.  Q.  If so give names and addresses of such person.
     A.

47.  Q.  Give the amounts that such persons contribute for your support.
     A.

48.  Q.  Have you been involved in any automobile accident, or in any way been injured through any person's fault, within the last three years?
     A.

49.  Q.  If so, give the date of the accident or injury, the name of the insurance company, and the name of your attorney, if any?
     A.

50.  Q.  Are there any other judgment against you?
     A.

51  Q.  If so, give the following information with respect to each judgment:
(A) Name of court and date of judgment.

(B) Name of plaintiff and amount of judgment.

52..  Q.  Are you presently making any payments pursuant to any court order of income execution? If so, explain fully.
     A.

Deponent is the recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope.

_____
                 Judgment Debtor

Sworn to before me this

day of _____, 2006

_____
      Notary Public

CHIARI000116

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM J. WAGNER JR
378 Windemere Blvd.
Amherst, NY 14226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery 5/29/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service la...)

7005 1820 0000 1259 4280

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

CHIARI000117

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

---

M.J. PETERSON, LLC,

                     Plaintiff,        **AFFIDAVIT OF MAILING**

vs.

                                      Index No. B98134

WILLIAM J. WAGNER Jr.,

               Defendant(s).     **ASSIGNED JUDGE:**
                         Hon.

---

STATE OF NEW YORK   )
COUNTY OF ERIE       ) SS:

        Sally Pralow, being duly sworn, deposes and says:

1.     I am over 18 years of age and not a party to this action.

2.     On May 16, 2006, I mailed a copy of Information Subpoena, by first class mail, in

an official depository located in the State of New York under the exclusive care and

custody of the United States Post Office Department, and properly addressed to:

WILLIAM J. WAGNER Jr., 378 Windermere Blvd., Amherst, NY 14226.

                                   *Sally Pralow*
                                   Sally Pralow

Sworn to before me
May 16, 2006

*Patricia A. Zelasko*
Notary Public

Our file number- 20065569©

PATRICIA A. ZELASKO
Notary Public #01ZE6043107
Qualified In Erie County, N.Y.
My Comm. Exp. 08-12-2008 *2010*

## BULAN, CHIARI, HORWITZ & ILECKI LLP
### ATTORNEYS AND COUNSELORS AT LAW
1321 MILLERSPORT HWY STE 101, BUFFALO, NY 14221
Erie: (716) 838-4300   Niagara: (716) 693-4529   Fax: (716) 204-9728
HFILaw@aol.com
WIlecki@aol.com

GERALD CHIARI
MORRIS L. HORWITZ
WILLIAM ILECKI
RICHARD L. STARK
HOWARD D. CADMUS
SARA BULSON
BARBARA R. RIDALL
HAROLD P. BULAN, OF COUNSEL

August 10, 2007

Action Services & Research, Inc.
25 Falconer Street, Suite. 2
North Tonawanda NY 14120-
Attn: Michael J. Palczynski

RE:   M.J. PETERSON, LLC v. WILLIAM J. WAGNER Jr.
Residence- 378 Windermere Blvd., Amherst, NY 14226;
Date of Birth: n/a

Dear Mr. Palczynski:

Enclosed please find three (3) copies of an Order to Show Cause. Please serve by personal delivery or substituted service (i.e. nail and mail, person of suitable age, etc.) upon the listed Defendant(s).

**PLEASE SERVE THE ENCLOSED ORDER ON OR BEFORE SEPTEMBER 23, 2007.**

Unless this involves service of a Subpoena, please also file the Affidavit(s) of Service with the Court, and return a file-stamped copy of same to this office as soon as possible. Thank you for your prompt attention to this matter.

Very truly yours,

BULAN, CHIARI, HORWITZ & ILECKI LLP

TINA ARONNE

Enclosure
Our file number- 20065569©

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC

                              Plaintiff,

vs.

WILLIAM J. WAGNER Jr.,

                              Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. B98134

STATE OF NEW YORK ) COUNTY OF ERIE   ) SS.:

The undersigned, being duly sworn, deposes and says:

That I am over the age of 18 yea
SUMMONS AND COMPLAINT on the Defe
business, ON the __ day of _____

*8-10-07*
*6:29 p.m.*

a copy of the annexed
place of abode/place of
anner:

1. [  ]   by personally delivering to and leavi
served to be the person described as the sai
Color-_____; Age-_____; Weight-_____;

*per current*
*resident -*

at I knew the person so
; Skin Color-____; Hair
;

2. [  ]   by personally delivering to and leavi
person of suitable age and discretion, further
_____; Weight-_____; Height-_____; Other-
of the same to the Defendant at , Defendai
"Personal and Confidential", and not indicatin
action against said Defendant, with said mail

*DTR no longer*
*lives there*

air Color-_____; Age-
ID by mailing a true copy
n an envelope marked
torney or concerned an
ervice, OR

3. [  ]   by affixing a true copy thereof to the
pursuant to 1 and 2 with due diligence on: 1) t
day of _____, 200_ at _____ A
4) the ___ day of _____, 200_, at _____ AM/PM, AND by mailing a true copy of the same to the
Defendant at , Defendant's last known residence or business address, in an envelope marked "Personal and
Confidential", and not indicating on the outside thereof that same was from an attorney or concerned an action against
said Defendant, with said mailing occurring on or within 20 days of the date of service.

    To the best of my knowledge, information and belief, said Defendant at the time of service was not in military
service of the United States.

Sworn to before me this
day of _____, 200_.

_____

_____
NOTARY PUBLIC

PRINT NAME BELOW SIGNATURE

August 14, 2007- Our file number- 20065569©

CHIARI000120

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

---

M.J. PETERSON, LLC,

      Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,

      Defendant(s)-Judgment-Debtor(s).

**INFORMATION SUBPOENA
WITH RESTRAINING NOTICE**
Index No. B98134

ASSIGNED JUDGE:

Hon.

---

RE:   WILLIAM J. WAGNER Jr., 1571 Eggert Road, Amherst, NY 14226

### THE PEOPLE OF THE STATE OF NEW YORK

TO:
WILLIAM J. WAGNER Jr.
1571 Eggert Road
Amherst, NY 14226

**WHEREAS,** in the above-captioned action between the parties listed above, a Judgment was entered on **May 10, 2006** in Buffalo City Court, in favor of said Judgment-Creditor and against said Judgment Debtor(s) in the amount of $1,437.15, of which $2,071.53 remains due, plus interest at 9.00% from April 4, 2011.

**NOW, THEREFORE WE COMMAND YOU,** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this Subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original of the questions within seven (7) days after your receipt of the questions and this Subpoena.

---

**TAKE FURTHER NOTICE** that pursuant to subdivision (b) of §5222 of the Civil Practice Law and Rules, which is set forth herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, except as therein provided. This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

### CIVIL PRACTICE LAW AND RULES

Section 5222(b) - Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to

CHIARI000121

believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

     TAKE FURTHER NOTICE THAT DISOBEDIENCE OF THIS RESTRAINING NOTICE OR FALSE SWEARING OR FAILURE TO COMPLY WITH THIS SUBPOENA MAY SUBJECT YOU TO FINE AND IMPRISONMENT FOR CONTEMPT OF COURT. NON-COMPLIANCE WITH THE INFORMATION SUBPOENA SHALL FIRST SUBJECT YOU TO THE PENALTIES UNDER CPLR 2308(b).

Dated: April 4, 2011

SUZANNE M. SMITH
Attorney for Judgment-Creditor
14 LAFAYETTE SQ STE 1440
BUFFALO, NY 14203
Phone: (716) 838-4300
Fax: (716) 204-9728

Our file number-20065569 ©

CHIARI000122

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC,
      Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,
      Defendant(s)-Judgment-Debtor(s).

**QUESTIONNAIRE**

Index No. B98134

ASSIGNED JUDGE:

Hon.

---

STATE OF       )
COUNTY OF     ) SS.:

_____, being duly sworn, deposes and says:

1. Where do you live (provide physical residence address) and with whom?

A.

2. Do you own your home/residence or do you rent?

A.

3. What is the bank/mortgagee's or landlord's name and address?

A.

4. How much is the rent/mortgage?

A.

5. For how long have you lived in the premises you now occupy?

A.

6. What is your occupation or profession?

A.

7. Are you engaged in business as an individual, partnership or corporate form?  Describe and give name.

A.

8. If employed, give your employer's name and address.

A.

9. For how long have you worked with your present employer or business?

A.

10. What wages or salary do you receive per year?

A.

11. Are your wages or salary payable by check or in cash?

A.

12. Do you receive any bonus or fringe benefit other than your salary? If so, describe.

A.

13. Do you receive any income, rent, or any other payment from any other source, and if so, explain and provide name and address of payor or source?

A.

CHIARI000123

14. State the amount of income, rent, or any other payment have you received during each of the previous two years?

A.

15. What amount of government or other assistance have you received during each of these two years?

A.

16. Have you a bank, credit union, brokerage or other financial institution account? If so, where?

A.

17. Provide the names and addresses where you have any accounts.

A.

18. Have you closed any account within the preceding two years?

A.

19. If so, give name and address of financial institution and amount on deposit at time account closed.

A.

20. Are you married?

A.

21. What is your spouse's full name?

A.

22. Is your spouse employed?

A.

23. What is the name and address of the employer?

A.

24. What wages or salary does your spouse receive?

A.

25. How many children are living or supported by you, and what are their ages?

A.

26. Do you own an automobile, ATV, boat or other motor vehicle? If so, describe.

A.

27. Is it covered by any lien, conditional sales or other security agreement?

A.

28. Where do you keep the automobile, ATV or boat?

A.

29. Do you own any interest in real estate?  If so, give details, including lienholder information.

A.

30. Have you transferred any interest in real estate or other property within the last 6 years?  If so, give details.

A.

31. Do you own any stocks, bonds, mutual funds, other securities or life insurance? If so, describe.

A.

32. Do you have any property in pawn or bailment? If so, describe.

A.

33. Does anyone owe you money? If so, describe.

A.

34. Are you entitled to any Federal or State income tax refunds? If so, describe.

CHIARI000124

A.

35. Are you an officer, director or shareholder in any corporation? If so, describe.

A.

36. Are you a trustee, executor or administrator under any will, insurance policy or trust? If so, describe.

A.

37. Is any entity or person holding money or other property for you or on your behalf? If so, describe.

A.

38. Do you have any interest as beneficiary of any trust, life or other insurance, will or estate? If so, describe.

A.

39. Are there any other judgments against you? Describe Plaintiff, Court, date and amount of judgment.

A.

40. Is there any court order, income execution or wage assignment presently against your wages or has an installment payment order been granted directing you to make payments to any judgment creditor or other person? If so, explain fully.
A.

41. Do you receive any money from others to help support yourself? If so, describe.

A.

42. Are you or have you ever been a party to any lawsuit or civil action within the last 3 years? Describe.

A.

43. Have you been involved in any automobile accident, or injured through any person's fault?  If so, give the date of the accident or injury, the name of the insurance company, and the name of your attorney, if any.
A.

44. Please state monthly amount you can offer to pay and date payments will commence.  All payments to be made to CHIARI & ILECKI, LLP, 14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203, and are subject to periodic review/adjustment based upon financial circumstances.


Deponent is the recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope.  Deponent has completely and truthfully answered each question herein.  (**NOTE: Must be signed before Notary Public**).


Sworn to before me this _____
day of _____, 200__.


NOTARY PUBLIC

Our file number-20065569 ©

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC,
             Plaintiff-Judgment-Creditor,
vs.

WILLIAM J. WAGNER Jr.,
         Defendant(s)-Judgment-Debtor(s).

**QUESTIONNAIRE**

Index No. B98134

ASSIGNED JUDGE:

Hon.

STATE OF           )
COUNTY OF      ) SS.:

_____, being duly sworn, deposes and says:

1.  Where do you live (provide physical residence address) and with whom?

A.

2.  Do you own your home/residence or do you rent?

A.

3.  What is the bank/mortgagee's or landlord's name and address?

A.

4.  How much is the rent/mortgage?

A.

5.  For how long have you lived in the premises you now occupy?

A.

6.  What is your occupation or profession?

A.

7.  Are you engaged in business as an individual, partnership or corporate form?  Describe and give name.

A.

8.  If employed, give your employer's name and address.

A.

9.  For how long have you worked with your present employer or business?

A.

10. What wages or salary do you receive per year?

A.

11. Are your wages or salary payable by check or in cash?

A.

12. Do you receive any bonus or fringe benefit other than your salary? If so, describe.

A.

13. Do you receive any income, rent, or any other payment from any other source, and if so, explain and provide name and address of payor or source?

A.

14. State the amount of income, rent, or any other payment have you received during each of the previous two years?

A.

CHIARI000126

15. What amount of government or other assistance have you received during each of these two years?

A.

16. Have you a bank, credit union, brokerage or other financial institution account? If so, where?

A.

17. Provide the names and addresses where you have any accounts.

A.

18. Have you closed any account within the preceding two years?

A.

19. If so, give name and address of financial institution and amount on deposit at time account closed.

A.

20. Are you married?

A.

21. What is your spouse's full name?

A.

22. Is your spouse employed?

A.

23. What is the name and address of the employer?

A.

24. What wages or salary does your spouse receive?

A.

25. How many children are living or supported by you, and what are their ages?

A.

26. Do you own an automobile, ATV, boat or other motor vehicle? If so, describe.

A.

27. Is it covered by any lien, conditional sales or other security agreement?

A.

28. Where do you keep the automobile, ATV or boat?

A.

29. Do you own any interest in real estate? If so, give details, including lienholder information.

A.

30. Have you transferred any interest in real estate or other property within the last 6 years? If so, give details.

A.

31. Do you own any stocks, bonds, mutual funds, other securities or life insurance? If so, describe.

A.

32. Do you have any property in pawn or bailment? If so, describe.

A.

33. Does anyone owe you money? If so, describe.

A.

34. Are you entitled to any Federal or State income tax refunds? If so, describe.

A.

35. Are you an officer, director or shareholder in any corporation? If so, describe.

CHIARI000127

A.

36. Are you a trustee, executor or administrator under any will, insurance policy or trust? If so, describe.

A.

37. Is any entity or person holding money or other property for you or on your behalf? If so, describe.

A.

38. Do you have any interest as beneficiary of any trust, life or other insurance, will or estate? If so, describe.

A.

39. Are there any other judgments against you? Describe Plaintiff, Court, date and amount of judgment.

A.

40. Is there any court order, income execution or wage assignment presently against your wages or has an installment payment order been granted directing you to make payments to any judgment creditor or other person? If so, explain fully.

A.

41. Do you receive any money from others to help support yourself? If so, describe.

A.

42. Are you or have you ever been a party to any lawsuit or civil action within the last 3 years? Describe.

A.

43. Have you been involved in any automobile accident, or injured through any person's fault? If so, give the date of the accident or injury, the name of the insurance company, and the name of your attorney, if any.

A.

44. Please state monthly amount you can offer to pay and date payments will commence. All payments to be made to CHIARI & ILECKI, LLP, 14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203, and are subject to periodic review/adjustment based upon financial circumstances.

Deponent is the recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope. Deponent has completely and truthfully answered each question herein. **(NOTE: Must be signed before Notary Public).**

_____

Sworn to before me this _____
day of _____, 200_.

_____
NOTARY PUBLIC

Our file number- 20065569©

CHIARI000128

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC

               Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**
Index No. B98134

WILLIAM J. WAGNER Jr.

               Defendant(s).

STATE OF NEW YORK   )
COUNTY OF ERIE       ) SS.:

_____, swears under penalty of perjury that I am over the age of 18 years, and not a party to this action, and I mailed a copy of the INFORMATION SUBPOENA, together with a copy and original of written questions, with a prepaid self-addressed return envelope, on the Defendant(s), WILLIAM J. WAGNER Jr., 1571 Eggert Road, Amherst, NY  14226, on April 4, 2011, by certified mail, return receipt requested, addressed to the said Defendant(s) at the above-respective addresses.

Sworn to before
April 4, 2011

_____

NOTARY PUBLIC
Our file number- 20065569©

CHIARI000129

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

---

M.J. PETERSON, LLC

                Plaintiff,

vs.

WILLIAM J. WAGNER Jr.

                Defendant(s).

**AFFIDAVIT OF SERVICE**
Index No. B98134

---

STATE OF NEW YORK   )
COUNTY OF ERIE       ) SS.:

*Patricia Zelasko*, swears under penalty of perjury that I am over the age of 18 years, and not a party to this action, and I mailed a copy of the INFORMATION SUBPOENA, together with a copy and original of written questions, with a prepaid self-addressed return envelope, on the Defendant(s), WILLIAM J. WAGNER Jr., 1571 Eggert Road, Amherst, NY 14226, on April 4, 2011, by certified mail, return receipt requested, addressed to the said Defendant(s) at the above-respective addresses.

*Patricia Zelasko*

Sworn to before
April 4, 2011

*Sally Pralow*

NOTARY PUBLIC
Our file number- 20065589©

SALLY G. PRALOW
Notary Public, State of New York
Qualified in Erie Co., No. 01PR6029300
My Commission Expires Sept. 30, 2014

CHIARI000130



$ 005.830

CERTIFIED MAIL

7010 1870 0001 8512 6445

William J. Wagner, Jr.
1571 Eggert Rd.
Amherst NY 14226

1440 Rand Building
14 Lafayette Square
Buffalo, NY 14203

CHIARI000131

# CHIARI & ILECKI, LLP
## ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300  Fax: (716) 204-9728
ssmith@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
SARA BULSON
BARBARA RIDALL
SUZANNE M. SMITH
KEITH ROSEBORO
GIOVANNI GENOVESE, OF COUNSEL
MORRIS L. HORWITZ, OF COUNSEL
PAUL A. PETERS (1940-2010)

April 4, 2011

WILLIAM J. WAGNER Jr.
1571 Eggert Road
Amherst, NY 14226

RE:  Claim of M.J. PETERSON, LLC

Dear Mr. Wagner:

Please find the enclosed Notice pursuant to CPLR 5222. The current Judgment balance as of April 4, 2011 is $2,071.53. Note- because of interest or other charges that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive the payment, in which event we will inform you. For further information, please contact this office.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

Very truly yours,

CHIARI & ILECKI, LLP

SUZANNE M. SMITH

Enclosure

Our file number- 20065569©

CHIARI000132

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

## YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income, (SSI);

2. Social security;

3. Public assistance (welfare);

4. Spousal support, maintenance (alimony) or child support;

5. Unemployment benefits;

6. Disability benefits;

7. Workers' compensation benefits;

8. Public or private pensions;

9. Veterans benefits;

10. Ninety percent of your wages or salary earned in the last sixty days;

11. Twenty-five hundred dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;

12. Railroad retirement; and

13. Black lung benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING ANY FREE LEGAL SERVICES ORGANIZATION IF YOU QUALIFY. You can also go to court without an attorney to get your money back. Bring this notice with you when you go. You

CHIARI000133

are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

---

**CHIARI & ILECKI, LLP**
Attorneys at Law
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728

Our file number- 20065569©

CHIARI000134



7010 1670 0001 8512 6445

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

**1440 Rand Building**
14 Lafayette Square
Buffalo, NY 14203

CHIARI000135

# CHIARI & ILECKI, LLP
### ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300  Fax: (716) 204-9728



GERALD CHIARI
WILLIAM ILECKI
SARA BULSON
BARBARA RIDALL
SUZANNE M. SMITH
KEITH ROSEBORO
GIOVANNI GENOVESE, OF COUNSEL
MORRIS L. HORWITZ, OF COUNSEL
PAUL A. PETERS (1940-2010)

April 7, 2011

Postmaster
Amherst NY 14206-

## REQUEST FOR BOXHOLDER/CHANGE OF ADDRESS OR PHYSICAL ADDRESS INFORMATION

Please furnish the name, street address and/or forwarding order of the following.

NAME:    WILLIAM J. WAGNER Jr.
Address:   102 REIMAN ST FL 2 BUFFALO, NY 14206-1141

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). The Fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.::

1) Capacity of requester (e.g., process server, attorney): **Attorney**
2) Statute or regulation that empowers me to serve process (not required when requester is an attorney): _____
3) The names of all known parties to the litigation: M.J. PETERSON, LLC, WILLIAM J. WAGNER Jr.
4) The court in which the case has been or will be heard: Buffalo City Court
5) The docket or other identifying number, if issued: B98134B98134
6) The capacity in which the boxholder is to be served: **Defendant(s)**
7) A brief description of the nature of the litigation: Debt collection.

### WARNING
THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LETGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPROSONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. §1001).

I certify that the above information is true and that the name and/or street address of the boxholder is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Suzanne M. Smith, ESQ., 14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203

## FOR POST OFFICE USE ONLY

X  No change of address order on file

___  Not known at address given.

___  Moved, left no forwarding address.

NEW OR PHYSICAL ADDRESS, BOXHOLDER'S, POSTMARK

MON BUFFALO NY 14240
MAY - 7 2011

Our file number- 20065569©

CHIARI000136

062S0007727060

$0.440
US POSTAGE
FIRST-CLASS
FROM 14203
APR 04 2011
stamps.com

14 LAFAYETTE SQUARE, SUITE 1440
BUFFALO, NY 14203

PERSONAL AND CONFIDENTIAL

WILLIAM J. WAGNER Jr
1571 Eggert Road
Amherst NY 14226-3360

14203Q1914

NIXIE        146   SE  1         00  04/11/11

            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

    BC: 14203191465        *1110-10379-04-41

CHIARI000137

# CHIARI & ILECKI, LLP

### ATTORNEYS AND COUNSELORS AT LAW

14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300  Fax: (716) 204-9728
ssmith@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
SARA BULSON
BARBARA RIDALL
SUZANNE M. SMITH
KEITH ROSEBORO
GIOVANNI GENOVESE, OF COUNSEL
MORRIS L. HORWITZ, OF COUNSEL
PAUL A. PETERS (1940-2010)

May 10, 2011

WILLIAM J. WAGNER Jr.
102 Reiman St. Fl 2
Buffalo, NY 14206

RE:   Claim of M.J. PETERSON, LLC

Dear Mr. Wagner:

Please find the enclosed Notice pursuant to CPLR 5222. The current Judgment balance as of May 10, 2011 is $2,084.28. Note- because of interest or other charges that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive the payment, in which event we will inform you. For further information, please contact this office.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

Very truly yours,

CHIARI & ILECKI, LLP

SUZANNE M. SMITH

Enclosure

Our file number- 20065569©

CHIARI000138

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

## YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income, (SSI);

2. Social security;

3. Public assistance (welfare);

4. Spousal support, maintenance (alimony) or child support;

5. Unemployment benefits;

6. Disability benefits;

7. Workers' compensation benefits;

8. Public or private pensions;

9. Veterans benefits;

10. Ninety percent of your wages or salary earned in the last sixty days;

11. Twenty-five hundred dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;

12. Railroad retirement; and

13. Black lung benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING ANY FREE LEGAL SERVICES ORGANIZATION IF YOU QUALIFY. You can also go to court without an attorney to get your money back. Bring this notice with you when you go. You

are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

CHIARI & ILECKI, LLP
Attorneys at Law
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728

Our file number- 20065569©

CHIARI000140

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

---

M.J. PETERSON, LLC,

        Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,

        Defendant(s)-Judgment-Debtor(s).

**INFORMATION SUBPOENA**
**WITH RESTRAINING NOTICE**
Index No. B98134

ASSIGNED JUDGE:

Hon.

---

RE:   WILLIAM J. WAGNER Jr., 102 Reiman St. Fl 2, Buffalo, NY 14206

## THE PEOPLE OF THE STATE OF NEW YORK

TO:
WILLIAM J. WAGNER Jr.
102 Reiman St. Fl 2
Buffalo, NY 14206

**WHEREAS,** in the above-captioned action between the parties listed above, a Judgment was entered on **May 10, 2006** in Buffalo City Court, in favor of said Judgment-Creditor and against said Judgment Debtor(s) in the amount of $1,437.15, of which $2,084.28 remains due, plus interest at 9.00% from May 10, 2011.

**NOW, THEREFORE WE COMMAND YOU,** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this Subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original of the questions within seven (7) days after your receipt of the questions and this Subpoena.

---

**TAKE FURTHER NOTICE** that pursuant to subdivision (b) of §5222 of the Civil Practice Law and Rules, which is set forth herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, except as therein provided. This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

### CIVIL PRACTICE LAW AND RULES

Section 5222(b) - Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to

CHIARI000141

believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

**TAKE FURTHER NOTICE THAT DISOBEDIENCE OF THIS RESTRAINING NOTICE OR FALSE SWEARING OR FAILURE TO COMPLY WITH THIS SUBPOENA MAY SUBJECT YOU TO FINE AND IMPRISONMENT FOR CONTEMPT OF COURT. NON-COMPLIANCE WITH THE INFORMATION SUBPOENA SHALL FIRST SUBJECT YOU TO THE PENALTIES UNDER CPLR 2308(b).**

Dated: May 10, 2011

SUZANNE M. SMITH
Attorney for Judgment-Creditor
14 LAFAYETTE SQ STE 1440
BUFFALO, NY  14203
Phone: (716) 838-4300
Fax: (716) 204-9728

Our file number-20065569 ©

CHIARI000142

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC,
        Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,
        Defendant(s)-Judgment-Debtor(s).

**QUESTIONNAIRE**

Index No. B98134

ASSIGNED JUDGE:

Hon.

STATE OF             )
COUNTY OF         ) SS.:

_____, being duly sworn, deposes and says:

1.  Where do you live (provide physical residence address) and with whom?

A.

2.  Do you own your home/residence or do you rent?

A.

3.  What is the bank/mortgagee's or landlord's name and address?

A.

4.  How much is the rent/mortgage?

A.

5.  For how long have you lived in the premises you now occupy?

A.

6.  What is your occupation or profession?

A.

7.  Are you engaged in business as an individual, partnership or corporate form?  Describe and give name.

A.

8.  If employed, give your employer's name and address.

A.

9.  For how long have you worked with your present employer or business?

A.

10. What wages or salary do you receive per year?

A.

11. Are your wages or salary payable by check or in cash?

A.

12. Do you receive any bonus or fringe benefit other than your salary? If so, describe.

A.

13. Do you receive any income, rent, or any other payment from any other source, and if so, explain and provide name and address of payor or source?

A.

CHIARI000143

14. State the amount of income, rent, or any other payment have you received during each of the previous two years?

A.

15. What amount of government or other assistance have you received during each of these two years?

A.

16. Have you a bank, credit union, brokerage or other financial institution account? If so, where?

A.

17. Provide the names and addresses where you have any accounts.

A.

18. Have you closed any account within the preceding two years?

A.

19. If so, give name and address of financial institution and amount on deposit at time account closed.

A.

20. Are you married?

A.

21. What is your spouse's full name?

A.

22. Is your spouse employed?

A.

23. What is the name and address of the employer?

A.

24. What wages or salary does your spouse receive?

A.

25. How many children are living or supported by you, and what are their ages?

A.

26. Do you own an automobile, ATV, boat or other motor vehicle? If so, describe.

A.

27. Is it covered by any lien, conditional sales or other security agreement?

A.

28. Where do you keep the automobile, ATV or boat?

A.

29. Do you own any interest in real estate?  If so, give details, including lienholder information.

A.

30. Have you transferred any interest in real estate or other property within the last 6 years?  If so, give details.

A.

31. Do you own any stocks, bonds, mutual funds, other securities or life insurance? If so, describe.

A.

32. Do you have any property in pawn or bailment? If so, describe.

A.

33. Does anyone owe you money? If so, describe.

A.

34. Are you entitled to any Federal or State income tax refunds? If so, describe.

A.

35. Are you an officer, director or shareholder in any corporation? If so, describe.

A.

36. Are you a trustee, executor or administrator under any will, insurance policy or trust? If so, describe.

A.

37. Is any entity or person holding money or other property for you or on your behalf? If so, describe.

A.

38. Do you have any interest as beneficiary of any trust, life or other insurance, will or estate? If so, describe.

A.

39. Are there any other judgments against you? Describe Plaintiff, Court, date and amount of judgment.

A.

40. Is there any court order, income execution or wage assignment presently against your wages or has an installment payment order been granted directing you to make payments to any judgment creditor or other person? If so, explain fully.
A.

41. Do you receive any money from others to help support yourself? If so, describe.

A.

42. Are you or have you ever been a party to any lawsuit or civil action within the last 3 years? Describe.

A.

43. Have you been involved in any automobile accident, or injured through any person's fault?  If so, give the date of the accident or injury, the name of the insurance company, and the name of your attorney, if any.
A.

44. Please state monthly amount you can offer to pay and date payments will commence.  All payments to be made to CHIARI & ILECKI, LLP, 14 LAFAYETTE SQ STE 1440, BUFFALO, NY  14203, and are subject to periodic review/adjustment based upon financial circumstances.


Deponent is the recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope.  Deponent has completely and truthfully answered each question herein.  **(NOTE: Must be signed before Notary Public)**.

_____

Sworn to before me this _____
day of _____, 200_.


_____
NOTARY PUBLIC

Our file number-20065569 ©

CHIARI000145

STATE OF NEW YORK
COUNTY OF ERIE :  BUFFALO CITY COURT

_____

M.J. PETERSON, LLC,
                Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,
            Defendant(s)-Judgment-Debtor(s).
                               Hon.

**QUESTIONNAIRE**

Index No. B98134

ASSIGNED JUDGE:

_____

STATE OF _____ )
COUNTY OF _____ ) SS.:

_____, being duly sworn, deposes and says:

1. Where do you live (provide physical residence address) and with whom?

A.

2. Do you own your home/residence or do you rent?

A.

3. What is the bank/mortgagee's or landlord's name and address?

A.

4. How much is the rent/mortgage?

A.

5. For how long have you lived in the premises you now occupy?

A.

6. What is your occupation or profession?

A.

7. Are you engaged in business as an individual, partnership or corporate form?  Describe and give name.

A.

8. If employed, give your employer's name and address.

A.

9. For how long have you worked with your present employer or business?

A.

10. What wages or salary do you receive per year?

A.

11. Are your wages or salary payable by check or in cash?

A.

12. Do you receive any bonus or fringe benefit other than your salary? If so, describe.

A.

13. Do you receive any income, rent, or any other payment from any other source, and if so, explain and provide name and address of payor or source?

A.

14. State the amount of income, rent, or any other payment have you received during each of the previous two years?

A.

CHIARI000146

15. What amount of government or other assistance have you received during each of these two years?

A.

16. Have you a bank, credit union, brokerage or other financial institution account? If so, where?

A.

17. Provide the names and addresses where you have any accounts.

A.

18. Have you closed any account within the preceding two years?

A.

19. If so, give name and address of financial institution and amount on deposit at time account closed.

A.

20. Are you married?

A.

21. What is your spouse's full name?

A.

22. Is your spouse employed?

A.

23. What is the name and address of the employer?

A.

24. What wages or salary does your spouse receive?

A.

25. How many children are living or supported by you, and what are their ages?

A.

26. Do you own an automobile, ATV, boat or other motor vehicle? If so, describe.

A.

27. Is it covered by any lien, conditional sales or other security agreement?

A.

28. Where do you keep the automobile, ATV or boat?

A.

29. Do you own any interest in real estate?  If so, give details, including lienholder information.

A.

30. Have you transferred any interest in real estate or other property within the last 6 years?  If so, give details.

A.

31. Do you own any stocks, bonds, mutual funds, other securities or life insurance? If so, describe.

A.

32. Do you have any property in pawn or bailment? If so, describe.

A.

33. Does anyone owe you money? If so, describe.

A.

34. Are you entitled to any Federal or State income tax refunds? If so, describe.

A.

35. Are you an officer, director or shareholder in any corporation? If so, describe.

CHIARI000147

A.

36. Are you a trustee, executor or administrator under any will, insurance policy or trust? If so, describe.

A.

37. Is any entity or person holding money or other property for you or on your behalf? If so, describe.

A.

38. Do you have any interest as beneficiary of any trust, life or other insurance, will or estate? If so, describe.

A.

39. Are there any other judgments against you? Describe Plaintiff, Court, date and amount of judgment.

A.

40. Is there any court order, income execution or wage assignment presently against your wages or has an installment payment order been granted directing you to make payments to any judgment creditor or other person? If so, explain fully.
A.

41. Do you receive any money from others to help support yourself? If so, describe.

A.

42. Are you or have you ever been a party to any lawsuit or civil action within the last 3 years? Describe.

A.

43. Have you been involved in any automobile accident, or injured through any person's fault?  If so, give the date of the accident or injury, the name of the insurance company, and the name of your attorney, if any.
A.

44. Please state monthly amount you can offer to pay and date payments will commence.  All payments to be made to CHIARI & ILECKI, LLP, 14 LAFAYETTE SQ STE 1440, BUFFALO, NY  14203, and are subject to periodic review/adjustment based upon financial circumstances.


Deponent is the recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope.  Deponent has completely and truthfully answered each question herein.  (**NOTE: Must be signed before Notary Public**).


_____

Sworn to before me this _____
day of _____, 200_.


_____
NOTARY PUBLIC

Our file number- 20065569©

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC

                    Plaintiff,                    **AFFIDAVIT OF SERVICE**
vs.                                               Index No. B98134

WILLIAM J. WAGNER Jr.
                    Defendant(s).

STATE OF NEW YORK   )
COUNTY OF ERIE      ) SS.:

~Amanda Rootzer~, swears under penalty of perjury that I am over the age of 18 years, and not a party to this action, and I mailed a copy of the INFORMATION SUBPOENA, together with a copy and original of written questions, with a prepaid self-addressed return envelope, on the Defendant(s), WILLIAM J. WAGNER Jr., 102 Reiman St. Fl 2, Buffalo, NY 14206, on May 10, 2011, by certified mail, return receipt requested, addressed to the said Defendant(s) at the above-respective addresses.

                                        _Amanda Rootzer_

Sworn to before
May 10, 2011

_Sally S Pralow_
NOTARY PUBLIC
Our file number- 20065569©

SALLY G. PRALOW
Notary Public, State of New York
Qualified in Erie Co., No. 01PR6328300
My Commission Expires Sept. 30, 2011

CHIARI000149



062S0005077935

$5.990
US POSTAGE
FIRST-CLASS
FROM 14203
MAY 12 2011
stamps
.com



7010 1870 0001 8512 5943

WILLIAM J. WAGNER Jr
102 Reiman St. Fl 2
Buffalo NY 14206-1141

14 LAFAYETTE SQUARE STE 1440
BUFFALO NY 14203

PERSONAL AND CONFIDENTIAL

CHIARI000150



CHIARI000151

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC,
        Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,
        Defendant(s)-Judgment-Debtor(s).

**SUBPOENA DUCES TECUM
WITH RESTRAINING NOTICE**
Index No. B98134

ASSIGNED JUDGE:
Hon.

RE:  WILLIAM J. WAGNER Jr., 102 Reiman St. Fl 2, Buffalo, NY 14206
**THE PEOPLE OF THE STATE OF NEW YORK**

TO:  **WILLIAM J. WAGNER Jr.**

**WHEREAS**, in the above-captioned action between the parties listed above, a Judgment was entered on **May 10, 2006** in Buffalo City Court, in favor of said Judgment-Creditor and against said Judgment Debtor(s) in the amount of $1,437.15, of which $2,097.75 remains due, plus interest at 9.00% from June 17, 2011.

**NOW, THEREFORE WE COMMAND YOU**, appear and attend before a person authorized by the laws of the state of New York to administer oaths, at:

    **14 LAFAYETTE SQ STE 1440**
    **BUFFALO, NY 14203**
    **ON August 9, 2011 at 2:00 PM** ,

and at any recessed or adjourned date for the taking of a deposition under oath upon oral or written questions on all matters relevant to the satisfaction of such judgment; **AND WE FURTHER COMMAND YOU** to produce for examination at such time and place the following books, papers and records: **any and all bank statements, payroll records, payroll stubs, payroll receipts; copies of any loans, mortgages, notes, etc.,** and all other books, papers and records in your possession or control which have or may contain information concerning the Judgment-Debtor(s)' property, income or other means relevant to the satisfaction of the judgment, INCLUDING, BUT NOT LIMITED TO ALL DOCUMENTS REFERENCED IN SCHEDULE A (ATTACHED).

**TAKE FURTHER NOTICE** that pursuant to subdivision (b) of §5222 of the Civil Practice Law and Rules, which is set forth herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, except as therein provided.

**CIVIL PRACTICE LAW AND RULES**
Section 5222(b) - Effect of restraint; prohibition of transfer; duration. A judgment debtor

CHIARI000152

or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

**TAKE FURTHER NOTICE THAT DISOBEDIENCE OF THIS RESTRAINING NOTICE OR FALSE SWEARING OR FAILURE TO COMPLY WITH THIS SUBPOENA MAY SUBJECT YOU TO FINE AND IMPRISONMENT FOR CONTEMPT OF COURT.**
This subpoena or process (as the case may be) requires your personal appearance at the time and place specified. Failure to appear may subject you to the fine and imprisonment for contempt of court.

Dated: June 17, 2011

SUZANNE M. SMITH
CHIARI & ILECKI, LLP
Attorney(s) for Judgment-Creditor
14 LAFAYETTE SQ STE 1440
BUFFALO, NY 14203
Phone: (716) 838-4300
Fax: (716) 204-9728

Our file number-20065569 ©

CHIARI000153

## SCHEDULE A

**FOR THE PERIOD FROM 6 YEARS PRIOR TO THE DEPOSITION DATE TO SAID DEPOSITION DATE RELATIVE TO ANY DEFENDANT:**

1.    All savings bank books, records, accounts and memoranda, current as well as those that may have been cancelled or closed, whether in Defendant's name individually, jointly, in trust, as custodian, as nominee, or in conjunction with any other person or persons, including but not limited to deposit slips, withdrawal slips, and money order or bank check stubs;

2.    All records, papers and memoranda concerning all checking accounts in Defendant's name individually, jointly, in trust, as custodian, as nominee or in conjunction with any other person or persons, including checkbooks, checkbook stubs, statements, cancelled checks and deposit slips, whether said accounts are current or may have been closed;

3.    All stock certificates, bonds or other securities in Defendant's name individually, jointly, in trust, as custodian, as nominee or in conjunction with any other person or persons, or which may be held in account individually or in conjunction with any other person or persons in any corporation, domestic and foreign, or issued by the federal government or by any state, municipal or other governmental agency;

4.    All books, records, accounts, monthly statements, statements of transactions and all other papers and memoranda of stock brokerage accounts in Defendant's name individually, jointly, in trust, as custodian, as nominee or in conjunction with any other person or persons;

5.    All personal financial statements prepared on behalf of Defendant and all credit applications;

6.    Copies of all Defendant(s)' federal, state and city income tax returns together with the schedules, amendments and worksheets thereof and all other papers, documents and memoranda referring to any adjustments made in connection therewith, together with all 1099, W-2 and K-1 forms;

7.    Any and all contracts for the rental and/or lease of safe deposit boxes or vaults by Defendant(s);

8.    Any and all rental leases, and deeds or conveyances of real property in Defendant's name individually, jointly, in trust, as custodian, as nominee, or in conjunction with any other accounts are current or may have been closed, together with any documentation relative to mortgages, real property taxes and other expenses and repairs relative to any real property in which Defendant may have an interest or had an interest within 6 years prior to the commencement of this action;

9.    Copies of all corporate books, federal and state income tax returns together with the schedules and worksheets thereof and all other papers, documents and memoranda relative to any corporation in which Defendant was or is the owner of any stock;

10.    Any records relative to transfers of personal property by Defendant(s) in excess of $500;

11.    Any and all records, documents, papers and memoranda, including pay stubs, pertaining to monies received and/or being presently received from all sources by Defendant(s);

12.    Any and all policies of insurance including but not limited to theft, floater, liability, health and accident and automobile, and all records showing payments for premiums therefore;

13.    All records of Defendant(s)' membership in and contributions to any charity or any other organizations or associations including private or professional clubs or associations;

14.    Records of all credit card charges, or any other indebtedness incurred by Defendant;

15.    Any and all records, vouchers, documents, papers, or memoranda pertaining to monies, benefits or reimbursement, whether already paid, payable or due to Defendant for salaries, drawings, wages, travel and entertainment, automobile use or expense, dividends, bonuses, sick pay, pensions or other retirement accounts, annuities, welfare benefits, profit sharing, stock options; and

16.    Any documents pertaining to any educational degrees or professional licenses of Defendant.

17.    Any other records relative to Defendant's assets, liabilities and expenses.

Our file number-20065569 ©

CHIARI000154

## CHIARI & ILECKI, LLP
### ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728
ssmith@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
SARA BULSON
BARBARA RIDALL
SUZANNE M. SMITH
KEITH ROSEBORO
GIOVANNI GENOVESE, OF COUNSEL
MORRIS L. HORWITZ, OF COUNSEL
PAUL A. PETERS (1940-2010)

June 27, 2011

Action Services & Research, Inc.
25 Falconer Street, Suite. 2
North Tonawanda NY 14120-
Attn: Michael J. Palczynski

RE:   M.J. PETERSON, LLC v. WILLIAM J. WAGNER Jr.; Index No- B98134
Residence- 102 Reiman St. Fl 2, Buffalo, NY 14206;
Date of Birth: 7/15/1958

Dear Mr. Palczynski:

Enclosed please find copies of a Subpoena Duces Tecum for service upon the above individual(s)/entity(s).  Please serve by personal delivery; serve person of suitable age and discretion at home/employer with mailing; or affix to door and mail (include 4 attempts over 2-week period, including at least 1 of each- weekday morning and afternoon, and a Saturday).

Please ensure to include the physical description of the individual, if any, that received the papers.

Thank you for your prompt attention to this matter.

Very truly yours,

CHIARI & ILECKI, LLP

AMANDA ROETZER

Enclosure
Our file number- 20065569©

CHIARI000155

AFFIDAVIT OF DUE-DILIGENCE

State of: New York

Court:   Buffalo, City

Plaintiff/Petitioner:
M.J. Peterson, LLC

County of          Erie
Index #:          B98134
Date Purchased:

Defendant/Respondent:                vs

William J. Wagner Jr.

State of: NY
County of: Niagara

John M. Celano being duly sworn, deposes and says: that deponent is not a party to this action,
is over 18 years of age and resides at: Getzville, NY
that on: 7/2/2011        at: 2:07pm        at: 102 Reiman Street, Floor 2, Buffalo, NY  14206
deponent  DID NOT serve  the within:

Subpoena Duces Tecum With Restraining Notice

Return Date if any: 8/9/2011

ON: William J. Wagner Jr.

NON-SERVICE        After due search, careful diligent attempts, I have been unable to effect process
   ☒                upon the Defendant being served because of the following:

          Per current occupant Mr. Droieski, defendant moved out in May of 2010.

PREVIOUS        Deponent was unable, with due diligence to find the Defendant having called therat:
ATTEMPTS
   ☒

Sworn to before me on this: 7/5/2011

_____
        Notary Public

Nickie S. Hamilton
Notary Public, State of New York
Qualified in Niagara Co.
My Commission Expires
March 31st, 2012

201106746

_____
      Print name below signature
John M. Celano

Client File#: 20065569

CHIARI000156

# CHIARI & ILECKI, LLP
## ATTORNEYS AND COUNSELORS AT LAW
### 14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728

GERALD CHIARI
WILLIAM ILECKI
SARA BULSON
BARBARA RIDALL
SUZANNE M. SMITH
KEITH ROSEBORO
GIOVANNI GENOVESE, OF COUNSEL
MORRIS L. HORWITZ, OF COUNSEL
PAUL A. PETERS (1940-2010)

July 13, 2011

Postmaster
Buffalo NY 14226-

# REQUEST FOR BOXHOLDER/CHANGE OF ADDRESS OR PHYSICAL ADDRESS INFORMATION

Please furnish the name, street address and/or forwarding order of the following.

NAME:        WILLIAM J. WAGNER Jr.
Address:        1571 Eggert Road, Buffalo, NY  14226

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii).  The Fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)1 and (2) and corresponding Administrative Support Manual 352.44a and b.:

1)  Capacity of requester (e.g., process server, attorney): **Attorney**
2)  Statute or regulation that empowers me to serve process (not required when requester is an attorney): _____
3)  The names of all known parties to the litigation: M.J. PETERSON, LLC, WILLIAM J. WAGNER Jr.
4)  The court in which the case has been or will be heard: Buffalo City Court
5)  The docket or other identifying number, if issued: B98134B98134
6)  The capacity in which the boxholder is to be served:  **Defendant(s)**
7)  A brief description of the nature of the litigation: Debt collection.

**WARNING**
THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. §1001).

I certify that the above information is true and that the name and/or street address of the boxholder is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Suzanne M. Smith, ESQ., 14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203

## FOR POST OFFICE USE ONLY

____  No change of address order on file        **NEW OR PHYSICAL ADDRESS, BOXHOLDER'S, POSTMARK**

____  Not known at address given.        _____

____  Moved, left no forwarding address.        _____

Our file number- 20065569©

CHIARI000157



$6.900
US POSTAGE
FIRST-CLASS
FROM 14203
FEB 10 2015
stamps

CERTIFIED MAIL

7014 2120 0001 9660 5798

WILLIAM J. WAGNER Jr
5419 Roberts Rd.
Hamburg NY 14075-5728

14 LAFAYETTE SQ. STE 1440
BUFFALO, NY 14203-1914

Personal & Confidential

CHIARI000158

**Melissa Overbeck**

| | |
|---|---|
| From: | Karen Sandford |
| Sent: | Thursday, February 12, 2015 10:38 AM |
| To: | Melissa Overbeck |
| Subject: | William Wagner--#20065569 |

A William Wagner called office who lives at the Roberts Rd address, claims not him. Gave me last 2 numbers of his SS# and didn't match with what we have.

Karen Sandford
Chiari & Ilecki, LLP
14 Lafayette Square
Suite 1440
Buffalo, NY 14203
(716) 838-4300

1

CHIARI000159

## Karen Sandford

| | |
|---|---|
| **From:** | Karen Sandford |
| **Sent:** | Thursday, February 12, 2015 10:38 AM |
| **To:** | Melissa Overbeck |
| **Subject:** | William Wagner--#20065569 |

A William Wagner called office who lives at the Roberts Rd address, claims not him. Gave me last 2 numbers of his SS# and didn't match with what we have.

Karen Sandford
Chiari & Ilecki, LLP
14 Lafayette Square
Suite 1440
Buffalo, NY 14203
(716) 838-4300

CHIARI000160



$6.900
US POSTAGE
FIRST-CLASS
FROM 14203
FEB 10 2015
stamps.com

2205/02/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

*0213-01757-11-42

146  CE  1040

NIXIE

CERTIFIED MAIL

7014 2120 0001 9660 5798

WILLIAM J. WAGNER Jr
5419 Roberts Rd.
Hamburg NY 14075-5728

CHIARI000161

## AFFIDAVIT OF SERVICE PERSONAL DELIVERY

State of: New York
Court: Supreme

County of: Erie
Index #: B98134
Date Purchased:

*Plaintiff/Petitioner:*

**M.J. Peterson, LLC**

*Defendant/Respondent:*                       vs:

**William J. Wagner Jr.**

State of: NY
County of: Niagara

John M. Celano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Getzville , NY

that on: 6/17/2015   at: 2:08pm   at: 5419 Roberts Road, Hamburg, NY  14075
deponent served  the within:

**Subpoena Duces Tecum with Restraining Notice**

*
*       Return Date if any: 7/7/2015

ON: William J. Wagner Jr.

INDIVIDUAL
☒

By delivering a true copy of each to said Defendant personally, deponent knew the person to be the person described as said person therein. Location is the Dwelling house.

DESCRIPTION
☒

SEX: Male,     SKIN COLOR:  White,     AGE: 51 - 65 Yrs.,     HEIGHT: 5'4" - 5'8",
HAIR COLOR: Gray,     WEIGHT:  161 - 200 Lbs.,
Other identifying features:
Glasses, Defendant stated he was William Wagner, not the one we wanted. I asked him how old he was, he is 65 years old. He could have been what the dob listed: 7/15/1958.

WITNESS FEE
☐

$       the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

MILITARY SERVICE
☒

Deponent asked the Defendant  if they were presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this: 6/23/2015

*Chelsey Wooten*
Notary Public

CHELSEY WOOTEN
Notary Public, State of New York
No. 01WO6280664
Qualified in Niagara County
Commission Expires April 30, 2016

Print name below signature
John M. Celano

_____ ss

201504072

Client File#: 20065569

CHIARI000162

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 06-29-2015 | 10:33:27 a.m. | | |
| Local ID 1 | 1111 | | Transmit Header Text | |
| | | | Local Name 1 | XEROX |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

---

## CHIARI & ILECKI, LLP
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 608-4300   Fax: (716) 204-8725
moverbeck@chiari-ilecki.com

June 29, 2015

### FACSIMILE TRANSMISSION COVER SHEET

CONFIDENTIALITY NOTICE

THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR. ANY REVIEW, DISSEMINATION, COPYING, OR DISCLOSURE OR THE TAKING OF ANY ACTION IN RELIANCE ON ITS CONTENTS BY ANYONE OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE TELEPHONE THIS OFFICE IMMEDIATELY TO ARRANGE FOR ITS RETURN. THANK YOU FOR YOUR COOPERATION.

(X) If checked, NO hard copy to follow.

FROM: Melissa Overbeck Esq

TO:   Seth Andrews Esq

FAX NUMBER:   332-1884

Number of Pages (with cover):   1

Subject:   M.J. PETERSON. LLC v. WILLIAM J. WAGNER Jr.

Message:

Pursuant to our telephone conversation, please have this facsimile confirm that my office will agree to a general adjournment of the Subpoena Duces Tecum currently scheduled for July 7, 2015, pending the resolution of any alleged identity issues.

This communication is from a debt collector. The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

Our file number: 200635680

---

Total Pages Scanned : 1        Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 246 | 716 564 3291 | 10:32:39 a.m. 06-29-2015 | 00:00:12 | 1/1 | 1 | EC | HS | CP28800 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send

PL: Polled local
PR: Polled remote
MS: Mailbox save

MP: Mailbox print
RP: Report
FF: Fax Forward

CP: Completed
FA: Fail
TU: Terminated by user

TS: Terminated by system
G3: Group 3
EC: Error Correct

CHIARI000163

Events_Sheet

| Event User | Defendant | FileNo | Client Name | Event DoneDate | Description | Event Comment |
|---|---|---|---|---|---|---|
| Fran | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/12/2006 | Correspondence/letter | Rec'd balance of cost advance. |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Review- credit report; LX; DMV | IS-signed green card 5/28/06 |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Document | Letter to Debtor-New Attorney |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Contempt Motion |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Affidavit-Mail to Defendants- |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/9/2007 | Correspondence/letter | xc of filed otsc |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/10/2007 | Document | Letter to Server to serve- srv otsc |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Correspondence/letter | RCVD AFFVD ON NON SERVICE - DTR NO LONGER LIVES THERE |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Document | Affidavit of Service Prev. Address1: 378 Windermere Blvd. (Wagner, William J.) |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/17/2007 | Invalid Address | or |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/3/2009 | Credit Report Review- credit report; | nc |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/16/2009 | LX; DMV Review- credit report; | nc |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/14/2009 | LX; DMV | ordered new credit report |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2010 | Credit Report Review- credit report; | nc |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/5/2010 | LX; DMV | nc |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Information Subpoena to Debtor |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Letter to Debtor-Jmt Dbtr Notice |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Correspondence/letter | IS returned - not deliverable as addy |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Correspondence/letter | Letter-Post Office-address request |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/14/2011 | Correspondence/letter | Jmt notice returned - not deliverable as addy USPS - P.O. box ltr returned - nop change of addy on file Prev. Address1: 1571 Eggert Road (Wagner, William J.) |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Correspondence/letter | Letter to Debtor-Jmt Dbtr Notice 10-May-11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Invalid Address | Information Subpoena to Debtor 10-May-11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | IS to debtor 5/10/11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/22/2011 | Document | |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/8/2011 | Correspondence/letter | USPS-Returned IS-Unclaimed |

CHIARI000164

## Events_Sheet

| Name | Debtor | Account | Creditor | Date | Type | Notes |
|---|---|---|---|---|---|---|
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/14/2011 | Correspondence/letter | IS returned - unclaimed |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2011 | Document | Subpoena to Take Deposition |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/27/2011 | Document | Letter to Server to serve- SDT server-aff of due diligence of non service for SDT-def moved out in May 2010 |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/10/2011 | Correspondence/letter | Prev. Address1: 102 Reiman St. Fl 2 (Wagner, William J.) |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Invalid Address | Letter-Post Office-address request 13-Jul-11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Document | Ix no new add |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 11/26/2011 | Invalid Address | Order C/R re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Credit Report | Employment Search re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Employment Search | Prev. Address1: 1571 Eggert Road (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Invalid Address | Real-info: Dbtr owns 5419 Roberts Rd. w/ wife, Lx - nothing current |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Review- credit report; LX; DMV | |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Attorney change | Atty chng from Barbara Ridall to Melissa Overbeck |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Letter to Debtor-Jmt Dbtr Notice 9-Feb-15 |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Information Subpoena to Debtor 9-Feb-15 |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/12/2015 | Telephone Call | A william Wagner calls office, he lives at the Roberts Rd address, claims not him, he is not a Jr. Claims this has been rec stuff for last 6-7 yrs for D. Gave me last couple number of SS# (16) told him would note file and email atty. Emailed MO |
| Kristian | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2015 | Telephone Call | William Wagner co- says he is not dbtr says his DOB is in ▇ 1950- very upset that he keeps getting ltrs from our office- adv him can send a copy of DL and SS# if he'd like- he says for us to just let WI know that he is not dbtr/ adv we did email attny. |
| Tiera | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/11/2015 | Correspondence/letter | usps-returns -Info sub- unclaimed |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Subpoena to Take Deposition 15-May-15 |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Letter to Server to Serve-Action Lx - looks like WW, Sr. and WW, Jr. live at same address - advised Action to be sure to serve correct dbtr |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/5/2015 | Review- credit report; LX; DMV | |

Page 2

CHIARI000165

Events_Sheet



| Name | Debtor | Account# | Client | Date | Action | Notes |
|---|---|---|---|---|---|---|
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | A william wagner calls office, served with papers said not him and no Jr lives there. He doesn't even have a Jr in family. Told William per conversation with KB, he was to send in Drivers lic. And never received. D thought sent out. Claims we are |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | (cont'd) harrasing him and he to contact his atty |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/24/2015 | Correspondence/letter | Action--AOS--SDT--personal service |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Correspondence/letter | Original File Opened docs |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | Confirmed there is a William Wagner w/ SS# ending in 3918, dob ███-50 living at Roberts Rd. Not our dbtr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Invalid Address | Prev: Address: 5419 Roberts Rd. (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | Pulled physical file - copy of lease, ledger, original pleadings - confirmed this dbtr's SS# |

CHIARI000166

TRANS UNION REPORT

Exact Match between SSN on input and SSN on file.

## Personal Information Since 10/1/1986 FAD 2/3/2009

| | | | Reported |
|---|---|---|---|
| Name | WAGNER, WILLIAM J JR | | |
| SSN | ███9006  DOB: 07/15/1958 | | |
| Address | 358, HARTFORD, RD, AMHERST, NY, 14226 | | |
| Address | 1571, EGGERT, RD, AMHERST, NY, 14226 | | 7/1/2001 |
| Address | 378, WINDERMERE, BV, AMHERST, NY, 14226 | | 1/25/2007 |

## Employment

| | | Date Hired | Date Separated | |
|---|---|---|---|---|
| Employer | ELECTRA GAS | | | |
| Employer | ELECTRIC GAS APPLIANCE | | | Reported 8/1/1989 |
| | | | | Reported 8/1/1989 |

## Add-On Products Summary

Product: LOOK
Status: Requested product delivered

No Credit Summary data for this subject

## Public Records

| Reported/ $Amount | ECOA/ Subscriber | Assets | Type/ Plaintiff/Attorney | Docket/ Paid | Court/ City, State |
|---|---|---|---|---|---|
| 05/06 $1437 | I Z 04976065 | $0 | Civil judgement Pltff: M J PETERSON CORP | B98134 | County Court |
| 05/06 $1437 | I Z 04976046 | $0 | Civil judgement Pltff: MJ PETERSON CORP | Q1591109 | County Court |
| 01/07 $4391 | Z 04976065 | $0 | Civil judgement Pltff: UNIFUND CCR PARTNERS | G10093 | Circuit Court |

| Docket# | Subscriber Information |
|---|---|
| B98134 | BUFF CITY CT : 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 847-8200 |
| Q1591109 | ERIE CTY SUP : 25 DELAWARE AVE, GROUND F1 , BUFFALO NY, 14202  - (716) 847-8200 |
| G10093 | BUFF CITY CT : 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 845-9301 |

## Collection Accounts

| Firm/ID Code | Paid/ ECOA | Placed/ CLSD | VRFD/ CS(MOP) | $PLCD/ BAL | Acc# | Creditor Name | Remarks |
|---|---|---|---|---|---|---|---|
| UNIFUND ███7001 11802 CONREY RD STE 200 CINCINNATI OH 45249 (888) 384-8134 | I | 04/06 | 01/09A O9B | 3734 5165 | | U AT BUFFALO SUNY ST | Placed for collection |
| RCVL PER MNG Y 0269X003 | I | 04/08 | 12/08A O9B | 452 452 | | 11 T MOBILE USA | Placed for collection |

file:///L:/CollctDB/CR/083529006.htm

CHIARI000167

| Acc Name/Address | | Rptd DLA / Opened Clsd/PD | High Limit | Current Status | | | Rating |
|---|---|---|---|---|---|---|---|

10501 SE MAIN STRE
SUITE #200
PORTLAND OR 97220
(503) 292-2077

| OVERTON RUSS<br>Y 01QL2001<br>19 EXECUTIVE PARK<br>CLIFTON PARK NY 12065<br>(518) 383-4000 | I | 08/06 | 06/08A<br>O9B | 435<br>435 | MEDICAL | Placed for collection |
| AMER CRDT CO<br>Y 064YG001<br>8865 SHERIDIAN DRI<br>CLARENCE NY 14031<br>(716) 565-1111 | I | 09/07 | 11/07A<br>O9B | 767<br>767 | MEDICAL | Placed for collection |
| CRD PRT ASSO<br>Y 04326001<br>ONE GALLERIA TOWER<br>13355 NOEL ROAD S<br>DALLAS TX 75240<br>(972) 991-3171 | I | 04/07 | 08/07A<br>O9B | 140<br>140 | TIME WARNER CABLE | Placed for collection |
| AMER CRDT CO<br>Y 064YG001<br>8865 SHERIDIAN DRI<br>CLARENCE NY 14031<br>(716) 565-1111 | I | 01/07 | 03/07A<br>O9B | 881<br>881 | MEDICAL | Placed for collection |
| AMER CRDT CO<br>Y 064YG001<br>8865 SHERIDIAN DRI<br>CLARENCE NY 14031<br>(716) 565-1111 | I | 02/06 | 04/06A<br>O9B | 303<br>303 | MEDICAL | Placed for collection |

## Revolving Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Current Status | | | Hist Status | | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | | |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Purchased by another lender | 04/06A<br>11/04<br>I | 12/01<br>03/05F | 3753<br>1700 | | 0 | | | | | | | R9 |
| BANK ONE CARD SERV<br>800 BROOKSEDGE BLV<br>WESTERVILLE OH 43081<br>(800) 945-2006 | | | | | | | | | | | | |
| GEMB/JCP<br><br>Subscriber: B 0235058D<br>Loan Type: Charge Account<br>PO BOX 981402<br>EL PASO TX 79998<br>(800) 542-0800 | 01/09A<br>01/98<br>I | 12/79 | 332<br>200 | | 0 | | 48<br>111111111111<br>111111111111 | | | | | R1 |
| GEMB/JCP<br><br>Subscriber: B 0235058D<br>Loan Type: Charge Account<br>PO BOX 981402<br>EL PASO TX 79998<br>(800) 542-0800 | 01/09A<br>01/98<br>I | 01/98 | 0<br>200 | | 0 | | 48<br>111111111111<br>111111111111 | | | | | R1 |
| LNSCRFT/GEMB | 01/09A<br>05/03 | 02/03<br>09/08C | 590<br>1000 | | 0 | | 48<br>111111111111 | | | | | R1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subscriber: P 09992547<br>Loan Type: Charge Account<br>Remarks: Canceled by credit grantor<br>    PO BOX 981439<br>    EL PASO TX 79998<br>    (866) 396-8254 | I | | | | | 11111111111 | | |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Closed<br>  BANK ONE CARD SERV<br>  800 BROOKSEDGE BLV<br>  WESTERVILLE OH 43081<br>  (800) 945-2006 | 10/08A<br>I | 11/02<br>07/08C | 0<br>9000 | | 0 | 48<br>111111111111<br>111111111111 | | R1 |
| SEARS/CBSD<br><br>Subscriber: D 06256443<br>Loan Type: Charge Account<br>Remarks: Closed<br>  701 EAST 60TH ST N<br>  PO BOX 6241<br>  SIOUX FALLS SD 57117<br>  Phone# not provided | 02/05A<br>I | 04/99<br>04/04C | 0<br>4000 | | 0 | 48<br>111111111111<br>111111111111 | | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Canceled by credit grantor<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 12/04A<br>12/02 | 04/95<br>11/04C | 0<br>6100 | | 0 | 41    01  00   00<br>111111111111<br>111111111111 | | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 09/04A<br>04/02<br>I | 05/99<br>04/02P | 0<br>2500 | | 0 | 38<br>111111111111<br>111111111111 | | R1 |
| FST USA BK B<br><br>Subscriber: B 07519027<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>  PO BOX 8650<br>  WILMINGTON DE 19899<br>  Phone# not provided | 04/04A<br>08/03<br>I | 12/01<br>09/03C | 1721<br>1700 | | | 23<br>111111111111<br>11111111 | | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 06/03A<br>12/02<br>I | 04/95<br>09/02C | 0<br>6100 | | 0 | 38<br>111111111111<br>111111111XX1 | | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021 | 06/03A<br>03/02<br>I | 05/99<br>03/02C | 0<br>5000 | | 0 | 32<br>111111111111<br>111111111X1 | | R1 |

Loan Type: Credit Card
Remarks: Credit card lost or stolen
  CITI CREDIT BUREAU
  PO BOX 6497
  SIOUX FALLS SD 57117
  (800) 533-5600

| CHASE | 11/02A 02/02 I | 01/01 11/02C | 1483 6000 | | 0 | | 29 XXXXXXXX111 111111111111 | | R1 |

Subscriber: B 026QK001
Loan Type: Credit Card
Remarks: Account closed due to transfer
  BANK ONE CARD SERV
  800 BROOKSEDGE BLV
  WESTERVILLE OH 43081
  (800) 945-2006

| BLAIR | 10/00A 04/00 I | 03/00 04/00P | 100 100 | | 0 | | 06 | | R1 |

Subscriber: C 024LE003
Loan Type: Charge Account
Remarks: Closed
  220 HICKORY ST
  WARREN PA 16365
  Phone# not provided

| **Revolving Totals** | | | | | $0 | $0 | | | |

## Overdraft/Reserve Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Current Status | | | Hist Status | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | |
| KEYBANK NA | 01/09A 04/05 I | 05/96 11/05F | 0 3000 | | 1880 | 1880 | | | | | C9 |

Subscriber: B 0273Q515
Loan Type: Line of Credit
Remarks: Transferred to recover
  P O BOX 94917
  CLEVELAND OH 44101
  (800) 982-1102

| **Overdraft/Reserve Totals** | | | | | $0 | $1,880 | | | | | |

## Installment Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Current Status | | | Hist Status | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | |
| KEYBANK NA | 01/09A 04/05 I | 08/03 04/05F | 6099 | 36MO | 2675 | 2675 | | | | | I9 |

Subscriber: B 0273Q515
Loan Type: Unsecured
Remarks: Transferred to recover
  P O BOX 94917
  CLEVELAND OH 44101
  (800) 982-1102

| KEY BANK | 08/03A 08/03 | 05/03 08/03C | 3599 | 170 24MO | 0 | | 04 | | | | I1 |

Subscriber: B 0278A011
Loan Type: Unsecured
Remarks: Closed
66 S PEARL ST
ALBANY NY 12207
(800) 999-0895

| | | | | 1111 | |

| Installment Totals | | | $0 | $2,675 | | |

## Inquiries

| Date | Name/Address | Code | MKT | Type Inq/Loan | Amount |
|------|-------------|------|-----|---------------|--------|
| 02/03/09 | BULAN,CHIARI | P PT00015623 | YOU | I | |
| 09/18/08 | FAC 12395 FIRST AMERIC POWAY , CA 92064 (800) 637-2422 | Z CO05635118 | CAL | I | |
| 04/17/08 | WAMU PO BOX 9180 PLEASANTON , CA 94588 (800) 356-0011 | B PR02893545 | CAL | I | |
| 08/17/07 | BULAN,CHIARI | P PT00015623 | YOU | I | |
| 06/06/07 | SHARIN&LIPSH 200 GARDEN CITY PL SUITE 506 GARDEN CITY , NY 11530 (516) 873-6600 | Y NY00000249 | EAS | I | |
| 04/25/07 | CDS/REVENUE 3700 PARK EAST STE BEACHWOOD , OH 44122 (216) 763-2100 | Y CV00025818 | CLV | I | |
| 03/22/07 | T-MOBILE 12920 SE 38TH STRE BELLEVUE , WA 98006 (800) 318-9270 | U WA03747126 | WAS | I | |

Serviced By:
TRANS UNION LLC
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19022
800-888-4213

END OF REPORT - TRANS UNION - 2/3/2009, 19:08:43 CT

TRANS UNION REPORT

Exact Match between SSN on input and SSN on file.

### Personal Information Since 10/1/1986 FAD 4/2/2010

| | | Reported |
|---|---|---|
| Name | WAGNER, WILLIAM J JR | |
| SSN | ████-9006   DOB: 07/15/1958 | |
| Address | 356, HARTFORD, RD, AMHERST, NY, 14226 | |
| Address | 1571, EGGERT, RD, AMHERST, NY, 14226 | 7/1/2001 |
| Address | 378, WINDERMERE, BV, AMHERST, NY, 14226 | 1/25/2007 |

### Employment

| | | Date Hired | Date Separated | |
|---|---|---|---|---|
| Employer | ELECTRA GAS | | | |
| Employer | ELECTRIC GAS APPLIANCE | | | Reported 8/1/1989 |
| | | | | Reported 8/1/1989 |

### Add-On Products Summary

Product: Creditor Contact Information [LOOK]
Status: Requested product delivered

Product: Inquiry Analysis
Status: Requested information cannot be scored or returned because data is suppressed or cannot be evaluated.

No Credit Summary data for this subject

### Public Records

| Reported/ $Amount | ECOA/ Subscriber | Assets | Type/ Plaintiff/Attorney | Docket/ Paid | Court/ City, State |
|---|---|---|---|---|---|
| 05/06 $1285 | Z 04976065 | $0 | Civil judgement Pltff: M J PETERSON CORP | B98134 | Circuit Court |
| 05/06 $1437 | Z 04976046 | $0 | Civil judgement Pltff: MJ PETERSON CORP | Q1591109 | County Court |
| 01/07 $4391 | Z 04976065 | $0 | Civil judgement Pltff: UNIFUND CCR PARTNERS | G10093 | Circuit Court |

| Docket# | Subscriber Information |
|---|---|
| B98134 | BUFF CITY CT : 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 847-8200 |
| Q1591109 | ERIE CTY SUP : 25 DELAWARE AVE, GROUND F1 , BUFFALO NY, 14202  - (716) 847-8200 |
| G10093 | BUFF CITY CT : 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 845-9301 BUFF CITY CT : 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 847-8200 |

### Collection Accounts

| Firm/ID Code | Paid/ ECOA | Placed/ CLSD | VRFD/ CS(MOP) | $PLCD/ BAL | Acc# | Creditor Name | Remarks |
|---|---|---|---|---|---|---|---|
| UNIFUND ████7001 11802 CONREY RD STE 200 CINCINNATI OH 45249 | | 04/06 | 03/10A O9B | 3734 5760 | | U AT BUFFALO SUNY ST | Placed for collection |

(888) 384-8134

| Acc Name/Address | | Rptd DLA | Opened | High | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OVERTON RUSS ███ 2001 79 EXECUTIVE PARK CLIFTON PARK NY 12065 (518) 383-4000 | I | 08/06 | 06/08A O9B | 435 435 | | MEDICAL | | | Placed for collection |
| AMER CRDT CO █████G001 8865 SHERIDIAN DRI CLARENCE NY 14031 (716) 565-1111 | I | 09/07 | 11/07A O9B | 767 767 | | MEDICAL | | | Placed for collection |
| CRD PRT ASSO ████6001 ONE GALLERIA TOWER 13355 NOEL ROAD S DALLAS TX 75240 (972) 991-3171 | I | 04/07 | 08/07A O9B | 140 140 | | TIME WARNER CABLE | | | Placed for collection |
| AMER CRDT CO █████YG001 8865 SHERIDIAN DRI CLARENCE NY 14031 (716) 565-1111 | I | 01/07 | 03/07A O9B | 881 881 | | MEDICAL | | | Placed for collection |
| AMER CRDT CO ████G001 8865 SHERIDIAN DRI CLARENCE NY 14031 (716) 565-1111 | I | 02/06 | 04/06A O9B | 303 303 | | MEDICAL | | | Placed for collection |

## Revolving Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Current Status | | | Hist Status | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | |
| GEMB/JCP Subscriber: D 0235058D Loan Type: Charge Account PO BOX 981402 EL PASO TX 79998 (800) 542-0800 | 03/10A 01/98 I | 12/79 | 332 124 | | 0 | | 48 111111111111 111111111111 111111111111 111111111111 | | | | R1 |
| GEMB/JCP Subscriber: D 0235058D Loan Type: Charge Account PO BOX 981402 EL PASO TX 79998 (800) 542-0800 | 03/10A 01/98 I | 01/98 | 0 124 | | 0 | | 48 111111111111 111111111111 111111111111 111111111111 | | | | R1 |
| LNSCRFT/GEMB Subscriber: P 09992547 Loan Type: Charge Account Remarks: Canceled by credit grantor PO BOX 981439 EL PASO TX 79998 (866) 396-8254 | 03/10A 05/03 I | 02/03 09/08C | 590 1000 | | 0 | | 48 111111111111 111111111111 111111111111 111111111111 | | | | R1 |
| CHASE Subscriber: B 026QK001 Loan Type: Credit Card Remarks: Closed BANK ONE CARD SERV 800 BROOKSEDGE BLV | 10/08A 07/08C I | 11/02 | 0 9000 | | 0 | | 48 111111111111 111111111111 111111111111 111111111111 | | | | R1 |

CHIARI000173

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WESTERVILLE OH 43081<br>(800) 945-2006 | | | | | | | | | |
| SEARS/CBSD<br><br>Subscriber: D 06256443<br>Loan Type: Charge Account<br>Remarks: Closed<br>  701 EAST 60TH ST N<br>  PO BOX 6241<br>  SIOUX FALLS SD 57117<br>  Phone# not provided | 02/05A<br>I | 04/99<br>04/04C | 0<br>4000 | | 0 | | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Canceled by credit grantor<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 12/04A<br>12/02 | 04/95<br>11/04C | 0<br>6100 | | 0 | | | 24<br>111111111111<br>111111111111 | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 09/04A<br>04/02<br>I | 05/99<br>04/02P | 0<br>2500 | | 0 | | | 38<br>111111111111<br>111111111111<br>111111111111<br>11 | R1 |
| FST USA BK B<br><br>Subscriber: B 07519027<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>  PO BOX 8650<br>  WILMINGTON DE 19899<br>  Phone# not provided | 04/04A<br>08/03 | 12/01<br>09/03C | 1721<br>1700 | | 0 | | | 23<br>111111111111<br>1111111111 | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 06/03A<br>03/02<br>I | 05/99<br>03/02C | 0<br>5000 | | 0 | | | 32<br>111111111111<br>1111111111X1<br>111111 | R1 |
| ASSOC/CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>  CITI CREDIT BUREAU<br>  PO BOX 6497<br>  SIOUX FALLS SD 57117<br>  (800) 533-5600 | 06/03A<br>12/02<br>I | 04/95<br>09/02C | 0<br>6100 | | 0 | | | 38<br>111111111111<br>111111111XX1<br>111111111111<br>11 | R1 |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Account closed due to<br>transfer<br>  BANK ONE CARD SERV<br>  800 BROOKSEDGE BLV | 11/02A<br>02/02<br>I | 01/01<br>11/02C | 1483<br>6000 | | 0 | | | 29<br>XXXXXXXX111<br>111111111111<br>11111 | R1 |

WESTERVILLE OH 43081
(800) 945-2006

| Revolving Totals | | | | | | $0 | $0 | | | | |

## Installment Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Current Status | | | Hist Status | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | |
| KEY BANK | 08/03A | 05/03 | 3599 | 170 | 0 | | 04 | | | | I1 |
| Subscriber: B 0278A011 | 08/03 | 08/03C | | 24MO | | | 1111 | | | | |
| Loan Type: Unsecured | | | | | | | | | | | |
| Remarks: Closed | | | | | | | | | | | |
| 66 S PEARL ST | | | | | | | | | | | |
| ALBANY NY 12207 | | | | | | | | | | | |
| (800) 999-0895 | | | | | | | | | | | |
| Installment Totals | | | | | $0 | $0 | | | | | |

## Inquiries

| Date | Name/Address | Code | MKT | Type Inq/Loan | Amount |
|---|---|---|---|---|---|
| 04/02/10 | BULAN,CHIARI | P PT00015623 | YOU | I | |
| 02/03/09 | BULAN,CHIARI | P PT00015623 | YOU | I | |
| 09/18/08 | FAC 12395 FIRST AMERIC POWAY , CA 92064 (800) 637-2422 | Z CO05635118 | CAL | I | |
| 04/17/08 | WAMU PO BOX 9180 PLEASANTON , CA 94588 (800) 356-0011 | B PR02893545 | CAL | I | |

Serviced By:
  TRANSUNION
  2 BALDWIN PLACE, P.O. BOX 1000
  CHESTER, PA 19022
  800-888-4213
  http://www.transunion.com

END OF REPORT - TRANS UNION - 4/2/2010, 16:10:29 CT

TRANS UNION REPORT

Exact Match between SSN on input and SSN on file.

## Personal Information Since 10/1/1986 FAD 11/27/2011

| | | Reported |
|---|---|---|
| Name | WAGNER, WILLIAM J JR | |
| SSN | ████ 9006   DOB: 07/15/1958 | |
| Address | 356, HARTFORD, RD, AMHERST, NY, 14226 | |
| Address | 1571, EGGERT, RD, AMHERST, NY, 14226 | 7/1/2001 |
| Address | 378, WINDERMERE, BV, AMHERST, NY, 14226 | 1/25/2007 |

## Employment

| | | Date Hired | Date Separated | |
|---|---|---|---|---|
| Employer | ELECTRA GAS | | | Reported 8/1/1989 |
| Employer | ELECTRIC GAS APPLIANCE | | | Reported 8/1/1989 |

## Add-On Products Summary

**Product:** Creditor Contact Information [LOOK]
**Status:** Requested product delivered

No Credit Summary data for this subject

## Public Records

| Reported/ $Amount | ECOA/ Subscriber | Assets | Type/ Plaintiff/Attorney | Docket/ Paid | Court/ City, State |
|---|---|---|---|---|---|
| 05/06 $1437 | I Z 04976046 | $0 | Civil judgement Pltff: MJ PETERSON CORP | Q1591109 | County Court |
| 01/07 $4391 | I Z 04976065 | $0 | Civil judgement Pltff: UNIFUND CCR PARTNERS | G10093 | Circuit Court |

| Docket# | Subscriber Information |
|---|---|
| Q1591109 | **ERIE CTY SUP :** 25 DELAWARE AVE, GROUND F1 , BUFFALO NY, 14202  - (716) 845-9301 |
| G10093 | **BUFF CITY CT :** 50 DELAWARE AVENUE, BUFFALO NY, 14202  - (716) 847-8200 |

## Collection Accounts

| Firm/ID Code | Paid/ ECOA | Placed/ CLSD | VRFD/ CS(MOP) | $PLCD/ BAL | Acc# | Creditor Name | Remarks |
|---|---|---|---|---|---|---|---|
| AMER CRDT CO ████ G001 8865 SHERIDIAN DRI CLARENCE NY 14031 (716) 565-1111 | I | 09/07 | 11/07A O9B | 767 767 | | MEDICAL | Placed for collection |
| CRD PRT ASSO ████ 6001 ONE GALLERIA TOWER 13355 NOEL ROAD S DALLAS TX 75240 (972) 991-3171 | I | 04/07 | 08/07A O9B | 140 140 | | TIME WARNER CABLE | Placed for collection |
| AMER CRDT CO | | 01/07 | 03/07A | 881 | | MEDICAL | Placed for collection |

CHIARI000176
4/25/2016

| Acc Name/Address | Rptd | Opened | High Limit | Current Status | | | Hist Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths 30 60 90 | | | | |
| ██████ G001<br>8865 SHERIDIAN DRI<br>CLARENCE NY 14031<br>(716) 565-1111 | I | | O9B | 881 | | | | | | | |
| AMER CRDT CO<br>██████ G001<br>8865 SHERIDIAN DRI<br>CLARENCE NY 14031<br>(716) 565-1111 | I<br>02/06 | 04/06A<br>O9B | 303<br>303 | MEDICAL | | | Placed for collection | | | | |

## Revolving Accounts

| Acc Name/Address | Rptd<br>DLA<br>ECOA | Opened<br>Clsd/PD | High Limit | Current Status | | | Hist Status | | | | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pmt Term | $Bal | $Past Due | Mths | 30 | 60 | 90 | |
| GECRB/JCP<br><br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>PO BOX 965005<br>ORLANDO FL 32896<br>(800) 542-0800 | 11/11A<br>01/98<br>I | 12/79 | 332<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | | | | R1 |
| GECRB/JCP<br><br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>PO BOX 965005<br>ORLANDO FL 32896<br>(800) 542-0800 | 11/11A<br><br>I | 01/98 | 0<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | | | | R1 |
| GECRB/LENSCR<br><br>Subscriber: P 09992547<br>Loan Type: Charge Account<br>Remarks: Canceled by credit grantor<br>C/O PO BOX 965036<br>ORLANDO FL 32896<br>(866) 396-8254 | 11/11A<br>05/03<br>I | 02/03<br>09/08C | 590<br>1000 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | | | | R1 |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Closed<br>P.O. BOX 15298<br>WILMINGTON DE 19850<br>(800) 945-2006 | 10/08A<br><br>I | 11/02<br>07/08C | 0<br>9000 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | | | | R1 |
| SEARS/CBNA<br><br>Subscriber: D 06256443<br>Loan Type: Charge Account<br>Remarks: Closed<br>701 EAST 60TH ST N<br>PO BOX 6241<br>SIOUX FALLS SD 57117<br>Phone# not provided | 02/05A<br><br>I | 04/99<br>04/04C | 0<br>4000 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | | | | R1 |
| CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Canceled by credit grantor<br>CITI CREDIT BUREAU<br>PO BOX 6497 | 12/04A<br>12/02<br>I | 04/95<br>11/04C | 0<br>6100 | | 0 | | 24<br>111111111111<br>111111111111 | | | | R1 |

CHIARI000177

4/25/2016

SIOUX FALLS SD 57117
(800) 533-5600

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>CITI CREDIT BUREAU<br>PO BOX 6497<br>SIOUX FALLS SD 57117<br>(800) 533-5600 | 09/04A<br>04/02<br>I | 05/99<br>04/02P | 0<br>2500 | | 0 | | 38<br>111111111111<br>111111111111<br>111111111111<br>11 | R1 |
| FST USA BK B<br><br>Subscriber: B 07519027<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>PO BOX 8650<br>WILMINGTON DE 19899<br>Phone# not provided | 04/04A<br>08/03<br>I | 12/01<br>09/03C | 1721<br>1700 | | 0 | | 23<br>111111111111<br>1111111111 | R1 |
| CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>CITI CREDIT BUREAU<br>PO BOX 6497<br>SIOUX FALLS SD 57117<br>(800) 533-5600 | 06/03A<br>12/02<br>I | 04/95<br>09/02C | 0<br>6100 | | 0 | | 38<br>111111111111<br>111111111XX1<br>111111111111<br>11 | R1 |
| CITI<br><br>Subscriber: B 0282E021<br>Loan Type: Credit Card<br>Remarks: Credit card lost or stolen<br>CITI CREDIT BUREAU<br>PO BOX 6497<br>SIOUX FALLS SD 57117<br>(800) 533-5600 | 06/03A<br>03/02<br>I | 05/99<br>03/02C | 0<br>5000 | | 0 | | 32<br>111111111111<br>1111111111X1<br>111111 | R1 |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Account closed due to transfer<br>P.O. BOX 15298<br>WILMINGTON DE 19850<br>(800) 945-2006 | 11/02A<br>02/02<br>I | 01/01<br>11/02C | 1483<br>6000 | | 0 | | 29<br>XXXXXXXXX111<br>111111111111<br>11111 | R1 |
| **Revolving Totals** | | | | $0 | $0 | | | |

| | Installment Accounts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Acc Name/Address | Rptd<br>DLA<br>ECOA | Opened<br>Clsd/PD | High<br>Limit | **Current Status** | | | **Hist Status** | | Rating |
| | | | | Pmt<br>Term | $Bal | $Past Due | Mths  30  60  90 | | |
| KEY BANK<br><br>Subscriber: B 0278A011<br>Loan Type: Unsecured<br>Remarks: Closed<br>4910 TIEDEMAN ROAD<br>CLIENT SERVICES OH<br>CLEVELAND OH 44144 | 08/03A<br>08/03<br>I | 05/03<br>08/03C | 3599 | 170<br>24MO | 0 | | 04<br>1111 | | I1 |

| (800) 539-2968 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Installment Totals** | | | | $0 | $0 | | | |

| Inquiries | | | | | | |
|---|---|---|---|---|---|---|
| Date | Name/Address | Code | MKT | Type Inq/Loan | | Amount |
| 11/27/11 | CHIARI & IL | P PT00015623 | YOU | I | | |
| 09/01/10 | STEPHENS & M<br>7 STILES ROAD<br>SALEM , NH 03079<br>(866) 201-0940 | Y HV02061117 | NEN | I | | |
| 04/02/10 | CHIARI & IL | P PT00015623 | YOU | I | | |

Serviced By:
  TRANSUNION
  2 BALDWIN PLACE, P.O. BOX 1000
  CHESTER, PA 19022
  800-888-4213
  http://www.transunion.com

END OF REPORT - TRANS UNION - 11/27/2011, 21:10:03 CT

CHIARI000179
4/25/2016

TRANS UNION REPORT

Exact Match between SSN on input and SSN on file.

## Personal Information Since 10/1/1986 FAD 2/12/2015

| | | Reported |
|---|---|---|
| Name | WAGNER, WILLIAM J JR | |
| SSN | ████9006   DOB: 07/15/1958 | |
| Address | 356, HARTFORD, RD, AMHERST, NY, 14226 | |
| Address | 1571, EGGERT, RD, AMHERST, NY, 14226 | 7/1/2001 |
| Address | 378, WINDERMERE, BV, AMHERST, NY, 14226 | 1/25/2007 |

## Employment

| | | Date Hired | Date Separated | |
|---|---|---|---|---|
| Employer | ELECTRA GAS | | | |
| Employer | ELECTRIC GAS APPLIANCE | | | Reported 8/1/1989 |
| | | | | Reported 8/1/1989 |

## Add-On Products Summary

Product: Creditor Contact Information [LOOK]
Status: Requested product delivered

No Credit Summary data for this subject

## Revolving Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Pmt Term | $Bal | $Past Due | Mths 30 60 90 | Rating |
|---|---|---|---|---|---|---|---|---|
| SYNCB/JCP<br><br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>Remarks: Closed<br>PO BOX 965007<br>ORLANDO FL 32896<br>(866) 227-5213 | 01/15A<br>01/98<br>‖ | 12/79<br>02/12C | 332<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |
| SYNCB/JCP<br><br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>Remarks: Closed<br>PO BOX 965007<br>ORLANDO FL 32896<br>(866) 227-5213 | 01/15A<br>‖ | 01/98<br>03/12C | 0<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |
| CHASE<br><br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Closed<br>P.O. BOX 15298<br>WILMINGTON DE 19850<br>(800) 432-3117 | 10/08A<br>‖ | 11/02<br>07/08C | 0<br>9000 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |

| Revolving Totals | | | | $0 | $0 | | | |
|---|---|---|---|---|---|---|---|---|

**Serviced By:**
TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19022
800-888-4213
http://www.transunion.com

END OF REPORT - TRANS UNION - 2/12/2015, 10:11:35 CT

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2015 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/31/2015
Report processed by:
CHIARI & ILECKI (115ZHN)

---

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| WAGNER, WILLIAM J JR | 1571 EGGERT RD BUFFALO, NY 14226-3360 ERIE COUNTY | ERIE | (716) 446-1580 (716) 836-0223 |

**ADDITIONAL PERSONAL INFORMATION**

| **SSN** | **DOB** | **Gender** | **LexID(sm)** |
|---|---|---|---|
| ▮-9006 | ▮1958 (Age:57) | | 002631855211 |

**Subject Summary**

**Name Variations**
1: WAGNER, BILL
2: WAGNER, WILLIAM JR
3: WAGNER, WILLIAM
4: WAGNER, WILLIAM J JR
5: WAGNER, WILLIAM J
6: WAGNER, WILLIAM T JR
7: WAGNER WILLIAM, J JR

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Most frequent SSN attributed to subject: | |
| 1: | 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 | New York | 1972-1974 | |

**DOBs**
Reported DOBs:
7/15/1959
7/15/1958

▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

**Address Summary - 9 records found**

| No. | Address |
|---|---|
| 1: | 1571 EGGERT RD BUFFALO, NY 14226-3360 ERIE COUNTY |
| 2: | 356 HARTFORD RD BUFFALO, NY 14226-1734 ERIE COUNTY |
| 3: | 5419 ROBERTS RD HAMBURG, NY 14075-5728 ERIE COUNTY |

| No. | Address |
|-----|---------|
| 4: | 340 MILITARY RD APT 2<br>BUFFALO, NY 14207-2219<br>ERIE COUNTY |
| 5: | 882 ENGLEWOOD AVE APT 4<br>BUFFALO, NY 14223-2337<br>ERIE COUNTY |
| 6: | 102 REIMAN ST APT 2<br>BUFFALO, NY 14206-1141<br>ERIE COUNTY |
| 7: | 438 IVYHURST RD N APT 4<br>BUFFALO, NY 14226-2436<br>ERIE COUNTY |
| 8: | 378 WINDERMERE BLVD<br>BUFFALO, NY 14226-2823<br>ERIE COUNTY |
| 9: | 89 MAFALDA DR<br>BUFFALO, NY 14215-2017<br>ERIE COUNTY |

**Address Details**

**1: 1571 EGGERT RD BUFFALO, NY 14226-3360**

| Address | Dates | Phone |
|---------|-------|-------|
| 1571 EGGERT RD<br>BUFFALO, NY 14226-3360<br>ERIE COUNTY | 11/2003 -<br>12/2015 | (716) 446-<br>1580(716) 836-<br>0223 |

**Census Data for Geographical Region**
Median Head of Household Age: 39
Median Income: $62,045
Median Home Value: $109,797
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2: 356 HARTFORD RD BUFFALO, NY 14226-1734**

| Address | Dates | Phone |
|---------|-------|-------|
| 356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>ERIE COUNTY | 10/1986 -<br>10/2015 | (716) 833-<br>2643(716) 833-<br>0783 |

**Census Data for Geographical Region**
Median Head of Household Age: 45
Median Income: $58,994
Median Home Value: $117,593
Median Education: 14 years
**Household Members**
BEATON, CAROL A
WAGNER, CONSTANCE M
WAGNER, WILLIAM J
**Other Associates**
None Listed

**3: 5419 ROBERTS RD HAMBURG, NY 14075-5728**

| Address | Dates | Phone |
|---------|-------|-------|

CHIARI000183

5419 ROBERTS RD
HAMBURG, NY 14075-5728
ERIE COUNTY

5/1985 - 4/2015    (716) 627-
3806(716) 833-
0783

**Census Data for Geographical Region**
Median Head of Household Age: 40
Median Income: $102,196
Median Home Value: $173,370
Median Education: 15 years
**Household Members**
WAGNER, ANDREW R
WAGNER, JULIA LEONA
WAGNER, WILLIAM G
WAGNER, WILLIAM J
**Other Associates**
None Listed

**4: 340 MILITARY RD APT 2 BUFFALO, NY 14207-2219**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 340 MILITARY RD APT 2 | 5/2006 - 5/2012 | |

BUFFALO, NY 14207-2219
ERIE COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $20,417
Median Home Value: $31,221
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 882 ENGLEWOOD AVE APT 4 BUFFALO, NY 14223-2337**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 882 ENGLEWOOD AVE APT 4 | 4/2005 - 3/2012 | (716) 876-1231 |

BUFFALO, NY 14223-2337
ERIE COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 49
Median Income: $70,151
Median Home Value: $109,766
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**6: 102 REIMAN ST APT 2 BUFFALO, NY 14206-1141**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 102 REIMAN ST APT 2 | 9/2008 - | |
| | 11/2010 | |

BUFFALO, NY 14206-1141
ERIE COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $51,447
Median Home Value: $55,429
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

CHIARI000184

**7: 438 IVYHURST RD N APT 4 BUFFALO, NY 14226-2436**

| | | |
|---|---|---|
| **Address** | **Dates** | **Phone** |
| 438 IVYHURST RD N APT 4 | 3/2007 - 7/2007 | |
| BUFFALO, NY 14226-2436 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $62,632
Median Home Value: $115,417
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 378 WINDERMERE BLVD BUFFALO, NY 14226-2823**

| | | |
|---|---|---|
| **Address** | **Dates** | **Phone** |
| 378 WINDERMERE BLVD | 11/2003 - | |
| BUFFALO, NY 14226-2823 | 1/2007 | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $14,742
Median Home Value: $96,829
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9: 89 MAFALDA DR BUFFALO, NY 14215-2017**

| | | |
|---|---|---|
| **Address** | **Dates** | **Phone** |
| 89 MAFALDA DR | 7/2001 - 1/2003 | (716) 835-1730 |
| BUFFALO, NY 14215-2017 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 35
Median Income: $62,264
Median Home Value: $83,472
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 10 records found**
**1: New York Voter Registration**

**Registrant Information**
**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ██-9006
**Date of Birth:** ██958
**Voter Information**
**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE

**2: New York Voter Registration**

**Registrant Information**
Name: WAGNER, WILLIAM J
Residential Address: 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
SSN: ████-9006
Date of Birth: ████ 1958
Gender: Male
**Voter Information**
Registration Date: 2/18/1986

3: New York Voter Registration
**Registrant Information**
Name: WAGNER, WILLIAM J
Residential Address: 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
SSN: ████-9006
Date of Birth: ████ 1958
**Voter Information**
Registration Date: 2/18/1986
Last Vote Date: 11/4/2003
Party Affiliation: CONSERVATIVE
Active Status: ACTIVE

4: New York Voter Registration
**Registrant Information**
Name: WAGNER, WILLIAM J
Residential Address: 1571 EGGERT RD
BUFFALO, NY 14226-3360
ERIE COUNTY
SSN ████9006
Date of Birth: ████/1958
Gender: Male
**Voter Information**
Registration Date: 2/18/1986
Last Vote Date: 11/4/2003
Party Affiliation: CONSERVATIVE
Active Status: ACTIVE

5: New York Voter Registration
**Registrant Information**
Name: WAGNER, WILLIAM J JR
Residential Address: 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
SSN: ████-9006
Date of Birth: ████958
**Voter Information**
Registration Date: 2/18/1986
Last Vote Date: 11/4/2003

6: New York Voter Registration
**Registrant Information**
Name: WAGNER, WILLIAM J JR
Residential Address: 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
SSN: ████-9006
Date of Birth: ████/1958
Gender: Male

**Voter Information**

Registration Date: 2/18/1986
Last Vote Date: 11/4/2003
Party Affiliation: CONSERVATIVE
Active Status: ACTIVE

### 7: New York Voter Registration

**Registrant Information**

Name: WAGNER, WILLIAM J JR
Residential Address: 356 HARTFORD RD
AMHERST, NY 14226-1734
ERIE COUNTY
Home Phone: (716) 833-0783
SSN: ■■-9006
Date of Birth: ■■ 1958
Gender: Male

**Voter Information**

Registration Date: 2/18/1986
Party Affiliation: CONSERVATIVE
Active Status: ACTIVE
Status: FEDERAL

### 8: New York Voter Registration

**Registrant Information**

Name: WAGNER, WILLIAM J JR
Residential Address: 356 HARTFORD RD
AMHERST, NY 14226-1734
ERIE COUNTY
SSN: ■■-9006
Date of Birth: ■■ 1958
Gender: Male

**Voter Information**

Registration Date: 2/18/1986
Last Vote Date: 11/4/2003
Party Affiliation: CONSERVATIVE

### 9: New York Voter Registration

**Registrant Information**

Name: WAGNER, WILLIAM J JR
Residential Address: 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
SSN: ■■-9006
Gender: Male

**Voter Information**

Active Status: ACTIVE

### 10: New York Voter Registration

**Registrant Information**

Name: WAGNER, WILLIAM J JR
Residential Address: 378 WINDERMERE BLVD
AMHERST, NY 14226-2823
ERIE COUNTY
SSN: ■■-9006
Date of Birth: ■■/1958
Gender: Male

**Voter Information**

Last Vote Date: 11/4/2003
Party Affiliation: CONSERVATIVE
Status: FEDERAL

CHIARI000187

## Driver Licenses - 1 records found

### 1: New York Driver License

**Driver Information**

|  |  |
|---|---|
| **Name:** | WAGNER, WILLIAM J |
| **Address:** | 356  HARTFORD RD |
|  | BUFFALO, NY 14226-1734 |
|  | ERIE COUNTY |
| **Data source:** | Non-Governmental: NY |

**Personal Information**

| **SSN:** | ███-9006 |
|---|---|
| **DOB:** | ██/1959 |

**License Information**

| **Number:** | ████9285 |
|---|---|

**Additional Driver Information**

| **DOB:** | ███/1959 |
|---|---|

## Judgments/Liens - 2 records found

### 1: NY Judgments and Liens Filings

**Debtor Information**

|  |  |
|---|---|
| **Name:** | WAGNER, WILLIAM J JR |
| **SSN:** | ███-9006 |
| **Address:** | 356 HARTFORD RD |
|  | BUFFALO, NY 14226-1734 |
|  | ERIE COUNTY |

**Creditor Information**

| **Name:** | UNIFUND CCR PARTNERS |
|---|---|

**Filing Information**

| **Jurisdiction:** | NY |
|---|---|
| **Amount:** | $4,391 |
| **Filing Date:** | 1/19/2007 |
| **Eviction** | N |

**Filing 1**

| **Number:** | G10093 |
|---|---|
| **Type:** | CIVIL JUDGMENT |
| **Agency:** | BUFFALO CITY COURT |
| **Agency State:** | NY |
| **Agency County:** | ERIE |

### 2: NY Judgments and Liens Filings

**Debtor Information**

|  |  |
|---|---|
| **Name:** | WAGNER, WILLIAM J JR |
| **SSN:** | ███-9006 |
| **Address:** | 378 WINDERMERE BLVD |
|  | AMHERST, NY 14226-2823 |
|  | ERIE COUNTY |

**Creditor Information**

| **Name:** | M J PETERSON CORP |
|---|---|

**Filing Information**

| **Jurisdiction:** | NY |
|---|---|
| **Amount:** | $1,285 |
| **Filing Date:** | 5/10/2006 |
| **Eviction** | N |

**Filing 1**

| **Number:** | B98134 |
|---|---|
| **Type:** | CIVIL JUDGMENT |
| **Agency:** | BUFFALO CITY COURT |
| **Agency State:** | NY |
| **Agency County:** | ERIE |

## Potential Relatives - 10 records found

1st Degree: 7, 2nd Degree: 3

CHIARI000188

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| 1. | WAGNER, WILLIAM J<br>• AKA WAGNER, WILLIAM G<br>SSN███-XXXX<br>DOB███1950<br>(Age: 65) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>5149 ROBERTS RD<br>HAMBURG, NY 14075<br><br>S ROBERTS 5419<br>HAMBURG, NY 14075 |
| 2. | WAGNER, ANDREW R<br>• AKA WAGNER, ANDREW A<br>• AKA WAGNER, ANDREW R<br>• AKA WAGNER, A<br>SSN███-XXXX<br>DOB███/1979<br>(Age: 36) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>18 RUTLAND ST<br>BUFFALO, NY 14220-1626<br>(716) 824-2901<br><br>112 SUNSET CT UNIT 1<br>HAMBURG, NY 14075-4255<br><br>113 SUNSET CT APT 2<br>HAMBURG, NY 14075-4259<br>(716) 627-3806<br><br>465 DORRANCE AVE APT 107<br>BUFFALO, NY 14218-1834 |
| 3. | WAGNER, JULIA LEONA<br>• AKA WAGNER, JULIE<br>SSN███-XXXX<br>DOB███/1951<br>(Age: 64) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>20 E MAIN ST APT<br>HAMBURG, NY 14075-5009<br>(716) 649-4658<br><br>112 SUNSET CT APT 1B<br>HAMBURG, NY 14075-4255<br><br>113 SUNSET CT APT 2<br>HAMBURG, NY 14075-4259<br>(716) 939-0750<br><br>3286 NASH RD<br>HAMBURG, NY 14075-2509<br>(716) 648-3985 |
| 4. | WAGNER, CONSTANCE M<br>SSN:402-22-XXXX<br>DOB███/1926<br>(Age: 89) | 356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 833-0783 |
| 5. | WAGNER, WILLIAM J<br>⚠ Deceased<br>• AKA WAGNER, WM J<br>SSN███/XXXX<br>DOB███/1917<br>(Age: 98) | 356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 833-0783<br><br>739 AMHERST ST<br>BUFFALO, NY 14216-3101 |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | | (716) 876-2453 |
| | | (716) 833-0783 |
| 6. | WAGNER, WILLIAM G<br>DOB:███/1977<br>(Age: 38) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806 |
| 7. | BEATON, CAROL A<br> • AKA BEATON, CAROL ANN<br> • AKA WAGNER, CAROL A<br> • AKA BEATON, CARO W<br> • AKA BEATON, CAROL A<br> • AKA WAGNER-BEATON,<br>CAROL<br>SSN ███-XXXX<br>DOB:███/1963<br>(Age: 52) | 369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825<br><br>356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 692-4825<br><br>248 ROBERT DR APT 5<br>NORTH TONAWANDA, NY 14120-6421<br>(716) 692-4825<br><br>369 ELMWOOD AVE<br>BUFFALO, NY 14222-2209<br>(716) 692-4825 |
| 7.A. | BEATON, BRIAN A<br> • AKA BEATAU, BRIAN A<br>SSN ███-XXXX<br>DOB:███/1960<br>(Age: 55) | 369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825<br><br>286 ROBERT DR APT 4<br>NORTH TONAWANDA, NY 14120-6412<br>(716) 692-4825<br><br>248 ROBERT DR APT 5<br>NORTH TONAWANDA, NY 14120-6421<br>(716) 692-4825<br><br>364 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4712<br>(716) 692-4825<br><br>124 SHERWIN DR<br>TONAWANDA, NY 14150-4717<br>(716) 693-3871 |
| 7.B. | BEATON, BRENDA L<br>DOB:7/7/1986<br>(Age: 29) | 14615 CAMBRIDGE CIR 212<br>LAUREL, MD 20707-3729<br><br>20014 FREDERICK RD APT 23<br>GERMANTOWN, MD 20876-4076<br><br>369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825 |
| 7.C. | BEATON, STEPHANIE M<br>DOB:5/24/1989<br>(Age: 26) | 369 ELMWOOD AVE A<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825 |

**Neighbors - 4 records found**
1571 EGGERT RD BUFFALO, NY 14226-3360

| Name | Address | Phone |
|------|---------|-------|

| | | |
|---|---|---|
| VARGAS, PATTY LYNN | 1553 EGGERT RD<br>BUFFALO, NY 14226-3371 | (716) 833-9116 |
| BAUER, JOHN R<br>BAUER, MICHELLE A | 1565 EGGERT RD<br>BUFFALO, NY 14226-3360 | (716) 837-7368 |
| SCHMEICHEL, CARL R | 1577 EGGERT RD<br>BUFFALO, NY 14226-3360 | (716) 833-4386<br>(716) 832-0889 |
| FROST, LESLIE A | 1583 EGGERT RD<br>BUFFALO, NY 14226-3360 | (716) 824-3507 |

## Sources - 70 records found

| | |
|---|---|
| **All Sources** | 70 Source Document(s) |
| **Driver Licenses** | 1 Source Document(s) |
| **Email addresses** | 1 Source Document(s) |
| **Historical Person Locator** | 3 Source Document(s) |
| **Liens and Judgments** | 2 Source Document(s) |
| **Person Locator 1** | 7 Source Document(s) |
| **Person Locator 2** | 3 Source Document(s) |
| **Person Locator 5** | 37 Source Document(s) |
| **Person Locator 6** | 5 Source Document(s) |
| **Utility Locator** | 1 Source Document(s) |
| **Voter Registrations** | 10 Source Document(s) |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Debt Recovery/Fraud
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

CHIARI000191

# realRecord ™

## OWNERSHIP INFORMATION

**WAGNER WILLIAM**
**5419 ROBERTS RD**
**HAMBURG NY 14075-5728**

**COUNTY:** ERIE

**PROPERTY CLASS:** 210 - ONE FAMILY YEAR-ROUND RESIDENCE

## PARCEL NO: 181.07-1-12

**Mail:** HAMBURG NY 00000-0000

**PHONE NUMBER:**

**CENSUS TRACT:** 0131.02

## SALE INFORMATION

**Sale Date** 04/23/2015   **Price $** 1   **Deed Date** 04/23/2015

| | | | |
|---|---|---|---|
| Arms Length N | Libre 11278 | Page 6274 | # Total Parcels 1 |
| Seller WAGNER WILLIAM & JULIE | Buyer WAGNER WILLIAM | Personal Property 0 | |

| PRIOR SALES | PRICE | DATE | ARMS LENGTH | SELLER | BUYER |
|---|---|---|---|---|---|

**No sale history in database for this parcel.**

## STRUCTURAL INFORMATION

| | |
|---|---|
| Square Feet | 1,821 |
| Sqft. 1st Floor | 1,062 |
| Sqft. 2nd Floor | 759 |
| Fin. Basement Sqft. | 0 |
| Year Built | 1970 |
| Bldg Style | COLONIAL |
| # Units | 1 |
| # Stories | 2.00 |
| # Baths | 1 FULL, 1 HALF |
| # Bedrooms | 3 |
| # Fireplaces | 1 |
| # Kitchens | 1 |
| Garage Type | GAR-1.0 ATT, BUILT: 1991, 624 SQFT, DIMENSIONS: (24 X 26), CNDTN: NORMAL, GRADE: C |
| Garage Bays | 1 |
| Cooling Detail | NONE |
| Heat Type | HEAT: (HOT AIR) FUEL: (GAS) |
| Exterior | WOOD |
| Condition | NORMAL |
| Basement Type | FULL |

## LOT INFORMATION

| | |
|---|---|
| Lot Size Dim.: | 256.89x185.37 |
| Land SQFT | 47,671 |
| Lot Size Acres | 0.44 |
| Zoning | |
| Nbhd Code | 102 |
| School District | 144804 - FRONTIER |
| Desirability | TYPICAL |
| Water Front | N |
| Sewer | COMMERCIAL/PUBLIC |
| Water | COMMERCIAL/PUBLIC |
| Utilities | GAS/ELECTRIC |
| Nbhd. Rating | UNKNOWN |
| Nbhd. Type | UNKNOWN |
| # Res. Sites | 1 |
| # Comm. Sites | 0 |
| Swis Code | 144889 |

## TAX INFORMATION

| | |
|---|---|
| Tax ID# | 181.07-1-12 |
| Assessed Value $ | 93,000 |
| Land Assesment $ | 9,200 |
| School Tax $ | 2,421 |
| County/Town Tax $ | 1,465 |
| City/Village Tax $ | 0 |
| Total Tax $ | 3,886 |
| Full Tax Value $ | 164,310 |
| Equalization Rate | 0.57 |
| Prior Tax ID# | 10-686 |
| Full Land Value $ | 16,254 |

*The calculated tax amounts are not exact. No special district tax amounts or exemptions have been included. All numbers are estimated based on town values. Taxes should be verified directly from the local tax collector.

Updated: 04/07/2016 10:36 am

## EXEMPTIONS:

BASIC STAR 1999-2000

## IMPROVEMENTS:

(1) GAR-1.0 ATT, BUILT 1991, 0 SQFT, CONDITION NORMAL
(1) PORCH-COVERD, BUILT 1970, 70.00 SQFT, CONDITION NORMAL
Note: Display indicates first residential site and up to four improvements.

real-info.com makes no warranty or guarantee concerning the accuracy or reliability of the content contained in this site. Information is obtained from many sources. real-info.com shall not be liable for errors contained herein or for any damages in connection with the use of the information contained herein.

CHIARI000192

5/9/2016