# CHIARI & ILECKI, LLP
## ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728
moverbeck@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
BARBARA RIDALL
KEITH ROSEBORO
MELISSA OVERBECK
SARAH BLARR
GIOVANNI GENOVESE, OF COUNSEL
ROBERT DUBIN, OF COUNSEL (FORMERLY DUBIN & DUBIN)

**EXHIBIT E** 10/3/16 ms

February 9, 2015

WILLIAM J. WAGNER Jr.
5419 Roberts Rd.
Hamburg, NY 14075

RE: Claim of M.J. PETERSON, LLC

Dear Mr. Wagner:

*[Handwritten annotation:] (@ 10:34 Am) February 12, 2015 Called Talked to Karen gave her the last 4 digits of SS# and she said I was not the person they were looking for and she would notify the attorneys.*

Please find the enclosed Notice pursuant to CPLR 5222. This communication is from a debt collector. The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

The current Judgment balance as of February 9, 2015 is $2,570.17. Note- because of interest or other charges that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive the payment, in which event we will inform you. For further information, please contact this office.

Very truly yours,

CHIARI & ILECKI, LLP

*Melissa Overbeck [signature]*

MELISSA OVERBECK

Enclosure

Our file number- 20085569©

*[Handwritten annotation:] 3/19/15 Christian emailed the attorney to inform him (Ilecki) that I'm Kruq a different SS# and address.*