1

```
 1  UNITED STATES DISTRICT COURT
 2  WESTERN DISTRICT OF NEW YORK
 3  _____
 4  WILLIAM J. WAGNER,
 5       Plaintiff,
 6
         vs              Docket No. 15-CV-633-JTC
 7
 8  CHIARI & ILECKI, LLP,
 9       Defendant.
10  _____
11  Examination Before Trial of KAREN SANDFORD, held
12  pursuant to the Federal Rules of Civil Procedure, in
13  the law offices of CONNORS LLP, 1000 Liberty Building,
14  424 Main Street, Buffalo, New York, on Wednesday,
15  October 5, 2016 at 2:07 p.m. before Molly Fenske,
16  Notary Public.
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES:

 2

     LAW OFFICES OF KENNETH HILLER, PLLC
 3   BY:   SETH J. ANDREWS, ESQ.
     6000 North Bailey Avenue, Suite 1A
 4   Amherst, New York  14226
     sandrews@kennethhiller.com
 5   Appearing for the Plaintiff.

 6

     CONNORS LLP
 7   BY:   PAUL A. WOODARD, ESQ.
     1000 Liberty Building
 8   424 Main Street
     Buffalo, New York  14202
 9   paw@connorsllp.com
     Appearing for the Defendant.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO WITNESS
 2
 3  KAREN SANDFORD                                  PAGE
 4
 5  Examination by Mr. Andrews....................5
 6
 7
 8
 9                    INDEX TO EXHIBITS
10
11               None marked.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1             (Whereupon, the following stipulations
2  were entered into by the respective parties:
3             It is hereby stipulated by and between
4  counsel for the respective parties that the oath of
5  the referee is waived, that filing and certification
6  of the transcript are waived, and all objections,
7  except as to the form of the question, are reserved
8  until the time of trial.)
9             THE REPORTER:  Mr. Andrews, you'll supply
10 Mr. Woodard?
11            MR. ANDREWS:  Yes.
12            THE REPORTER:  Read and sign in sixty
13 days?
14            MR. WOODARD:  Right.
15            KAREN SANDFORD, 58 Edgebrook Estates,
16 Apartment 4, Cheektowaga, New York 14227, having been
17 duly called and sworn, was examined and testified as
18 follows:
19            MR. ANDREWS:  Karen, hi.  My name is Seth
20 Andrews.  I'm the attorney for the plaintiff in this
21 matter, William J. Wagner.  He has filed a lawsuit in
22 federal court naming Chiari & Ilecki as defendants
23 alleging various violations of the Fair Debt
24 Collection Practices Act.  We're here today to take
25 your deposition as a fact witness as it pertains to

```
 1   with a judgment that's regular for your job duties?
 2       A.   Well, if there's a motion to be scheduled, I
 3   will do that.
 4       Q.   Do you ever aid the attorneys in drafting any
 5   documents?
 6       A.   No.
 7       Q.   Here's a document I'm showing you that's been
 8   previously marked as Plaintiff's Exhibit A.  Have you
 9   ever seen that document before today?
10       A.   Yes.
11       Q.   When did you recall seeing it prior to today?
12       A.   When we met with Paul.
13       Q.   I don't want to know anything about what you
14   did with him, that's okay, as far as substance, you
15   know.
16            Other than meeting with your attorney, do you
17   recall ever seeing this document?
18       A.   No.
19       Q.   If we turn to the second page of the document,
20   165, and we look at the column -- it's on the front
21   page, but event done date and then there's description
22   and event comment.  It's basically the three far
23   right-most columns, and we look -- we see on February
24   12, 2015 there's a telephone call?
25       A.   Yes.
```

Case 1:15-cv-00633-FPG   Document 25-20   Filed 01/26/17   Page 6 of 6

12

```
 1      Q.   And you see your name listed on the far left
 2   column?
 3      A.   Yes.
 4      Q.   And the comments section reads a William Wagner
 5   calls office, comma.  He lives at the Roberts RD
 6   address, comma.  Claims it's not him, comma.  He is
 7   not a JR, period.  Claims this has been REC stuff for
 8   last six, dash, seven YRS, four D, period.  Gave me
 9   last couple numbers of SS, pound, open paren, sixteen,
10   closed paren.  Told him would note file and E-mail
11   ATYY, period.  E-mailed MO.  Is that right, is that...
12      A.   That's correct.
13      Q.   So MO, is that Melissa Overbeck?
14      A.   Yes.
15      Q.   That sixteen, is that -- what does that
16   signify, the last two of the social security number?
17      A.   Yes.
18      Q.   When you input that, those notes in, are you
19   able to see those later on?  Are you able to go back
20   and look at those notes?
21      A.   Yes.
22      Q.   Can you alter those notes?
23      A.   Yes.
24      Q.   When you e-mailed Melissa, showing you a
25   document that's previously been marked as Plaintiff's
```

METSCHL & ASSOCIATES
Buffalo: 716-856-1906   Rochester: 585-697-0969