**United States Postal Service®**
**Sorry We Missed You! We ReDeliver for You!**

Item is at:
— Post Office™ (See back)

Available for Pick-up After
Date: 2-1
Time:

Today's Date:

Sender's Name
H Lafayette St, ste 400

For Redelivery
Go to usps.com/redelivery
or see reverse

☐ If checked, you or your agent must be present at time of delivery to sign for item.

USPS Tracking # or Article Number(s)
70001660579 6

X Letter
— Large envelope, magazine, catalog, etc.
— Parcel
— Perishable Item
— Other:

For Delivery: (Enter total number of items delivered by service type.)
For Notice Left: (Check applicable item)
— Priority Mail          — Insured Mail
— Express™
X Certified Mail™        Return Receipt
(Must claim within 15 days   for Merchandise
or article will be returned)
— Restricted Delivery    — Adult Signature
— Registered Mail™       — Signature Confirmation™

Notice Left Section
Customer Name and Address
William J. Wagner, Sr.
5419 Roberts

Delivered By and Date

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs   Amount Due $

☐ Final Notice: Article will be returned to sender on

PS Form **3849**, July 2013      usps.com      Delivery Notice/Reminder/Receipt