**United States Postal Service®**

**Sorry We Missed You! We ReDeliver for You**

| Today's Date | Sender's Name |
|---|---|
| 3-19 | |

Item is at:
☑ Post Office™ *(See back)*

Available for Pick-up After:
Date: 3/19   Time: ___

For Redelivery
Go to usps.com/redelivery
or see reverse

☑ If checked, you or your agent must be present at time of delivery to sign for item.

USPS Tracking # or Article Number(s)

[handwritten tracking numbers]

**For Delivery:** *(Enter total number of items delivered by service type.)*

**For Notice Left:** *(Check applicable item)*

| | |
|---|---|
| ☑ Letter | ___ Priority Mail Express™ |
| ___ Large envelope, magazine, catalog, etc. | ___ Insured Mail |
| ___ Parcel | ☑ Certified Mail™ *(Must claim within 15 days or article will be returned)* |
| ___ Perishable Item | ___ Return Receipt for Merchandise |
| ___ Other: | ___ Adult Signature |
| | ___ Restricted Delivery |
| | ___ Signature Confirmation™ |
| | ___ Registered Mail™ |

**Notice Left Section**
Customer Name and Address
W. Wagner Jr
5419 Roberts Rd

**Article Requiring Payment**
☐ Postage Due  ☐ COD  ☐ Customs

Amount Due: $ ___

☐ **Final Notice:** Article will be returned to sender on 3-20

Delivered By and Date: ___

PS Form **3849**, July 2013                usps.com                Delivery Notice/Reminder/Receipt