STATE OF NEW YORK
COUNTY OF ERIE : SUPREME COURT

---

M.J. PETERSON, LLC,
        Plaintiff-Judgment-Creditor,

vs.

WILLIAM J. WAGNER Jr.,
        Defendant(s).

**SUBPOENA DUCES TECUM**
**WITH RESTRAINING NOTICE**
Original Index No. B98134

---

RE: WILLIAM J. WAGNER Jr., 5419 Roberts Rd., Hamburg, NY 14075, Judgment-Debtor(s)

## THE PEOPLE OF THE STATE OF NEW YORK

TO: WILLIAM J. WAGNER Jr.

**WHEREAS**, in an action in Buffalo City Court, Index No. B98134, (Assigned Judge- Hon. ), between the parties listed above, a Judgment was entered on **May 10, 2006** in favor of said Judgment-Creditor and against Judgment Debtor(s), WILLIAM J. WAGNER Jr., in the amount of $1,437.15, of which $2,603.83 remains due, plus interest on the remaining principal Judgment balance at 9.00% from May 15, 2015.

**NOW, THEREFORE WE COMMAND YOU**, appear and attend before a person authorized by the laws of the state of New York to administer oaths, at:
    **14 LAFAYETTE SQ STE 1440**
    **BUFFALO, NY 14203**
    **ON July 7, 2015 at 2:00 PM ,**

and at any recessed or adjourned date for the taking of a deposition under oath upon oral or written questions on all matters relevant to the satisfaction of such judgment; **AND WE FURTHER COMMAND YOU** to produce for examination at such time and place the following books, papers and records: **any and all bank statements, payroll records, payroll stubs, payroll receipts; copies of any loans, mortgages, notes, etc.**, and all other books, papers and records in your possession or control which have or may contain information concerning the Judgment-Debtor(s)' property, income or other means relevant to the satisfaction of the judgment, INCLUDING, BUT NOT LIMITED TO ALL DOCUMENTS REFERENCED IN SCHEDULE A (ATTACHED).

**TAKE FURTHER NOTICE** that pursuant to subdivision (b) of §5222 of the Civil Practice Law and Rules, which is set forth herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt, except as therein provided.


EXHIBIT
Plaintiff's
F
10/5/16