UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                              Plaintiff,

   v.                                                  Civil Action No.1:15-cv-633-FPG

CHIARI & ILECKI, LLP,

                              Defendant.
_____

## **AFFIRMATION OF KENNETH R. HILLER**

Kenneth R. Hiller, an attorney at law, affirms under penalties of perjury that the following statements are true and correct:

1. That I am an attorney or record for the Plaintiff.

2. This affirmation is submitted to correct the references to exhibits to Plaintiff's Partial Motion for Summary Judgment.

3. Docket #25-19 was incorrectly labeled as Exhibit O.  It should have been marked exhibit M.

Dated:   January 26, 2017                                s/Kenneth R. Hiller
                                                                      Kenneth R. Hiller