# EXHIBIT C

# realRecord™

| OWNERSHIP INFORMATION | PARCEL NO: 181.07-1-12 |
|---|---|

**WAGNER WILLIAM**
**5419  ROBERTS RD**
**HAMBURG NY 14075-5728**

**Mail:**

HAMBURG NY 00000-0000

**PHONE NUMBER:**

**COUNTY:** ERIE

**PROPERTY CLASS:** 210 - ONE FAMILY YEAR-ROUND RESIDENCE

**CENSUS TRACT:** 0131.02

| SALE INFORMATION | | | |
|---|---|---|---|
| **Sale Date** 04/23/2015 | **Price $** 1 | **Deed Date** 04/23/2015 |
| **Arms Length** N | **Libre** 11278 | **Page** 6274 | **# Total Parcels** 1 |
| **Seller** WAGNER WILLIAM & JULIE | **Buyer** WAGNER WILLIAM | **Personal Property** 0 |

| PRIOR SALES | PRICE | DATE | ARMS LENGTH | SELLER | BUYER |
|---|---|---|---|---|---|
| No sale history in database for this parcel. | | | | | |

| STRUCTURAL INFORMATION | | LOT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|
| **Square Feet** | 1,821 | **Lot Size Dim.:** | 256.89x185.57 | **Tax ID#** | 181.07-1-12 |
| **Sqft. 1st Floor** | 1,062 | **Land SQFT** | 47,671 | **Assessed Value $** | 93,000 |
| **Sqft. 2nd Floor** | 759 | **Lot Size Acres** | 0.44 | **Land Assesment $** | 9,200 |
| **Fin. Basement Sqft.** | 0 | **Zoning** | | **School Tax $** | 2,421 |
| **Year Built** | 1970 | **Nbhd Code** | 102 | **County/Town Tax $** | 1,465 |
| **Bldg Style** | COLONIAL | **School District** | 144804 - FRONTIER | **City/Village Tax $** | 0 |
| **# Units** | 1 | **Desirability** | TYPICAL | **Total Tax $** | 3,886 |
| **# Stories** | 2.00 | **Water Front** | N | **Full Tax Value $** | 164,310 |
| **# Baths** | 1 FULL, 1 HALF | **Sewer** | COMMERCIAL/PUBLIC | **Equalization Rate** | 0.57 |
| **# Bedrooms** | 3 | **Water** | COMMERCIAL/PUBLIC | **Prior Tax ID#** | 10-686 |
| **# Fireplaces** | 1 | **Utilities** | GAS/ELECTRIC | **Full Land Value $** | 16,254 |
| **# Kitchens** | 1 | **Nbhd. Rating** | UNKNOWN | | |
| **Garage Type** | GAR-1.0 ATT, BUILT: 1991, 624 SQFT, DIMENSIONS: (24 X 26), CNDTN: NORMAL, GRADE: C | **Nbhd. Type** | UNKNOWN | *The calculated tax amounts are not exact. No special district tax amounts or exemptions have been included. All numbers are estimated based on town values. Taxes should be verified directly from the local tax collector. | |
| | | **# Res. Sites** | 1 | | |
| | | **# Comm. Sites** | 0 | | |
| | | **Swis Code** | 144889 | | |
| **Garage Bays** | 1 | | | | |
| **Cooling Detail** | NONE | | | Updated:04/07/2016 10:36 am | |
| **Heat Type** | HEAT: (HOT AIR) FUEL: (GAS) | | | | |
| **Exterior** | WOOD | | | | |
| **Condition** | NORMAL | | | | |
| **Basement Type** | FULL | | | | |

| EXEMPTIONS: |
|---|
| BASIC STAR 1999-2000 |

| IMPROVEMENTS: |
|---|
| (1) GAR-1.0 ATT, BUILT 1991, 0 SQFT, CONDITION NORMAL |
| (1) PORCH-COVERD, BUILT 1970, 70.00 SQFT, CONDITION NORMAL |
| Note: Display indicates first residential site and up to four improvements. |

real-info.com makes no warranty or guarantee concerning the accuracy or reliability of the content contained in this site. Information is obtained from many sources. real-info.com shall not be liable for errors contained herein or for any damages in connection with the use of the information contained herein.

CHIARI000192