# EXHIBIT F

# REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER
## INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

**Name:** William J. Wagner, Jr.

**Address:** 356 Hartford Rd., Amherst, N.Y. 14226

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself)
   **PROCESS SERVER**

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or party acting pro se - except a corporation acting pro se must cite statue):
   **NYS, CPLR, R.2103.(a)**

3. The names of all known parties to the litigation:
   **M.J. Peterson Corp. vs.**
   **William J. Wagner, Jr.**

4. The court in which the case has been or will be heard: (BE SPECIFIC)
   **Buffalo City** Court, County of **Erie**

5. The docket or other identifying number if one has been issued:
   **B98134**

6. The capacity in which this individual is to be served (e.g. defendant or witness):
   ☒ Defendant  ☐ Witness

## WARNING

**THE SUBMISSION OF FALSE INFORMATION (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used soley for service of legal process in connection with actual or prospective litigation.

_Signature: Barbara Edelman_

**BARBARA EDELMAN**
Printed Name

**DUE PROCESS**
6180 Newton Road
Buffalo, New York 14127
716 565-0600  FAX 716 662-4309

### FOR POST OFFICE USE ONLY

Addressee does ____ does not __✓__ receive mail at above address

____ Not known at address given

____ Moved, left no forwarding address

____ No such address

New Address or boxholder's name and street address:
378 Windermere Blvd
Amherst NY 14226

CHIARI000079