# EXHIBIT H

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC

                    Plaintiff,

vs.

WILLIAM J. WAGNER Jr.,

                    Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. B98134

STATE OF NEW YORK ) COUNTY OF ERIE ) SS.:

The undersigned, being duly sworn, deposes and says:

That I am over the age of 18 years [...] SUMMONS AND COMPLAINT on the Defe[ndant ...] business, ON the __ day of _____ a copy of the annexed [...] place of abode/place of [...] anner:

[handwritten: 8-10-07 6:29 p.m. per current resident - DTR no longer lives there]

1. [ ] by personally delivering to and leavi[ng ...] served to be the person described as the sai[d ...] Color-____; Age-____; Weight-____; [...] at I knew the person so [...]; Skin Color-____; Hair _____

2. [ ] by personally delivering to and leavi[ng ...] person of suitable age and discretion, further ____; Weight-____; Height-____; Other-___ of the same to the Defendant at , Defendai[nt's ...] "Personal and Confidential", and not indicatin[g ...] action against said Defendant, with said mail[ing ...]

Hair Color-____; Age-___ ID by mailing a true copy n an envelope marked torney or concerned an service, OR

3. [ ] by affixing a true copy thereof to the [...] pursuant to 1 and 2 with due diligence on: 1) t[he ___] day of _____, 200_ at _____ A[M/PM ...] ___ day of _____, 200_, at _____ AM/PM; 4) the ___ day of _____, 200_, at _____ AM/PM, AND by mailing a true copy of the same to the Defendant at , Defendant's last known residence or business address, in an envelope marked "Personal and Confidential", and not indicating on the outside thereof that same was from an attorney or concerned an action against said Defendant, with said mailing occurring on or within 20 days of the date of service.

To the best of my knowledge, information and belief, said Defendant at the time of service was not in military service of the United States.

Sworn to before me this
day of          , 200_.

                    PRINT NAME BELOW SIGNATURE

NOTARY PUBLIC

August 14, 2007- Our file number- 20065569©

CHIARI000120