# EXHIBIT J

# CHIARI & ILECKI, LLP

ATTORNEYS AND COUNSELORS AT LAW

14 LAFAYETTE SQ STE 1440, BUFFALO, NY  14203
Phone: (716) 838-4300   Fax: (716) 204-9728
moverbeck@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
BARBARA RIDALL
KEITH ROSEBORO
MELISSA OVERBECK
SARAH BLARR
GIOVANNI GENOVESE, OF COUNSEL
ROBERT DUBIN, OF COUNSEL (FORMERLY DUBIN & DUBIN)

February 9, 2015

WILLIAM J. WAGNER Jr.
5419 Roberts Rd.
Hamburg, NY  14075

RE:  Claim of M.J. PETERSON, LLC

Dear Mr. Wagner:

Please find the enclosed Notice pursuant to CPLR 5222.  This communication is from a debt collector.  The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

The current Judgment balance as of February 9, 2015 is $2,570.17.  Note- because of interest or other charges that may vary from day to day, the amount due on the day you pay may be greater.  If you pay the amount shown above, an adjustment may be necessary after we receive the payment, in which event we will inform you.  For further information, please contact this office.

Very truly yours,

CHIARI & ILECKI, LLP

MELISSA OVERBECK

Enclosure

Our file number- 20065569©

CHIARI000001

NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income, (SSI);

2. Social security;

3. Public assistance (welfare);

4. Spousal support, maintenance (alimony) or child support;

5. Unemployment benefits;

6. Disability benefits;

7. Workers' compensation benefits;

8. Public or private pensions;

9. Veterans benefits;

10. Ninety percent of your wages or salary earned in the last sixty days;

11. Twenty-six hundred twenty-five dollars ($2,625.00) of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;

12. Railroad retirement; and

13. Black lung benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING ANY FREE LEGAL SERVICES ORGANIZATION IF YOU QUALIFY. You can also go to court without

an attorney to get your money back. Bring this notice with you when you go. You are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

This communication is from a debt collector.  The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

CHIARI & ILECKI, LLP
Attorneys at Law
14 LAFAYETTE SQ STE 1440, BUFFALO, NY  14203
Phone: (716) 838-4300   Fax: (716) 204-9728

Our file number- 20065569©

CHIARI000003