# EXHIBIT K

STATE OF NEW YORK
COUNTY OF ERIE : SUPREME COURT

---

M.J. PETERSON, LLC
        Judgment-Creditor,

vs.

**AFFIDAVIT OF SERVICE**
Original Index No. B98134

WILLIAM J. WAGNER Jr.
        Defendant(s).

---

STATE OF NEW YORK  )
COUNTY OF ERIE     ) SS.:

Rita Marti, swears under penalty of perjury that I am over the age of 18 years, and not a party to this action, and I mailed a copy of the INFORMATION SUBPOENA, together with a copy and original of written questions, with a prepaid self-addressed return envelope, on the Judgment-Debtor(s), WILLIAM J. WAGNER Jr., 5419 Roberts Rd., Hamburg, NY 14075, on February 9, 2015, by certified mail, return receipt requested, addressed to the said Defendant(s) at the above-respective addresses.

                                                  _Rita Marti_

Sworn to before
February 9, 2015

_____
NOTARY PUBLIC
Our file number- 20065569©

> ANTOINTETTE FERRARO
> NOTARY PUBLIC STATE OF NEW YORK
> LICENSED IN NIAGARA COUNTY
> NO. 01FE6280564
> MY COMM. EXP. 05/06/2017