# EXHIBIT N



CHIARI000161