# EXHIBIT Q

## AFFIDAVIT OF SERVICE PERSONAL DELIVERY

State of: New York
Court: Supreme

County of: Erie
Index #:
Date Purchased: B98134

Plaintiff/Petitioner:
M.J. Peterson, LLC

vs:

Defendant/Respondent:
William J. Wagner Jr.

State of: NY
County of: Niagara

John M. Celano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Getzville, NY
that on: 6/17/2015 at: 2:08pm at: 5419 Roberts Road, Hamburg, NY 14075
deponent served the within:

**Subpoena Duces Tecum with Restraining Notice**

\* 
\*   Return Date if any: 7/7/2015

ON: William J. Wagner Jr.

INDIVIDUAL [x]
By delivering a true copy of each to said Defendant personally, deponent knew the person to be the person described as said person therein. Location is the Dwelling house.

DESCRIPTION [x]
SEX: Male,  SKIN COLOR: White,  AGE: 51 - 65 Yrs.,  HEIGHT: 5'4" - 5'8",
HAIR COLOR: Gray,  WEIGHT: 161 - 200 Lbs.,
Other identifying features:
Glasses. Defendant stated he was William Wagner, not the one we wanted. I asked him how old he was, he is 65 years old. He could have been what the dob listed: ▮/1958.

WITNESS FEE [ ]
$   the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

MILITARY SERVICE [x]
Deponent asked the Defendant if they were presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this: 6/23/2015

*Chelsey Wooten*
Notary Public
CHELSEY WOOTEN
Notary Public, State of New York
No. 01WO6260664
Qualified in Niagara County
Commission Expires April 30, 2016

201504072

*John M. Celano signature* ss
Print name below signature
John M. Celano

Client File#: 20065569

CHIARI000162