# EXHIBIT B

## Karen Sandford

**From:** Karen Sandford
**Sent:** Thursday, February 12, 2015 10:38 AM
**To:** Melissa Overbeck
**Subject:** William Wagner--#20065569

A William Wagner called office who lives at the Roberts Rd address, claims not him. Gave me last 2 numbers of his SS# and didn't match with what we have.

Karen Sandford
Chiari & Ilecki, LLP
14 Lafayette Square
Suite 1440
Buffalo, NY 14203
(716) 838-4300