# EXHIBIT M

**From:** Seth Andrews <sandrews@kennethhiller.com>
**Sent:** Thursday, October 06, 2016 5:36 PM
**To:** Paul A. Woodard
**Subject:** RE: Wagner v. Chiari & Ilecki

Paul,

Per our conversation of today, Plaintiff will agree to produce the two notices from the United States Postal Service regarding the attempted delivery of certified mail addressed to William J. Wagner, Jr., at 5419 Roberts Road, Hamburg, New York 14075, in or around February and March 2015. I anticipate providing you with those by next week. The notes that Mr. Wagner testified to taking regarding his elevated blood pressure are no longer in his possession. He indicated to me that he looked for them but believes he discarded them as it was not his usual practice to keep these notes. Lastly, Plaintiff will agree to execute a medical authorization to retrieve records as it pertains only to his treatment of his hypertension. Plaintiff objects to any other disclosures pertaining to his health records as they are not relative to any of his claims.

-Seth


Seth Andrews
Attorney

**Law Offices of**
**Kenneth**
**Hiller**

6000 N Bailey Ave, Suite 1A
Amherst, NY 14226
Tel: (716)564-3288
Fax: (716)332-1884
Toll Free: 1-877-236-7366
sandrews@kennethhiller.com


LEGAL DISCLAIMER: No attorney-client relationship exists between the sender and receiver of this email, and no such relationship should be presumed to exist by virtue of the sending of this email. The information contained in this email does not constitute legal advice and should not be relied on as such. If you want legal advice, you should consult a lawyer. While we would welcome the opportunity to be that lawyer, we do not accept clients or render advice until the completion of our client intake process and a signed retainer agreement.

---

**From:** Paul A. Woodard [mailto:paw@connorsllp.com]
**Sent:** Thursday, October 06, 2016 2:14 PM
**To:** Seth Andrews
**Cc:** Gretchen Berger
**Subject:** Wagner v. Chiari & Ilecki

Seth,

Further to our discussion yesterday, we request production of the following documents mentioned during plaintiff's deposition:

(1) The two notices from the United States Postal Service regarding the attempted delivery of certified mail addressed to William J. Wagner, Jr., at 5419 Roberts Road, Hamburg, New York 14075, in or around February and March 2015;

(2) The notes that plaintiff maintains regarding his blood pressure and/or other medical conditions, from 2010 to present; and

(3) A signed copy of the attached authorization allowing our office to obtain a copy of plaintiff's medical records from Buffalo Medical Group.

Thank you for your courtesies. If you want to discuss any of these items, please feel free to give me a call.

Best regards,

Paul

--

Paul A. Woodard
Connors LLP
1000 Liberty Building
Buffalo, NY 14202
716-852-5533 (Phone)
716-852-5649 (Fax)
paw@connorsllp.com

**CONFIDENTIAL:** *This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system. Thank you.*