# EXHIBIT N

| | |
|---|---|
| **From:** | Ken Hiller <khiller@kennethhiller.com> |
| **Sent:** | Thursday, January 19, 2017 6:29 PM |
| **To:** | Paul A. Woodard |
| **Cc:** | sandrews@kennethhiller.com |
| **Subject:** | Wagner v. Ilecki & Chiari, LLP |
| **Attachments:** | DOC011917-005.pdf; DOC011917-004.pdf; DOC011917-003.pdf |

Paul:

I have attached copies of the post office slips.  I attached the reverse sides of the slips as one document as they are not completed.

Ken Hiller

We will redeliver OR you or your agent can pick up your mail at the Post Office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1.
  a. Check all that apply in section 3;
  b. Sign in section 2 below;
  c. Leave this notice where the carrier can see it.

HAMBURG POST OFFICE
5501 CAMP RD
HAMBURG NY 14075
M-F 8:30-5:00, SAT 9:00-1:00
www.usps.com/redelivery or 800-ASK-USPS (275-8777)

2. Sign Here to authorize redelivery or to authorize an agent to sign for you:

**Delivery Section**

3. ☐ Redeliver (Enter day of week.):

Signature
X

(Allow at least two delivery days for redelivery, or go to usps.com/redelivery or call 800-275-8777 to arrange redelivery.)

Printed Name

☐ Leave item at my address
(not available if you or your agent must be present)

Delivery Address

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)

**USPS**

☐ Refused  ☐ Forward  ☐ Return

PS Form **3849**, July 2013 (Reverse)

5293 0501 9627 6454

---

We will redeliver OR you or your agent can pick up your mail at the Post Office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1.
  a. Check all that apply in section 3;
  b. Sign in section 2 below;
  c. Leave this notice where the carrier can see it.

HAMBURG POST OFFICE
5501 CAMP RD
HAMBURG NY 14075
M-F 8:30-5:00, SAT 9:00-1:00
www.usps.com/redelivery or 800-ASK-USPS (275-8777)

2. Sign Here to authorize redelivery or to authorize an agent to sign for you:

**Delivery Section**

3. ☐ Redeliver (Enter day of week.):

Signature
X

(Allow at least two delivery days for redelivery, or go to usps.com/redelivery or call 800-275-8777 to arrange redelivery.)

Printed Name

☐ Leave item at my address
(not available if you or your agent must be present)

Delivery Address

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)

**USPS**

☐ Refused  ☐ Forward  ☐ Return

PS Form **3849**, July 2013 (Reverse)

5293 0501 9626 8947

**United States Postal Service®**

**Sorry We Missed You! We Re Deliver for You**

| | |
|---|---|
| Item is at: | Available for Pick-up After |
| ☐ Post Office™ (See back) | Date: 3/19 |
| | Time: 0 |

Today's Date 3/19

Sender's Name

For Delivery: (Enter total number of items delivered by service type.)

For Notice Left: (Check applicable item)

| Service | |
|---|---|
| ☐ Letter | |
| ☐ Large envelope, magazine, catalog, etc. | ☐ Priority Mail |
| | ☐ Express™ |
| | ☐ Insured Mail |
| ☐ Parcel | ☐ Return Receipt for Merchandise |
| ☐ Perishable Item | ☐ Certified Mail™ (Must claim within 15 days or article will be returned) |
| ☐ Other: | ☐ Adult Signature |
| | ☐ Restricted Delivery |
| | ☐ Signature Confirmation™ |
| | ☐ Registered Mail™ |

Article Requiring Payment

| | Amount Due |
|---|---|
| ☐ Postage Due | |
| ☐ COD  ☐ Customs | $ |

☐ Final Notice: Article will be returned to sender on 3-20

For Redelivery
Go to usps.com/redelivery
or see reverse

☐ If checked, you or your agent must be present
at time of delivery to sign for item.

USPS Tracking # for Article Number(s)

Notice Left Section
Customer Name and Address

W. Wagner Jr.
5419 Roberts Rd

Delivered By and Date

usps.com

PS Form 3849, July 2013     Delivery Notice/Reminder/Receipt

United States Postal Service®

**Sorry We Missed You! We Re Deliver for You!**

Item is at:
— Post Office™ (See back)

| | |
|---|---|
| Today's Date | |
| Available for Pick-up After | |
| Date: 2·1\ | |
| Time: | |

Sender's Name
# LaFayetteSt. ste
t-illo

**For Redelivery**
Go to usps.com/redelivery
or see reverse.

☐ If checked, you or your agent must be present
at time of delivery to sign for item.

**USPS Tracking # or Article Number(s)**
70001 9660 5719 6

— Letter
— Large envelope, magazine, catalog, etc.
— Parcel
— Perishable Item
— Other:

**For Delivery:** (Enter total number of items delivered by service type.)

**For Notice Left:** (Check applicable item)
— Priority Mail
— Express™
✗ Certified Mail™ (Must claim within 15 days or article will be returned)
— Restricted Delivery
— Registered Mail™

— Insured Mail
— Return Receipt for Merchandise
— Adult Signature
— Signature Confirmation™

**Notice Left Section**

Customer Name and Address
William J Wagner Jr.
5419 Roberts

**Article Requiring Payment**
— Amount Due
☐ Postage Due   ☐ COD   ☐ Customs   $
☐ **Final Notice:** Article will be returned to sender on

Delivered By and Date

**usps.com**

PS Form **3849**, July 2013
**Delivery Notice/Reminder/Receipt**