# EXHIBIT H

# CHIARI & ILECKI, LLP
## ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300   Fax: (716) 204-9728
moverbeck@chiari-ilecki.com

GERALD CHIARI
WILLIAM ILECKI
BARBARA RIDALL
KEITH ROSEBORO
MELISSA OVERBECK
COLLEEN MULVANEY
GIOVANNI GENOVESE, OF COUNSEL
ROBERT DUBIN, OF COUNSEL (FORMERLY DUBIN & DUBIN)

May 15, 2015

Action Services & Research, Inc.
25 Falconer Street, Suite 2
North Tonawanda NY 14120-
Attn: Michael J. Palczynski

RE: M.J. PETERSON, LLC v. WILLIAM J. WAGNER Jr.; Index No- B98134
**Residence- 5419 Roberts Rd., Hamburg, NY 14075;**
Date of Birth: ▮▮/1958

Dear Mike:

Enclosed please find copies of a Summons/Subpoena for service upon the above individual(s)/entity(s). Please serve by personal delivery; serve person of suitable age and discretion at home/employer with mailing; or affix to door and mail (include 4 attempts over 2-week period, including at least 1 of each- weekday morning and evening, and a Saturday).

Please ensure to include the physical description of the individual, if any, that received the papers.

If service is completed by substituted service upon a co-Defendant, PLEASE COMPLETE SERVICE BUT ALSO make an additional service without substituted service upon a co-Defendant; in other words, there would be 2 services and Affidavits of Service for that Defendant.

**Please be sure to serve the correct William J. Wagner. We believe there is a William J. Wagner, Sr. and William J. Wagner, Jr. living at the same address.**

Thank you for your prompt attention to this matter.

Very truly yours,

CHIARI & ILECKI, LLP

ANTOINETTE FERRARO

Enclosure
Our file number- 20065569©

CHIARI000017