# EXHIBIT I

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 06-29-2015 10:33:27 a.m. | Transmit Header Text |
| Local ID 1 | 1111 | Local Name 1     XEROX |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

---

**CHIARI & ILECKI, LLP**
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 838-4300  Fax: (716) 204-9725
moverbeck@chiari-ilecki.com

June 29, 2015

**FACSIMILE TRANSMISSION COVER SHEET**

CONFIDENTIALITY NOTICE

THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR. ANY REVIEW, DISSEMINATION, COPYING, OR DISCLOSURE OR THE TAKING OF ANY ACTION IN RELIANCE ON ITS CONTENTS BY ANYONE OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE TELEPHONE THIS OFFICE IMMEDIATELY TO ARRANGE FOR ITS RETURN. THANK YOU FOR YOUR COOPERATION.

(X) If checked, NO hard copy to follow.

FROM: Melissa Overbeck Esq

TO:   Seth Andrews Esq

FAX NUMBER:   332-1884

Number of Pages (with cover):   1

Subject:   M.J. PETERSON, LLC v. WILLIAM J. WAGNER Jr.

Message:

Pursuant to our telephone conversation, please have this facsimile confirm that my office will agree to a general adjournment of the Subpoena Duces Tecum currently scheduled for July 7, 2015, pending the resolution of any alleged identity issues.

This communication is from a debt collector. The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

Our file number- 20065569©

---

| Total Pages Scanned : 1 | | | Total Pages Confirmed : 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 246 | 716 564 3291 | 10:32:39 a.m. 06-29-2015 | 00:00:12 | 1/1 | 1 | EC | HS | CP28800 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send
PL: Polled local
PR: Polled remote
MS: Mailbox save
MP: Mailbox print
RP: Report
FF: Fax Forward
CP: Completed
FA: Fail
TU: Terminated by user
TS: Terminated by system
G3: Group 3
EC: Error Correct

CHIARI000163