# EXHIBIT N

## Paul A. Woodard

| | |
|---|---|
| **From:** | Ken Hiller <khiller@kennethhiller.com> |
| **Sent:** | Wednesday, August 12, 2015 2:24 PM |
| **To:** | Terrence M. Connors |
| **Cc:** | sandrews@kennethhiller.com; 'Tim Hiller' |
| **Subject:** | Wagner v. Chiari & Ilecki |

Dear Mr. Connors:

As you know, you have represented me in several cases in which debt collectors have made various claims against me and my firm. I am concerned that there may be a conflict of interest with your representation of our adversary in this case.

Please advise me on your position on this.

Kenneth Hiller, Esq.
Law Offices of Kenneth Hiller PLLC
6000 North Bailey Avenue, Ste. 1A
Amherst, NY 14226
716-564-3288