# EXHIBIT P

# Paul A. Woodard

| | |
|---|---|
| **From:** | Ken Hiller <khiller@kennethhiller.com> |
| **Sent:** | Thursday, August 20, 2015 1:54 PM |
| **To:** | Terrence M. Connors |
| **Cc:** | sandrews@kennethhiller.com; 'Tim Hiller' |
| **Subject:** | RE: Wagner v. Chiari & Ilecki |

Terry:

Thank you for your response.  It seems reasonable to me.  I have no objection to you representing Chiari & Ilecki.

Kenneth Hiller
Law Offices of Kenneth Hiller PLLC
6000 North Bailey Avenue, Ste. 1A
Amherst, NY 14226
716-564-3288

---

**From:** Terrence M. Connors [mailto:tmc@connors-vilardo.com]
**Sent:** Thursday, August 20, 2015 12:41 PM
**To:** Ken Hiller <khiller@kennethhiller.com>
**Subject:** Wagner v. Chiari & Ilecki

Ken:
   I attach our response to the issue you raised about a potential conflict.  We take your concern serious but our research shows that we may remain as counsel to Chiari & Ilecki.  Please let me have your thoughts.
            Regards,  Terry

Terrence M. Connors, Esq.
Connors & Vilardo, LLP
1000 Liberty Building
Buffalo, New York 14202
716-852-5533 (Phone)
716-852-5649 (Fax)
tmc@connors-vilardo.com
www.connors-vilardo.com

🌲Go Green! Print this email only when necessary. Thank you for helping Connors & Vilardo, LLP be environmentally responsible.