# EXHIBIT X

# Paul A. Woodard

| | |
|---|---|
| **From:** | Paul A. Woodard |
| **Sent:** | Wednesday, November 16, 2016 7:56 PM |
| **To:** | 'Kenneth Hiller' |
| **Cc:** | 'Seth Andrews'; Terrence M. Connors |
| **Subject:** | Wagner v. Chiari & Ilecki |
| **Attachments:** | 2016.11.16 Defendant's First Set of Requests for Admission.pdf; 2016.11.16 Proposed Stipulation.pdf |

Ken,

Further to our discussion last week, I enclose our requests for admission and a proposed stipulation.  As discussed, if plaintiff admits each of the requests for admission and you agree to the terms of the stipulation, we will withdraw our notice of Seth Andrews' deposition.

Thank you for your attention to this matter.  Of course, if you would like to discuss this matter further, please feel free to contact me.

Best regards,

Paul

--

Paul A. Woodard
Connors LLP
1000 Liberty Building
Buffalo, NY 14202
716-852-5533 (Phone)
716-852-5649 (Fax)
paw@connorsllp.com

**CONFIDENTIAL:** *This e-mail is confidential and intended only for the recipient(s) named.  Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others.  If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.  Thank you.*