# EXHIBIT Y

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

        Plaintiff,

-vs-                                      Docket No. 15-cv-633-FPG

CHIARI & ILECKI, LLP,

        Defendant.
_____

## DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant, CHIARI & ILECKI, LLP, requests that within thirty (30) days of service of these Requests, plaintiff, WILLIAM J. WAGNER, admit all of the following matters for purposes of this action.

### REQUEST NO. 1

On June 29, 2015, Seth Andrews, an attorney for the plaintiff, William J. Wagner, called Chiari & Ilecki, claiming that the plaintiff was not the William J. Wagner, Jr., who owed a debt to MJ Peterson.

### REQUEST NO. 2

Melissa Overbeck, one of Chiari & Ilecki's attorneys, explained to Mr. Andrews that Chiari & Ilecki cannot accept as true a suspected debtor's claim of mistaken identity unless that person provides some verifiable proof of his identity.

## REQUEST NO. 3

Ms. Overbeck requested that Mr. Andrews provide a copy of the plaintiff's Social Security card and driver's license in order to allow Chiari & Ilecki to verify the plaintiff's identity.

## REQUEST NO. 4

Mr. Andrews told Ms. Overbeck that he would try to convince the plaintiff to produce a copy of his driver's license.

## REQUEST NO. 5

Ms. Overbeck, in turn, agreed to send Mr. Andrews a copy of the lease that the debtor had signed so that each of them could attempt to verify the plaintiff's identity by comparing the debtor's signature on the lease to the plaintiff's signature on his driver's license.

## REQUEST NO. 6

Mr. Andrews and Ms. Overbeck also agreed to a general adjournment of the pending subpoena to take the debtor's deposition while they attempted to resolve the issue of the plaintiff's identity.

## REQUEST NO. 7

Ms. Overbeck confirmed this agreement in a facsimile that she sent Mr. Andrews later that day, June 29, 2015.

REQUEST NO. 8

A true and correct copy of Ms. Overbeck's facsimile to Mr. Andrews is attached as *Exhibit A*.

REQUEST NO. 9

Mr. Andrews never sent Chiari & Ilecki a copy of the plaintiff's driver's license or Social Security card and never contacted Chiari & Ilecki again about this matter.

REQUEST NO. 10

Instead, Mr. Andrews filed this lawsuit against Chiari & Ilecki without warning.

REQUEST NO. 11

Chiari & Ilecki's events log, a copy of which is attached as *Exhibit B*, fairly and accurately summarizes Mr. Andrews' communications with Chiari & Ilecki related to this lawsuit.

DATED:   Buffalo, New York
         November 16, 2016

*Paul A. Woodard*
Terrence M. Connors, Esq.
Paul A. Woodard, Esq.
**CONNORS LLP**
Attorneys for Defendant
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
tmc@connorsllp.com
paw@connorsllp.com

# EXHIBIT A

| | | | |
|---|---|---|---|
| Date/Time | 06-29-2015 | 10:33:27 a.m. | |
| Local ID 1 | 1111 | | Transmit Header Text |
| | | | Local Name 1    XEROX |

## Transmission Report

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

**CHIARI & ILECKI, LLP**
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQ STE 1440, BUFFALO, NY 14203
Phone: (716) 835-4300  Fax: (716) 204-9728
moverbeck@chiari-ilecki.com

June 29, 2015

### FACSIMILE TRANSMISSION COVER SHEET

**CONFIDENTIALITY NOTICE**

THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR. ANY REVIEW, DISSEMINATION, COPYING, OR DISCLOSURE OR THE TAKING OF ANY ACTION IN RELIANCE ON ITS CONTENTS BY ANYONE OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE TELEPHONE THIS OFFICE IMMEDIATELY TO ARRANGE FOR ITS RETURN. THANK YOU FOR YOUR COOPERATION.

(X) If checked, NO hard copy to follow.

FROM: Melissa Overbeck Esq

TO:   Seth Andrews Esq

FAX NUMBER:   332-1884

Number of Pages (with cover):   1

Subject:   M.J. PETERSON, LLC v WILLIAM J WAGNER Jr.

Message:

Pursuant to our telephone conversation, please have this facsimile confirm that my office will agree to a general adjournment of the Subpoena Duces Tecum currently scheduled for July 7, 2015, pending the resolution of any alleged identity issues.

This communication is from a debt collector. The debt collector is attempting to collect a debt, and any information obtained will be used for that purpose.

Our file number: 200655890

Total Pages Scanned : 1         Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 246 | 716 564 3291 | 10:32:39 a.m. 06-29-2015 | 00:00:12 | 1/1 | 1 | EC | HS | CP28800 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send
PL: Polled local
PR: Polled remote
MS: Mailbox save
MP: Mailbox print
RP: Report
FF: Fax Forward
CP: Completed
FA: Fail
TU: Terminated by user
TS: Terminated by system
G3: Group 3
EC: Error Correct

CHIARI000163

# EXHIBIT B

Events_Sheet

| Event User | Defendant | FileNo | Client Name | Event DoneDate | Description | Event Comment |
|---|---|---|---|---|---|---|
| Fran | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/12/2006 | Correspondence/letter | Rec'd balance of cost advance. |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Review- credit report; LX; DMV | IS-signed green card 5/28/06 |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Document | Letter to Debtor-New Attorney |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Contempt Motion |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Affidavit-Mail to Defendants- |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/9/2007 | Correspondence/letter | xc of filed otsc |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/10/2007 | Document | Letter to Server to serve- srv otsc |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Correspondence/letter | RCVD AFFVD ON NON SERVICE - DTR NO LONGER LIVES THERE |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Document | Affidavit of Service |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/17/2007 | Invalid Address | Prev: Address1: 378 Windermere Blvd. (Wagner, William J.) |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/3/2009 | Credit Report | cr |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/16/2009 | Review- credit report; LX; DMV | nc |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/14/2009 | Review- credit report; LX; DMV | nc |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2010 | Credit Report | ordered new credit report |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/5/2010 | Review- credit report; LX; DMV | nc |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Information Subpoena to Debtor |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Letter to Debtor-Jmt Dbtr Notice |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Correspondence/letter | IS returned - not deliverable as addy |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Correspondence/letter | Letter-Post Office-address request |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/14/2011 | Correspondence/letter | Jmt notice returned - not deliverable as addy USPS - P.O. box ltr returned - nop change of addy on file |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Correspondence/letter | Prev: Address1: 1571 Eggert Road (Wagner, William J.) |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Invalid Address | |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | Letter to Debtor-Jmt Dbtr Notice 10-May-11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | Information Subpoena to Debtor 10-May-11 |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/22/2011 | Document | IS to debtor 5/10/11 |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/8/2011 | Correspondence/letter | USPS-Returned IS-Unclaimed |

CHIARI000164

Events_Sheet

| Name | Debtor | Acct # | Creditor | Date | Type | Notes |
|---|---|---|---|---|---|---|
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/14/2011 | Correspondence/letter | IS returned - unclaimed |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2011 | Document | Subpoena to Take Deposition |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/27/2011 | Document | Letter to Server to serve- SDT server-aff of due diligence of non service for SDT-def moved out in May 2010 |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/10/2011 | Correspondence/letter | Prev: Address1: 102 Reiman St. Fl 2 (Wagner, William J.) |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Invalid Address | |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Document | Letter-Post Office-address request 13-Jul-11 |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 11/26/2011 | Review- credit report; LX; DMV | lx no new add |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Credit Report | Order C/R re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Employment Search | Employment Search re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Invalid Address | Prev: Address1: 1571 Eggert Road (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Review- credit report; LX; DMV | Real-info: Dbtr owns 5419 Roberts Rd. w/ wife; Lx - nothing current |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Attorney change | Atty chng from Barbara Ridall to Melissa Overbeck |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Letter to Debtor-Jmt Dbtr Notice 9-Feb-15 |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Information Subpoena to Debtor 9-Feb-15 |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/12/2015 | Telephone Call | A william Wagner calls office, he lives at the Roberts Rd address, claims not him, he is not a Jr. Claims this has been rec stuff for last 6-7 yrs for D. Gave me last couple number of SS# (16) told him would note file and email atty. Emailed MO |
| Kristian | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2015 | Telephone Call | William Wagner co- says he is not dbtr says his DOB is in ▉ 1950- very upset that he keeps getting ltrs from our office- adv him can send a copy of DL and SS# if he'd like- he says for us to just let WI know that he is not dbtr- adv we did email atty. |
| Tiera | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/11/2015 | Correspondence/letter | usps-returns -Info sub- unclaimed |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Subpoena to Take Deposition 15-May-15 |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Letter to Server to Serve-Action |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/5/2015 | Review- credit report; LX; DMV | Lx - looks like WW, Sr. and WW, Jr. live at same address - advised Action to be sure to serve correct dbtr |

Events_Sheet

| | | | | | |
|---|---|---|---|---|---|
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | A william wagner calls office, served with papers said not him and no Jr lives there. He doesn't even have a Jr in family. Told William per conversation with KB, he was to send in Drivers lic. And never received. D thought sent out. Claims we are |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | (cont'd) harrasing him and he to contact his atty |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/24/2015 | Correspondence/letter | Action--AOS--SDT--personal service |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Correspondence/letter | Original File Opened docs Confirmed there is a William Wagner w/ SS# ending in 3918, dob ▇-50 living at Roberts Rd. Not our dbtr. Prev. Address1: 5419 Roberts Rd. (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Invalid Address | Pulled physical file - copy of lease, ledger, original pleadings - confirmed this dbtr's SS# |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | Dbtr atty c/o - claims dbtr is not the WW we are looking for, claims not a Jr. - I requested proof of SS#, dob, address - atty to provide. I to look for copy of original lease - will send to atty to verify dbtr's signature |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Telephone Call | Dbtr atty c/o - states his client's SS# ends in 3918, dob ▇-50. Won't send copy of SS card, may get copy of driver's license. I to send copy of lease, agreed to general adjournment of SDT |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Telephone Call | |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Def. Attorney change | Def Atty chng from none to Seth Andrews |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Document | Facsimile to Attorney - adjournment of SDT |

CHIARI000166