# EXHIBIT Z

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

        Plaintiff,                    **STIPULATION**

    -vs-                                    Docket No. 15-cv-633-FPG

CHIARI & ILECKI, LLP,

        Defendant.
_____

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties to this action, that plaintiff, WILLIAM J. WAGNER, will not call Seth J. Andrews, Esq., as a witness at the trial in this matter; and

        **IT IS FURTHER STIPULATED AND AGREED** that plaintiff will not offer as evidence any statements of Seth J. Andrews, Esq., that are inconsistent with plaintiff's responses to defendant's requests for admission, dated November 16, 2016, in connection with any dispositive motions made in this matter; and

        **IT IS FURTHER STIPULATED AND AGREED** that plaintiff's responses to defendant's requests for admission, dated November 16, 2016, may be offered as evidence and read to the jury at the trial in this matter; and

        **IT IS FURTHER STIPULATED AND AGREED** that defendant, CHIARI & ILECKI, LLP, hereby withdraws its notice of the deposition of Seth J. Andrews, Esq., dated October 18, 2016.

-2-

| | |
|---|---|
| DATED: Buffalo, New York<br>November ___, 2016 | DATED: Buffalo, New York<br>November ___, 2016 |

_____  _____
Kenneth R. Hiller, Esq.           Terrence M. Connors, Esq.
**Law Offices of Kenneth Hiller**   Paul A. Woodard, Esq.
Attorneys for Plaintiff,          **CONNORS LLP**
    William J. Wagner             Attorneys for Defendant,
6000 N. Bailey Avenue – Suite 1A      Chiari & Ilecki, LLP
Amherst, New York 14226           1000 Liberty Building
(716) 564-3288                    Buffalo, New York 14202
khiller@kennethhiller.com         (716) 852-5533
                                  tmc@connorsllp.com
                                  paw@connorsllp.com