UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                        Plaintiff,

   v.                                     Civil Action No.1:15-cv-633-FPG

CHIARI & ILECKI, LLP,

                        Defendant.
_____

## **AFFIRMATION OF SETH J. ANDREWS**

Seth J. Andrews, an attorney at law, affirms under penalties of perjury that the following statements are true and correct:

1. That I am an attorney or record for the Plaintiff.

2. On June 29, 2015, I engaged in two telephone conversations with Melissa Overbeck.

3. It is come to my attention that Ms. Overbeck has alleged that I told her that I would attempt to convince my client, William J. Wagner, to provide the Defendant with a copy of his driver's license to confirm his identity.

4. This is untrue. Specifically, I never told Ms. Overbeck that I would attempt to convince my client to provide them with his driver's license.

5. I also never said or meant to imply that I believed the Defendant's procedure to require the Plaintiff to provide proof of his identity was reasonable.


Dated:  April 10, 2017
         Amherst, New York         /s/Seth J. Andrews
                                                    Seth J. Andrews