# EXHIBIT A

## 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2015 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/31/2015
Report processed by:
CHIARI & ILECKI (115ZHN)

| Full Name | Address | County | Phone |
|---|---|---|---|
| WAGNER, WILLIAM J JR | 1571 EGGERT RD BUFFALO, NY 14226-3360 ERIE COUNTY | ERIE | (716) 446-1580 (716) 836-0223 |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) |
|---|---|---|---|
| ▆▆-9006 | ▆▆/1958 (Age:57) | | 002631855211 |

## Subject Summary

### Name Variations
1:  WAGNER, BILL
2:  WAGNER, WILLIAM JR
3:  WAGNER, WILLIAM
4:  WAGNER, WILLIAM J JR
5:  WAGNER, WILLIAM J
6:  WAGNER, WILLIAM T JR
7:  WAGNER WILLIAM, J JR

### SSNs Summary
| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | ▆▆-9006 | New York | 1972-1974 | |

### DOBs
**Reported DOBs:**
/1959
▆▆/1958

### Possible E-Mail Addresses
WILLIAMWAGNERJR@HOTMAIL.COM
WAGS441011@YAHOO.COM

### Address Summary - 9 records found
| No. | Address |
|---|---|
| 1: | 1571 EGGERT RD BUFFALO, NY 14226-3360 ERIE COUNTY |
| 2: | 356 HARTFORD RD BUFFALO, NY 14226-1734 ERIE COUNTY |
| 3: | 5419 ROBERTS RD HAMBURG, NY 14075-5728 ERIE COUNTY |

| No. | Address |
|-----|---------|

**4:**  340 MILITARY RD APT 2
       BUFFALO, NY 14207-2219
       ERIE COUNTY

**5:**  882 ENGLEWOOD AVE APT 4
       BUFFALO, NY 14223-2337
       ERIE COUNTY

**6:**  102 REIMAN ST APT 2
       BUFFALO, NY 14206-1141
       ERIE COUNTY

**7:**  438 IVYHURST RD N APT 4
       BUFFALO, NY 14226-2436
       ERIE COUNTY

**8:**  378 WINDERMERE BLVD
       BUFFALO, NY 14226-2823
       ERIE COUNTY

**9:**  89 MAFALDA DR
       BUFFALO, NY 14215-2017
       ERIE COUNTY

**Address Details**
**1: 1571 EGGERT RD BUFFALO, NY 14226-3360**

| Address | Dates | Phone |
|---------|-------|-------|
| 1571 EGGERT RD | 11/2003 - | (716) 446- |
| BUFFALO, NY 14226-3360 | 12/2015 | 1580(716) 836- |
| ERIE COUNTY | | 0223 |

**Census Data for Geographical Region**
Median Head of Household Age: 39
Median Income: $62,045
Median Home Value: $109,797
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2: 356 HARTFORD RD BUFFALO, NY 14226-1734**

| Address | Dates | Phone |
|---------|-------|-------|
| 356 HARTFORD RD | 10/1986 - | (716) 833- |
| BUFFALO, NY 14226-1734 | 10/2015 | 2643(716) 833- |
| ERIE COUNTY | | 0783 |

**Census Data for Geographical Region**
Median Head of Household Age: 45
Median Income: $58,994
Median Home Value: $117,593
Median Education: 14 years
**Household Members**
BEATON, CAROL A
WAGNER, CONSTANCE M
WAGNER, WILLIAM J
**Other Associates**
None Listed

**3: 5419 ROBERTS RD HAMBURG, NY 14075-5728**

| Address | Dates | Phone |
|---------|-------|-------|

CHIARI000183

| | | |
|---|---|---|
| 5419 ROBERTS RD | 5/1985 - 4/2015 | (716) 627-3806(716) 833-0783 |
| HAMBURG, NY 14075-5728 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 40
Median Income: $102,196
Median Home Value: $173,370
Median Education: 15 years
**Household Members**
WAGNER, ANDREW R
WAGNER, JULIA LEONA
WAGNER, WILLIAM G
WAGNER, WILLIAM J
**Other Associates**
None Listed

**4: 340 MILITARY RD APT 2 BUFFALO, NY 14207-2219**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 340 MILITARY RD APT 2 | 5/2006 - 5/2012 | |
| BUFFALO, NY 14207-2219 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $20,417
Median Home Value: $31,221
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 882 ENGLEWOOD AVE APT 4 BUFFALO, NY 14223-2337**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 882 ENGLEWOOD AVE APT 4 | 4/2005 - 3/2012 | (716) 876-1231 |
| BUFFALO, NY 14223-2337 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 49
Median Income: $70,151
Median Home Value: $109,766
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**6: 102 REIMAN ST APT 2 BUFFALO, NY 14206-1141**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 102 REIMAN ST APT 2 | 9/2008 - 11/2010 | |
| BUFFALO, NY 14206-1141 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $51,447
Median Home Value: $55,429
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

CHIARI000184

**7: 438 IVYHURST RD N APT 4 BUFFALO, NY 14226-2436**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 438 IVYHURST RD N APT 4 | 3/2007 - 7/2007 | |
| BUFFALO, NY 14226-2436 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $62,632
Median Home Value: $115,417
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 378 WINDERMERE BLVD BUFFALO, NY 14226-2823**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 378 WINDERMERE BLVD | 11/2003 - | |
| BUFFALO, NY 14226-2823 | 1/2007 | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $14,742
Median Home Value: $96,829
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9: 89 MAFALDA DR BUFFALO, NY 14215-2017**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 89 MAFALDA DR | 7/2001 - 1/2003 | (716) 835-1730 |
| BUFFALO, NY 14215-2017 | | |
| ERIE COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 35
Median Income: $62,264
Median Home Value: $83,472
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

## Voter Registrations - 10 records found
### 1: New York Voter Registration

**Registrant Information**
**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** █████-9006
**Date of Birth:** ██/1958
**Voter Information**
**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE

### 2: New York Voter Registration

CHIARI000185

**Registrant Information**

**Name:** WAGNER, WILLIAM J
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ████-9006
**Date of Birth:** ████/1958
**Gender:** Male

**Voter Information**

**Registration Date:** 2/18/1986

**3: New York Voter Registration**

**Registrant Information**

**Name:** WAGNER, WILLIAM J
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ████-9006
**Date of Birth:** ████/1958

**Voter Information**

**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE

**4: New York Voter Registration**

**Registrant Information**

**Name:** WAGNER, WILLIAM J
**Residential Address:** 1571 EGGERT RD
BUFFALO, NY 14226-3360
ERIE COUNTY
**SSN:** ████-9006
**Date of Birth:** ████/1958
**Gender:** Male

**Voter Information**

**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE

**5: New York Voter Registration**

**Registrant Information**

**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ████-9006
**Date of Birth:** ████/1958

**Voter Information**

**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003

**6: New York Voter Registration**

**Registrant Information**

**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ████-9006
**Date of Birth:** ████/1958
**Gender:** Male

**Voter Information**
**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE

**7: New York Voter Registration**

**Registrant Information**
**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 356 HARTFORD RD
AMHERST, NY 14226-1734
ERIE COUNTY
**Home Phone:** (716) 833-0783
**SSN:** ███-9006
**Date of Birth:** ███/1958
**Gender:** Male

**Voter Information**
**Registration Date:** 2/18/1986
**Party Affiliation:** CONSERVATIVE
**Active Status:** ACTIVE
**Status:** FEDERAL

**8: New York Voter Registration**

**Registrant Information**
**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 356 HARTFORD RD
AMHERST, NY 14226-1734
ERIE COUNTY
**SSN:** ███-9006
**Date of Birth:** ███/1958
**Gender:** Male

**Voter Information**
**Registration Date:** 2/18/1986
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE

**9: New York Voter Registration**

**Registrant Information**
**Name:** WAGNER, WILLIAM JR
**Residential Address:** 1571 EGGERT RD
AMHERST, NY 14226-3360
ERIE COUNTY
**SSN:** ███-9006
**Gender:** Male

**Voter Information**
**Active Status:** ACTIVE

**10: New York Voter Registration**

**Registrant Information**
**Name:** WAGNER, WILLIAM J JR
**Residential Address:** 378 WINDERMERE BLVD
AMHERST, NY 14226-2823
ERIE COUNTY
**SSN:** ███-9006
**Date of Birth:** ███/1958
**Gender:** Male

**Voter Information**
**Last Vote Date:** 11/4/2003
**Party Affiliation:** CONSERVATIVE
**Status:** FEDERAL

CHIARI000187

## Driver Licenses - 1 records found

### 1: New York Driver License

**Driver Information**

**Name:** WAGNER, WILLIAM J
**Address:** 356  HARTFORD RD
BUFFALO, NY 14226-1734
ERIE COUNTY
**Data source:** Non-Governmental: NY

**Personal Information**

**SSN:** ████-9006
**DOB:** ████/1959

**License Information**

**Number:** 306899285

**Additional Driver Information**

**DOB:** ████/1959

## Judgments/Liens - 2 records found

### 1: NY Judgments and Liens Filings

**Debtor Information**

**Name:** WAGNER, WILLIAM J JR
**SSN:** ████-9006
**Address:** 356 HARTFORD RD
BUFFALO, NY 14226-1734
ERIE COUNTY

**Creditor Information**

**Name:** UNIFUND CCR PARTNERS

**Filing Information**

**Jurisdiction:** NY
**Amount:** $4,391
**Filing Date:** 1/19/2007
**Eviction:** N

**Filing 1**

**Number:** G10093
**Type:** CIVIL JUDGMENT
**Agency:** BUFFALO CITY COURT
**Agency State:** NY
**Agency County:** ERIE

### 2: NY Judgments and Liens Filings

**Debtor Information**

**Name:** WAGNER, WILLIAM J JR
**SSN:** ████-9006
**Address:** 378 WINDERMERE BLVD
AMHERST, NY 14226-2823
ERIE COUNTY

**Creditor Information**

**Name:** M J PETERSON CORP

**Filing Information**

**Jurisdiction:** NY
**Amount:** $1,285
**Filing Date:** 5/10/2006
**Eviction:** N

**Filing 1**

**Number:** B98134
**Type:** CIVIL JUDGMENT
**Agency:** BUFFALO CITY COURT
**Agency State:** NY
**Agency County:** ERIE

## Potential Relatives - 10 records found

1st Degree: 7, 2nd Degree: 3

| No. | Full Name | Address/Phone |
|---|---|---|
| 1. | WAGNER, WILLIAM J<br>• AKA WAGNER, WILLIAM G<br>SSN ███-XXXX<br>DOB ███/1950<br>(Age: 65) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>5149 ROBERTS RD<br>HAMBURG, NY 14075<br><br>S ROBERTS 5419<br>HAMBURG, NY 14075 |
| 2. | WAGNER, ANDREW R<br>• AKA WAGNER, ANDREW A<br>• AKA WAGNER, ANDREW R<br>• AKA WAGNER, A<br>SSN ███-XXXX<br>DOB ███/1979<br>(Age: 36) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>18 RUTLAND ST<br>BUFFALO, NY 14220-1626<br>(716) 824-2901<br><br>112 SUNSET CT UNIT 1<br>HAMBURG, NY 14075-4255<br><br>113 SUNSET CT APT 2<br>HAMBURG, NY 14075-4259<br>(716) 627-3806<br><br>465 DORRANCE AVE APT 107<br>BUFFALO, NY 14218-1834 |
| 3. | WAGNER, JULIA LEONA<br>• AKA WAGNER, JULIE<br>SSN ███-XXXX<br>DOB ███/1951<br>(Age: 64) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806<br><br>20 E MAIN ST APT<br>HAMBURG, NY 14075-5009<br>(716) 649-4658<br><br>112 SUNSET CT APT 1B<br>HAMBURG, NY 14075-4255<br><br>113 SUNSET CT APT 2<br>HAMBURG, NY 14075-4259<br>(716) 939-0750<br><br>3286 NASH RD<br>HAMBURG, NY 14075-2509<br>(716) 648-3985 |
| 4. | WAGNER, CONSTANCE M<br>SSN ███-XXXX<br>DOB ███/1926<br>(Age: 89) | 356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 833-0783 |
| 5. | WAGNER, WILLIAM J<br>⚠ Deceased<br>• AKA WAGNER, WM J<br>SSN ███-XXXX<br>DOB ███/1917<br>(Age: 98) | 356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 833-0783<br><br>739 AMHERST ST<br>BUFFALO, NY 14216-3101 |

CHIARI000189

| No. | Full Name | Address/Phone |
|---|---|---|
| | | (716) 876-2453 |
| | | (716) 833-0783 |
| 6. | WAGNER, WILLIAM G<br>DOB ▮▮/1977<br>(Age: 38) | 5419 ROBERTS RD<br>HAMBURG, NY 14075-5728<br>(716) 627-3806 |
| 7. | BEATON, CAROL A<br>• AKA BEATON, CAROL ANN<br>• AKA WAGNER, CAROL A<br>• AKA BEATON, CARO W<br>• AKA BEATON, CAROL A<br>• AKA WAGNER-BEATON, CAROL<br>SSN ▮▮-XXXX<br>DOB ▮▮/1963<br>(Age: 52) | 369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825<br><br>356 HARTFORD RD<br>BUFFALO, NY 14226-1734<br>(716) 833-2643<br>(716) 692-4825<br><br>248 ROBERT DR APT 5<br>NORTH TONAWANDA, NY 14120-6421<br>(716) 692-4825<br><br>369 ELMWOOD AVE<br>BUFFALO, NY 14222-2209<br>(716) 692-4825 |
| 7.A. | BEATON, BRIAN A<br>• AKA BEATAU, BRIAN A<br>SSN ▮▮-XXXX<br>DOB ▮▮/1960<br>(Age: 55) | 369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825<br><br>286 ROBERT DR APT 4<br>NORTH TONAWANDA, NY 14120-6412<br>(716) 692-4825<br><br>248 ROBERT DR APT 5<br>NORTH TONAWANDA, NY 14120-6421<br>(716) 692-4825<br><br>364 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4712<br>(716) 692-4825<br><br>124 SHERWIN DR<br>TONAWANDA, NY 14150-4717<br>(716) 693-3871 |
| 7.B. | BEATON, BRENDA L<br>DOB ▮▮/1986<br>(Age: 29) | 14615 CAMBRIDGE CIR 212<br>LAUREL, MD 20707-3729<br><br>20014 FREDERICK RD APT 23<br>GERMANTOWN, MD 20876-4076<br><br>369 ELMWOOD AVE<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825 |
| 7.C. | BEATON, STEPHANIE M<br>DOB ▮▮/1989<br>(Age: 26) | 369 ELMWOOD AVE A<br>NORTH TONAWANDA, NY 14120-4711<br>(716) 692-4825 |

**Neighbors - 4 records found**
1571 EGGERT RD BUFFALO, NY 14226-3360

| Name | Address | Phone |
|---|---|---|

CHIARI000190

| VARGAS, PATTY LYNN | 1553 EGGERT RD BUFFALO, NY 14226-3371 | (716) 833-9116 |
| BAUER, JOHN R BAUER, MICHELLE A | 1565 EGGERT RD BUFFALO, NY 14226-3360 | (716) 837-7368 |
| SCHMEICHEL, CARL R | 1577 EGGERT RD BUFFALO, NY 14226-3360 | (716) 833-4386 (716) 832-0889 |
| FROST, LESLIE A | 1583 EGGERT RD BUFFALO, NY 14226-3360 | (716) 824-3507 |

### Sources - 70 records found

| | |
|---|---|
| **All Sources** | 70 Source Document(s) |
| **Driver Licenses** | 1 Source Document(s) |
| **Email addresses** | 1 Source Document(s) |
| **Historical Person Locator** | 3 Source Document(s) |
| **Liens and Judgments** | 2 Source Document(s) |
| **Person Locator 1** | 7 Source Document(s) |
| **Person Locator 2** | 3 Source Document(s) |
| **Person Locator 5** | 37 Source Document(s) |
| **Person Locator 6** | 5 Source Document(s) |
| **Utility Locator** | 1 Source Document(s) |
| **Voter Registrations** | 10 Source Document(s) |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Debt Recovery/Fraud
Your GLBA Permissible Use is: Persons with a Legal/Beneficial Interest in the Consumer

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

CHIARI000191