# EXHIBIT A

WORLDWIDE: UNITED STATES

Careers | Contact Us |

Risk Home | Our Solutions | Newsroom | Insights | Customer Success | About Us | Product Sign In

## SmartLinx® Person Report
**Conduct due diligence – not a scavenger hunt**

Imagine if you could simply type in a name and instantly get a report of all people, businesses, assets, civil/criminal matters and other details connected to that individual. Even down to professional licenses and neighboring households. That's the power of LexisNexis SmartLinx® Person Report. Millions of records are sifted through LexID® linking technology to reveal a depth of customer insight that would be too onerous to find on your own. Tap into SmartLinx to reduce fraud, money laundering and regulatory risk.

### Benefits

- Investigate potential fraud in new or existing accounts
- Support an account-origination decision
- Satisfy a compliance requirement or process exception records (e.g., Anti-Money Laundering to investigate an alert)
- Enable greater operational efficiency by minimizing review time, with more robust data for confident decision-making

### Features

- Accesses more than 13,000 proprietary and public data sources; including thin- and no-file consumers
- Patented LexID technology links relevant data points to reveal connections
- "Smart" technology filters out irrelevant and redundant information, while detecting nuances to the same person (i.e., Suzanne & Suzann; Walter James & James Walter)
- Generates a visual map of all connections for at-a-glance insight

*Get it now:* For more information about SmartLinx Person Report, call 800.869.0751.

### More Information

**Sample Report**

**SmartLinx® Person Report:
Reveals a depth of customer insight that to reduce fraud, money laundering and regulatory risk**

*Get it now:* For more information about SmartLinx Person Report, call 800.869.0751.

### Contact Us

For more information about our solutions call 800.869.0751 or contact us online

Use of this data is subject to applicable laws, including but not limited to the Driver's Privacy Protection Act (DPPA) and various similar state laws, which may be more

restrictive than the DPPA, govern distribution and use of driver's license and motor vehicle registration records. Driver's license and motor vehicle registration records found on the LexisNexis® services are not to be used to determine a consumer's eligibility for credit or insurance for personal, family or household purposes; employment or a government license or benefits. The LexisNexis SmartLinx services are not provided by "consumer reporting agencies," as that term is defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and do not constitute "consumer reports," as that term is defined in the FCRA. Accordingly, the SmartLinx service may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another purpose in connection with which a consumer report may be used under the FCRA. Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports data, as provided by the public records and commercially available data sources, and is not the source of the data, nor is it a comprehensive compilation of the data. Before relying on any data, it should be independently verified.

**Industries**
- Hospitality and Travel
- Insurance
- Receivables Management
- Retail
- Utilities
- Communications
- Financial Services
- Gaming
- Government
- Health Care

**Capabilities**
- Business Risk Management
- Compliance
- Credit Risk Management
- Data Management
- Fraud
- Identity
- Investigation

**Communities**
- Credit Risk Blog
- Fraud of the Day Forum
- HPCC Systems
- Identity Management
- Insurance Insights

**About**
- Speaker's Bureau
- Corporate Responsibility
- Leadership
- Careers
- Product Index

**Contact**
- Sales
- Support
- Feedback

Site Map   Contact Us   Fact Act   Consumer Access   Terms & Conditions   Privacy Policy   LexisNexis.com   Legal & Professional

Copyright © 2017 LexisNexis. Cookies are set by this site. To decline them or learn more, visit our Cookies page.

RELX Group™