# EXHIBIT B

# Using SmartLinx® Comprehensive Person Reports via Lexis Advance®

## Why use SmartLinx® Comprehensive Person Reports?

Generating a SmartLinx® Comprehensive Person Report is the best way to obtain a complete picture of an individual. It **searches virtually all the diverse public records LexisNexis has online**. It **provides an easy-to-browse report that links all available public records information** found on a person nationwide—just click and move to data on assets, bankruptcies, judgments and liens, licenses, and more. SmartLinx also conducts more than 200 checks to alert you to potential issues.

The vast coverage of the LexisNexis® Public Records collection gives you sources not readily available from other providers or through the open Web. And the sophisticated SmartLinx linking and reporting technology can help you **spot connections that might otherwise remain hidden**. Imagine the difference this could make to your case, transaction or research!

### Here's how to generate a SmartLinx Comprehensive Person Report via Lexis Advance®:

① Select **Public Records** from the pull-down list.

② Click **Comprehensive Person Report**.

③ Fill in the facts you know—name, city, state, ZIP, for example—to increase the likelihood of your best results displaying first. The search form gives you fill-in-the-blank simplicity and true searching power. You can mine data in ways impossible with Boolean searching.

- LexisNexis® proprietary data-linking technology recognizes similar names, nicknames, maiden names, and spelling variations, and correlates the right information to the right people.

    - **Find Similar-Sounding Last Names and Nicknames**: Check either of these boxes and your search will include these names.
    - **Alias Last Name**: Find this option on many search forms.
    - **Relatives' Names**: Add this option to further refine your results.
    - **Is the name fairly common?** Add an age range, alias name, relative name, previous state(s), etc.
    - **Have the SSN or LexID℠?*** For best results, search with one of these (enter SSN with or without dashes).

- Further refine results and pinpoint individuals with the following options:

    - **Radius**: Add nearby towns to your search automatically by choosing **Radius** and your desired distance (default is 30 miles).
    - **Previous City** and **Previous State**: Find people by using prior addresses.
    - **Age Range**: If you're not sure of an individual's age, estimate it with this helpful option.

- Check the **Strict Search** box to retrieve results that more closely match the name and/or address entered.

> **Helpful hints**
>
> *Get automatic report updates!*
>
> Get updates on all—or only specific—parts of a Comprehensive Person Report. Click **Save as Alert** as you view the report. Select the sections you want to save for automatic updates. Select a daily, weekly, or monthly frequency and request online or email delivery.
>
> *How current are public records sources?*
>
> Click the blue **Coverage** button offered on most search forms in the upper-right corner to review update frequency and coverage dates by state.



④ Review your search results and select the name on which you would like your **Comprehensive Person Report**. (The **Search Results** screen is the preliminary overview of all related individuals based on your criteria.)

⑤ Discover your **SmartLinx Comprehensive Person Report**. The left column is a navigation bar showing the source types found and the number of documents in each source. Click on any blue hyperlink to be taken directly to that section. Regardless of where you link out, the navigation bar remains.

In the body of the report you'll find:

- The most current address associated with that person is listed first in the **Address Summary** section

- High-risk flags that draw your attention to information that needs closer examination, e.g., more than one person associated with a Social Security number

- Results such as such as nationwide real and personal property, bankruptcy filings, and judgments and liens to determine assets and liabilities

- **Sources** hyperlinks located throughout the report. Click to move to the original source document or check the **Sources** category in the left navigation bar

- Quick links to the comprehensive reports of associated individuals and businesses

Navigate your report with ease:

- In the **Address Summary** section, link out to the source document or click **Get Report** to run a **Comprehensive Location Report** on that address to find other individuals and businesses associated with that address—even nearby businesses and individuals

- **Further Searches** are included in many reports; click the hyperlink to move directly to the search forms of suggested sources that could expand your research

**For more information** or assistance with your SmartLinx Comprehensive Person Report or LexisNexis Public Records research, call **800.543.6862**.

Ⓐ LexisNexis linking technology recognizes documents on the "same" person, no matter the name variations, similar names, nicknames, etc. It then correlates that information to the right entity. Duplicate documents are extracted to reduce errors and increase accuracy.

Ⓑ Leverage the icons in the upper left corner for various view and access options. Print reports in text, Adobe® Acrobat® PDF, Microsoft® Word, WordPerfect®, HTML and RTF. Download your report in any of the above formats or email your report.†

Ⓒ Use the **Save as Alert** link to "Click the 🔔 icon."



*A LexID is a proprietary 12-digit number assigned by LexisNexis to each person with a record in the LexisNexis Public Records collection.

†According to the terms and conditions of your LexisNexis subscription agreement.

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports data, as provided by the public records and commercially available data sources, and is not the source of the data, nor is it a comprehensive compilation of the data. Before relying on any data, it should be independently verified.





LexisNexis, Lexis Advance and the Knowledge Burst logo are registered trademarks and LexID is a service mark of Reed Elsevier Properties Inc., used under license. SmartLinx is a registered trademark of LexisNexis, a division of Reed Elsevier Inc. Other products or services may be trademarks or registered trademarks of their respective companies
© 2013 LexisNexis. All rights reserved. LP21246-3 0313