# EXHIBIT C

# LexisNexis® SmartLinx® User Guide

Quickly comb through billions of records simultaneously making it easy to connect names, addresses, phone numbers and other information with appropriate people, businesses and locations.

- Access data more quickly with a new streamlined platform
- Create reports on the fly to make more accurate connections

- Pinpoint relevant data faster with a tabular format that makes reports easier to read
- Increase the accuracy of results with feature/functionality designed for precision, e.g., specified radius

This user guide will walk you through the SmartLinx® interface and provide you some illustration of the many ways you can use this powerful tool.

## Accessing LexisNexis SmartLinx

Sign on to the LexisNexis® services by entering your LexisNexis ID and secure password.



From the Search tab, click on the Public Records tab. You will see a link at the top left for SmartLinx. Choose the type of SmartLinx report you want to retrieve: Person, Business or Location summary.



## SmartLinx Basics

Regardless of the type of report you are looking for, there are some basics to searching in SmartLinx:

1. Select one of the three search forms to begin your search: Person Report, Business Report or Location Report.

2. LexisNexis takes the protection of personal data very seriously and requires that all SmartLinx users have a valid purpose in searching for information on individuals. Permissible-use selections are integrated into the search form itself, so you don't have to work through multiple screens. You must indicate acceptable uses under the provisions of both the Gramm-Leach-Bliley Act (GLBA) and the Driver's Privacy Protection Act (DPPA).

3. Use sounds-like search capability as an alternative to exact-match searching when you are unsure of the correct spelling of a name or you want to cover all alternatives.

4. Easily search an entire metro area—addresses within a 30-mile proximity area are returned automatically in the answer set unless you select a proximity from the drop-down list—from No Radius up to 100 miles.

5. Zero in on a subject by including known information about his or her birthday. Use year of birth to clarify whether results belong to a Sr. or Jr.

6. Eliminate guesswork. Phonetic search capability frees you from the need for exact spellings of persons, cities, streets. Nicknames are searched automatically, e.g., Tom, Thom, Tommy, etc.



DPPA use
GLBA use
Last name
First name
Street address
City
Zip code
Telephone
Social Security number*

*You may enter a Social Security number in a search, but only a partial number, minus the last four digits, will actually display in the results.

## Person Summary Reports

When you run a search in SmartLinx, a report is generated for each of the different types of information searched, e.g., addresses, voter registrations, licenses, real property, etc. You can either scroll through the entire document to read a summary of each report, or link directly to each summary.

The following screens walk you through a sample of search results beginning with the results listing and running through the individual reports. The sample is taken from a search for George Washington, who lives in Ohio, using Washington as the last name, George as the first name and Ohio as the state.



Red and yellow flags indicate possible problem areas.

Click to view graphic image of report (see screen below)

Click on link to move directly to certain sections of the report

Flag indicates potential problem with Social Security number

Graphic depiction of a SmartLinx report



## Person Report Sections



Name variations

SSNs—Note that last four numbers are omitted

Date of birth

Shortcut links help you navigate to specific sections



Possible problem with SSN

Click **Get Report** to run a Person Report on the person listed as using this SSN



Address

Demographic information

Click **Get Report** to run a Location Summary report on this address



Voter registration data



List of professional licenses from all 50 states







- Filing data
- Debtor information
- Attorney information
- Trustee information



- List of prior judgments
- Liens against individual

## Potential Relatives

Potential relatives

Click **Get Report** to run a Person Report on the potential relative listed

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1: | WASHINGTON, SAMUEL K<br>• AKA: WASHINGTON, SAM K<br>• AKA: WASHINGTON, SAMMY K<br>SSN: 345-67-XXXX<br>(OHIO: 1971-1972)<br>DOB: 9/1971 | 3430 FRANKLIN STREET<br>MYTOWN, OH 45205<br>COUNTY: MONTGOMERY | (513) 433-7333 | Get Report |
| 2: | WASHINGTON, JOHN<br>• AKA: WASHINGTON, JACK<br>SSN: 456-78-XXXX<br>(OHIO: 1967-1968)<br>DOB: 3/1967 | 1185 INDIANOLA AVE<br>CINCINNATI, OH 45233<br>COUNTY: MONTGOMERY | | Get Report |

## Associated Entities

Associated persons

Click **Get Report** link to run Person Report on associated persons or businesses

Associated businesses

**Person Associates** | Person Associates (2) | Business Associates (1)

| No. | Full Name | Address | SSN | Phone | DOB | Actions |
|---|---|---|---|---|---|---|
| 1: | WASHINGTON, MARTHA | 1234 SCHULTE DR<br>HOMETOWN, OH 45205-2038<br>COUNTY: HAMILTON | 234-56-XXXX | (513) 835-9384 | 7/1967 | Get Report |
| 2: | WASHINGTON, SAM | 4567 SCHULTE DR<br>HOMETOWN, OH 42305-2038<br>COUNTY: HAMILTON | 345-67-XXXX | (513) 525-2908 | 11/1971 | Get Report |

**Business Associates**

| No. | Full Name | Address | Actions |
|---|---|---|---|
| 1: | WASHINGTON, JOHN | 7890 SCHULTE DR<br>HOMETOWN, OH 42305-2038 | Get Report |

## Neighbors

Associated neighbors

Click **Get Report** to run Person Reports on neighbors

**Neighbors** — 1234 Schulte Dr, Hometown, OH 45205-2038

| Name | Address | Phone | Actions |
|---|---|---|---|
| JACKSON, DWAYNE | 1230 SCHULTE DR<br>HOMETOWN, OH 45205<br>COUNTY: HAMILTON | (513) 433-7333 | Get Report |
| MULRONEY, BRIAN<br>MULRONEY, MARTIN BRIAN | 1232 SCHULTE DR<br>HOMETOWN, OH 45205<br>COUNTY: HAMILTON | None Listed | Get Report |
| CLARKE, KIM | 1236 SCHULTE DR<br>HOMETOWN, OH 45205<br>COUNTY: HAMILTON | (513) 444-XXXX | Get Report |
| CHRETIEN, JEAN | 1240 SCHULTE DR<br>HOMETOWN, OH 45205<br>COUNTY: HAMILTON | (513) 455-1782 | Get Report |
| KENT, CHRISTOPHER | 1242 SCHULTE DR<br>HOMETOWN, OH 45205<br>COUNTY: HAMILTON | (513) 525-4455 | Get Report |

## Sources used in creating Person Summary Report

List of sources with number of documents found

Click on links to view Source Documents

| Sources | |
|---|---|
| All Sources | 42 Source Documents |
| Professional Licenses | 14 Source Documents |
| Motor Vehicle Registrations | 1 Source Documents |
| Boat Registrations | 8 Source Documents |
| Voter Registrations | 8 Source Documents |
| Liens and Judgments | 2 Source Documents |
| Historical Person Locator | 2 Source Documents |
| Person Locator 2 | 2 Source Documents |
| Deed Transfers | 3 Source Documents |
| Tax Assessor Records | 2 Source Documents |

# Business Summary Reports

To find information on LexisNexis Academic & Library Solutions in Bethesda, Maryland:

Sign on as shown previously and select SmartLinx(TM) - Business Summary Reports. The example below shows the report for LexisNexis Academic & Library Solutions for the company name, Bethesda as the city and Maryland as the state. A portion of the report is shown below. The Business report is essentially similar to the Person report.



## Location Summary Reports

To find location information for 9393 Springboro Pike, Miamisburg, OH, sign on as shown previously and select SmartLinx(TM) - Location Summary Reports, and complete the form. The example below shows a portion of the summary report using the address for 9393 Springboro Pike, Miamisburg, OH. The Location report is essentially similar to the Person and Business reports.



www.lexisnexis.com/smartlinx

If you have questions about LexisNexis SmartLinx or the information in this document, please contact your local CALR Coordinator, call 1-800-59COURT (26878) or go to www.lexisnexis.com/smartlinx.

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. SmartLinx is a registered trademark of LexisNexis, a division of Reed Elsevier, Inc. Other products or services may be trademarks or registered trademarks of their respective companies.
© 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved. FC00120-0 0906

