UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                                    Plaintiffs,

      v.                                         Civil Action No.1:15-cv-633-FPG

CHIARI & ILECKI, LLP,

                                    Defendant.
_____
,

**NOTICE OF MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

    PLEASE TAKE NOTICE that upon Plaintiff's Memorandum of Law, and the affirmation of Kenneth R. Hiller, both of which are annexed hereto, Plaintiff William J. Wagner will move this Court at a date and time to be set by the court, for an order granting Plaintiff leave to cite the case of *Arias v. Gutman, Mintz, Baker & Sonnenfeldt LLP,* --- F.3d ---, 2017 WL 5330081 (2d Cir. November 14, 2017) as additional authority in support of Plaintiff's Motion for Partial Summary Judgment, and in opposition to Defendant's Motion for Summary Judgment, together with such other and further relief that this Court deems just and equitable.

Dated:  November 16, 2017

                                                /s/Kenneth R. Hiller_____
                                                Kenneth R. Hiller, Esq.
                                                Law Offices of Kenneth Hiller PLLC
                                                *Attorneys for the Plaintiffs*
                                                6000 North Bailey Avenue, Ste. 1A
                                                Amherst, NY 14226
                                                (716) 564-3288
                                                Email: khiller@kennethhiller.com