UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
WILLIAM J. WAGNER,

        Plaintiff,

-vs-

CHIARI & ILECKI, LLP,

        Defendant.
-------------------------------------------------------------------

**NOTICE OF APPEARANCE**

Docket No.: 1:15-cv-00633-FPG

    PLEASE TAKE NOTICE that pursuant to Rule 83.2 of the Local Rules of Civil Procedure, Caitlin M. Higgins, Esq., hereby appears on behalf of defendant, CHIARI & ILECKI, LLP, and respectfully demands service upon her of all future pleadings, papers, and documents served in this action.

DATED:  Buffalo, New York
          May 1, 2018

                                s/Caitlin M. Higgins
                                Caitlin M. Higgins, Esq.
                                CONNORS LLP
                                Attorneys for Defendant
                                1000 Liberty Building
                                Buffalo, New York 14202
                                (716) 852-5533
                                cmh@connorsllp.com

TO: Kenneth Hiller, Esq.
   Seth J. Andrews, Esq.
   **Law Offices of Kenneth Hiller, PLLC**
   *Attorneys for Plaintiff*
   6000 North Bailey Avenue, Suite 1A
   Amherst, New York  14226

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
WILLIAM J. WAGNER,

        Plaintiff,

-vs-

CHIARI & ILECKI, LLP,

        Defendant.
-------------------------------------------------------------------

**CERTIFICATE OF SERVICE**

Docket No.: 1:15-cv-00633-FPG

     I hereby certify that on May 1, 2018, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

  Kenneth Hiller, Esq.
  Seth J. Andrews, Esq.
  Law Offices of Kenneth Hiller, PLLC
  *Attorneys for Plaintiff*
  6000 North Bailey Avenue, Suite 1A
  Amherst, New York 14226.

DATED:  Buffalo, New York
           May 1, 2018

                                        s/Caitlin M. Higgins
                                        Caitlin M. Higgins, Esq.
                                        CONNORS LLP
                                        Attorneys for Defendant
                                        1000 Liberty Building
                                        Buffalo, New York 14202
                                        (716) 852-5533
                                        cmh@connorsllp.com