UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILLIAM J. WAGNER, | **NOTICE OF MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY** |
| Plaintiff, | |
| -vs- | |
| CHIARI & ILECKI, LLP, | Docket No.: 1:15-cv-00633-FPG |
| Defendant. | |

---

**MOTION BY:** Defendant, CHIARI & ILECKI, LLP, by their attorneys, CONNORS LLP.

**DATE, TIME, AND PLACE OF MOTION:** To be determined by the Honorable Frank P. Geraci, Jr., Chief United States District Judge, Western District of New York, 2 Niagara Square, Buffalo, New York.

Oral argument is requested (if motion is opposed).

**SUPPORTING PAPERS:** Affidavit of Caitlin M. Higgins, Esq.; and all prior pleadings and proceedings.

**RELIEF SOUGHT AND GROUNDS FOR RELIEF:** An Order granting defendant leave to cite the case of *Hedayati v. Perry Law Firm*, SA CV 16-0846-DOC (DFMx), 2017 WL 4864491 (C.D. Cal. Oct. 27, 2017) as additional authority in support of Defendant's Opposition to Plaintiff's Motion for Summary Judgement and in Support of Defendant's Cross-Motion for Summary Judgment.

DATED:   Buffalo, New York
         May 1, 2018

                                            s/Caitlin M. Higgins
                                            Terrence M. Connors, Esq.
                                            Caitlin M. Higgins, Esq.
                                            CONNORS LLP
                                            Attorneys for Defendant
                                             Chiari &Ilecki, LLP
                                            1000 Liberty Building
                                            Buffalo, New York  14202
                                            (716) 852-5533

TO:   (via cm/ecf)
      Kenneth R. Hiller, Esq.