# EXHIBIT C

# realRecord™

| OWNERSHIP INFORMATION | | PARCEL NO: 181.07-1-12 | |
|---|---|---|---|
| WAGNER WILLIAM | | Mail: | HAMBURG NY 00000-0000 |
| 5419 ROBERTS RD | | PHONE NUMBER: | |
| HAMBURG NY 14075-5728 | | | |
| **COUNTY:** | ERIE | **CENSUS TRACT:** | 0131.02 |
| **PROPERTY CLASS:** | 210 - ONE FAMILY YEAR-ROUND RESIDENCE | | |

## SALE INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sale Date** | 04/23/2015 | **Price $** | 1 | **Deed Date** | 04/23/2015 | | |
| **Arms Length** | N | **Libre** | 11278 | **Page** | 6274 | **# Total Parcels** | 1 |
| **Seller** | WAGNER WILLIAM & JULIE | **Buyer** | WAGNER WILLIAM | **Personal Property** | 0 | | |

| PRIOR SALES | PRICE | DATE | ARMS LENGTH | SELLER | BUYER |
|---|---|---|---|---|---|
| No sale history in database for this parcel. | | | | | |

## STRUCTURAL INFORMATION

| | |
|---|---|
| Square Feet | 1,821 |
| Sqft. 1st Floor | 1,062 |
| Sqft. 2nd Floor | 759 |
| Fin. Basement Sqft. | 0 |
| Year Built | 1970 |
| Bldg Style | COLONIAL |
| # Units | 1 |
| # Stories | 2.00 |
| # Baths | 1 FULL, 1 HALF |
| # Bedrooms | 3 |
| # Fireplaces | 1 |
| # Kitchens | 1 |
| Garage Type | GAR-1.0 ATT, BUILT: 1991, 624 SQFT, DIMENSIONS: (24 X 26), CNDTN: NORMAL, GRADE: C |
| Garage Bays | 1 |
| Cooling Detail | NONE |
| Heat Type | HEAT: (HOT AIR) FUEL: (GAS) |
| Exterior | WOOD |
| Condition | NORMAL |
| Basement Type | FULL |

## LOT INFORMATION

| | |
|---|---|
| Lot Size Dim.: | 256.89x185.57 |
| Land SQFT | 47,671 |
| Lot Size Acres | 0.44 |
| Zoning | |
| Nbhd Code | 102 |
| School District | 144804 - FRONTIER |
| Desirability | TYPICAL |
| Water Front | N |
| Sewer | COMMERCIAL/PUBLIC |
| Water | COMMERCIAL/PUBLIC |
| Utilities | GAS/ELECTRIC |
| Nbhd. Rating | UNKNOWN |
| Nbhd. Type | UNKNOWN |
| # Res. Sites | 1 |
| # Comm. Sites | 0 |
| Swis Code | 144889 |

## TAX INFORMATION

| | |
|---|---|
| Tax ID# | 181.07-1-12 |
| Assessed Value $ | 93,000 |
| Land Assesment $ | 9,200 |
| School Tax $ | 2,421 |
| County/Town Tax $ | 1,465 |
| City/Village Tax $ | 0 |
| Total Tax $ | 3,886 |
| Full Tax Value $ | 164,310 |
| Equalization Rate | 0.57 |
| Prior Tax ID# | 10-686 |
| Full Land Value $ | 16,254 |

*The calculated tax amounts are not exact. No special district tax amounts or exemptions have been included. All numbers are estimated based on town values. Taxes should be verified directly from the local tax collector.

Updated: 04/07/2016 10:36 am

### EXEMPTIONS:
BASIC STAR 1999-2000

### IMPROVEMENTS:
(1) GAR-1.0 ATT, BUILT 1991, 0 SQFT, CONDITION NORMAL
(1) PORCH-COVERD, BUILT 1970, 70.00 SQFT, CONDITION NORMAL
Note: Display indicates first residential site and up to four improvements.

real-info.com makes no warranty or guarantee concerning the accuracy or reliability of the content contained in this site. Information is obtained from many sources. real-info.com shall not be liable for errors contained herein or for any damages in connection with the use of the information contained herein.

CHIARI000192