# EXHIBIT D



1440 Rand Building
14 Lafayette Square
Buffalo, NY 14203

7010 1870 0001 8512 6445

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

CHIARI000135