# EXHIBIT G

# BULAN, CHIARI, HORWITZ & ILECKI LLP
## ATTORNEYS AND COUNSELORS AT LAW

1321 MILLERSPORT HWY STE 101, BUFFALO, NY 14221
Erie: (716) 838-4300   Niagara: (716) 693-4529   Fax: (716) 204-9728
HFILaw@aol.com
WIlecki@aol.com

GERALD CHIARI
MORRIS L. HORWITZ
WILLIAM ILECKI
RICHARD L. STARK
HOWARD D. CADMUS
SARA BULSON
BARBARA R. RIDALL
HAROLD P. BULAN, OF COUNSEL

August 10, 2007

Action Services & Research, Inc.
25 Falconer Street, Suite. 2
North Tonawanda NY 14120-
Attn: Michael J. Palczynski

RE:  M.J. PETERSON, LLC v. WILLIAM J. WAGNER Jr.
Residence- 378 Windermere Blvd., Amherst, NY 14226;
Date of Birth: n/a

Dear Mr. Palczynski:

Enclosed please find three (3) copies of an Order to Show Cause. Please serve by personal delivery or substituted service (i.e. nail and mail, person of suitable age, etc.) upon the listed Defendant(s).

**PLEASE SERVE THE ENCLOSED ORDER ON OR BEFORE SEPTEMBER 23, 2007.**

Unless this involves service of a Subpoena, please also file the Affidavit(s) of Service with the Court, and return a file-stamped copy of same to this office as soon as possible. Thank you for your prompt attention to this matter.

Very truly yours,

BULAN, CHIARI, HORWITZ & ILECKI LLP

TINA ARONNE

Enclosure
Our file number- 20065569©