# EXHIBIT H

STATE OF NEW YORK
COUNTY OF ERIE : BUFFALO CITY COURT

M.J. PETERSON, LLC

                     Plaintiff,

vs.

WILLIAM J. WAGNER Jr.,

                     Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. B98134

STATE OF NEW YORK ) COUNTY OF ERIE ) SS.:

The undersigned, being duly sworn, deposes and says:

That I am over the age of 18 yea[rs and that I served a] SUMMONS AND COMPLAINT on the Defe[ndant at his place of] business, ON the __ day of _____ [in the following m]anner:

[Handwritten: 8-10-07 / 6:29 p.m. / per current resident - / DTR no longer lives there]

1. [ ] by personally delivering to and leavi[ng] served to be the person described as the sai[d Defendant]; Color-____; Age-____; Weight-____;

a copy of the annexed [Summons and Complaint at the Defendant's] place of abode/place of [business]

[th]at I knew the person so [served to be the person described]; Skin Color-____; Hair ____;

2. [ ] by personally delivering to and leavi[ng the same with a] person of suitable age and discretion, further ____; Weight-____; Height-____; Other-____ of the same to the Defendant at , Defenda[nt's last known residence in an envelope marked] "Personal and Confidential", and not indicatin[g on the outside thereof that same was from an attorney or concerned an] action against said Defendant, with said mail[ing]

_____, a [_____;] Hair Color-____; Age-____; [ ] by mailing a true copy [i]n an envelope marked [_____ "Personal and Confidential" and not indicating that same was from an at]torney or concerned an [action against said Defendant, with said mailing occurring within 20 days of the date of] service, OR

3. [ ] by affixing a true copy thereof to the [door of said premises] pursuant to 1 and 2 with due diligence on: 1) t[he ___] day of _____, 200_ at ____A[M/PM, ____] [t]o serve the Defendant ____AM/PM; 2) the ___ 4) the ___ day of _____, 200_, at _____AM/PM, AND by mailing a true copy of the same to the Defendant at , Defendant's last known residence or business address, in an envelope marked "Personal and Confidential", and not indicating on the outside thereof that same was from an attorney or concerned an action against said Defendant, with said mailing occurring on or within 20 days of the date of service.

To the best of my knowledge, information and belief, said Defendant at the time of service was not in military service of the United States.

Sworn to before me this
day of _____, 200_.

PRINT NAME BELOW SIGNATURE

NOTARY PUBLIC

August 14, 2007- Our file number- 20065569©

CHIARI000120