# EXHIBIT L

TRANS UNION REPORT

Exact Match between SSN on input and SSN on file.

| Personal Information Since 10/1/1986 FAD 2/12/2015 | | Reported |
|---|---|---|
| Name | WAGNER, WILLIAM J JR | |
| SSN | ####9006   DOB: ####1958 | |
| Address | 356, HARTFORD, RD, AMHERST, NY, 14226 | |
| Address | 1571, EGGERT, RD, AMHERST, NY, 14226 | 7/1/2001 |
| Address | 378, WINDERMERE, BV, AMHERST, NY, 14226 | 1/25/2007 |

| Employment | | Date Hired | Date Separated | |
|---|---|---|---|---|
| Employer | ELECTRA GAS | | | |
| Employer | ELECTRIC GAS APPLIANCE | | | Reported 8/1/1989 |
| | | | | Reported 8/1/1989 |

### Add-On Products Summary

Product: Creditor Contact Information [LOOK]
Status: Requested product delivered

No Credit Summary data for this subject

### Revolving Accounts

| Acc Name/Address | Rptd DLA ECOA | Opened Clsd/PD | High Limit | Pmt Term | Current Status $Bal | $Past Due | Hist Status Mths / 30 / 60 / 90 | Rating |
|---|---|---|---|---|---|---|---|---|
| SYNCB/JCP<br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>Remarks: Closed<br>PO BOX 965007<br>ORLANDO FL 32896<br>(866) 227-5213 | 01/15A<br>01/98<br>I | 12/79<br>02/12C | 332<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |
| SYNCB/JCP<br>Subscriber: D 0235058D<br>Loan Type: Charge Account<br>Remarks: Closed<br>PO BOX 965007<br>ORLANDO FL 32896<br>(866) 227-5213 | 01/15A<br>I | 01/98<br>03/12C | 0<br>124 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |
| CHASE<br>Subscriber: B 026QK001<br>Loan Type: Credit Card<br>Remarks: Closed<br>P.O. BOX 15298<br>WILMINGTON DE 19850<br>(800) 432-3117 | 10/08A<br>I | 11/02<br>07/08C | 0<br>9000 | | 0 | | 48<br>111111111111<br>111111111111<br>111111111111<br>111111111111 | R1 |

| Revolving Totals | | | | $0 | $0 | | | |
|---|---|---|---|---|---|---|---|---|

**Serviced By:**
TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19022
800-888-4213
http://www.transunion.com

END OF REPORT - TRANS UNION - 2/12/2015, 10:11:35 CT