# EXHIBIT A

Events_Sheet

| Event User | Defendant | FileNo | Client Name | Event DoneDate | Description | Event Comment |
|---|---|---|---|---|---|---|
| Fran | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/12/2006 | Correspondence/letter | Rec'd balance of cost advance. |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Review- credit report; LX; DMV | IS-signed green card 5/28/06 |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 1/13/2007 | Document | Letter to Debtor-New Attorney |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Contempt Motion |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/29/2007 | Document | Affidavit-Mail to Defendants- |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/9/2007 | Correspondence/letter | xc of filed otsc |
| Tina | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/10/2007 | Document | Letter to Server to serve- srv otsc |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Correspondence/letter | RCVD AFFVD ON NON SERVICE - DTR NO LONGER LIVES THERE |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 8/14/2007 | Document | Affidavit of Service |
| Sara | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/17/2007 | Invalid Address | Prev: Address1: 378 Windermere Blvd. (Wagner, William J.) |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/3/2009 | Credit Report | cr |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/16/2009 | Review- credit report; LX; DMV | nc |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/14/2009 | Review- credit report; LX; DMV | nc |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2010 | Credit Report | ordered new credit report |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 9/5/2010 | Review- credit report; LX; DMV | nc |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Information Subpoena to Debtor |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/4/2011 | Document | Letter to Debtor-Jmt Dbtr Notice |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Correspondence/letter | IS returned - not deliverable as addy |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/7/2011 | Document | Letter-Post Office-address request |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 4/14/2011 | Correspondence/letter | Jmt notice returned - not deliverable as addy |
| Patti | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Correspondence/letter | USPS - P.O. box ltr returned - nop change of addy on file |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Invalid Address | Prev: Address1: 1571 Eggert Road (Wagner, William J.) |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | Letter to Debtor-Jmt Dbtr Notice 10-May-11 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/10/2011 | Document | Information Subpoena to Debtor 10-May-11 |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/22/2011 | Document | IS to debtor 5/10/11 |
| Jamie | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/8/2011 | Correspondence/letter | USPS-Returned IS-Unclaimed |

CHIARI000164

| Name | Debtor | Acct # | Client | Date | Event | Notes |
|---|---|---|---|---|---|---|
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/14/2011 | Correspondence/letter | IS returned - unclaimed |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2011 | Document | Subpoena to Take Deposition |
| Amanda | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/27/2011 | Document | Letter to Server to serve- SDT |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/10/2011 | Correspondence/letter | server-aff of due diligence of non service for SDT-def moved out in May 2010 |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Invalid Address | Prev: Address1: 102 Reiman St. Fl 2 (Wagner, William J.) |
| Suzanne | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 7/13/2011 | Document | Letter-Post Office-address request 13-Jul-11 |
| BarbaraR | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 11/26/2011 | Review- credit report; LX; DMV | lx no new add |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Credit Report | Order C/R re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Employment Search | Employment Search re: WILLIAM J. WAGNER Jr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Invalid Address | Prev: Address1: 1571 Eggert Road (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Review- credit report; LX; DMV | Real-info: Dbtr owns 5419 Roberts Rd. w/ wife; Lx - nothing current |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Attorney change | Atty chng from Barbara Ridall to Melissa Overbeck |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Letter to Debtor-Jmt Dbtr Notice 9-Feb-15 |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/9/2015 | Document | Information Subpoena to Debtor 9-Feb-15 |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 2/12/2015 | Telephone Call | A william Wagner calls office, he lives at the Roberts Rd address, claims not him, he is not a Jr. Claims this has been rec stuff for last 6-7 yrs for D. Gave me last couple number of SS# (16) told him would note file and email atty. Emailed MO |
| Kristian | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 3/19/2015 | Telephone Call | William Wagner co- says he is not dbtr says his DOB is in ■ 1950- very upset that he keeps getting ltrs from our office- adv him can send a copy of DL and SS# if he'd like- he says for us to just let WI know that he is not dbtr- adv we did email attny. |
| Tiera | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/11/2015 | Correspondence/letter | usps-returns -Info sub- unclaimed |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Subpoena to Take Deposition 15-May-15 |
| Antoinette | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 5/15/2015 | Document | Letter to Server to Serve-Action |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/5/2015 | Review- credit report; LX; DMV | Lx - looks like WW, Sr. and WW, Jr. live at same address - advised Action to be sure to serve correct dbtr |

Events_Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | A william wagner calls office, served with papers said not him and no Jr lives there. He doesn't even have a Jr in family. Told William per conversation with KB, he was to send in Drivers lic. And never received. D thought sent out. Claims we are |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/17/2015 | Telephone Call | (cont'd) harrasing him and he to contact his atty |
| Karen | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/24/2015 | Correspondence/letter | Action--AOS--SDT--personal service |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Correspondence/letter | Original File Opened docs |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | Confirmed there is a William Wagner w/ SS# ending in 3918, dob [redacted]-50 living at Roberts Rd. Not our dbtr. |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Invalid Address | Prev: Address1: 5419 Roberts Rd. (Wagner, William J.) |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Review- credit report; LX; DMV | Pulled physical file - copy of lease, ledger, original pleadings - confirmed this dbtr's SS# |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Telephone Call | Dbtr atty c/o - claims dbtr is not the WW we are looking for, claims not a Jr. - I requested proof of SS#, dob, address - atty to provide. I to look for copy of original lease - will send to atty to verify dbtr's signature |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Telephone Call | Dbtr atty c/o - states his client's SS# ends in 3918, dob [redacted]-50. Won't send copy of SS card, may get copy of driver's license. I to send copy of lease, agreed to general adjournment of SDT |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Def. Attorney change | Def Atty chng from none to Seth Andrews |
| Missy | WAGNER, WILLIAM J., Jr. | 20065569 | M.J. PETERSON, LLC | 6/29/2015 | Document | Facsimile to Attorney - adjournment of SDT |

CHIARI000166