# EXHIBIT G

**WILLIAM JOSEPH WAGNER**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
WILLIAM J. WAGNER,

                        Plaintiff,

                - vs -     Civil Action No.
                           15-CV-633

CHIARI & ILECKI, LLP,

                        Defendant.
----------------------------------------

        Examination before trial of **WILLIAM
JOSEPH WAGNER**, Plaintiff, taken pursuant to the
Federal Rules of Civil Procedure, in the
LAW OFFICES OF KENNETH HILLER, 6000 North Bailey
Avenue, Suite 1A, Amherst, New York, on October 3,
2016, commencing at 10:16 a.m., before MARY
SCHULZE, RPR, RMR, Notary Public.

```
 1   APPEARANCES:        LAW OFFICES OF KENNETH HILLER,
                         By SETH J. ANDREWS, ESQ.,
 2                       6000 North Bailey Avenue,
                         Suite 1A,
 3                       Amherst, New York  14226,
                         (716) 564-3288,
 4                       sandrews@kennethhiller.com,
                         Appearing for the Plaintiff.
 5
                         CONNORS LLP,
 6                       By PAUL A. WOODARD, ESQ.,
                         1000 Liberty Building,
 7                       Buffalo, New York  14202-1687,
                         (716) 852-5533,
 8                       paw@connorsllp.com,
                         Appearing for the Defendant.
 9
```

10:14:17  10        **THE REPORTER:**  Mr. Woodard, are you

10:16:48  11   providing Mr. Andrews with a copy of the

10:16:49  12   transcript?

10:16:50  13        **MR. WOODARD:**  Yes, please.

10:16:50  14

10:17:23  15   **W I L L I A M   J O S E P H   W A G N E R**,

10:17:24  16   5419 Roberts Road, Hamburg, New York  14075, after

10:17:25  17   being duly called and sworn, testified as follows:

10:17:25  18

10:17:25  19        **EXAMINATION BY MR. WOODARD:**

10:17:25  20

10:17:30  21        Q.   Good morning, Mr. Wagner.

10:17:31  22        A.   Good morning.

10:17:32  23        Q.   We met a few minutes ago.  As I

| | | |
|---|---|---|
| 10:17:35 | 1 | mentioned, my name's Paul Woodard.  I represent the |
| 10:17:36 | 2 | Defendant Chiari & Ilecki here today. |
| 10:17:38 | 3 | **A.**   Mm-hmm. |
| 10:17:38 | 4 | **Q.**   We're going to ask you a few questions |
| 10:17:39 | 5 | about -- about this case. |
| 10:17:41 | 6 | **A.**   Mm-hmm. |
| 10:17:41 | 7 | **Q.**   Have you ever been deposed before? |
| 10:17:43 | 8 | **A.**   No. |
| 10:17:43 | 9 | **Q.**   All right.  Let's just go over a few |
| 10:17:46 | 10 | sort of the ground rules first, then, okay? |
| 10:17:48 | 11 | The first thing is when I ask you questions, |
| 10:17:52 | 12 | it's important to give a -- an answer, yes or no, |
| 10:17:56 | 13 | verbal answer rather than nodding your head or |
| 10:17:59 | 14 | saying mm-hmm, uh-huh.  In everyday life, it's easy |
| 10:18:02 | 15 | to do one of those things.  But for the sake of our |
| 10:18:04 | 16 | court reporter and keeping the -- the record clear, |
| 10:18:07 | 17 | we'll ask you to say yes, no, or whatever the |
| 10:18:09 | 18 | correct answer is? |
| 10:18:10 | 19 | **A.**   Okay. |
| 10:18:11 | 20 | **Q.**   The next thing is it's also important |
| 10:18:13 | 21 | that we each talk one at a time instead of trying |
| 10:18:16 | 22 | to talk over each other.  I know it's easy; when I |
| 10:18:19 | 23 | ask you a question, you're probably going to |

10:18:20   1   anticipate what I'm going to ask you, and it's easy

10:18:23   2   to jump in and supply an answer before I finish my

10:18:25   3   question.  But I'll ask you just to let me finish

10:18:28   4   my question, again, so our court reporter can get

10:18:30   5   everything down.

10:18:31   6          **A.**    Mm-hmm.

10:18:31   7          **Q.**    And I'll also in -- in turn try to

10:18:33   8   respect you and make sure that -- well, I'll

10:18:35   9   certainly respect you, but I'll try not to

10:18:38  10   interrupt you, I should say, and allow you to

10:18:40  11   finish your answer before I ask you the next

10:18:42  12   question.  All right?

10:18:42  13          **A.**    Okay.

10:18:43  14          **Q.**    If you don't hear or understand a

10:18:44  15   question, please just let me know.  I'll be happy

10:18:47  16   to repeat it or rephrase it.  And, otherwise, we'll

10:18:51  17   assume that you understood and heard the question.

10:18:53  18          **A.**    Mm-hmm.

10:18:53  19          **Q.**    Okay?

10:18:54  20          **A.**    Yes.  I'm already starting.

10:18:58  21          **Q.**    It's easy.  I'll get you as we -- as we

10:19:01  22   go along.  But it's easy to slip into that.

10:19:04  23          If you need a break at any time, feel free

| | | |
|---|---|---|
| 10:19:07 | 1 | to say so and we'll -- we'll be happy to -- to |
| 10:19:10 | 2 | break. |
| 10:19:10 | 3 | And if, over the course of the deposition, |
| 10:19:14 | 4 | if I ask you a question and you don't remember the |
| 10:19:16 | 5 | answer, later on in the deposition, something pops |
| 10:19:19 | 6 | in your head, feel free to volunteer it, or if |
| 10:19:21 | 7 | there's anything that you want to supplement in the |
| 10:19:23 | 8 | middle of this deposition, feel free to volunteer |
| 10:19:26 | 9 | whatever that information is. |
| 10:19:27 | 10 | **A.**    Okay. |
| 10:19:27 | 11 | **Q.**    What, if anything, did you do to |
| 10:19:31 | 12 | prepare for this deposition today? |
| 10:19:33 | 13 | **A.**    I met with Mr. Andrews. |
| 10:19:38 | 14 | **Q.**    Anything else? |
| 10:19:39 | 15 | **A.**    No. |
| 10:19:41 | 16 | **Q.**    Did you speak with anyone other than |
| 10:19:44 | 17 | your attorney? |
| 10:19:45 | 18 | **A.**    No. |
| 10:19:45 | 19 | **Q.**    Okay.  Did you look at any documents? |
| 10:19:50 | 20 | **A.**    With my attorney?  Yes. |
| 10:19:55 | 21 | **Q.**    Okay.  And what documents did you look |
| 10:19:56 | 22 | at to prepare for the deposition? |
| 10:19:58 | 23 | **A.**    Of course there's the complaint, |

*Wagner - Woodard - 10/3/16*

6

| | | |
|---|---|---|
| 10:20:05 | 1 | there's some interrogatories, and there's a -- |
| 10:20:11 | 2 | notes from the other law firm or whatever. |
| 10:20:15 | 3 | **Q.**   Anything else you took a look at? |
| 10:20:17 | 4 | **A.**   I can't remember anything else at this |
| 10:20:18 | 5 | point. |
| 10:20:18 | 6 | **Q.**   Okay.  Other than those documents, did |
| 10:20:23 | 7 | anyone read you any portions of -- of other |
| 10:20:26 | 8 | documents? |
| 10:20:26 | 9 | **A.**   Not that I can remember. |
| 10:20:30 | 10 | **Q.**   Okay.  Have you ever been a party to a |
| 10:20:34 | 11 | lawsuit before? |
| 10:20:35 | 12 | **A.**   No. |
| 10:20:35 | 13 | **Q.**   Have you ever testified at trial |
| 10:20:38 | 14 | before? |
| 10:20:39 | 15 | **A.**   No. |
| 10:20:39 | 16 | **Q.**   Have you ever testified at an |
| 10:20:43 | 17 | administrative hearing before? |
| 10:20:45 | 18 | **A.**   No.  Not that I can remember. |
| 10:20:47 | 19 | **Q.**   Okay.  Are you on any medications that |
| 10:20:50 | 20 | might affect your ability to recall today? |
| 10:20:53 | 21 | **A.**   No. |
| 10:20:56 | 22 | **Q.**   When and where were you born, sir? |
| 10:20:58 | 23 | **A.**   Buffalo, New York.  ████████  1950. |

*Wagner - Woodard - 10/3/16*

7

| 10:21:03 | 1 | **Q.** Have you lived in the Western New York |
| 10:21:06 | 2 | area your entire life? |
| 10:21:08 | 3 | **A.** Yes. Yes. |
| 10:21:09 | 4 | **Q.** Have you ever been known by another |
| 10:21:13 | 5 | name? |
| 10:21:13 | 6 | **A.** No. |
| 10:21:14 | 7 | **Q.** And your name is -- is William |
| 10:21:16 | 8 | J. Wagner; is that correct? |
| 10:21:16 | 9 | **A.** Yes. |
| 10:21:17 | 10 | **Q.** Does your name have a suffix? |
| 10:21:20 | 11 | **A.** No. |
| 10:21:20 | 12 | **Q.** So -- so your name is not William |
| 10:21:23 | 13 | J. Wagner, Jr., for instance? |
| 10:21:24 | 14 | **A.** My name is not William J. Wagner, Jr. |
| 10:21:26 | 15 | **Q.** Okay. And -- and you've never gone by |
| 10:21:28 | 16 | that name before? |
| 10:21:29 | 17 | **A.** I have never gone by that name. |
| 10:21:31 | 18 | **Q.** Okay. Are you currently married? |
| 10:21:32 | 19 | **A.** No. I'm divorced. |
| 10:21:34 | 20 | **Q.** And during what time period were you |
| 10:21:41 | 21 | married? |
| 10:21:41 | 22 | **A.** 1970 to 2009. |
| 10:21:47 | 23 | **Q.** And were you married on one occasion |

*Wagner - Woodard - 10/3/16*

8

| | | |
|---|---|---|
| 10:21:53 | 1 | only, then? |
| 10:21:53 | 2 | **A.** Yes.  Only one. |
| 10:21:56 | 3 | **Q.** What was your wife's name? |
| 10:21:59 | 4 | **A.** Julia. |
| 10:22:00 | 5 | **Q.** And did she -- was it Wagner?  Julia |
| 10:22:07 | 6 | Wagner at the time? |
| 10:22:07 | 7 | **A.** Yeah. |
| 10:22:08 | 8 | **Q.** Okay. |
| 10:22:08 | 9 | **A.** She took my name. |
| 10:22:10 | 10 | **Q.** Do you have any children? |
| 10:22:14 | 11 | **A.** Yes. |
| 10:22:14 | 12 | **Q.** How many children do you have? |
| 10:22:15 | 13 | **A.** Two. |
| 10:22:16 | 14 | **Q.** What are their names? |
| 10:22:20 | 15 | **A.** William and Andrew. |
| 10:22:23 | 16 | **Q.** And are both those children with your |
| 10:22:31 | 17 | wife Julia? |
| 10:22:32 | 18 | **A.** No.  They're grown adults. |
| 10:22:33 | 19 | **Q.** But -- but you had them with your wife |
| 10:22:36 | 20 | Julia, not someone else? |
| 10:22:36 | 21 | **A.** Oh, I'm sorry.  Yes. |
| 10:22:37 | 22 | **Q.** That was not -- it wasn't a clear |
| 10:22:39 | 23 | question. |

*Wagner - Woodard - 10/3/16*

9

| | | |
|---|---|---|
| 10:22:39 | 1 | **A.** Yes. |
| 10:22:40 | 2 | **Q.** I apologize for that. |
| 10:22:41 | 3 | How old is William? |
| 10:22:44 | 4 | **A.** William is 38. |
| 10:22:47 | 5 | **Q.** And how old is Andrew? |
| 10:22:49 | 6 | **A.** 36. |
| 10:22:50 | 7 | **Q.** Does William have a middle initial? |
| 10:22:53 | 8 | **A.** Yes. |
| 10:22:54 | 9 | **Q.** And what's the middle initial? |
| 10:22:55 | 10 | **A.** G for Gregory. |
| 10:22:57 | 11 | **Q.** William G. Wagner? |
| 10:23:00 | 12 | **A.** Yes. |
| 10:23:00 | 13 | **Q.** Okay.  And does Andrew have a middle |
| 10:23:05 | 14 | initial? |
| 10:23:05 | 15 | **A.** Yes.  R. |
| 10:23:08 | 16 | **Q.** And neither one of them has gone by the |
| 10:23:14 | 17 | name William J. Wagner? |
| 10:23:15 | 18 | **A.** They have not. |
| 10:23:16 | 19 | **Q.** How long have you lived at your present |
| 10:23:23 | 20 | address? |
| 10:23:23 | 21 | **A.** Since September of 1984. |
| 10:23:26 | 22 | **Q.** And, again, you said that was |
| 10:23:32 | 23 | 5419 Roberts Road? |

| | | | |
|---|---|---|---|
| 10:23:33 | 1 | **A.** | Yes. |
| 10:23:33 | 2 | **Q.** | In Hamburg? |
| 10:23:34 | 3 | **A.** | Mm-hmm. |
| 10:23:34 | 4 | **Q.** | Have you lived there continuously since |

10:23:41  5  September 1984?

| 10:23:41 | 6 | **A.** | Yes. |
| 10:23:41 | 7 | **Q.** | Does anyone else currently live there |

10:23:44  8  with you?

| 10:23:44 | 9 | **A.** | My son Andrew. |
| 10:23:46 | 10 | **Q.** | Has he lived there continuously since |

10:23:49 11  he was born?

| 10:23:49 | 12 | **A.** | No. |
| 10:23:51 | 13 | **Q.** | I guess -- let me strike that. |

10:23:53 14        Has he lived there continuously since 1984,

10:23:54 15  I should say?

| 10:23:55 | 16 | **A.** | No.  He's in and out, let's say. |
| 10:23:59 | 17 | **Q.** | Does anyone else currently live with |

10:24:09 18  you at that address?

| 10:24:09 | 19 | **A.** | No. |
| 10:24:10 | 20 | **Q.** | From 1984 to 2009, did your former wife |

10:24:17 21  Julia live at that address as well?

| 10:24:18 | 22 | **A.** | Yes. |
| 10:24:18 | 23 | **Q.** | Okay.  Did -- during what period of |

*Wagner - Woodard - 10/3/16*

10:24:25  1  time did your son Andrew live at that address?

10:24:27  2      **A.**   Well, certainly for the first 20 some

10:24:33  3  years of his life.  Then he moved in with his

10:24:36  4  girlfriend for several years.  Then he moved back

10:24:38  5  home.  So I -- the dates I would be very, very, you

10:24:43  6  know --

10:24:43  7      **Q.**   Sure.

10:24:43  8      **A.**   I don't know if I can come up with the

10:24:47  9  exact dates, but that's kind of the timeline.

10:24:48  10      **Q.**   Okay.  What about your son William?

10:24:51  11      **A.**   William hasn't lived there since

10:24:56  12  about -- since he was like 21.  Maybe 20, even.  He

10:25:01  13  joined the Air Force, and after that, he lived in

10:25:06  14  the Virginia Beach area.

10:25:09  15      **Q.**   Okay.  So -- and is he still in that

10:25:13  16  area?

10:25:13  17      **A.**   No.  He's -- he has a government job.

10:25:15  18  He moves around the country, so he's out West at

10:25:19  19  this point.

10:25:19  20      **Q.**   Okay.  Has anyone else lived at

10:25:27  21  5419 Roberts Road since you moved into that address

10:25:29  22  in 1984?

10:25:31  23      **A.**   No.

*Wagner - Woodard - 10/3/16*

12

| | | |
|---|---|---|
| 10:25:32 | 1 | **Q.**   How -- do you own that -- that -- the |
| 10:25:39 | 2 | property at that address? |
| 10:25:40 | 3 | **A.**   Yes. |
| 10:25:40 | 4 | **Q.**   And how did you acquire it in 1984? |
| 10:25:44 | 5 | **A.**   You got to explain that question. |
| 10:25:47 | 6 | **Q.**   Did you purchase it? |
| 10:25:47 | 7 | **A.**   Yes. |
| 10:25:47 | 8 | **Q.**   Do you know from whom you purchased it? |
| 10:25:50 | 9 | **A.**   His name was Arthur Chrosniak. |
| 10:25:57 | 10 | **Q.**   Okay. |
| 10:25:57 | 11 | **A.**   And -- and if you want a -- it's like |
| 10:26:00 | 12 | C-H-R-O-S-N-I-A-K is the best spelling I can come |
| 10:26:04 | 13 | up with. |
| 10:26:05 | 14 | **Q.**   That'll do. |
| 10:26:06 | 15 | Do you know anyone else who's lived at that |
| 10:26:08 | 16 | address in the past other than your family members |
| 10:26:10 | 17 | and Mr. Chrosniak? |
| 10:26:12 | 18 | **A.**   He bought the house from a woman named |
| 10:26:16 | 19 | Julie. |
| 10:26:17 | 20 | **Q.**   Okay. |
| 10:26:17 | 21 | **A.**   I can't remember her first name. |
| 10:26:21 | 22 | **Q.**   Anyone else you know who's lived there |
| 10:26:23 | 23 | in the past? |

| | | |
|---|---|---|
| 10:26:23 | 1 | **A.** No.  I think she built it, and then he |
| 10:26:26 | 2 | bought it, and then I bought it. |
| 10:26:27 | 3 | **Q.** Okay.  Did you graduate from high |
| 10:26:31 | 4 | school? |
| 10:26:32 | 5 | **A.** Yes. |
| 10:26:32 | 6 | **Q.** Where did you attend high school? |
| 10:26:34 | 7 | **A.** Bishop Timon. |
| 10:26:36 | 8 | **Q.** And what year did you graduate? |
| 10:26:37 | 9 | **A.** 1968. |
| 10:26:38 | 10 | **Q.** Did you pursue any education after |
| 10:26:42 | 11 | that? |
| 10:26:43 | 12 | **A.** Yes. |
| 10:26:43 | 13 | **Q.** What -- what did you next pursue? |
| 10:26:45 | 14 | **A.** I went to ECC for two years. |
| 10:26:49 | 15 | **Q.** Okay.  And what sort of program were |
| 10:26:52 | 16 | you in there? |
| 10:26:53 | 17 | **A.** Chemical technology. |
| 10:26:56 | 18 | **Q.** Did you graduate from ECM -- or ECC? |
| 10:26:59 | 19 | **A.** Yes. |
| 10:26:59 | 20 | **Q.** Excuse me. |
| 10:27:00 | 21 | **A.** Yes, I did. |
| 10:27:00 | 22 | **Q.** What year was that? |
| 10:27:01 | 23 | **A.** I actually graduated in '71.  I flunked |

*Wagner - Woodard - 10/3/16*

14

| | | |
|---|---|---|
| 10:27:07 | 1 | my calculus course, and I had to go back and take |
| 10:27:09 | 2 | it over. |
| 10:27:10 | 3 | **Q.**   We don't hold it against you. |
| 10:27:16 | 4 | Did you pursue any further education after |
| 10:27:18 | 5 | that? |
| 10:27:18 | 6 | **A.**   Yes. |
| 10:27:18 | 7 | **Q.**   What next? |
| 10:27:20 | 8 | **A.**   I then went to Houghton College at |
| 10:27:29 | 9 | nights while I was working and got a bachelor of |
| 10:27:32 | 10 | science degree. |
| 10:27:34 | 11 | **Q.**   A bachelor's of science in what? |
| 10:27:38 | 12 | **A.**   Business. |
| 10:27:39 | 13 | **Q.**   And what year did you attend that |
| 10:27:44 | 14 | college? |
| 10:27:44 | 15 | **A.**   That would have been around 1998 to |
| 10:27:53 | 16 | 2000, would be my best guess. |
| 10:27:56 | 17 | **Q.**   Okay.  Have you had any further |
| 10:28:05 | 18 | education since then? |
| 10:28:06 | 19 | **A.**   Yes. |
| 10:28:06 | 20 | **Q.**   What else? |
| 10:28:07 | 21 | **A.**   I then went to Daemen College. |
| 10:28:11 | 22 | **Q.**   Okay.  And what years were you at |
| 10:28:12 | 23 | Daemen? |

*Wagner - Woodard - 10/3/16*

15

| | | |
|---|---|---|
| 10:28:12 | 1 | **A.**   I was at Daemen approximately 2001 to |
| 10:28:17 | 2 | 2002. |
| 10:28:20 | 3 | **Q.**   What sort of program were you in at |
| 10:28:23 | 4 | Daemen? |
| 10:28:24 | 5 | **A.**   Global business, global economics. |
| 10:28:31 | 6 | **Q.**   Did you graduate from Daemen? |
| 10:28:33 | 7 | **A.**   I -- it really wasn't a graduation.  It |
| 10:28:41 | 8 | was a -- that's a good question.  I completed all |
| 10:28:52 | 9 | the requirements.  I never wrote my thesis. |
| 10:28:53 | 10 | **Q.**   Okay. |
| 10:28:53 | 11 | **A.**   You can call it whatever you like. |
| 10:28:56 | 12 | **Q.**   Okay.  And have you had any further |
| 10:29:00 | 13 | education since then? |
| 10:29:01 | 14 | **A.**   No. |
| 10:29:02 | 15 | **Q.**   Okay.  Are you currently employed? |
| 10:29:07 | 16 | **A.**   No.  I'm retired. |
| 10:29:08 | 17 | **Q.**   When did you retire? |
| 10:29:11 | 18 | **A.**   I took an early requirement at the age |
| 10:29:14 | 19 | of 55. |
| 10:29:17 | 20 | **Q.**   And what year was that? |
| 10:29:18 | 21 | **A.**   Let's see.  That would have been 2005. |
| 10:29:24 | 22 | **Q.**   Where were you employed at the time? |
| 10:29:31 | 23 | **A.**   Well, at the time I was employed at |

*Wagner - Woodard - 10/3/16*

16

| | | |
|---|---|---|
| 10:29:35 | 1 | Buffalo Color Corporation. |
| 10:29:37 | 2 | **Q.**   What was your role there? |
| 10:29:43 | 3 | **A.**   I was a supervisor of technology. |
| 10:29:46 | 4 | **Q.**   And what did that entail? |
| 10:29:48 | 5 | **A.**   Running a small technology lab. |
| 10:29:53 | 6 | Dealing with customers. |
| 10:29:56 | 7 | **Q.**   How long did you hold that position? |
| 10:29:58 | 8 | **A.**   About two years. |
| 10:30:00 | 9 | **Q.**   Were you -- you said is it Buffalo |
| 10:30:07 | 10 | Color Corporation?  Sorry.  Were you at Buffalo |
| 10:30:09 | 11 | Color Corporation before that, or was it just those |
| 10:30:12 | 12 | two years? |
| 10:30:13 | 13 | **A.**   Well, I was with them several years |
| 10:30:15 | 14 | before that, but I have worked for other companies. |
| 10:30:19 | 15 | **Q.**   Okay.  Okay.  What was your previous |
| 10:30:21 | 16 | employer before Buffalo Color Corporation? |
| 10:30:23 | 17 | **A.**   Well, this is going to be interesting, |
| 10:30:26 | 18 | because when I worked there, it was Allied |
| 10:30:28 | 19 | Chemical. |
| 10:30:28 | 20 | **Q.**   Okay. |
| 10:30:29 | 21 | **A.**   Then it became Allied Signal.  Now it's |
| 10:30:32 | 22 | called Honeywell. |
| 10:30:32 | 23 | **Q.**   Okay. |

*Wagner - Woodard - 10/3/16*

17

| | | |
|---|---|---|
| 10:30:34 | 1 | **A.**   And what it's going to be tomorrow, |
| 10:30:36 | 2 | nobody knows. |
| 10:30:38 | 3 | **Q.**   Now, what -- during what time period |
| 10:30:41 | 4 | were you employed at Allied Chemical or Signal, |
| 10:30:48 | 5 | Honeywell? |
| 10:30:48 | 6 | **A.**   Well, I started there in 1970. |
| 10:30:50 | 7 | **Q.**   Okay. |
| 10:30:51 | 8 | **A.**   I left there in '81.  I went back to |
| 10:30:58 | 9 | Buffalo Color Corporation.  And then I left Buffalo |
| 10:31:07 | 10 | Color and went back to Allied again about '85.  I |
| 10:31:14 | 11 | worked there till 1992.  Then I went back to |
| 10:31:17 | 12 | Buffalo Color again.  Very strange work history. |
| 10:31:24 | 13 | **Q.**   Did you stay at Buffalo Color, then, |
| 10:31:27 | 14 | until -- |
| 10:31:27 | 15 | **A.**   Yes. |
| 10:31:27 | 16 | **Q.**   -- your retirement?  Okay. |
| 10:31:29 | 17 | Have -- have you been -- what was your |
| 10:31:29 | 18 | position at Allied Chemical? |
| 10:31:31 | 19 | **A.**   I was a research chemist. |
| 10:31:33 | 20 | **Q.**   Okay.  And did you hold that position |
| 10:31:36 | 21 | at Buffalo Color until you -- until you became a |
| 10:31:41 | 22 | supervisor? |
| 10:31:43 | 23 | **A.**   Not research.  We didn't -- they didn't |

*Wagner - Woodard - 10/3/16*

18

10:31:46  1   really do research.  It was more of a technical

10:31:50  2   service is what it was called.

10:31:52  3          **Q.**    Okay.

10:31:52  4          **A.**    Technical service representative.

10:31:53  5          **Q.**    Okay.  Have you been employed anywhere

10:31:57  6   else since 1970?

10:32:00  7          **A.**    No.

10:32:00  8          **Q.**    Okay.  Have you ever been self-employed?

10:32:05  9          **A.**    No.

10:32:05 10          **Q.**    Have you ever been in the military?

10:32:11 11          **A.**    No.

10:32:11 12          **Q.**    Have you ever been convicted of a

10:32:16 13   criminal offense, either a felony or a misdemeanor?

10:32:18 14          **A.**    No.

10:32:18 15          **Q.**    Have you ever been arrested before?

10:32:22 16          **A.**    Not to my knowledge, no.

10:32:24 17          **Q.**    Okay.  Have you ever filed for

10:32:29 18   bankruptcy?

10:32:29 19          **A.**    Certainly not.

10:32:48 20          **MR. WOODARD:**  Let's mark this as Exhibit A.

10:32:48 21          **The following was marked for Identification:**

10:33:29 22          **EXH. A    Complaint and demand for jury trial**

10:33:29 23          **THE WITNESS:**  Wait a minute.  Can I go back?

*Wagner - Woodard - 10/3/16*

19

| | | |
|---|---|---|
| 10:33:32 | 1 | **BY MR. WOODARD:** |
| 10:33:32 | 2 | **Q.**   Of course. |
| 10:33:32 | 3 | **A.**   There was another place I worked.  In |
| 10:33:35 | 4 | 1971, I worked at Pierce & Stevens Chemical |
| 10:33:39 | 5 | Corporation for one year. |
| 10:33:40 | 6 | **Q.**   Okay.  And -- and what was your |
| 10:33:44 | 7 | position there? |
| 10:33:44 | 8 | **A.**   At that time I was a laboratory |
| 10:33:48 | 9 | assistant -- |
| 10:33:49 | 10 | **Q.**   Okay. |
| 10:33:49 | 11 | **A.**   -- or a technician or something like |
| 10:33:50 | 12 | that. |
| 10:34:01 | 13 | **Q.**   Anywhere else you were working since -- |
| 10:34:04 | 14 | **A.**   Can't recall anywhere else. |
| 10:34:06 | 15 | **Q.**   -- 1970?  Okay. |
| 10:34:10 | 16 | Now, Mr. Wagner, I'm going to show you |
| 10:34:12 | 17 | what's been marked as Exhibit A.  Okay?  If you'd |
| 10:34:14 | 18 | just take a little bit to look over it. |
| 10:35:04 | 19 | **A.**   Okay. |
| 10:35:04 | 20 | **Q.**   Do you recognize -- you can hold on to |
| 10:35:07 | 21 | it. |
| 10:35:07 | 22 | Do you recognize what that is? |
| 10:35:10 | 23 | **A.**   Yes.  That's my complaint. |

20

| | | |
|---|---|---|
| 10:35:11 | 1 | **Q.**   Okay.  And you've seen that before? |
| 10:35:14 | 2 | **A.**   Yes. |
| 10:35:14 | 3 | **Q.**   Okay.  I'll ask you to take a look at |
| 10:35:20 | 4 | paragraph 9 on the second page.  Okay? |
| 10:35:23 | 5 | **A.**   Mm-hmm. |
| 10:35:25 | 6 | **Q.**   And I'll -- I'll read it aloud, and if |
| 10:35:28 | 7 | you could just read it to yourself as I'm reading |
| 10:35:30 | 8 | it out loud. |
| 10:35:31 | 9 | Paragraph 9 says that upon information |
| 10:35:35 | 10 | belief, there are two individuals named William |
| 10:35:38 | 11 | J. Wagner, one of whom is the Plaintiff in this |
| 10:35:40 | 12 | action.  The other William J. Wagner is a junior |
| 10:35:44 | 13 | and is not the Plaintiff in this action. |
| 10:35:45 | 14 | And then continuing on to the following |
| 10:35:49 | 15 | paragraph, 10, that upon information and belief, |
| 10:35:52 | 16 | William J. Wagner, Jr., not Plaintiff William |
| 10:35:56 | 17 | J. Wagner, incurred a debt to M.J. Peterson Corp. |
| 10:35:59 | 18 | This debt will be referred -- referred to as the |
| 10:36:01 | 19 | subject debt. |
| 10:36:03 | 20 | Did I read that correctly? |
| 10:36:04 | 21 | **A.**   Mm-hmm.  Yes. |
| 10:36:06 | 22 | **Q.**   So as I understand it, it's your belief |
| 10:36:11 | 23 | that someone named William J. Wagner, Jr., incurred |

*Wagner - Woodard - 10/3/16*

21

| | | |
|---|---|---|
| 10:36:15 | 1 | a debt to M.J. Peterson; is that correct? |
| 10:36:18 | 2 | **A.**   That's correct. |
| 10:36:18 | 3 | **Q.**   But you're not that William J. Wagner? |
| 10:36:21 | 4 | **A.**   I'm not that William J. Wagner. |
| 10:36:23 | 5 | **Q.**   So just for ease of reference, I'll |
| 10:36:25 | 6 | refer to that debt that's described in paragraphs 9 |
| 10:36:29 | 7 | and 10 as the debt or the debt at issue.  Does that |
| 10:36:31 | 8 | make sense? |
| 10:36:32 | 9 | **A.**   Yes. |
| 10:36:32 | 10 | **Q.**   And I'll refer to that individual, the |
| 10:36:35 | 11 | other William J. Wagner, as William J. Wagner, Jr., |
| 10:36:39 | 12 | or the debtor.  Okay? |
| 10:36:41 | 13 | **A.**   Yes. |
| 10:36:41 | 14 | **Q.**   Okay.  Now, have you ever conducted |
| 10:36:45 | 15 | business with M.J. Peterson before? |
| 10:36:47 | 16 | **A.**   No. |
| 10:36:48 | 17 | **Q.**   So I assume you also have not incurred |
| 10:36:52 | 18 | a debt to M.J. Peterson before? |
| 10:36:53 | 19 | **A.**   I have not. |
| 10:36:56 | 20 | **Q.**   Are you related to anyone else named |
| 10:37:00 | 21 | William J. Wagner? |
| 10:37:01 | 22 | **A.**   No. |
| 10:37:01 | 23 | **Q.**   So even as cousins, removed, as far as |

*Wagner - Woodard - 10/3/16*

22

10:37:05  1  you know, you're not related to this other

10:37:07  2  individual, William J. Wagner, Jr.?

10:37:08  3      **A.**   I'm not related to the other

10:37:11  4  individual.

10:37:11  5      **Q.**   Okay.  Have you ever communicated with

10:37:12  6  this other individual before, either in writing or

10:37:15  7  orally?

10:37:15  8      **A.**   No.

10:37:16  9      **Q.**   Do you know whether he's ever lived at

10:37:21  10  5419 Roberts Road?

10:37:23  11      **A.**   I can assure you, he has not.

10:37:26  12      **Q.**   Okay.  Now, in February 2015, did

10:37:38  13  Chiari & Ilecki send a letter to 5419 Roberts Road?

10:37:41  14      **A.**   Yes, they did.

10:37:58  15      **MR. WOODARD:**  Okay.  Let's mark this as B.

16      **The following was marked for Identification:**

17      **EXH. B   Letter dated February 9, 2015, from**

18              **Melissa Overbeck to William**

19              **J. Wagner, Jr., with notice**

20              **to judgment debtor or obligor**

21      **BY MR. WOODARD:**

10:39:02  22      **Q.**   Mr. Wagner, I'm handing you what's been

10:39:04  23  marked as Exhibit B.

| | | |
|---|---|---|
| 10:39:05 | 1 | **A.**   Mm-hmm. |
| 10:39:05 | 2 | **Q.**   If you would take a look at that, |
| 10:39:08 | 3 | please. |
| 10:39:16 | 4 | Do you recognize what Exhibit B is? |
| 10:39:19 | 5 | **A.**   That's the letter I received. |
| 10:39:20 | 6 | **Q.**   Okay.  Before this letter, had you ever |
| 10:39:26 | 7 | had any communication with Chiari & Ilecki? |
| 10:39:29 | 8 | **A.**   Not to my knowledge. |
| 10:39:31 | 9 | **Q.**   Okay.  Had -- so Chiari & Ilecki had -- |
| 10:39:35 | 10 | had never sent correspondence to your address |
| 10:39:38 | 11 | before, to the best of your knowledge? |
| 10:39:38 | 12 | **A.**   To the best of my knowledge, no. |
| 10:39:40 | 13 | **Q.**   Now, taking a look at Exhibit B, it's |
| 10:39:43 | 14 | addressed to the debtor William J. Wagner, Jr., |
| 10:39:47 | 15 | correct? |
| 10:39:47 | 16 | **A.**   Yes. |
| 10:39:47 | 17 | **Q.**   And, again, that's not you. |
| 10:39:51 | 18 | **A.**   That's not me. |
| 10:39:52 | 19 | **Q.**   And it says it's regarding claim of |
| 10:39:55 | 20 | M.J. Peterson, LLC.  Correct? |
| 10:39:58 | 21 | **A.**   Correct. |
| 10:39:58 | 22 | **Q.**   Taking a look at the first paragraph, |
| 10:40:02 | 23 | I'll -- I'll read it out loud, and please, again, |

24

10:40:04  1  read it along to yourself with me.

10:40:06  2       Please find the enclosed notice pursuant to

10:40:11  3  CPLR 5222.  This communication is from a debt

10:40:14  4  collector.  The debt collector is attempting to

10:40:17  5  collect a debt, and any information obtained will

10:40:19  6  be used for that purpose.

10:40:23  7       And then it says in the following paragraph,

10:40:25  8  the current judgment balance as of February 9,

10:40:28  9  2005 -- or excuse me -- 2015, is 2,570.17.

10:40:34 10       Did I read that correctly?

10:40:35 11       **A.**   Yes.

10:40:38 12       **Q.**   Now, had -- had letters addressed --

10:40:48 13  letters like this one addressed to the debtor,

10:40:51 14  William J. Wagner, Jr., ever been mailed to your

10:40:53 15  house before?

10:40:54 16       **A.**   No.

10:40:54 17       **Q.**   So -- and I'm not -- I'm not saying

10:40:57 18  just from Chiari & Ilecki.  Had you ever received

10:41:00 19  any correspondence addressed to William J. Wagner,

10:41:03 20  Jr., before?

10:41:04 21       **A.**   Nothing mailed to my house, no.

10:41:06 22       **Q.**   Okay.  Aside from debt collectors, had

10:41:14 23  you received any letters addressed to William

*Wagner - Woodard - 10/3/16*

25

| 10:41:17 | 1 | J. Wagner, Jr., at your house before? |

10:41:17    1    J. Wagner, Jr., at your house before?

10:41:22    2        **A.**    No.

10:41:22    3        **Q.**    Had -- had any calls ever been made to

10:41:29    4    your house in which someone was asking for William

10:41:34    5    J. Wagner, Jr., before?

10:41:41    6        **A.**    You mean besides Chiari & Ilecki or --

10:41:44    7        **Q.**    Before you received this letter.

10:41:45    8        **A.**    No.

10:41:45    9        **Q.**    Okay.  Now, when you saw this -- this

10:42:00   10    letter which we marked as Exhibit B, did you open

10:42:02   11    the letter yourself when the -- the envelope

10:42:05   12    arrived at your house?

10:42:06   13        **A.**    Yes.

10:42:06   14        **Q.**    And when you read it, did you recognize

10:42:10   15    that Chiari & Ilecki was attempting to contact

10:42:14   16    someone other than you?  William J. Wagner, Jr.?

10:42:17   17        **A.**    Yes.

10:42:17   18        **Q.**    So you realized that they were not

10:42:22   19    trying to collect a debt from you, as opposed to

10:42:25   20    William J. Wagner, Jr.?

10:42:25   21        **A.**    At that time, yes.

10:42:26   22        **Q.**    Okay.  How -- how did you respond once

10:42:29   23    you saw this letter?

*Wagner - Woodard - 10/3/16*

26

| | | |
|---|---|---|
| 10:42:30 | 1 | **A.**   I called the -- |
| 10:42:32 | 2 | **Q.**   Okay. |
| 10:42:33 | 3 | **A.**   -- law firm and tried to discuss it |
| 10:42:35 | 4 | with them. |
| 10:42:35 | 5 | **Q.**   Okay.  Do you recall when you made that |
| 10:42:40 | 6 | call? |
| 10:42:41 | 7 | **A.**   On February 12th at 10:32 a.m., I |
| 10:42:47 | 8 | believe. |
| 10:42:49 | 9 | **MR. WOODARD:**  Okay.  Let's mark this as C. |
| 10:42:49 | 10 | **The following was marked for Identification:** |
| 10:42:53 | 11 | **EXH. C    Events sheet, three pages** |
| 10:43:32 | 12 | **BY MR. WOODARD:** |
| 10:43:32 | 13 | **Q.**   Thank you. |
| 10:43:34 | 14 | Now, do you recall who you spoke with at |
| 10:43:38 | 15 | Chiari & Ilecki's office in that -- that |
| 10:43:39 | 16 | February 12th call? |
| 10:43:40 | 17 | **A.**   Karen. |
| 10:43:41 | 18 | **Q.**   Okay.  I'm going to hand you what's |
| 10:43:44 | 19 | marked as Exhibit C.  If you don't mind taking a |
| 10:43:48 | 20 | look at that. |
| 10:43:49 | 21 | **A.**   Mm-hmm. |
| 10:44:04 | 22 | **Q.**   Have you ever seen this document |
| 10:44:06 | 23 | before? |

*Wagner - Woodard - 10/3/16*

27

| | | |
|---|---|---|
| 10:44:07 | 1 | **A.**    Yes. |
| 10:44:08 | 2 | **Q.**    And when did you see this document? |
| 10:44:09 | 3 | **A.**    When I visited Seth's office. |
| 10:44:16 | 4 | **Q.**    Okay.  Now, I'll represent to you that |
| 10:44:20 | 5 | this is -- it's a document, an event log or event |
| 10:44:25 | 6 | sheet that's been maintained and produced by Chiari |
| 10:44:30 | 7 | & Ilecki in this case, okay? |
| 10:44:31 | 8 | **A.**    Yes. |
| 10:44:32 | 9 | **Q.**    So if you'll take a look to page 2 of |
| 10:44:36 | 10 | this document, Exhibit C.  If you look about -- |
| 10:44:41 | 11 | it's a little more than halfway down, there's an |
| 10:44:43 | 12 | entry that says Karen. |
| 10:44:45 | 13 | **A.**    Yes. |
| 10:44:45 | 14 | **Q.**    Do you see that? |
| 10:44:47 | 15 |      It says Karen, Wagner versus William J. |
| 10:44:49 | 16 | Wagner, Jr., has a number, and then M.J. Peterson, |
| 10:44:51 | 17 | LLC.  2/12/16 telephone call.  Do you see that? |
| 10:44:57 | 18 | **A.**    Yes, I do. |
| 10:44:57 | 19 | **Q.**    Okay.  And then if -- if you look over |
| 10:44:59 | 20 | at the description which is next to it, I'll read |
| 10:45:02 | 21 | it out loud.  If you could read it to yourself.  It |
| 10:45:05 | 22 | says a William Wagner calls office.  He lives at |
| 10:45:11 | 23 | the Roberts Road address.  Claims not him.  He's |

*Wagner - Woodard - 10/3/16*

28

10:45:13  1  not a junior.  Claims this has been -- it says REC;

10:45:22  2  I think it's receiving or something like that --

10:45:24  3  stuff for last six to seven years for D.  I'm

10:45:27  4  guessing that's debtor.  Gave me last couple number

10:45:31  5  of SS hashtag parenthesis 16.  Told him would note

10:45:40  6  file and email attorney.  Emailed MO.

10:45:44  7          Did I -- did I read that correctly?

10:45:45  8          **A.**   Yes.

10:45:46  9          **Q.**   Now, is that consistent with your

10:45:50 10  recollection of your February 12th call with

10:45:55 11  Chiari & Ilecki?

10:45:56 12          **A.**   Yes, all -- all except the Social

10:45:59 13  Security number is wrong.  It's -- I don't know

10:46:01 14  where she got the 16 from.

10:46:02 15          **Q.**   So 16 are not the last two digits of

10:46:05 16  your Social Security?

10:46:06 17          **A.**   No.  Yes, they're not.

10:46:08 18          **Q.**   Do you know whether they're the last

10:46:11 19  two digits of the debtor's?

10:46:13 20          **A.**   I do not know that.

10:46:14 21          **Q.**   Okay.  And do you agree that during

10:46:23 22  this call, you gave Chiari & Ilecki -- you orally

10:46:28 23  gave them part of a Social Security number but not

10:46:31  1  the complete Social Security number?

10:46:32  2          A.    That's true.

10:46:33  3          Q.    Okay.  And at this time, you did not

10:46:40  4  send Chiari & Ilecki your Social Security card or

10:46:43  5  driver's license, correct?

10:46:44  6          A.    That's correct.

10:46:46  7          Q.    Do you recall whether Chiari & Ilecki

10:46:50  8  asked you during this call if you'd be willing to

10:46:52  9  send your Social Security card or driver's license?

10:46:55  10         A.    I don't believe it came up in this

10:46:57  11 call.

10:46:57  12         Q.    Okay.  Now, it -- it says in this entry

10:47:07  13 which we just read, claims this has been, again,

10:47:12  14 rec -- I think that's receiving or received --

10:47:15  15 stuff for last six to seven years for D, which,

10:47:19  16 again, I'm guessing is debtor.

10:47:20  17         Does that -- does that refresh your

10:47:24  18 recollection?  Had -- had you ever received

10:47:26  19 anything relating to this William J. Wagner, Jr.,

10:47:29  20 before?

10:47:32  21         A.    Yes.

10:47:32  22         Q.    Oh, you had received --

10:47:34  23         A.    Oh, I've been contacted by other

| | | |
|---|---|---|
| 10:47:36 | 1 | people, yes. |
| 10:47:38 | 2 | **Q.**    Okay. |
| 10:47:38 | 3 | **A.**    I never received any letters -- |
| 10:47:39 | 4 | **Q.**    Okay. |
| 10:47:40 | 5 | **A.**    -- addressed to William J. Wagner, |
| 10:47:41 | 6 | Jr. -- |
| 10:47:41 | 7 | **Q.**    Okay. |
| 10:47:41 | 8 | **A.**    -- which was your question. |
| 10:47:42 | 9 | **Q.**    Right.  Did -- did anyone ever make -- |
| 10:47:46 | 10 | make calls to your home for William J. Wagner, Jr.? |
| 10:47:48 | 11 | **A.**    Yes. |
| 10:47:49 | 12 | **Q.**    Okay.  And who -- or let's strike that. |
| 10:47:55 | 13 | How long had that been going on before you |
| 10:47:57 | 14 | received the letter -- or excuse me, before the |
| 10:48:00 | 15 | February 2015 letter was sent to your -- your |
| 10:48:04 | 16 | house? |
| 10:48:04 | 17 | **A.**    It was quite a while ago. |
| 10:48:09 | 18 | **Q.**    Six or seven years?  Does that sound |
| 10:48:12 | 19 | like an approximate -- |
| 10:48:15 | 20 | **A.**    I think so. |
| 10:48:16 | 21 | **Q.**    -- amount? |
| 10:48:17 | 22 | **A.**    Yes. |
| 10:48:17 | 23 | **Q.**    Okay.  And of those people who had |

10:48:22  1  contacted you before, had -- Chiari & Ilecki was

10:48:25  2  not one that had contacted you before?

10:48:27  3        **A.**    Not that I know.

10:48:29  4        **Q.**    Okay.  Do you recall who contacted you

10:48:32  5  before about the debtor?

10:48:34  6        **A.**    Wow.

10:48:37  7        **Q.**    Take -- take your time.  Just to the

10:48:40  8  best you can recall.

10:48:49  9        **A.**    One of the law firms was a Sharon &

10:48:53  10  Litchke or something.  And the other one, I don't

10:48:57  11  remember.

10:48:59  12        **Q.**    So multiple people or organizations

10:49:07  13  contacted you about the debtor in the past?

10:49:11  14        **A.**    Well, yes.

10:49:13  15        **Q.**    Were they ever -- were they always law

10:49:17  16  firms?

10:49:18  17        **A.**    That, I can't tell you.

10:49:20  18        **Q.**    But it sounds like multiple

10:49:22  19  organizations contacted you before about -- about

10:49:25  20  the debt?

10:49:25  21        **A.**    Well, I wouldn't say multiple.  Maybe

10:49:29  22  two or three.

10:49:29  23        **Q.**    Two or three.  Okay.

*Wagner - Woodard - 10/3/16*

32

10:49:29  1        **A.**    Maybe I'm forgetting one.  Who knows?

10:49:32  2        **Q.**    Okay.  But it had been going on for I

10:49:34  3   guess a number of years before February of 2015?

10:49:37  4        **A.**    Yes.

10:49:38  5        **Q.**    Would -- how had you been contacted

10:49:41  6   before about the debtor?

10:49:49  7        **A.**    I believe it was by telephone.

10:49:52  8        **Q.**    Was it always at your home address?

10:49:54  9        **A.**    Yes.

10:49:54 10        **Q.**    Had you ever been contacted in any

10:49:58 11   other way regarding the debtor before February

10:50:02 12   2015?

10:50:02 13        **A.**    They might have sent a letter.  It's

10:50:05 14   been so long, I -- I can't recall.

10:50:06 15        **Q.**    Have you been contacted either by

10:50:20 16   phone, by letter, in person, about the debtor since

10:50:23 17   February of 2015, aside from any interactions with

10:50:27 18   Chiari & Ilecki?

10:50:27 19        **A.**    Could you say that again?

10:50:28 20        **Q.**    Of course.  Yeah.  Since February 2015,

10:50:32 21   have you been contacted by phone or by letter or in

10:50:34 22   person about the debtor, other than -- and with,

10:50:39 23   you know, the events that we're talking about here

10:50:41  1  with Chiari & Ilecki?

10:50:42  2          **A.**    Not that I know of, no.

10:50:44  3          **Q.**    Okay.  Can you estimate about how many

10:50:51  4  times total you had contact with someone looking

10:50:55  5  for the debtor, William J. Wagner, Jr., before

10:50:58  6  February 2015?

10:50:59  7          **A.**    Two or three, I would say.

10:51:00  8          **Q.**    Okay.  And did -- you said that you

10:51:05  9  were contacted by phone, maybe by letter.  Were you

10:51:09 10  ever contacted in -- in person about --

10:51:12 11          **A.**    No.

10:51:13 12          **Q.**    -- William J. Wagner, Jr.?

10:51:14 13          **A.**    Never.

10:51:14 14          **Q.**    Did you ever have anyone, other than

10:51:17 15  working in the debt collection industry, someone

10:51:20 16  contact you saying they were looking for William

10:51:22 17  J. Wagner, Jr.?

10:51:23 18          **A.**    Not that I can remember.

10:51:25 19          **Q.**    Okay.  You don't recall if you ever

10:51:28 20  received advertisements or -- or anything sent

10:51:34 21  to -- solicitations sent to William J. Wagner, Jr.,

10:51:37 22  at your address?

10:51:38 23          **A.**    I would say no.

*Wagner - Woodard - 10/3/16*

34

10:51:39   1          **Q.**   Okay.   In these previous instances in

10:51:44   2   which you've been contacted regarding William

10:51:46   3   J. Wagner, Jr., how did the -- the communication

10:51:51   4   ultimately resolve itself?

10:51:56   5          **A.**   I would call the people back and tell

10:52:00   6   them it wasn't me.

10:52:01   7          **Q.**   Okay.

10:52:03   8          **A.**   And that seemed to satisfy them.

10:52:05   9          **Q.**   Okay.   Other than -- other -- other

10:52:28  10   than from debt collectors, would you ever receive

10:52:30  11   calls from anyone looking for William J. Wagner,

10:52:33  12   Jr., in the past?

10:52:34  13          **A.**   No.

10:52:36  14          **Q.**   Okay.   Now, taking a look back at

10:52:38  15   Exhibit C, the event log, other than the

10:52:44  16   information which is entered in the entry that we

10:52:47  17   were just looking at, the February 12th entry, do

10:52:51  18   you recall anything else that was said during your

10:52:54  19   conversation with Karen from Chiari & Ilecki?

10:52:59  20          **A.**   On February 12th?

10:53:01  21          **Q.**   Correct.

10:53:02  22          **A.**   I do not.

10:53:03  23          **Q.**   Okay.   Did you record the conversation?

*Wagner - Woodard - 10/3/16*

35

| | | |
|---|---|---|
| 10:53:07 | 1 | **A.**   No, I did not. |
| 10:53:08 | 2 | **Q.**   Was anyone else on the phone with you? |
| 10:53:11 | 3 | **A.**   No. |
| 10:53:11 | 4 | **Q.**   Was anyone physically in the same room |
| 10:53:14 | 5 | or -- or near you when you were making the call? |
| 10:53:16 | 6 | **A.**   I don't believe so. |
| 10:53:17 | 7 | **Q.**   Okay.  So what happened next in |
| 10:53:32 | 8 | connection with any communications with Chiari & |
| 10:53:34 | 9 | Ilecki or the -- about the debtor? |
| 10:53:40 | 10 | **A.**   Well, they kept contacting me in |
| 10:53:42 | 11 | various ways. |
| 10:53:43 | 12 | **Q.**   Okay.  Well, what -- what was the -- |
| 10:53:45 | 13 | the next contact? |
| 10:53:46 | 14 | **A.**   I believe they tried to send a letter |
| 10:53:48 | 15 | to my house. |
| 10:53:51 | 16 | **Q.**   Do you recall when that was? |
| 10:53:56 | 17 | **A.**   It was a few days after the phone call |
| 10:54:00 | 18 | with Karen, probably the 15th. |
| 10:54:06 | 19 | **Q.**   And you said that -- that that was a |
| 10:54:16 | 20 | letter that they -- that someone attempted to -- |
| 10:54:18 | 21 | **A.**   Attempted to. |
| 10:54:19 | 22 | **Q.**   -- to deliver at your address? |
| 10:54:21 | 23 | **A.**   That's right. |

*Wagner - Woodard - 10/3/16*

36

| | | |
|---|---|---|
| 10:54:21 | 1 | **Q.**  Okay.  And was it, in fact, delivered? |
| 10:54:24 | 2 | **A.**  No. |
| 10:54:24 | 3 | **Q.**  And -- and why is that? |
| 10:54:25 | 4 | **A.**  I wasn't home. |
| 10:54:27 | 5 | **Q.**  Okay.  Did you receive some sort of |
| 10:54:31 | 6 | notification, then? |
| 10:54:32 | 7 | **A.**  Yes. |
| 10:54:32 | 8 | **Q.**  Okay.  And who was the notification |
| 10:54:37 | 9 | from? |
| 10:54:38 | 10 | **A.**  United States Postal Service. |
| 10:54:40 | 11 | **Q.**  Okay.  And do you have a copy of that |
| 10:54:44 | 12 | notification with you today? |
| 10:54:45 | 13 | **A.**  I do not. |
| 10:54:46 | 14 | **Q.**  Have you given it to your attorney? |
| 10:54:49 | 15 | **A.**  Yes. |
| 10:54:50 | 16 | **MR. WOODARD:**  Okay.  Can we go off a second? |
| 10:54:53 | 17 | (Discussion off the record.) |
| 10:57:28 | 18 | **BY MR. WOODARD:** |
| 10:57:37 | 19 | **Q.**  We were just talking about a |
| 10:57:39 | 20 | notification that you received from the -- the post |
| 10:57:41 | 21 | office? |
| 10:57:41 | 22 | **A.**  Mm-hmm. |
| 10:57:41 | 23 | **Q.**  Is that correct? |

*Wagner - Woodard - 10/3/16*

37

| | | |
|---|---|---|
| 10:57:42 | 1 | **A.** Yes. |
| 10:57:42 | 2 | **Q.** And you said that was -- you think that |
| 10:57:44 | 3 | was a few days after your February 12th phone call? |
| 10:57:47 | 4 | **A.** Yes. |
| 10:57:47 | 5 | **Q.** Do you recall what the -- that notice |
| 10:57:51 | 6 | said? |
| 10:57:53 | 7 | **A.** It was just a piece of paper with tried |
| 10:57:57 | 8 | to deliver a letter, and you weren't home. |
| 10:57:59 | 9 | **Q.** Okay. Okay. And -- and did the notice |
| 10:58:03 | 10 | say whom the correspondence was from? |
| 10:58:06 | 11 | **A.** It may have. |
| 10:58:07 | 12 | **Q.** Okay. Did it have to whom the |
| 10:58:14 | 13 | correspondence was directed? |
| 10:58:15 | 14 | **A.** Yes. |
| 10:58:16 | 15 | **Q.** Did it say William J. Wagner, Jr.? |
| 10:58:17 | 16 | **A.** Yes, it did. |
| 10:58:18 | 17 | **Q.** And so, again, you knew that that |
| 10:58:21 | 18 | wasn't you; that it was the debtor. |
| 10:58:23 | 19 | **A.** That's right. |
| 10:58:26 | 20 | **Q.** Okay. And you said you -- you don't |
| 10:58:30 | 21 | recall whether that notice itself said it was from |
| 10:58:33 | 22 | Chiari & Ilecki? |
| 10:58:33 | 23 | **A.** I believe it did not say that. |

*Wagner - Woodard - 10/3/16*

38

| 10:58:38 | 1 | **Q.**   Okay.  And -- and just to be clear for |
| 10:58:47 | 2 | the record, you've not produced that document to |
| 10:58:50 | 3 | our office as of today, correct? |
| 10:58:55 | 4 | **A.**   Why would I produce the document to |
| 10:58:59 | 5 | your office? |
| 10:59:01 | 6 | **Q.**   Just yes or no. |
| 10:59:02 | 7 | **A.**   I believe I have not. |
| 10:59:04 | 8 | **Q.**   Okay.  Now, what was the next contact |
| 10:59:17 | 9 | that you had with anyone about the debtor? |
| 10:59:20 | 10 | **A.**   Let me take a look at these notes. |
| 10:59:31 | 11 | **Q.**   Sure.  And -- and I'll clarify my |
| 10:59:36 | 12 | question.  When I say "contact," I mean not -- not |
| 10:59:38 | 13 | just oral communications; also if you received |
| 10:59:41 | 14 | anything else in the mail or otherwise. |
| 10:59:44 | 15 | **A.**   I made a second phone call on 3/19. |
| 10:59:59 | 16 | I -- that, I remember.  And it may have been in |
| 11:00:11 | 17 | response to another letter that came. |
| 11:00:12 | 18 | **Q.**   Okay.  Tell me about -- about the other |
| 11:00:18 | 19 | letter that the 3/19 phone call may have -- |
| 11:00:21 | 20 | **A.**   The same as the first one.  It was the |
| 11:00:23 | 21 | U.S. Postal Service.  And I didn't accept it 'cause |
| 11:00:29 | 22 | it wasn't addressed to me. |
| 11:00:37 | 23 | **Q.**   At that time -- and by the way, when |

*Wagner - Woodard - 10/3/16*

39

| | | |
|---|---|---|
| 11:00:39 | 1 | was this?  Do you recall?  In relation to |
| 11:00:44 | 2 | March 19th? |
| 11:00:44 | 3 | A.   I believe it was on March 19th.  I |
| 11:00:51 | 4 | think it was March 19th. |
| 11:00:52 | 5 | Q.   So on or around the date that you next |
| 11:00:56 | 6 | called Chiari & Ilecki? |
| 11:00:56 | 7 | A.   That's right. |
| 11:00:57 | 8 | Q.   Okay.  In between that time period of |
| 11:01:02 | 9 | the first phone call, February 12th, and |
| 11:01:06 | 10 | March 19th, did you receive any other |
| 11:01:09 | 11 | correspondence or mailings that were addressed to |
| 11:01:12 | 12 | William J. Wagner, Jr., other than the two |
| 11:01:14 | 13 | instances you've now told us about? |
| 11:01:15 | 14 | A.   Between what dates? |
| 11:01:16 | 15 | Q.   Between the first phone call, which |
| 11:01:20 | 16 | was -- I believe you said was on February 12th, |
| 11:01:22 | 17 | 2015, and the second phone call, which you just |
| 11:01:25 | 18 | said was on March 19th, 2015. |
| 11:01:27 | 19 | A.   Just those two pieces of paper. |
| 11:01:29 | 20 | Q.   Okay.  So let's talk about the second |
| 11:01:31 | 21 | time.  We talked about the first one.  Let's talk |
| 11:01:33 | 22 | about the second one.  Were you home that time? |
| 11:01:36 | 23 | A.   I was home. |

*Wagner - Woodard - 10/3/16*

40

| | | |
|---|---|---|
| 11:01:36 | 1 | **Q.**   Okay.  And what happened? |
| 11:01:40 | 2 | **A.**   I refused to take the letter. |
| 11:01:45 | 3 | **Q.**   So someone was -- was at the door? |
| 11:01:48 | 4 | They rang the doorbell and knocked on the door? |
| 11:01:50 | 5 | **A.**   I don't remember that. |
| 11:01:51 | 6 | **Q.**   Okay.  You spoke with someone? |
| 11:01:55 | 7 | **A.**   Yes. |
| 11:01:56 | 8 | **Q.**   Well, was that someone from the post |
| 11:01:58 | 9 | office? |
| 11:01:58 | 10 | **A.**   Yes. |
| 11:01:58 | 11 | **Q.**   Okay.  And do you recall what they said |
| 11:02:00 | 12 | to you -- |
| 11:02:02 | 13 | **A.**   No. |
| 11:02:02 | 14 | **Q.**   -- or what you said to them? |
| 11:02:03 | 15 | **A.**   No. |
| 11:02:03 | 16 | **Q.**   Did they show you the letter that they |
| 11:02:06 | 17 | were attempting to deliver? |
| 11:02:08 | 18 | **A.**   No. |
| 11:02:10 | 19 | **Q.**   Did they tell you to whom the -- |
| 11:02:12 | 20 | **A.**   Wait a minute, now.  I'm sorry.  I may |
| 11:02:15 | 21 | be confused.  No.  I never had -- I never saw the |
| 11:02:20 | 22 | letter. |
| 11:02:21 | 23 | **Q.**   Okay. |

*Wagner - Woodard - 10/3/16*

41

11:02:23  1          **A.**    So I think what happened was they left

11:02:25  2   the thing in my mailbox, and I found it when I went

11:02:28  3   out and got my mail.

11:02:31  4          **Q.**    Okay.

11:02:31  5          **A.**    But I don't -- I don't remember why

11:02:33  6   they would not have tried to deliver it if he

11:02:37  7   actually had a letter.

11:02:39  8          **Q.**    Okay.  And did you open this -- this

11:02:45  9   mailing?  This letter that you received?

11:02:47 10          **A.**    No.  I never got it in my hands.

11:02:48 11          **Q.**    Okay.  But you said someone left it in

11:02:51 12   your mailbox?

11:02:51 13          **A.**    No.  A receipt.

11:02:54 14          **Q.**    Okay.

11:02:54 15          **A.**    The second receipt was identical to the

11:02:56 16   first receipt --

11:02:57 17          **Q.**    Okay.

11:02:58 18          **A.**    -- that tried to deliver this and no

11:03:03 19   one was home, or he didn't want to deliver it.  I

11:03:06 20   don't know what happened with that.

11:03:08 21          **Q.**    Okay.

11:03:08 22          **A.**    I may not have been home.  You're

11:03:09 23   asking me things from way back when, and, you know,

*Wagner - Woodard - 10/3/16*

42

| | | |
|---|---|---|
| 11:03:13 | 1 | I don't remember exactly. |
| 11:03:14 | 2 | Q. And that's -- that's totally fine. |
| 11:03:15 | 3 | Please, we'd ask you not to guess. |
| 11:03:17 | 4 | A. Yeah. |
| 11:03:17 | 5 | Q. If you can estimate, that's appropriate |
| 11:03:19 | 6 | to estimate, but yeah. Please don't guess. Just |
| 11:03:23 | 7 | let us know. Say I don't remember. That's fine. |
| 11:03:24 | 8 | A. Yeah. I never touched the letter. |
| 11:03:26 | 9 | Q. Okay. Now, were -- were both letters, |
| 11:03:37 | 10 | were they both sent by certified mail? |
| 11:03:40 | 11 | A. I believe they were. |
| 11:03:40 | 12 | Q. Okay. Do you know whether they were |
| 11:03:42 | 13 | two separate letters or if it was the same letter, |
| 11:03:45 | 14 | just the post office attempted to deliver the same |
| 11:03:48 | 15 | letter twice? |
| 11:03:48 | 16 | A. I do not know that. |
| 11:03:50 | 17 | Q. Okay. And do you know when the letter |
| 11:03:55 | 18 | or letters were sent by the sender? |
| 11:03:59 | 19 | A. No, I don't. |
| 11:04:05 | 20 | Q. So if Chiari & Ilecki has proof that |
| 11:04:09 | 21 | it -- it mailed only -- only one certified mailing |
| 11:04:12 | 22 | to you and that they mailed it at the same time as |
| 11:04:14 | 23 | the first letter that you actually did receive and |

*Wagner - Woodard - 10/3/16*

43

11:04:17  1  opened in February, do you have any evidence that

11:04:20  2  would suggest that that is incorrect?

11:04:26  3      **A.**   Now, just say that again, because --

11:04:28  4      **Q.**   It was a big question.

11:04:29  5      **A.**   That was a --

11:04:29  6      **Q.**   I'll clean it up a little bit.

11:04:31  7          If Chiari & Ilecki has proof that it only

11:04:34  8  mailed one certified mailing to William J. Wagner,

11:04:40  9  Jr., at 5419 Roberts Road, and that if they have

11:04:45 10  proof that that was sent at the same time as

11:04:49 11  Exhibit B, which you did receive, do you have

11:04:53 12  anything that suggests that -- that they aren't

11:04:57 13  telling the truth or any reason to disbelieve?

11:05:00 14      **A.**   Well, I -- I think somewhere on the

11:05:02 15  receipt, they did have a date as to when they tried

11:05:06 16  to contact me with the letter.

11:05:07 17      **Q.**   And that's -- when you say "they,"

11:05:09 18  you're talking about the postal service?

11:05:11 19      **A.**   Yes.  Yes.

11:05:11 20      **Q.**   Do you have any reason to dispute when

11:05:13 21  Chiari & Ilecki placed this certified mailing in

11:05:16 22  the mail?

11:05:16 23      **A.**   I don't know when they mailed it, no.

*Wagner - Woodard - 10/3/16*

44

| | | |
|---|---|---|
| 11:05:19 | 1 | **Q.**   Okay. |
| 11:05:19 | 2 | **A.**   I know when they tried to drop it off |
| 11:05:23 | 3 | at my house 'cause they left the receipt. |
| 11:05:25 | 4 | **Q.**   But that was when the postal service |
| 11:05:28 | 5 | tried to drop it off -- |
| 11:05:30 | 6 | **A.**   Yes. |
| 11:05:30 | 7 | **Q.**   -- not Chiari & Ilecki. |
| 11:05:31 | 8 | **A.**   Exactly. |
| 11:05:32 | 9 | **Q.**   Okay.  Do you think that you have both |
| 11:05:35 | 10 | receipts? |
| 11:05:36 | 11 | **A.**   Do I have both receipts? |
| 11:05:37 | 12 | **Q.**   Yes. |
| 11:05:37 | 13 | **A.**   Yes, I do. |
| 11:05:38 | 14 | **Q.**   Okay.  But you have not produced either |
| 11:05:39 | 15 | one of those in this case so far. |
| 11:05:41 | 16 | **A.**   I have not. |
| 11:05:42 | 17 | **Q.**   Okay.  Did you make any notes about the |
| 11:06:01 | 18 | letters or the notifications that you received, |
| 11:06:03 | 19 | other than the notifications themselves? |
| 11:06:07 | 20 | **A.**   Say that again, because I didn't get |
| 11:06:09 | 21 | that one. |
| 11:06:10 | 22 | **Q.**   Yeah.  Did you jot down any notes for |
| 11:06:13 | 23 | your records? |

*Wagner - Woodard - 10/3/16*

45

11:06:14   1         **A.**    I usually jot down notes when I'm

11:06:17   2    talking to somebody on the phone, so there are some

11:06:20   3    notes.

11:06:20   4         **Q.**    Okay.  But you wouldn't have jotted --

11:06:23   5    jotted down notes about the notifications that you

11:06:26   6    received from the postal service from the letters

11:06:27   7    that you rejected?

11:06:29   8         **A.**    I called and spoke to Kristian --

11:06:32   9         **Q.**    Okay.

11:06:33  10         **A.**    -- and that was about the letters --

11:06:34  11         **Q.**    Okay.

11:06:34  12         **A.**    -- that I was receiving.

11:06:35  13         **Q.**    Okay.

11:06:36  14         **A.**    Wanted to know why they kept sending

11:06:39  15    things to my house.

11:06:41  16         **Q.**    Sure.  I just want to make sure that

11:06:43  17    there aren't any notes that we don't have is what

11:06:45  18    I'm trying to get at.

11:06:45  19         **A.**    Oh, no.  You've got everything that

11:06:47  20    I've got.

11:06:47  21         **Q.**    Okay.  Now, how do you know that the

11:06:50  22    certified mailing or mailings was from Chiari &

11:06:53  23    Ilecki?

*Wagner - Woodard - 10/3/16*

46

| | | |
|---|---|---|
| 11:06:54 | 1 | **A.** How did I know that? |
| 11:06:55 | 2 | **Q.** Yeah. |
| 11:06:56 | 3 | **A.** One of them had Lafayette Square |
| 11:06:59 | 4 | written on the top of it. |
| 11:06:59 | 5 | **Q.** So I'm talking about the -- the two |
| 11:07:01 | 6 | letters or the one letter that you never actually |
| 11:07:05 | 7 | received. Just the -- the ones that the post |
| 11:07:08 | 8 | office tried to deliver and you didn't receive. |
| 11:07:10 | 9 | How do you know that those were from Chiari & |
| 11:07:12 | 10 | Ilecki? |
| 11:07:15 | 11 | **A.** Well, like I say, it had an address on |
| 11:07:21 | 12 | it from Lafayette Square. It was addressed to |
| 11:07:24 | 13 | William J. Wagner, Jr. |
| 11:07:26 | 14 | **Q.** Those were the two notices -- |
| 11:07:26 | 15 | **A.** We were in the process -- |
| 11:07:27 | 16 | **Q.** I'm sorry. |
| 11:07:28 | 17 | **A.** -- of trying to collect a debt from me |
| 11:07:31 | 18 | that I didn't owe. That's how I knew. |
| 11:07:33 | 19 | **Q.** So the two notices that you received |
| 11:07:38 | 20 | from the post office, did they say the address or |
| 11:07:42 | 21 | Chiari & Ilecki? Excuse me. Did they say either |
| 11:07:45 | 22 | Chiari & Ilecki or the Lafayette Square address on |
| 11:07:47 | 23 | those -- |

*Wagner - Woodard - 10/3/16*

47

11:07:48  1          A.   I don't believe they did.

11:07:50  2          Q.   So you -- you don't know, other than by

11:07:52  3   guessing based on the circumstances, that the two

11:08:04  4   notifications you received from the post office

11:08:07  5   related to anything from Chiari & Ilecki?

11:08:09  6          A.   Only the address in the top of the

11:08:11  7   corner, which was the address of their law firm in

11:08:15  8   Lafayette Square.

11:08:15  9          Q.   And that was -- that address was on the

11:08:19 10   two notifications from the post office?

11:08:20 11          A.   On one notification.

11:08:22 12          Q.   On one of them.

11:08:23 13          Was that on the -- do you recall if it was

11:08:24 14   on the February one or the March one?

11:08:26 15          A.   It was on the February one, I believe.

11:08:27 16          Q.   Okay.  Thank you.

11:08:28 17          And then you -- you never saw what the post

11:08:35 18   office was attempting to deliver either in February

11:08:38 19   or March, correct?

11:08:39 20          A.   No.

11:08:40 21          Q.   But the notifications from the post

11:08:43 22   office said it was directed to William J. Wagner,

11:08:45 23   Jr.

*Wagner - Woodard - 10/3/16*

48

11:08:45  1          **A.**    Yes.

11:08:45  2          **Q.**    And so you realized that -- strike

11:08:48  3  that.

11:08:49  4          And so -- so I guess you're -- you're

11:09:09  5  assuming based, again, on the circumstances, that

11:09:12  6  the letter that you never opened was about the same

11:09:17  7  debt that the first letter was about.

11:09:18  8          **A.**    Yes.

11:09:19  9          **Q.**    Okay.  Now, how did you respond to the

11:09:23 10  notification that you received from the post

11:09:25 11  office?

11:09:25 12          **A.**    I called Kristian.

11:09:27 13          **Q.**    Okay.  And -- and you said that that

11:09:30 14  was on or about March 19th?

11:09:31 15          **A.**    Yes.

11:09:32 16          **Q.**    Okay.  Let's take a look back at -- at

11:09:35 17  Exhibit C, the event log.

11:09:40 18          **A.**    Okay.

11:09:40 19          **Q.**    So we're still on page 2 here.

11:09:41 20          **A.**    Yes.

11:09:42 21          **Q.**    Just under the entry that we talked

11:09:45 22  about a little before the February entry.

11:09:47 23          So right underneath it, it says, Kristian,

11:09:51  1  Wagner, William J., Jr., then a number.

11:09:56  2  M.J. Peterson, LLC.

11:09:57  3       **A.**   Mm-hmm.

11:09:57  4       **Q.**   And then 3/19/2015 telephone call.  Is

11:10:02  5  that correct?

11:10:02  6       **A.**   Yes.

11:10:02  7       **Q.**   Okay.  And right next to it, I'll --

11:10:05  8  I'll read the -- the entry that's next to it.

11:10:08  9       William Wagner CO -- I'm guessing that's

11:10:12 10  calls office.  Says he is not debtor.  Says his

11:10:19 11  DOB, date of birth, is in ████████ 1950.  Very upset

11:10:24 12  that he keeps getting letters from our office.

11:10:29 13  ADV -- I'm guessing that advised him can send a

11:10:33 14  copy of DL, driver's license, and SS number if he'd

11:10:38 15  like.  He says for us to just let WI -- I'm

11:10:43 16  guessing that's William Ilecki know that he's not

11:10:47 17  debtor.  Advised we did email attorney.

11:10:49 18       Did I read that correctly?

11:10:51 19       **A.**   Yes, you did.

11:10:51 20       **Q.**   Is that consistent with your

11:10:54 21  recollection of the March 19th telephone call that

11:10:58 22  you had with Chiari & Ilecki?

11:10:59 23       **A.**   Yes.

*Wagner - Woodard - 10/3/16*

50

| | | |
|---|---|---|
| 11:11:00 | 1 | **Q.** Is there anything else that you recall |
| 11:11:04 | 2 | from that conversation? |
| 11:11:11 | 3 | **A.** I just had the idea that they said they |
| 11:11:13 | 4 | were going to take care of this. |
| 11:11:17 | 5 | **Q.** Any -- and why did you have that idea? |
| 11:11:22 | 6 | **A.** Because Kristian said something to that |
| 11:11:25 | 7 | effect. |
| 11:11:25 | 8 | **Q.** Do you remember anything else that was |
| 11:11:32 | 9 | discussed during that phone call? |
| 11:11:33 | 10 | **A.** No, I don't. |
| 11:11:34 | 11 | **Q.** So it says here that you -- you told |
| 11:11:45 | 12 | them that you're not the debtor -- |
| 11:11:47 | 13 | **A.** Correct. |
| 11:11:47 | 14 | **Q.** -- on -- on this phone call. |
| 11:11:48 | 15 | And so -- so, again, you realized that |
| 11:11:51 | 16 | Chiari & Ilecki was looking for someone other than |
| 11:11:54 | 17 | you.  A William J. Wagner other than you. |
| 11:11:56 | 18 | **A.** Yes. |
| 11:11:56 | 19 | **Q.** And they weren't trying to collect |
| 11:11:59 | 20 | from -- from you. |
| 11:12:05 | 21 | **A.** At this point, I started feeling |
| 11:12:10 | 22 | harassed, and I believed they were trying to |
| 11:12:12 | 23 | collect from me. |

*Wagner - Woodard - 10/3/16*

51

11:12:17  1        **Q.**   Well, those are two different things.

11:12:21  2  Did you feel harassed, or did you feel that they

11:12:22  3  were trying to collect from you?

11:12:24  4        **A.**   Both.

11:12:24  5        **Q.**   Okay.

11:12:27  6        **A.**   This matter should have been taken care

11:12:30  7  of the first phone call.

11:12:32  8        **Q.**   Okay.  So this was the point at which

11:12:35  9  you felt that they were trying to collect from you?

11:12:37 10        **A.**   Yes.

11:12:37 11        **Q.**   Now, everything that -- that was sent

11:12:44 12  to your address, again, it was sent to William J.

11:12:46 13  Wagner, Jr., correct?

11:12:47 14        **A.**   Correct.

11:12:47 15        **Q.**   And at least the first letter says it's

11:12:49 16  about something having to do with M.J. Peterson,

11:12:51 17  correct?

11:12:52 18        **A.**   Correct.

11:12:52 19        **Q.**   And you knew you didn't owe that debt,

11:12:54 20  correct?

11:12:54 21        **A.**   Correct.

11:12:55 22        **Q.**   And did -- did anyone at Chiari &

11:13:09 23  Ilecki say anything to suggest that they were

*Wagner - Woodard - 10/3/16*

52

11:13:11  1  looking for anyone other than the real debtor,

11:13:14  2  William J. Wagner, Jr., as of this time?

11:13:23  3       A.   I don't understand the question,

11:13:32  4  actually.

11:13:32  5       Q.   Did anyone at Chiari & Ilecki, as of

11:13:37  6  March 19, 2015, do anything or say anything to give

11:13:41  7  you the impression that they were trying to collect

11:13:43  8  a debt from anyone other than the real debtor,

11:13:47  9  William J. Wagner, Jr.?

11:13:48 10       A.   Well, I felt they were trying to

11:13:50 11  collect it from me.

11:13:51 12       Q.   What -- did they -- did they say

11:13:55 13  anything along those lines?  Did they say anything

11:13:59 14  that suggested that to you?

11:14:00 15       A.   Not -- not that I can recall.

11:14:02 16       Q.   What gave you that impression?

11:14:08 17       A.   What gave me the impression was the

11:14:15 18  whole thing.  I mean, I get a letter from them

11:14:18 19  saying I owe this.  Does that not say that this was

11:14:21 20  addressed to my house?  I call; I tried to resolve

11:14:24 21  it.  And she says okay.  We're going to send an

11:14:28 22  email to the attorney.  We'll take care of it.

11:14:30 23  Then I get letters to my house.

*Wagner - Woodard - 10/3/16*

53

11:14:32   1          Q.    But would you agree that everything

11:14:34   2    that's been sent to you, at least up until this

11:14:37   3    point, is addressed -- let me strike that.

11:14:39   4          Would you agree that all the letters that

11:14:40   5    we've looked at, at least up to this point, are

11:14:42   6    addressed to William J. Wagner, Jr.?

11:14:44   7          A.    Yes.

11:14:45   8          Q.    And you knew that's not you.

11:14:47   9          A.    That's not me.

11:14:47  10          Q.    So you knew they were trying to collect

11:14:50  11    from someone else, a William J. -- William

11:14:51  12    J. Wagner, Jr.

11:14:51  13          A.    Well, if they were trying to collect

11:14:54  14    from someone else, they were harassing me.

11:14:56  15          Q.    Okay.  But --

11:14:57  16          A.    He didn't live there.  I told them at

11:15:00  17    least twice that he didn't live there.  That it

11:15:01  18    wasn't me.  There was no William J. Wagner, Jr., at

11:15:05  19    the house.

11:15:06  20          Q.    And -- and I guess that's sort of --

11:15:09  21    that's the bottom line.  You felt harassed by it.

11:15:13  22          A.    Yes.

11:15:13  23          Q.    You understood -- you understood that

11:15:16  1  they were trying to collect from someone else, but

11:15:17  2  you felt harassed by it; is that right?

11:15:20  3       A.    Well, I felt they were trying to

11:15:22  4  collect from me.

11:15:22  5       Q.    But you knew the -- the letter was not

11:15:24  6  addressed to you, correct?

11:15:25  7       A.    That's correct.  And why it came to my

11:15:29  8  house, I don't know.

11:15:29  9       Q.    Okay.

11:15:31  10       A.    So when letters came to my house saying

11:15:34  11  that I owe a debt, I assume that they're trying to

11:15:36  12  collect it from me.

11:15:37  13       Q.    But the letter doesn't say you owed a

11:15:42  14  debt, does it?

11:15:42  15       A.    The letter doesn't, but the

11:15:48  16  correspondences kept coming to my house.

11:15:50  17       Q.    And -- and all of them were -- were not

11:15:52  18  addressed to you.

11:15:53  19       A.    And they were not addressed to me.

11:15:54  20       Q.    Right?  So that Chiari & Ilecki was not

11:15:56  21  trying to collect from you; you realize that?

11:15:58  22       A.    I don't realize that.  I felt harassed

11:16:03  23  at this point, and I believe that they were trying

11:16:07   1   to collect from me.

11:16:08   2       **Q.**   But you understood that they were --

11:16:11   3   that the letter, at least that you had seen so far,

11:16:13   4   and the notifications were addressed to William

11:16:15   5   J. Wagner, Jr., and you understood that that was

11:16:17   6   not you.

11:16:17   7       **A.**   Yes.  And they should have never come

11:16:21   8   to my house, so you can understand why I would feel

11:16:24   9   like they were harassing me at this point.

11:16:26  10       **Q.**   Did you record your conversation with

11:16:29  11   Kristian --

11:16:30  12       **A.**   No.

11:16:30  13       **Q.**   -- on March 19th?

11:16:32  14       **A.**   No, I didn't.

11:16:33  15       **Q.**   Was anyone else on the phone with you?

11:16:34  16       **A.**   No.

11:16:34  17       **Q.**   Was anyone physically near you when you

11:16:38  18   were on the phone?

11:16:38  19       **A.**   No.

11:16:39  20       **Q.**   What happened next?

11:16:40  21       **A.**   Well, next, I believe I was served with

11:16:47  22   a subpoena.

11:16:48  23       **Q.**   Okay.  And when -- when was that?

*Wagner - Woodard - 10/3/16*

56

11:16:50  1          A.   Oh, let's see.  I don't know if that

11:16:59  2   was the 5/11 date or if it was later than that.  I

11:17:06  3   don't recall the actual date.

11:17:09  4          Q.   If you'd take a look at Exhibit C,

11:17:34  5   page 3, the first entry has -- has a -- is noted a

11:17:43  6   June 17, 2015 telephone call.  Correct?

11:17:48  7          A.   Are you talking about this one here?

11:17:50  8          Q.   Yes, sir.

11:17:51  9          A.   That's -- does that go with that date

11:17:53 10   there?

11:17:53 11          Q.   I believe so.  Yes.

11:17:55 12          A.   All right.  Yes.

11:17:55 13          Q.   Is that -- so when in relation to that

11:17:58 14   telephone call do you think a subpoena was served

11:18:02 15   at your address?

11:18:03 16          A.   Oh, I probably would have called the

11:18:05 17   very day that it was served.

11:18:12 18          MR. WOODARD:   Okay.  Let's mark as -- where

11:18:18 19   are we?  D?  I apologize.  This one is not stapled.

11:18:18 20          **The following was marked for Identification:**

11:18:18 21          **EXH. D   Subpoena duces tecum with**

11:18:18 22                          **restraining order, three**

11:19:25 23                          **pages**

*Wagner - Woodard - 10/3/16*

11:19:25   1          **BY MR. WOODARD:**

11:19:31   2          **Q.**   All right.  Mr. Wagner, I'm showing you

11:19:32   3   what's been marked as Exhibit D.  If you'd take a

11:19:38   4   look at that, please.

11:19:53   5          Do you recognize what that is, sir?

11:19:55   6          **A.**   Yeah.  It's the subpoena they served me

11:19:57   7   with.

11:19:58   8          **Q.**   Okay.  Now, that subpoena is -- is also

11:20:04   9   addressed to the debtor, William J. Wagner, Jr.

11:20:07   10          **A.**   Yes.

11:20:08   11          **Q.**   Correct?

11:20:08   12          And at the top, it has a caption that says

11:20:17   13   M.J. Peterson, LLC, versus William J. Wagner, Jr.

11:20:19   14          **A.**   Right.

11:20:19   15          **Q.**   Right?

11:20:20   16          And then a little below it, there's a

11:20:27   17   paragraph that starts whereas, and in the middle of

11:20:30   18   that paragraph it says that a judgment was entered

11:20:33   19   on May 10th, 2006, in favor of said judgment

11:20:37   20   creditor and against judgment debtor William

11:20:40   21   J. Wagner, Jr.  Is that correct?

11:20:42   22          **A.**   That's correct.

11:20:42   23          **Q.**   And so -- and so you understood that

*Wagner - Woodard - 10/3/16*

58

| | | |
|---|---|---|
| 11:20:46 | 1 | that was not you, the person who was being |
| 11:20:49 | 2 | referenced in there, correct? |
| 11:20:52 | 3 | **A.** Well, I knew it wasn't me. |
| 11:20:53 | 4 | **Q.** You -- you never were involved with a |
| 11:20:56 | 5 | lawsuit with M.J. Peterson? |
| 11:20:57 | 6 | **A.** I was not. |
| 11:20:58 | 7 | **Q.** Okay. |
| 11:20:59 | 8 | **A.** Never. |
| 11:21:00 | 9 | **Q.** Okay. So you knew a judgment had not |
| 11:21:02 | 10 | been entered against you. |
| 11:21:03 | 11 | **A.** That's true. |
| 11:21:03 | 12 | **Q.** Now, how -- how was this subpoena |
| 11:21:09 | 13 | served? |
| 11:21:09 | 14 | **A.** The server drove up into my yard, and I |
| 11:21:15 | 15 | was in my yard at the time, and he handed it to me. |
| 11:21:17 | 16 | **Q.** Okay. Can you describe him? |
| 11:21:19 | 17 | **A.** Can I describe him? |
| 11:21:20 | 18 | **Q.** Or her. |
| 11:21:21 | 19 | **A.** White male. Probably my size. Dark |
| 11:21:26 | 20 | hair. |
| 11:21:26 | 21 | **Q.** Well, do you know whether he was an |
| 11:21:29 | 22 | employee of Chiari & Ilecki or whether he was an |
| 11:21:31 | 23 | independent process server? |

| | | | |
|---|---|---|---|
| 11:21:34 | 1 | **A.** | I don't know that. |
| 11:21:35 | 2 | **Q.** | Okay.  Did he -- did he hand the |

11:21:39 3 subpoena directly to you?

11:21:40 4     **A.**    Yes, he did.

11:21:40 5     **Q.**    Did he hand you anything other than the

11:21:42 6 subpoena?

11:21:42 7     **A.**    No.

11:21:43 8     **Q.**    Did you speak with him at all?

11:21:49 9     **A.**    Yes, we did.

11:21:50 10     **Q.**    What -- who spoke first?

11:21:52 11     **A.**    Well, he did.

11:21:53 12     **Q.**    What did he say?

11:21:54 13     **A.**    Have you ever been served before?  In a

11:21:57 14 loud voice that my neighbors could hear --

11:21:59 15     **Q.**    Okay.

11:21:59 16     **A.**    -- if -- if anybody had been out, and I

11:22:02 17 don't know if they did.

11:22:03 18     **Q.**    Okay.  Do you recall seeing anyone

11:22:05 19 outside?

11:22:06 20     **A.**    No, I don't.

11:22:07 21     **Q.**    Do you recall hearing anyone outside?

11:22:10 22     **A.**    No.

11:22:10 23     **Q.**    Okay.  So as far as you know, no one

*Wagner - Woodard - 10/3/16*

| | | |
|---|---|---|
| 11:22:13 | 1 | was outside? |
| 11:22:13 | 2 | **A.**   I don't know. |
| 11:22:14 | 3 | **Q.**   Can you point anything that would lead |
| 11:22:16 | 4 | you to believe someone was outside? |
| 11:22:17 | 5 | **A.**   Who knows? |
| 11:22:18 | 6 | **Q.**   Can you point anything specific? |
| 11:22:21 | 7 | **A.**   Well, I -- I already said I didn't see |
| 11:22:23 | 8 | or hear anyone.  But that doesn't mean that someone |
| 11:22:26 | 9 | wasn't -- |
| 11:22:26 | 10 | **Q.**   Sure.  I'm just -- |
| 11:22:27 | 11 | **A.**   -- in range hearing -- |
| 11:22:29 | 12 | **Q.**   I'm just trying to gather a -- |
| 11:22:30 | 13 | **A.**   -- since the houses are pretty close |
| 11:22:32 | 14 | there. |
| 11:22:32 | 15 | **Q.**   Okay.  And what did you say in response |
| 11:22:39 | 16 | to what the process server said? |
| 11:22:43 | 17 | **A.**   I told him to keep his voice down. |
| 11:22:47 | 18 | **Q.**   What did he say in response to that? |
| 11:22:48 | 19 | **A.**   Not much. |
| 11:22:50 | 20 | **Q.**   What was the rest of your communication |
| 11:22:53 | 21 | with him? |
| 11:22:54 | 22 | **A.**   Well, he seemed to be focused on how |
| 11:22:57 | 23 | young I look for my age -- |

*Wagner - Woodard - 10/3/16*

61

| | | |
|---|---|---|
| 11:23:00 | 1 | **Q.**    That's a good thing. |
| 11:23:01 | 2 | **A.**    -- which was strange.  We may have said |
| 11:23:03 | 3 | one or two other things, which I don't remember. |
| 11:23:05 | 4 | That -- that, I kind of remember, because that |
| 11:23:09 | 5 | stood out. |
| 11:23:10 | 6 | **Q.**    Yeah.  Did you and the process server |
| 11:23:18 | 7 | discuss what he was handing to you? |
| 11:23:22 | 8 | **A.**    No. |
| 11:23:23 | 9 | **Q.**    Did he ask you to sign for it? |
| 11:23:26 | 10 | **A.**    I don't remember that. |
| 11:23:27 | 11 | **Q.**    Did you have any discussion with him |
| 11:23:35 | 12 | about the debtor or the debt? |
| 11:23:38 | 13 | **A.**    Not that I can recall. |
| 11:23:39 | 14 | **Q.**    Do you recall anything else that was |
| 11:23:45 | 15 | said during your communication with -- |
| 11:23:47 | 16 | **A.**    No, I don't. |
| 11:23:48 | 17 | **Q.**    -- the process server? |
| 11:23:49 | 18 | **A.**    No. |
| 11:23:50 | 19 | **Q.**    Was the -- the subpoena that he served, |
| 11:23:57 | 20 | was it in an envelope, or was it just pieces of |
| 11:24:00 | 21 | paper? |
| 11:24:00 | 22 | **A.**    It was in an envelope. |
| 11:24:02 | 23 | **Q.**    Okay.  Did you open it in front of him, |

11:24:04  1  do you recall?

11:24:04  2         **A.**   I don't believe I did.

11:24:05  3         **Q.**   Okay.  So then at some point you opened

11:24:07  4  it on your own?

11:24:08  5         **A.**   Yes.

11:24:08  6         **Q.**   Okay.  And how did you respond?

11:24:23  7         **A.**   Well, I called the office again.

11:24:25  8         **Q.**   So if you look back on the events log,

11:24:35  9  again, at the top of page 3 there's an entry that

11:24:38  10 says Karen, William -- or Wagner, William J., Jr.,

11:24:44  11 M.J. Peterson LLC, 6/17/2015 telephone call?

11:24:49  12        **A.**   Yes.

11:24:49  13        **Q.**   Is that -- is that the telephone call

11:24:51  14 you're referring to?

11:24:52  15        **A.**   Yes.

11:24:52  16        **Q.**   Okay.  So I'll read the description

11:24:54  17 that's next to it, if you could read it along to

11:24:56  18 yourself.

11:24:58  19        A William Wagner calls office.  Served with

11:25:01  20 papers.  Said not him, and no junior lives there.

11:25:05  21 He doesn't even have a junior in family.  Told

11:25:09  22 William per conversation with KB.  He was to send

11:25:14  23 in driver's lic, L-I-C, license, and never

*Wagner - Woodard - 10/3/16*

63

| | | |
|---|---|---|
| 11:25:20 | 1 | received.  D thought sent out.  Claims we are |
| 11:25:25 | 2 | harassing him, and he's contacted his attorney. |
| 11:25:30 | 3 | Did I read that correctly? |
| 11:25:32 | 4 | **A.** Yes. |
| 11:25:32 | 5 | **Q.** So does -- does that accurately |
| 11:25:41 | 6 | characterize your conversation on June 17th? |
| 11:25:47 | 7 | **A.** I believe it does. |
| 11:25:48 | 8 | **Q.** Okay.  Do you -- do you recall anything |
| 11:25:49 | 9 | else that was said during that conversation? |
| 11:25:51 | 10 | **A.** I never agreed to send in my driver's |
| 11:25:56 | 11 | license. |
| 11:25:56 | 12 | **Q.** You never did? |
| 11:25:57 | 13 | **A.** No. |
| 11:25:57 | 14 | **Q.** Okay.  And -- |
| 11:25:59 | 15 | **A.** We talked about it.  I never agreed to |
| 11:26:00 | 16 | do that. |
| 11:26:01 | 17 | **Q.** Okay.  And at -- at no point did you |
| 11:26:04 | 18 | send in your driver's license to Chiari & Ilecki? |
| 11:26:06 | 19 | **A.** At no point did I. |
| 11:26:07 | 20 | **Q.** At no point did you send in your Social |
| 11:26:10 | 21 | Security card? |
| 11:26:10 | 22 | **A.** I did not. |
| 11:26:10 | 23 | **Q.** And -- and at no point did you give |

*Wagner - Woodard - 10/3/16*

64

11:26:13  1  Chiari & Ilecki your -- your complete Social

11:26:15  2  Security number?

11:26:15  3         **A.**   I did not.

11:26:16  4         **Q.**   Okay.  Did -- did you ever send them or

11:26:19  5  tell them any verifiable proof of your identity at

11:26:25  6  any point in time?

11:26:25  7         **A.**   Well, I tried to give them part of my

11:26:28  8  Social Security number and my date of birth.

11:26:33  9         **Q.**   Did you ever give them any other

11:26:35 10  information?

11:26:35 11         **A.**   I believe I mentioned that I had lived

11:26:37 12  in my house since 1984.

11:26:40 13         **Q.**   Any other information?

11:26:41 14         **A.**   At this time, I can't remember that.

11:26:43 15         **Q.**   Okay.  And I'm -- I'm referring to any

11:26:46 16  conversations you've ever had with Chiari & Ilecki.

11:26:48 17  You don't recall any other information that you

11:26:49 18  gave them at this time?

11:26:52 19         **A.**   No.  That's -- that's pretty much it.

11:26:54 20         **Q.**   Okay.  Turning back to the June 17th

11:26:59 21  conversation specifically, so you indicated to

11:27:08 22  Chiari & Ilecki that William J. Wagner, Jr., here,

11:27:12 23  that was not you.  Correct?

*Wagner - Woodard - 10/3/16*

65

| 11:27:14 | 1 | **A.** Correct. |

11:27:14  2        **Q.** So you -- you understood that this

11:27:15  3  person was not you, but you felt -- you felt

11:27:20  4  harassed by them.

11:27:20  5        **A.** Yes.

11:27:21  6        **Q.** Right?

11:27:21  7        **A.** Exactly.

11:27:22  8        **Q.** Okay. So can you understand --

11:27:26  9        Strike that.

11:27:31 10        I guess, to you, is that what this case is

11:27:36 11  about? It's you feel harassed by -- by what

11:27:39 12  occurred?

11:27:40 13        **A.** Most assuredly.

11:27:42 14        **Q.** Okay. Now, did -- did you record the

11:27:58 15  June 17th conversation?

11:27:59 16        **A.** No, I did not.

11:28:00 17        **Q.** Did -- was anyone else on the phone

11:28:03 18  with you?

11:28:03 19        **A.** No.

11:28:04 20        **Q.** And was anyone in the room or

11:28:05 21  physically near you when the conversation occurred?

11:28:08 22  No?

11:28:08 23        **A.** No.

*Wagner - Woodard - 10/3/16*

66

11:28:09  1          Q.    Okay.  What happened after that?

11:28:15  2          A.    Well, I contacted my attorney.

11:28:18  3          Q.    And did you have any further

11:28:23  4     communication with Chiari & Ilecki after this

11:28:27  5     June 17th call?

11:28:28  6          A.    I did not.

11:28:29  7          Q.    Okay.  Have you told us about all --

11:28:34  8     any interaction or communication or correspondence,

11:28:36  9     anything with Chiari & Ilecki that -- that happened

11:28:39 10     in this case?

11:28:40 11          A.    To the best of my knowledge.

11:28:41 12          Q.    Okay.  Since the June 17th phone call,

11:28:51 13     has anything else from Chiari & Ilecki been sent to

11:28:54 14     your address?

11:28:56 15          A.    I don't believe so.

11:28:57 16          Q.    Okay.  Are you aware of anything that

11:29:05 17     Chiari & Ilecki has said either to you or to anyone

11:29:08 18     else about this lawsuit that you haven't already

11:29:10 19     told us?

11:29:11 20          A.    I've not aware of anything.

11:29:15 21          Q.    Okay.  Has anyone other than your

11:29:18 22     attorney spoken critically or negatively about

11:29:24 23     Chiari & Ilecki -- Chiari & Ilecki's actions here?

*Wagner - Woodard - 10/3/16*

67

11:29:32  1      A.    You've got to rephrase that question.

11:29:34  2  That doesn't make sense to me.

11:29:36  3      Q.    Sure.  Has -- has anyone other than

11:29:37  4  your attorney criticized Chiari & Ilecki, what --

11:29:40  5  what they allegedly did here?

11:29:42  6      A.    I don't know who criticizes Chiari &

11:29:44  7  Ilecki.  I have no -- no clue who does.

11:29:46  8      Q.    Sure.  To you, has anyone spoken

11:29:49  9  negatively about what Chiari & Ilecki did in this

11:29:52 10  case other than your attorney?

11:29:53 11      A.    No.  I've not talked to anybody else --

11:29:56 12      Q.    Okay.

11:29:56 13      A.    -- about this.

11:30:04 14      **MR. WOODARD:**  Okay.  Let's mark this one as

11:30:08 15  the next exhibit.

11:30:08 16          **The following was marked for Identification:**

11:30:08 17          **EXH. E   Letter dated February 9, 2015, from**

11:30:08 18                    **Melissa Overbeck to William**

11:30:46 19                    **J. Wagner, Jr.**

11:30:46 20      **BY MR. WOODARD:**

11:30:47 21      Q.    Now, Mr. Wagner, I'm showing you what's

11:30:50 22  been marked as Exhibit E.

11:30:51 23      A.    Mm-hmm.

*Wagner - Woodard - 10/3/16*

68

| | | |
|---|---|---|
| 11:30:51 | 1 | **Q.**   Do you recognize what that is? |
| 11:30:53 | 2 | **A.**   Yes. |
| 11:30:53 | 3 | **Q.**   What is it? |
| 11:30:54 | 4 | **A.**   That's the letter I received. |
| 11:30:57 | 5 | **Q.**   Okay.  And there's some handwritten |

notes on this document, correct?

**A.**   Yes.  Yes, there are.

**Q.**   Did you write both of those?

**A.**   Yes, I did.

**Q.**   I notice that they're in slightly
different handwritings, but -- but you think you
wrote both of them?

**A.**   I wrote both of those.

**Q.**   Okay.  I mean, the one's in cursive,
and one's in block lettering.

**A.**   Yeah.

**Q.**   Okay.  And do you recall when you wrote
those notes?

**A.**   Do I recall when I wrote them?

**Q.**   Mm-hmm.

**A.**   On the dates I have established.

**Q.**   Okay.  So the -- the -- you wrote them
on the dates that are written on here; is that

11:31:34   1  right?

11:31:34   2          **A.**    Yes.

11:31:35   3          **Q.**    The -- the one says February 12, 2015,

11:31:38   4  correct?

11:31:38   5          **A.**    Yes.

11:31:38   6          **Q.**    And you wrote that on that sometime

11:31:41   7  that day?

11:31:41   8          **A.**    Yes, I did.  As I was speaking.

11:31:43   9          **Q.**    Okay.  So -- okay.  And -- and the --

11:31:46  10  the other note at the bottom of the page says

11:31:48  11  March 19, 2015, right?

11:31:50  12          **A.**    Right.

11:31:50  13          **Q.**    And you wrote that on that date as

11:31:53  14  well, you're saying?

11:31:53  15          **A.**    Well, yes.

11:31:55  16          **Q.**    Was it on that date, or you think it

11:31:57  17  was on some other date?

11:31:58  18          **A.**    No.  It was on that date.  It was on

11:32:00  19  that date.

11:32:00  20          **Q.**    Okay.  I notice that you wrote a time

11:32:07  21  under the first note but not under the second note.

11:32:09  22  Is there any reason for that?

11:32:10  23          **A.**    No.

*Wagner - Woodard - 10/3/16*

70

| | |
|---|---|
| 11:32:10 | 1 |

      **Q.**   Okay.  And the time under the first
note, is that about the time that you spoke with
Chiari & Ilecki on February 12th?

      **A.**   Yes.

      **Q.**   Okay.  Did you make a note from the --
the June 2015 call?

      **A.**   No, I didn't.

      **Q.**   Okay.  And was there a reason for that?

      **A.**   No.

      **Q.**   Now, Mr. Wagner, have you suffered any
damages or injuries as a result of Chiari &
Ilecki's actions at issue here?

      **A.**   You mean like psychological or
physical?

      **Q.**   Any -- any kind -- how have you been
harmed at all, if you feel like you've been harmed
in any way?

      **A.**   Well, I'm sure that I'm suffering from
hypertension.  Phone calls, I -- I mean, they were
not friendly phone calls.  I -- you know.  I think
about this at different times of day and night.
You know, someone trying to badger me into
collecting a debt that I don't owe.  So I -- a

*Wagner - Woodard - 10/3/16*

71

11:33:35  1  little sleeplessness, nervousness, upset stomach

11:33:39  2  that -- you know, there's all sorts of things that

11:33:41  3  happen.  But hypertension is one thing that

11:33:49  4  certainly I experience.

11:33:52  5      **Q.**   And any other conditions like that that

11:33:56  6  you've experienced?

11:33:57  7      **A.**   There may be.  I -- I -- those are the

11:34:00  8  ones that come to mind right now.

11:34:02  9      **Q.**   Okay.  And you never ultimately had to

11:34:08 10  do anything in response to the -- the subpoena that

11:34:13 11  you received.  Correct?  I'll -- let me rephrase

11:34:19 12  that.

11:34:19 13      You never were -- were deposed or had to

11:34:24 14  turn over any documents --

11:34:26 15      **A.**   No.

11:34:26 16      **Q.**   -- in response to the subpoena,

11:34:28 17  correct?

11:34:28 18      **A.**   Correct.

11:34:29 19      **Q.**   Have you incurred any expenses as a

11:34:32 20  result of Chiari & Ilecki's alleged actions?

11:34:37 21      **A.**   I don't believe so.  There may be legal

11:34:42 22  fees coming up.  I don't know.

11:34:43 23      **Q.**   Now, you mentioned that you experienced

*Wagner - Woodard - 10/3/16*

72

| | | |
|---|---|---|
| 11:34:54 | 1 | hypertension. |
| 11:34:56 | 2 | **A.**    Mm-hmm. |
| 11:34:57 | 3 | **Q.**    Do you have a history of hypertension? |
| 11:34:59 | 4 | **A.**    Yes. |
| 11:35:01 | 5 | **Q.**    Do you receive medical treatment on -- |
| 11:35:06 | 6 | **A.**    Yes. |
| 11:35:06 | 7 | **Q.**    -- account of hypertension? |
| 11:35:07 | 8 | **A.**    Yes, I do. |
| 11:35:07 | 9 | **Q.**    How long have you been -- have you |
| 11:35:09 | 10 | received that for? |
| 11:35:09 | 11 | **A.**    Probably 20 years. |
| 11:35:11 | 12 | **Q.**    Okay.  Are -- are you medicated -- |
| 11:35:14 | 13 | **A.**    Yes. |
| 11:35:14 | 14 | **Q.**    -- for that? |
| 11:35:26 | 15 | And what -- what's your understanding of |
| 11:35:28 | 16 | what hypertension means? |
| 11:35:30 | 17 | **A.**    Well, to me, it's a -- a rise in blood |
| 11:35:35 | 18 | pressure -- |
| 11:35:35 | 19 | **Q.**    Okay. |
| 11:35:37 | 20 | **A.**    -- which I experienced that day after |
| 11:35:39 | 21 | the phone call. |
| 11:35:40 | 22 | **Q.**    You could feel your -- |
| 11:35:44 | 23 | **A.**    No.  I take my blood pressure on a |

*Wagner - Woodard - 10/3/16*

73

| | | |
|---|---|---|
| 11:35:45 | 1 | regular basis. |
| 11:35:46 | 2 | **Q.**   Okay.  What -- what's your normal blood |
| 11:35:50 | 3 | pressure? |
| 11:35:50 | 4 | **A.**   I want to say about 140 over 80. |
| 11:36:02 | 5 | **Q.**   And that was the case as of January and |
| 11:36:07 | 6 | February 2015, as well? |
| 11:36:10 | 7 | **A.**   Well, on any given day, it can be |
| 11:36:14 | 8 | anything. |
| 11:36:14 | 9 | **Q.**   Okay.  And what was your blood pressure |
| 11:36:16 | 10 | after -- when you took it and it was elevated after |
| 11:36:19 | 11 | one of those instances? |
| 11:36:20 | 12 | **A.**   After the subpoena, it was about 210 |
| 11:36:25 | 13 | over 95. |
| 11:36:26 | 14 | **Q.**   Okay.  And were you taking your |
| 11:36:31 | 15 | medication at the time? |
| 11:36:32 | 16 | **A.**   Oh, yes. |
| 11:36:32 | 17 | **Q.**   Are there other instances when your |
| 11:36:36 | 18 | blood pressure has arisen that high? |
| 11:36:39 | 19 | **A.**   No. |
| 11:36:42 | 20 | **Q.**   What's the highest it's gone on any |
| 11:36:44 | 21 | other occasion? |
| 11:36:45 | 22 | **A.**   Probably about 190 over 90 or so. |
| 11:36:57 | 23 | **Q.**   And do you know how long it -- it |

*Wagner - Woodard - 10/3/16*

74

| | | |
|---|---|---|
| 11:37:04 | 1 | remained at 210 over 95? |
| 11:37:08 | 2 | **A.**   Well, I went to bed about 10 o'clock, |
| 11:37:14 | 3 | so it was still up high. |
| 11:37:16 | 4 | **Q.**   And it was okay in the morning? |
| 11:37:20 | 5 | **A.**   Say that again. |
| 11:37:21 | 6 | **Q.**   It was okay in the morning? |
| 11:37:22 | 7 | **A.**   The next morning?  I'd have to look |
| 11:37:27 | 8 | back and see if I have notes on that, but -- |
| 11:37:30 | 9 | **Q.**   Okay. |
| 11:37:30 | 10 | **A.**   -- I -- I don't want to say right now. |
| 11:37:32 | 11 | **Q.**   Do you keep a log or some sort of notes |
| 11:37:37 | 12 | about your blood pressure? |
| 11:37:37 | 13 | **A.**   I do. |
| 11:37:38 | 14 | **Q.**   Okay. |
| 11:37:38 | 15 | **A.**   I do. |
| 11:37:39 | 16 | **Q.**   Is that something you did before |
| 11:37:41 | 17 | February 2015? |
| 11:37:42 | 18 | **A.**   Yes. |
| 11:37:43 | 19 | **Q.**   How long -- how long have you been |
| 11:37:45 | 20 | doing that? |
| 11:37:45 | 21 | **A.**   Oh, probably about three years. |
| 11:37:48 | 22 | **Q.**   Okay.  Have -- have you told any |
| 11:38:00 | 23 | doctors or medical care providers about this |

*Wagner - Woodard - 10/3/16*

75

| | | |
|---|---|---|
| 11:38:05 | 1 | instance? |
| 11:38:06 | 2 | **A.**    What instance are you talking about? |
| 11:38:11 | 3 | **Q.**    Any of the events at issue in this |
| 11:38:13 | 4 | lawsuit. |
| 11:38:14 | 5 | **A.**    I didn't mention it directly, no. |
| 11:38:16 | 6 | **Q.**    Okay.  So you didn't tell -- you didn't |
| 11:38:19 | 7 | tell any doctor or medical care provider that |
| 11:38:21 | 8 | you -- your blood pressure was up because of |
| 11:38:23 | 9 | something Chiari & Ilecki did? |
| 11:38:24 | 10 | **A.**    I don't believe I did, no. |
| 11:38:26 | 11 | **Q.**    Okay.  Have you sought out any |
| 11:38:37 | 12 | additional medical treatment or counseling as a |
| 11:38:40 | 13 | result of this -- of the actions at issue in this |
| 11:38:44 | 14 | lawsuit? |
| 11:38:44 | 15 | **A.**    No. |
| 11:38:45 | 16 | **Q.**    You said that you have experienced |
| 11:39:02 | 17 | nervousness as well.  Can you describe that to us? |
| 11:39:05 | 18 | **A.**    Well, it's really to the hypertension. |
| 11:39:11 | 19 | And, like I say, at night when I wake up or |
| 11:39:18 | 20 | whatever, I -- I think about -- I was thinking |
| 11:39:21 | 21 | about it quite a bit at that time.  And it would, |
| 11:39:29 | 22 | you know, make me feel nervous and anxious. |
| 11:39:33 | 23 | **Q.**    You mentioned that -- that you'd woken |

*Wagner - Woodard - 10/3/16*

76

11:39:44  1   up at night thinking about this.  About the events

11:39:47  2   at issue in this lawsuit.

11:39:48  3        **A.**   Sometimes, yes.

11:39:49  4        **Q.**   How many times was that, would you say?

11:39:50  5        **A.**   Well --

11:39:54  6        **Q.**   Or time?

11:39:55  7        **A.**   It would have been probably four or

11:40:02  8   five times around the time of that letter.  That

11:40:04  9   letter really upset me.

11:40:05 10        **Q.**   Okay.  Are you talking about the

11:40:07 11   subpoena?

11:40:07 12        **A.**   Yes.

11:40:07 13        **Q.**   Okay.  Do you -- do you often wake up

11:40:14 14   at night, not necessarily because of this, but just

11:40:16 15   generally?

11:40:19 16        **A.**   I do.

11:40:22 17        **Q.**   Have you suffered from insomnia before

11:40:25 18   February of 2015?

11:40:26 19        **A.**   I wouldn't say I suffer from insomnia.

11:40:30 20        **Q.**   You just wake up at -- you -- it's not

11:40:33 21   uncommon for you to wake up, even before

11:40:37 22   February 2015?

11:40:37 23        **A.**   I wake up and go back to sleep.  You

| | | |
|---|---|---|
| 11:40:40 | 1 | know.  Do what you have to do and go back to sleep. |
| 11:40:43 | 2 | **Q.**   Okay. |
| 11:40:44 | 3 | **A.**   On these occasions, I found it a little |
| 11:40:46 | 4 | harder to go back to sleep. |
| 11:40:48 | 5 | **Q.**   Sure.  And did you suffer from |
| 11:40:50 | 6 | nervousness before February 2015? |
| 11:40:54 | 7 | **A.**   Hmm.  I would say not to the same |
| 11:40:58 | 8 | extent. |
| 11:40:58 | 9 | **Q.**   Okay.  You experienced some nervousness |
| 11:41:02 | 10 | before February 2015? |
| 11:41:03 | 11 | **A.**   Yeah.  There was nervousness related to |
| 11:41:06 | 12 | this incident. |
| 11:41:06 | 13 | **Q.**   Okay.  But you've experienced similar |
| 11:41:08 | 14 | nervousness before? |
| 11:41:09 | 15 | **A.**   I don't know. |
| 11:41:10 | 16 | **Q.**   Okay.  And you said you -- you've not |
| 11:41:16 | 17 | sought medical treatment or counseling as a result |
| 11:41:18 | 18 | of -- |
| 11:41:19 | 19 | **A.**   That's true. |
| 11:41:19 | 20 | **Q.**   -- of these -- these events? |
| 11:41:22 | 21 | **A.**   That's true. |
| 11:41:22 | 22 | **MR. WOODARD:**  Okay.  Okay.  Let's mark this |
| 11:41:42 | 23 | as the next exhibit.  Are we at F? |

*Wagner - Woodard - 10/3/16*

78

| | | |
|---|---|---|
| 11:41:42 | 1 | **The following was marked for Identification:** |
| 11:41:42 | 2 | **EXH. F   Plaintiff's Response to Defendant's** |
| 11:42:31 | 3 | **first set of interrogatories** |
| 11:42:31 | 4 | **BY MR. WOODARD:** |
| 11:42:31 | 5 | **Q.**   Thank you. |
| 11:42:32 | 6 | If you'd take a look at Exhibit F which I |
| 11:42:39 | 7 | just handed you, Mr. Wagner. |
| 11:42:42 | 8 | **A.**   Yes. |
| 11:42:42 | 9 | **Q.**   Have you seen that before? |
| 11:42:44 | 10 | **A.**   Yes. |
| 11:42:45 | 11 | **Q.**   And if you flip to the last page, |
| 11:43:18 | 12 | does -- it's dated September 23, 2016, correct? |
| 11:43:25 | 13 | **A.**   Correct. |
| 11:43:25 | 14 | **Q.**   Is that about the time that -- that you |
| 11:43:27 | 15 | recall seeing it? |
| 11:43:35 | 16 | **A.**   Approximately. |
| 11:43:36 | 17 | **Q.**   Okay.  And were you asked to verify |
| 11:43:47 | 18 | your responses to the interrogatories -- |
| 11:43:52 | 19 | **A.**   Yes. |
| 11:43:52 | 20 | **Q.**   -- that are on Exhibit F? |
| 11:43:54 | 21 | **A.**   Yes, I was. |
| 11:43:55 | 22 | **Q.**   Okay.  Now, I'll draw your attention to |
| 11:44:10 | 23 | page 4 to interrogatory number 4. |

*Wagner - Woodard - 10/3/16*

79

| | | |
|---|---|---|
| 11:44:17 | 1 | **A.**   Yes. |
| 11:44:17 | 2 | **Q.**   Now, interrogatory number 4 states, |
| 11:44:20 | 3 | describe in detail the emotional distress and |
| 11:44:22 | 4 | nervous, upset, anxious state that Plaintiff |
| 11:44:25 | 5 | allegedly has experienced as a result of |
| 11:44:26 | 6 | Defendant's alleged violations of the FDCPA.  Is |
| 11:44:29 | 7 | that correct? |
| 11:44:29 | 8 | **A.**   Yes. |
| 11:44:29 | 9 | **Q.**   And then if you look at -- down at your |
| 11:44:33 | 10 | response, it says, he -- I believe referring to |
| 11:44:37 | 11 | you -- also suffered humiliation and embarrassment |
| 11:44:40 | 12 | and nervousness regarding what his neighbors |
| 11:44:42 | 13 | possibly heard when the process server served him |
| 11:44:46 | 14 | with a subpoena signed by Melissa Overbeck. |
| 11:44:48 | 15 | **A.**   Yes. |
| 11:44:49 | 16 | **Q.**   Is that the -- what you described to us |
| 11:44:51 | 17 | already, about the possibility -- |
| 11:44:52 | 18 | **A.**   Yes. |
| 11:44:52 | 19 | **Q.**   -- of someone being outside? |
| 11:44:54 | 20 | **A.**   Yes, it is. |
| 11:44:55 | 21 | **Q.**   But you didn't hear or see anyone |
| 11:44:58 | 22 | outside? |
| 11:44:58 | 23 | **A.**   I did not. |

*Wagner - Woodard - 10/3/16*

80

11:44:58  1       **Q.**   Okay.  In addition to what you've told

11:45:08  2   us today and what is written in response to

11:45:13  3   interrogatory number 4, have you experienced any

11:45:15  4   other emotional injuries or psychological injuries

11:45:23  5   as a result of the events at issue?

11:45:30  6       **A.**   Well, emotionally, I -- I've been

11:45:35  7   affected by this.

11:45:37  8       **Q.**   And have you --

11:45:38  9       **A.**   I've been a -- I've been a person who

11:45:40  10  has always paid any bills that I've owed.  And to

11:45:46  11  be basically accused of being a debtor and have to

11:45:50  12  produce my financial records for people I don't

11:45:55  13  even know, yes, that affects me.  That affects me

11:45:59  14  greatly.

11:45:59  15      **Q.**   But wouldn't you agree, sir, that at

11:46:03  16  least all the documents we've looked at today were

11:46:05  17  all addressed to William J. Wagner, Jr., correct?

11:46:08  18      **A.**   And directed at me as --

11:46:11  19      **Q.**   But -- but --

11:46:11  20      **A.**   -- someone who could possibly be that

11:46:12  21  person.  And no matter what I said, they kept

11:46:16  22  coming and coming and coming, until, finally, I had

11:46:19  23  to get a lawyer to get you off my back.

*Wagner - Woodard - 10/3/16*

81

11:46:22  1      Q.   Did -- at all times, though, you

11:46:27  2  understood that you were, in fact, not William

11:46:31  3  J. Wagner, Jr., who owed the debt?

11:46:32  4      MR. ANDREWS:  Objection.  Asked and

11:46:33  5  answered.  You can answer.

11:46:34  6      THE WITNESS:  Well, I knew I wasn't William

11:46:37  7  J. Wagner, Jr.

11:46:37  8      BY MR. WOODARD:

11:46:37  9      Q.   Okay.  So you knew that -- that the

11:46:41 10  letter, the subpoena that we've looked at, they

11:46:44 11  were not addressed to you.  They were addressed to

11:46:47 12  William J. Wagner, Jr., correct?

11:46:48 13      A.   They were addressed to my house.

11:46:49 14      Q.   But they were addressed to William

11:46:51 15  J. Wagner, Jr.

11:46:51 16      A.   At my house.

11:46:52 17      Q.   Is that correct?

11:46:53 18      A.   Yes.

11:46:54 19      Q.   Okay.  And Chiari & Ilecki never asked

11:47:05 20  anyone other than William J. Wagner, Jr., to

11:47:08 21  satisfy the debt at issue, correct?

11:47:11 22      A.   I don't know what she's done.

11:47:12 23      Q.   Chiari & Ilecki never asked you, if you

*Wagner - Woodard - 10/3/16*

82

| | | |
|---|---|---|
| 11:47:14 | 1 | were not William J. Wagner, Jr., to satisfy the |
| 11:47:18 | 2 | debt at issue, correct? |
| 11:47:19 | 3 | **MR. ANDREWS:**  Objection to form.  You can |
| 11:47:21 | 4 | answer. |
| 11:47:22 | 5 | **THE WITNESS:**  Well, when you're getting |
| 11:47:27 | 6 | subpoenas at your house, at your address, you |
| 11:47:31 | 7 | assume that they're trying to collect a debt from |
| 11:47:33 | 8 | you. |
| 11:47:33 | 9 | **BY MR. WOODARD:** |
| 11:47:33 | 10 | **Q.**   You knew you were not the person they |
| 11:47:35 | 11 | were looking for, though, right? |
| 11:47:37 | 12 | **A.**   Yes. |
| 11:47:37 | 13 | **Q.**   Okay.  Aside from what you've already |
| 11:47:47 | 14 | told us, did you experience any other emotional or |
| 11:47:49 | 15 | psychological injury as a result of the events at |
| 11:47:52 | 16 | issue? |
| 11:47:52 | 17 | **A.**   No.  Just -- just what we spoke about. |
| 11:47:55 | 18 | **Q.**   Okay.  I'd ask you to look at |
| 11:48:08 | 19 | page number 2, interrogatory number 1, sir, please. |
| 11:48:21 | 20 | Now, this interrogatory asked you to identify |
| 11:48:23 | 21 | anyone who may have information or knowledge |
| 11:48:26 | 22 | relevant to this action, correct? |
| 11:48:28 | 23 | **A.**   Yes. |

*Wagner - Woodard - 10/3/16*

83

11:48:28  1        **Q.**    And it states Plaintiff -- the response

11:48:32  2    says Plaintiff, Seth J. Andrews, Esquire, and

11:48:35  3    Kenneth R. Hiller, Esquire; is that correct?

11:48:38  4        **A.**    Yes.

11:48:38  5        **Q.**    Does anyone -- does anyone other than

11:48:41  6    those individuals, and anyone at Chiari & Ilecki,

11:48:44  7    have knowledge or information relevant to the

11:48:47  8    events at issue here?

11:48:48  9        **A.**    No.

11:48:49 10        **Q.**    If I could draw your attention to

11:49:17 11    pages 7 and 8, interrogatory number 13.  Now, that

11:49:24 12    interrogatory asks for you to identify each and

11:49:26 13    every act or omission which Plaintiff claims was in

11:49:30 14    violation of the FDCPA.  Is that -- is that

11:49:33 15    correct?

11:49:33 16        **A.**    Mm-hmm.  Yes.

11:49:34 17        **Q.**    And in -- in your response on the next

11:49:39 18    page, it says Defendant violated sections listed in

11:49:44 19    response to interrogatory number 14 by sending

11:49:46 20    letters addressed to the Plaintiff in an attempt to

11:49:49 21    collect a debt the Plaintiff does not owe and by

11:49:55 22    serving Plaintiff with a subpoena for a debtor

11:49:58 23    exam.  Is that correct?

*Wagner - Woodard - 10/3/16*

84

| | | |
|---|---|---|
| 11:50:00 | 1 | **A.**   That's what it says, yes. |
| 11:50:02 | 2 | **Q.**   Have -- have we talked about all the |
| 11:50:06 | 3 | letters and the subpoena which were referenced |
| 11:50:08 | 4 | here? |
| 11:50:11 | 5 | **A.**   Yes, we have. |
| 11:50:12 | 6 | **Q.**   Okay. |
| 11:50:15 | 7 | **MR. ANDREWS:**  Just for the record, I think |
| 11:50:17 | 8 | that's a typo.  It should be number 12 instead |
| 11:50:21 | 9 | interrogatory number 14. |
| 11:50:22 | 10 | **MR. WOODARD:**  Okay.  I'm sorry.  Thank you |
| 11:50:23 | 11 | for clarifying. |
| 11:50:47 | 12 | Let's mark this as the next exhibit. |
| 11:50:47 | 13 | **The following was marked for Identification:** |
| 11:50:47 | 14 | **EXH. G   Plaintiff's response to Defendant's** |
| 11:50:47 | 15 | **first set of requests for** |
| 11:50:47 | 16 | **production of documents and** |
| 11:51:39 | 17 | **things** |
| 11:51:39 | 18 | **BY MR. WOODARD:** |
| 11:51:41 | 19 | **Q.**   Thank you. |
| 11:51:41 | 20 | Before we look at -- at the next exhibit, |
| 11:51:44 | 21 | would you agree that if a debt collector had |
| 11:51:47 | 22 | information suggesting that the debtor lived at |
| 11:51:50 | 23 | your address, they couldn't simply take your word |

*Wagner - Woodard - 10/3/16*

85

11:51:53  1  for it that -- that the debtor did not live there

11:51:56  2  unless you sent them some -- some verifiable proof?

11:52:00  3       A.    Well, I tried to give them proof over

11:52:02  4  the phone.  They wouldn't listen to me.

11:52:05  5       Q.    And -- and the proof that you're

11:52:07  6  talking about is a partial Social Security number

11:52:09  7  and date of birth?

11:52:10  8       A.    Yes.

11:52:10  9       Q.    Okay.  But would you agree as a general

11:52:17 10  matter that if a debt collector has information

11:52:21 11  suggesting that the debtor lives at your address,

11:52:24 12  they couldn't simply take your word for it unless

11:52:27 13  they received some verifiable proof, just as a

11:52:29 14  general matter?

11:52:30 15       A.    I don't know what debt collectors do.

11:52:34 16       Q.    Let's take a look at -- at the next

11:52:36 17  exhibit, which is Exhibit G.

11:52:59 18       A.    This is different from the first one?

11:53:02 19       Q.    I -- I believe it is, sir.  Is

11:53:05 20  Exhibit G labeled Plaintiff's response to

11:53:07 21  Defendant's first set of requests for production of

11:53:09 22  documents and things?

11:53:10 23       A.    Oh, okay.

*Wagner - Woodard - 10/3/16*

86

| | | |
|---|---|---|
| 11:53:11 | 1 | Q.   Is that -- is that correct? |
| 11:53:12 | 2 | A.   Yeah. |
| 11:53:13 | 3 | Q.   Okay.  Have you seen this document |
| 11:53:16 | 4 | before? |
| 11:53:16 | 5 | A.   I believe I have. |
| 11:53:23 | 6 | Q.   Okay.  Can you turn to page number 3, |
| 11:53:34 | 7 | please?  Directing your attention to request |
| 11:53:42 | 8 | number 4, it says -- it asks you to produce any and |
| 11:53:49 | 9 | all documents concerning the service or delivery or |
| 11:53:51 | 10 | attempted service or delivery of any subpoena or |
| 11:53:54 | 11 | correspondence from Defendant.  Correct? |
| 11:53:57 | 12 | A.   That's what it says, yes. |
| 11:53:59 | 13 | Q.   And did you produce the notifications |
| 11:54:02 | 14 | from the postal service in response to this |
| 11:54:05 | 15 | request? |
| 11:54:05 | 16 | A.   We're not sure. |
| 11:54:08 | 17 | Q.   Okay.  Would you agree they're |
| 11:54:11 | 18 | responsive to the request? |
| 11:54:12 | 19 | A.   Say that again? |
| 11:54:13 | 20 | Q.   Do you agree that they -- they're what |
| 11:54:15 | 21 | is being asked for in request number 4, right? |
| 11:54:20 | 22 | A.   They may be, yes. |
| 11:54:21 | 23 | Q.   Okay.  If you could look -- look at |

*Wagner - Woodard - 10/3/16*

87

11:55:02  1  page 8, please, request number 16.  That requests

11:55:17  2  for -- that -- that request is for any and all

11:55:20  3  medical therapy, counseling, or mental health

11:55:22  4  records or other documents concerning any emotional

11:55:26  5  distress or nervous, upset, or anxious state

11:55:32  6  experienced by Plaintiff from 2005 to present,

11:55:36  7  correct?

11:55:37  8          **A.**   Correct.

11:55:37  9          **Q.**   Now, you -- you mentioned that you keep

11:55:39 10  notes regarding your hypertension or your --

11:55:43 11          **A.**   Yes.

11:55:43 12          **Q.**   -- your blood pressure, right?

11:55:44 13          **A.**   Yes, I do.

11:55:44 14          **Q.**   Okay.  And -- and you've not yet

11:55:48 15  produced those, correct?

11:55:50 16          **A.**   I have not.

11:55:50 17          **Q.**   Okay.  Do you -- do you have any other

11:55:53 18  notes that you usually keep with regard to your

11:55:56 19  medical condition?

11:55:56 20          **A.**   No.

11:55:57 21          **Q.**   Do you have other medical records at

11:55:59 22  home that might relate to the damages that you're

11:56:03 23  claiming in this lawsuit?

*Wagner - Woodard - 10/3/16*

88

| | | |
|---|---|---|
| 11:56:04 | 1 | **A.**   No. |
| 11:56:05 | 2 | **Q.**   Okay.  Aside from the -- aside from -- |
| 11:56:22 | 3 | from the hypertension caused -- allegedly caused by |
| 11:56:26 | 4 | the events at issue here, you said that you |
| 11:56:29 | 5 | regularly receive treatment for hypertension. |
| 11:56:30 | 6 | **A.**   Yes. |
| 11:56:30 | 7 | **Q.**   Is that correct, generally? |
| 11:56:31 | 8 | **A.**   Yes. |
| 11:56:32 | 9 | **Q.**   And there -- is there a doctor that you |
| 11:56:34 | 10 | regularly see? |
| 11:56:35 | 11 | **A.**   Yes. |
| 11:56:35 | 12 | **Q.**   And who's that? |
| 11:56:36 | 13 | **A.**   His name is Mark Kim. |
| 11:56:40 | 14 | **Q.**   Okay.  Does he -- does he have a |
| 11:56:41 | 15 | practice? |
| 11:56:41 | 16 | **A.**   Yes. |
| 11:56:42 | 17 | **Q.**   Is he here in Buffalo? |
| 11:56:43 | 18 | **A.**   Yes. |
| 11:56:43 | 19 | **Q.**   Where is his practice located? |
| 11:56:45 | 20 | **A.**   He's at Buffalo Medical Group. |
| 11:56:49 | 21 | **Q.**   Okay. |
| 11:56:49 | 22 | **A.**   So he's all over the place. |
| 11:56:51 | 23 | **Q.**   Sure.  Is -- other than Dr. Kim, do you |

*Wagner - Woodard - 10/3/16*

89

| | | |
|---|---|---|
| 11:56:55 | 1 | see anyone else for hypertension? |
| 11:56:57 | 2 | **A.**   I'm seeing a heart doctor at the |
| 11:57:02 | 3 | moment. |
| 11:57:02 | 4 | **Q.**   Okay.  And how long have you been |
| 11:57:04 | 5 | seeing the heart doctor? |
| 11:57:05 | 6 | **A.**   That's just recently. |
| 11:57:06 | 7 | **Q.**   Is that specifically related to this |
| 11:57:09 | 8 | lawsuit, or is that separate? |
| 11:57:11 | 9 | **A.**   That's just something that -- I've |
| 11:57:14 | 10 | experienced some chest pain recently and went to |
| 11:57:17 | 11 | have it checked out. |
| 11:57:18 | 12 | **Q.**   Sure.  Who did you see? |
| 11:57:20 | 13 | **A.**   His name is Dr. Riegel.  I believe it's |
| 11:57:28 | 14 | R-I-E-G-L-E. |
| 11:57:30 | 15 | **Q.**   Okay. |
| 11:57:32 | 16 | **A.**   And he's with Buffalo Medical Group |
| 11:57:34 | 17 | also. |
| 11:57:34 | 18 | **Q.**   Okay.  Have you treated with any other |
| 11:57:37 | 19 | medical providers for emotional distress or feeling |
| 11:57:42 | 20 | nervous or not being able to sleep? |
| 11:57:45 | 21 | **A.**   No. |
| 11:57:45 | 22 | **Q.**   I ask you to take a look at request |
| 11:58:06 | 23 | number 20 on page 10.  And that request is for any |

11:58:17  1   and all documents in Plaintiffs's possession,

11:58:19  2   custody, or control that Plaintiff claims are

11:58:22  3   relevant in any way to the subject matter of this

11:58:24  4   action.  Right?

11:58:25  5       **A.**   Yes.

11:58:26  6       **Q.**   Are there any -- do you have any such

11:58:30  7   documents other than what you've already given us

11:58:32  8   or that you've already discussed today?

11:58:34  9       **A.**   No, I don't.

11:58:35  10      **Q.**   Okay.  So there's nothing that you

11:58:38  11  would plan to rely on if this case went to trial,

11:58:41  12  at least at this point, other than what you've

11:58:44  13  given us or what you've told us about today?

11:58:46  14      **A.**   Well, our objection was that it was

11:58:54  15  overly broad and unduly burdensome.

11:58:56  16      **Q.**   Sure.

11:58:57  17      **A.**   So I don't know.  You know.  You make

11:58:59  18  me answer yes or no.  I don't know what other

11:59:02  19  documents may be out there.

11:59:03  20      **Q.**   Okay.  I'm just asking, documents that

11:59:05  21  you have.  As far as you know, you don't have any

11:59:06  22  other documents that relate to this lawsuit other

11:59:09  23  than what you've given us or told us about?

*Wagner - Woodard - 10/3/16*

91

11:59:11  1          **A.**    As far as I know, I do not.

11:59:12  2          **MR. WOODARD:**  Okay.  Thank you.

11:59:22  3          Let's mark this as the next exhibit.

11:59:22  4          **The following was marked for Identification:**

11:59:22  5          **EXH. H    Transcript of judgment certificate**

12:00:00  6                        **of disposition**

12:00:00  7          **BY MR. WOODARD:**

12:00:01  8          **Q.**    Thank you.

12:00:02  9          Sir, I marked -- I'm showing you what's been

12:00:03 10  marked as Exhibit H.

12:00:05 11          **A.**    Mm-hmm.

12:00:05 12          **Q.**    Do you recognize what this is?

12:00:10 13          **A.**    I believe this was a document that I

12:00:43 14  got from the county clerk's office.

12:00:45 15          **Q.**    Okay.  Do you recall when -- when you

12:00:47 16  got this document?

12:00:48 17          **A.**    Well, it was about the time I was

12:00:51 18  getting a mortgage on my house.

12:00:53 19          **Q.**    Okay.  So when was that?

12:00:55 20          **A.**    That would have been last year.

12:00:57 21          **Q.**    Okay.

12:00:58 22          **A.**    Early part of last year.

12:00:59 23          **Q.**    So you got this document not in

*Wagner - Woodard - 10/3/16*

92

| | | |
|---|---|---|
| 12:01:03 | 1 | connection with the events at issue in this |
| 12:01:04 | 2 | lawsuit; you got it for a separate reason? |
| 12:01:06 | 3 | **A.**   Yes, I did. |
| 12:01:07 | 4 | **Q.**   Okay.  And you saw that -- that William |
| 12:01:16 | 5 | J. Wagner, Jr., is listed as -- as a debtor on this |
| 12:01:18 | 6 | piece of paper? |
| 12:01:18 | 7 | **A.**   That's right. |
| 12:01:19 | 8 | **Q.**   Do you remember when in relation to the |
| 12:01:22 | 9 | events that we have talked about today you got this |
| 12:01:24 | 10 | piece of paper? |
| 12:01:26 | 11 | **A.**   It might have been prior. |
| 12:01:35 | 12 | **Q.**   So you think you got this before your |
| 12:01:39 | 13 | first interaction with Chiari & Ilecki? |
| 12:01:40 | 14 | **A.**   I may have. |
| 12:01:41 | 15 | **Q.**   Okay.  And so I guess this just |
| 12:01:44 | 16 | confirms in your mind that there's some other |
| 12:01:47 | 17 | William J. Wagner, Jr., who apparently has -- has |
| 12:01:52 | 18 | incurred a debt to -- or has incurred a debt, I |
| 12:01:58 | 19 | guess I should say; is that correct? |
| 12:02:00 | 20 | **A.**   Well, I wasn't sure what this was.  It |
| 12:02:04 | 21 | was -- it was attached to my deed at the Erie |
| 12:02:07 | 22 | County Clerk's Office. |
| 12:02:08 | 23 | **Q.**   Okay.  Did you note that -- did it jump |

*Wagner - Woodard - 10/3/16*

93

12:02:12  1  out at you the fact that a William J. Wagner, Jr.,

12:02:15  2  was listed --

12:02:16  3          **A.**    Yes.

12:02:16  4          **Q.**    -- on this?

12:02:16  5          **A.**    Yes.

12:02:17  6          **Q.**    So -- and it was attached to your deed

12:02:19  7  for your house at 5419 Roberts Road?

12:02:22  8          **A.**    Yes.

12:02:22  9          **Q.**    Have you -- other than what your

12:02:23 10  attorney's told you, do you know why -- has anyone

12:02:28 11  told you why this was attached to your deed?

12:02:30 12          **A.**    No.

12:02:30 13          **Q.**    Have you -- have you looked into that

12:02:32 14  at all, other than what -- with your attorney?

12:02:34 15          **A.**    I asked them at the Erie County Clerk's

12:02:41 16  Office.  They didn't know.

12:02:42 17          **Q.**    Okay.  But --

12:02:44 18          **A.**    I'm not sure who put it there.

12:02:47 19          **Q.**    And you have no reason to believe

12:02:49 20  Chiari & Ilecki did this, do you?

12:02:51 21          **A.**    I don't know who did it.  I just said

12:02:53 22  that.

12:02:53 23          **Q.**    Okay.  But -- so it appears that --

| | | |
|---|---|---|
| 12:02:56 | 1 | that someone other than Chiari & Ilecki -- or |
| 12:02:59 | 2 | someone else links William J. Wagner, Jr., to your |
| 12:03:04 | 3 | address, then. |
| 12:03:05 | 4 | **A.**   I don't know who did it. |
| 12:03:06 | 5 | **Q.**   But someone did? |
| 12:03:07 | 6 | **A.**   Someone did. |
| 12:03:17 | 7 | **MR. WOODARD:**   Okay.  Okay.  If you could |
| 12:03:24 | 8 | just give me a couple minutes to look through my |
| 12:03:27 | 9 | notes. |
| 12:03:27 | 10 | **MR. ANDREWS:**   Sure. |
| 12:03:28 | 11 | **MR. WOODARD:**   I think I may be just about |
| 12:03:31 | 12 | done. |
| 12:03:34 | 13 | (A recess was then taken.) |
| 12:06:05 | 14 | **BY MR. WOODARD:** |
| 12:06:05 | 15 | **Q.**   Ready?  Just a couple more questions, |
| 12:06:08 | 16 | Mr. Wagner. |
| 12:06:09 | 17 | In -- in what regard did you feel harassed |
| 12:06:14 | 18 | by the events that we've discussed here today? |
| 12:06:20 | 19 | **A.**   Well, as I said, I kept giving |
| 12:06:24 | 20 | information, and I kept getting letters and phone |
| 12:06:27 | 21 | calls and things back, so -- |
| 12:06:28 | 22 | **Q.**   Did Chiari & Ilecki ever call you? |
| 12:06:31 | 23 | **A.**   No.  They sent a letter, and I called |

*Wagner - Woodard - 10/3/16*

95

12:06:33  1  them three times.

12:06:35  2      Q.   Okay.  Aside from the -- the letter and

12:06:39  3  the subpoena, was there anything else about Chiari

12:06:44  4  & Ilecki's actions that you found harassing?

12:06:49  5      A.   Which -- which letter are you talking

12:06:52  6  about now?

12:06:52  7      Q.   Aside from the -- any letter or

12:06:55  8  subpoena that we've already discussed, was there

12:06:58  9  anything else that Chiari & Ilecki did that you

12:07:01  10  would characterize as harassing?

12:07:05  11      A.   I would say no.

12:07:06  12      Q.   Okay.  And they weren't rude to you

12:07:08  13  on -- on the phone?

12:07:09  14      A.   No.  Nobody was rude to me.

12:07:12  15      Q.   Were they polite and listened to you?

12:07:15  16      A.   I would say they were.

12:07:16  17      MR. WOODARD:  Okay.  All right.  I think

12:07:18  18  that's all I have.  So thank you very much for your

12:07:20  19  time today.

12:07:21  20      THE WITNESS:  Okay.

12:07:22  21      MR. WOODARD:  I appreciate it.

12:07:22  22      MR. ANDREWS:  I actually have just a few

12:07:24  23  quick questions.

*Wagner - Woodard - 10/3/16*

96

12:07:25   1          **MR. WOODARD:**  Yeah.  Do you want to switch

12:07:27   2   or --

12:07:27   3          **MR. ANDREWS:**  No.  That's fine.  That's

12:07:29   4   fine.

12:07:31   5          Can we mark this as -- I don't know.

12:07:33   6   Whatever the last one is.  Unless you want to do --

12:07:36   7   you didn't do Defendant's, right?

12:07:37   8          **MR. WOODARD:**  I did not.

12:07:39   9          **MR. ANDREWS:**  I don't know.  It's up to you.

12:07:42  10   Want to do 1?

12:07:43  11          **MR. WOODARD:**  Sure.  Yeah.

12:07:44  12          **MR. ANDREWS:**  Let's just mark this as 1.

12:07:47  13   That way we know it's ours.

12:07:50  14          **MR. WOODARD:**  Yeah.  Absolutely.

12:07:50  15          **The following was marked for Identification:**

12:07:50  16          **EXH. 1   Application**

12:08:25  17

12:08:25  18          **EXAMINATION BY MR. ANDREWS:**

12:08:25  19

12:08:25  20          **Q.**   Okay.  Mr. Wagner, I'm showing you a

12:08:29  21   document that's been marked as Exhibit 1.

12:08:31  22          **A.**   Yes.

12:08:31  23          **Q.**   It is entitled an application and it

12:08:34  1    looks like for an address 82 Englewood, Number 4.

12:08:38  2    Do you see that?

12:08:39  3            **A.**    Where is that?

12:08:41  4            **Q.**    At the top left of the document.  The

12:08:44  5    address rented.  82 Englewood, Number 4?

12:08:48  6            **A.**    Oh, I see.  Yes.

12:08:49  7            **Q.**    Okay.  Did you fill out this

12:08:51  8    application?

12:08:53  9            **A.**    No, I did not.

12:08:53  10           **Q.**    Have you ever lived at 82 Englewood,

12:08:56  11   Number 4?

12:08:56  12           **A.**    No, I did not.

12:08:57  13           **Q.**    Is your Social Security number

12:09:00  14   ████-9006?

12:09:01  15           **A.**    No.

12:09:01  16           **Q.**    Okay.  Have you ever lived at 356 looks

12:09:08  17   like Hartford Road, Amherst, New York  14226,

12:09:12  18   looking, again, at the middle of the document

12:09:15  19   underneath the residence and rental record?

12:09:17  20           **A.**    No.  I never lived there.

12:09:19  21           **Q.**    Okay.  Let's turn to the back.  The

12:09:26  22   last page.

12:09:32  23           **MR. WOODARD:**  That's Bates number 58?

*Wagner - Woodard - 10/3/16*

98

| | | |
|---|---|---|
| 12:09:33 | 1 | **MR. ANDREWS:** Yeah. |
| 12:09:34 | 2 | **MR. WOODARD:** Okay. |
| 12:09:34 | 3 | **BY MR. ANDREWS:** |
| 12:09:35 | 4 | **Q.** And there, you see a signature under |
| 12:09:37 | 5 | the signature line, William J. Wagner, Jr.? |
| 12:09:40 | 6 | There's a signature there. Do you see that? |
| 12:09:41 | 7 | **A.** Yes. |
| 12:09:42 | 8 | **Q.** Is that your signature? |
| 12:09:43 | 9 | **A.** No, it is not. |
| 12:09:45 | 10 | **MR. ANDREWS:** Okay. That's all I have. |
| 12:09:48 | 11 | **MR. WOODARD:** No questions. |
| 12:09:49 | 12 | **MR. ANDREWS:** All right. |
| | 13 | (Deposition concluded at 12:09 p.m.) |
| | 14 | *     *     * |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |

99

1          I hereby CERTIFY that I have read the

2    foregoing 98 pages, and that they are a true and

3    accurate transcript of the testimony given by me in

4    the above entitled action on October 3, 2016.

5

6

7                    ------------------------

                     WILLIAM JOSEPH WAGNER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

100

1  STATE OF NEW YORK)

2                   ss:

3  COUNTY OF ERIE   )

4

5       I DO HEREBY CERTIFY as a Notary Public in and

6  for the State of New York, that I did attend and

7  report the foregoing deposition, which was taken

8  down by me in a verbatim manner by means of machine

9  shorthand.  Further, that the deposition was then

10 reduced to writing in my presence and under my

11 direction.  That the deposition was taken to be

12 used in the foregoing entitled action.  That the

13 said deponent, before examination, was duly sworn

14 to testify to the truth, the whole truth and

15 nothing but the truth, relative to said action.

16

17

18                  --------------------------
                    MARY SCHULZE, RPR, RMR,
19                  Notary Public.

20

21

22

23

101

1                    **INDEX TO EXHIBITS**

2   **Exhibit**              **Description**              **Page**

3    EXH. A          Complaint and demand for          18
                     jury trial
4
     EXH. B          Letter dated February 9,          22
5                    2015, from Melissa Overbeck
                     to William J. Wagner, Jr.,
6                    with notice to judgment
                     debtor or obligor
7
     EXH. C          Events sheet, three pages         26
8
     EXH. D          Subpoena duces tecum with         56
9                    restraining order, three
                     pages
10
     EXH. E          Letter dated February 9,          67
11                   2015, from Melissa Overbeck
                     to William J. Wagner, Jr.
12
     EXH. F          Plaintiff's Response to           78
13                   Defendant's first set of
                     interrogatories
14
     EXH. G          Plaintiff's response to           84
15                   Defendant's first set of
                     requests for production of
16                   documents and things

17   EXH. H          Transcript of judgment            91
                     certificate of disposition
18
     EXH. 1          Application                       96
19

20

21
    * Exhibits retained by Mr. Woodard.
22

23

102

1                       **INDEX TO WITNESSES**

2    **Witness**              **Examination**              **Page**

3     WILLIAM JOSEPH      BY MR. WOODARD:                 2
      WAGNER

4                         BY MR. ANDREWS:                96

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

1

## '

'71 [1] - 13:23
'81 [1] - 17:8
'85 [1] - 17:10

## 0

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 [1] - 97:14

## 1

1 [6] - 82:19, 96:10, 96:12, 96:16, 96:21, 101:18
10 [4] - 20:15, 21:7, 74:2, 89:23
1000 [1] - 2:6
10:16 [1] - 1:20
10:32 [1] - 26:7
10th [1] - 57:19
12 [2] - 69:3, 84:8
12:09 [1] - 98:13
12th [9] - 26:7, 26:16, 28:10, 34:17, 34:20, 37:3, 39:9, 39:16, 70:3
13 [1] - 83:11
14 [2] - 83:19, 84:9
140 [1] - 73:4
14075 [1] - 2:16
14202-1687 [1] - 2:7
14226 [2] - 2:3, 97:17
15-CV-633 [1] - 1:10
15th [1] - 35:18
16 [4] - 28:5, 28:14, 28:15, 87:1
17 [1] - 56:6
17th [5] - 63:6, 64:20, 65:15, 66:5, 66:12
18 [1] - 101:3
19 [2] - 52:6, 69:11
190 [1] - 73:22
1950 [2] - 6:23, 49:11
1968 [1] - 13:9
1970 [4] - 7:22, 17:6, 18:6, 19:15
1971 [1] - 19:4
1984 [7] - 9:21, 10:5, 10:14, 10:20, 11:22, 12:4, 64:12
1992 [1] - 17:11
1998 [1] - 14:15
19th [8] - 39:2, 39:3, 39:4, 39:10, 39:18, 48:14, 49:21, 55:13
1A [2] - 1:19, 2:2

## 2

2 [4] - 27:9, 48:19, 82:19, 102:3
2,570.17 [1] - 24:9
2/12/16 [1] - 27:17
20 [1] - 11:2, 11:12, 72:11, 89:23
2000 [1] - 14:16
2001 [1] - 15:1
2002 [1] - 15:2
2005 [3] - 15:21, 24:9, 87:6
2006 [1] - 57:19
2009 [3] - 7:22, 10:20
2015 [25] - 22:12, 22:17, 24:9, 30:15, 32:3, 32:12, 32:17, 32:20, 33:6, 39:17, 39:18, 52:6, 56:6, 67:17, 69:3, 69:11, 70:6, 73:6, 74:17, 76:18, 76:22, 77:6, 77:10, 101:5, 101:11
2016 [3] - 1:20, 78:12, 99:4
21 [1] - 11:12
210 [2] - 73:12, 74:1
22 [1] - 101:4
23 [1] - 78:12
23rd [1] - 6:23
26 [1] - 101:7

## 3

3 [5] - 1:19, 56:5, 62:9, 86:6, 99:4
3/19 [2] - 38:15, 38:19
3/19/2015 [1] - 49:4
356 [1] - 97:16
36 [1] - 9:6
38 [1] - 9:4

## 4

4 [9] - 78:23, 79:2, 80:3, 86:8, 86:21, 97:1, 97:5, 97:11

## 5

5/11 [1] - 56:2
5222 [1] - 24:3
5419 [7] - 2:16, 9:23, 11:21, 22:10, 22:13, 43:9, 93:7
55 [1] - 15:19
56 [1] - 101:8
564-3288 [1] - 2:3

## 58

58 [1] - 97:23

## 6

6/17/2015 [1] - 62:11
6000 [2] - 1:18, 2:2
67 [1] - 101:10

## 7

7 [1] - 83:11
716 [2] - 2:3, 2:7
78 [1] - 101:12

## 8

8 [2] - 83:11, 87:1
80 [1] - 73:4
82 [3] - 97:1, 97:5, 97:10
84 [1] - 101:14
852-5533 [1] - 2:7

## 9

9 [8] - 20:4, 20:9, 21:6, 22:17, 24:8, 67:17, 101:4, 101:10
90 [1] - 73:22
91 [1] - 101:17
95 [2] - 73:13, 74:1
96 [2] - 101:18, 102:4
98 [1] - 99:2

## A

a.m [2] - 1:20, 26:7
ability [1] - 6:20
able [1] - 89:20
absolutely [1] - 96:14
accept [1] - 38:21
account [1] - 72:7
accurate [1] - 99:3
accurately [1] - 63:5
accused [1] - 80:11
acquire [1] - 12:4
act [1] - 83:13
action [7] - 20:12, 20:13, 82:22, 90:4, 99:4, 100:12, 100:15
Action [1] - 1:9
actions [5] - 66:23, 70:12, 71:20, 75:13, 95:4
actual [1] - 56:3
addition [1] - 80:1
additional [1] - 75:12
address [27] - 9:20, 10:18, 10:21, 11:1,

11:21, 12:2, 12:16, 23:10, 27:23, 32:8, 33:22, 35:22, 46:11, 46:20, 46:22, 47:6, 47:7, 47:9, 51:12, 56:15, 66:14, 82:6, 84:23, 85:11, 94:3, 97:1, 97:5
addressed [23] - 23:14, 24:12, 24:13, 24:19, 24:23, 30:5, 38:22, 39:11, 46:12, 52:20, 53:3, 53:6, 54:6, 54:18, 54:19, 55:4, 57:9, 80:17, 81:11, 81:13, 81:14, 83:20
administrative [1] - 6:17
adults [1] - 8:18
ADV [1] - 49:13
advertisements [1] - 33:20
advised [2] - 49:13, 49:17
affect [1] - 6:20
affected [1] - 80:7
affects [2] - 80:13
age [2] - 15:18, 60:23
ago [2] - 2:23, 30:17
agree [8] - 28:21, 53:1, 53:4, 80:15, 84:21, 85:9, 86:17, 86:20
agreed [2] - 63:10, 63:15
Air [1] - 11:13
alleged [2] - 71:20, 79:6
allegedly [3] - 67:5, 79:5, 88:3
Allied [5] - 16:18, 16:21, 17:4, 17:10, 17:18
allow [1] - 4:10
aloud [1] - 20:6
Amherst [3] - 1:19, 2:3, 97:17
amount [1] - 30:21
Andrew [5] - 8:15, 9:5, 9:13, 10:9, 11:1
ANDREWS [15] - 2:1, 81:4, 82:3, 84:7, 94:10, 95:22, 96:3, 96:9, 96:12, 96:18, 98:1, 98:3, 98:10, 98:12, 102:4
Andrews [3] - 2:11, 5:13, 83:2
answer [9] - 3:12,

3:13, 3:18, 4:2, 4:11, 5:5, 81:5, 82:4, 90:18
answered [1] - 81:5
anticipate [1] - 4:1
anxious [3] - 75:22, 79:4, 87:5
apologize [2] - 9:2, 56:19
APPEARANCES [1] - 2:1
Appearing [2] - 2:4, 2:8
Application [2] - 96:16, 101:18
application [2] - 96:23, 97:8
appreciate [1] - 95:21
appropriate [1] - 42:5
approximate [1] - 30:19
area [3] - 7:2, 11:14, 11:16
arisen [1] - 73:18
arrested [1] - 18:15
arrived [1] - 25:12
Arthur [1] - 12:9
aside [7] - 24:22, 32:17, 82:13, 88:2, 95:2, 95:7
assistant [1] - 19:9
assume [4] - 4:17, 21:17, 54:11, 82:7
assuming [1] - 48:5
assure [1] - 22:11
assuredly [1] - 65:13
attached [3] - 92:21, 93:6, 93:11
attempt [1] - 83:20
attempted [4] - 35:20, 35:21, 42:14, 86:10
attempting [4] - 24:4, 25:15, 40:17, 47:18
attend [1] - 13:6, 14:13, 100:6
attention [3] - 78:22, 83:10, 86:7
attorney [12] - 5:17, 5:20, 28:6, 36:14, 49:17, 52:22, 63:2, 66:2, 66:22, 67:4, 67:10, 93:14
attorney's [1] - 93:10
Avenue [2] - 1:19, 2:2
aware [2] - 66:16, 66:20

# B

**bachelor** [1] - 14:9
**bachelor's** [1] - 14:11
**badger** [1] - 70:22
**Bailey** [2] - 1:18, 2:2
**balance** [1] - 24:8
**bankruptcy** [1] - 18:18
**based** [2] - 47:3, 48:5
**basis** [1] - 73:1
**Bates** [1] - 97:23
**Beach** [1] - 11:14
**became** [2] - 16:21, 17:21
**bed** [1] - 74:2
**belief** [3] - 20:10, 20:15, 20:22
**below** [1] - 57:16
**best** [6] - 12:12, 14:16, 23:11, 23:12, 31:8, 66:11
**between** [3] - 39:8, 39:14, 39:15
**big** [1] - 43:4
**bills** [1] - 80:10
**birth** [3] - 49:11, 64:8, 85:7
**Bishop** [1] - 13:7
**bit** [3] - 19:18, 43:6, 75:21
**block** [1] - 68:15
**blood** [8] - 72:17, 72:23, 73:2, 73:9, 73:18, 74:12, 75:8, 87:12
**born** [2] - 6:22, 10:11
**bottom** [2] - 53:21, 69:10
**bought** [3] - 12:18, 13:2
**break** [2] - 4:23, 5:2
**broad** [1] - 90:15
**Buffalo** [14] - 2:7, 6:23, 16:1, 16:9, 16:10, 16:16, 17:9, 17:12, 17:13, 17:21, 88:17, 88:20, 89:16
**Building** [1] - 2:6
**built** [1] - 13:1
**burdensome** [1] - 90:15
**business** [3] - 14:12, 15:5, 21:15
**BY** [17] - 2:19, 19:1, 22:21, 26:12, 36:18, 57:1, 67:20, 78:4, 81:8, 82:9, 84:18,

91:7, 94:14, 96:18, 98:3, 102:3, 102:4

# C

**calculus** [1] - 14:1
**caption** [1] - 57:12
**card** [3] - 29:4, 29:9, 63:21
**care** [5] - 50:4, 51:6, 52:22, 74:23, 75:7
**case** [8] - 3:5, 27:7, 44:15, 65:10, 66:10, 67:10, 73:5, 90:11
**caused** [2] - 88:3
**certainly** [4] - 4:9, 11:2, 18:19, 71:4
**certificate** [2] - 91:5, 101:17
**certified** [5] - 42:10, 42:21, 43:8, 43:21, 45:22
**CERTIFY** [2] - 99:1, 100:5
**characterize** [2] - 63:6, 95:10
**checked** [1] - 89:11
**chemical** [1] - 13:17
**Chemical** [4] - 16:19, 17:4, 17:18, 19:4
**chemist** [1] - 17:19
**chest** [1] - 89:10
**CHIARI** [1] - 1:11
**Chiari** [61] - 3:2, 22:13, 23:7, 23:9, 24:18, 25:6, 25:15, 26:15, 27:6, 28:11, 28:22, 29:4, 29:7, 31:1, 32:18, 33:1, 34:19, 35:8, 37:22, 39:6, 42:20, 43:7, 43:21, 44:7, 45:22, 46:9, 46:21, 46:22, 47:5, 49:22, 50:16, 51:22, 52:5, 54:20, 58:22, 63:18, 64:1, 64:16, 64:22, 66:4, 66:9, 66:13, 66:17, 66:23, 67:4, 67:6, 67:9, 70:3, 70:11, 71:20, 75:9, 81:19, 81:23, 83:6, 92:13, 93:20, 94:1, 94:22, 95:3, 95:9
**children** [3] - 8:10, 8:12, 8:16
**Chrosniak** [2] - 12:9, 12:17
**CHROSNIAK** [1] - 12:12

**circumstances** [2] - 47:3, 48:5
**Civil** [2] - 1:9, 1:17
**claim** [1] - 23:19
**claiming** [1] - 87:23
**claims** [6] - 27:23, 28:1, 29:13, 63:1, 83:13, 90:2
**clarify** [1] - 38:11
**clarifying** [1] - 84:11
**clean** [1] - 43:6
**clear** [3] - 3:16, 8:22, 38:1
**clerk's** [1] - 91:14
**Clerk's** [2] - 92:22, 93:15
**close** [1] - 60:13
**clue** [1] - 67:7
**CO** [1] - 49:9
**collect** [18] - 24:5, 25:19, 46:17, 50:19, 50:23, 51:3, 51:9, 52:7, 52:11, 53:10, 53:13, 54:1, 54:4, 54:12, 54:21, 55:1, 82:7, 83:21
**collecting** [1] - 70:23
**collection** [1] - 33:15
**collector** [4] - 24:4, 84:21, 85:10
**collectors** [3] - 24:22, 34:10, 85:15
**College** [2] - 14:8, 14:21
**college** [1] - 14:14
**Color** [9] - 16:1, 16:10, 16:11, 16:16, 17:9, 17:10, 17:12, 17:13, 17:21
**coming** [5] - 54:16, 71:22, 80:22
**commencing** [1] - 1:20
**communicated** [1] - 22:5
**communication** [7] - 23:7, 24:3, 34:3, 60:20, 61:15, 66:4, 66:8
**communications** [2] - 35:8, 38:13
**companies** [1] - 16:14
**complaint** [2] - 5:23, 19:23
**Complaint** [2] - 18:22, 101:3
**complete** [2] - 29:1, 64:1
**completed** [1] - 15:8

**concerning** [2] - 86:9, 87:4
**concluded** [1] - 98:13
**condition** [1] - 87:19
**conditions** [1] - 71:5
**conducted** [1] - 21:14
**confirms** [1] - 92:16
**confused** [1] - 40:21
**connection** [2] - 35:8, 92:1
**CONNORS** [1] - 2:5
**consistent** [2] - 28:9, 49:20
**contact** [7] - 25:15, 33:4, 33:16, 35:13, 38:8, 38:12, 43:16
**contacted** [15] - 29:23, 31:1, 31:2, 31:4, 31:13, 31:19, 32:5, 32:10, 32:15, 32:21, 33:9, 33:10, 34:2, 63:2, 66:2
**contacting** [1] - 35:10
**continuing** [1] - 20:14
**continuously** [3] - 10:4, 10:10, 10:14
**control** [1] - 90:2
**conversation** [10] - 34:19, 34:23, 50:2, 55:10, 62:22, 63:6, 63:9, 64:21, 65:15, 65:21
**conversations** [1] - 64:16
**convicted** [1] - 18:12
**copy** [3] - 2:11, 36:11, 49:14
**corner** [1] - 47:7
**Corp** [1] - 20:17
**Corporation** [6] - 16:1, 16:10, 16:11, 16:16, 17:9, 19:5
**correct** [54] - 3:18, 7:8, 21:1, 21:2, 23:15, 23:20, 23:21, 29:5, 29:6, 34:21, 36:23, 38:3, 47:19, 49:5, 50:13, 51:13, 51:14, 51:17, 51:18, 51:20, 51:21, 54:6, 54:7, 56:6, 57:11, 57:21, 57:22, 58:2, 64:23, 65:1, 68:6, 69:4, 71:11, 71:17, 71:18, 78:12, 78:13, 79:7, 80:17, 81:12, 81:17,

81:21, 82:2, 82:22, 83:3, 83:15, 83:23, 86:1, 86:11, 87:7, 87:8, 87:15, 88:7, 92:19
**correctly** [5] - 20:20, 24:10, 28:7, 49:18, 63:3
**correspondence** [7] - 23:10, 24:19, 37:10, 37:13, 39:11, 66:8, 86:11
**correspondences** [1] - 54:16
**counseling** [3] - 75:12, 77:17, 87:3
**country** [1] - 11:18
**COUNTY** [1] - 100:3
**county** [1] - 91:14
**County** [2] - 92:22, 93:15
**couple** [3] - 28:4, 94:8, 94:15
**course** [5] - 5:3, 5:23, 14:1, 19:2, 32:20
**court** [2] - 3:16, 4:4
**COURT** [1] - 1:5
**cousins** [1] - 21:23
**CPLR** [1] - 24:3
**creditor** [1] - 57:20
**criminal** [1] - 18:13
**critically** [1] - 66:22
**criticized** [1] - 67:4
**criticizes** [1] - 67:6
**current** [1] - 24:8
**cursive** [1] - 68:14
**custody** [1] - 90:2
**customers** [1] - 16:6

# D

**Daemen** [5] - 14:21, 14:23, 15:1, 15:4, 15:6
**damages** [2] - 70:11, 87:22
**dark** [1] - 58:19
**date** [13] - 39:5, 43:15, 49:11, 56:2, 56:3, 56:9, 64:8, 69:13, 69:16, 69:17, 69:18, 69:19, 85:7
**dated** [5] - 22:17, 67:17, 78:12, 101:4, 101:10
**dates** [5] - 11:5, 11:9, 39:14, 68:21, 68:23
**days** [2] - 35:17, 37:3

3

**dealing** [1] - 16:6
**debt** [34] - 20:17, 20:18, 20:19, 21:1, 21:6, 21:7, 21:18, 24:3, 24:4, 24:5, 24:22, 25:19, 31:20, 33:15, 34:10, 46:17, 48:7, 51:19, 52:8, 54:11, 54:14, 61:12, 70:23, 81:3, 81:21, 82:2, 82:7, 83:21, 84:21, 85:10, 85:15, 92:18
**debtor** [31] - 21:12, 22:20, 23:14, 24:13, 28:4, 29:16, 31:5, 31:13, 32:6, 32:11, 32:16, 32:22, 33:5, 35:9, 37:18, 38:9, 49:10, 49:17, 50:12, 52:1, 52:8, 57:9, 57:20, 61:12, 80:11, 83:22, 84:22, 85:1, 85:11, 92:5, 101:6
**debtor's** [1] - 28:19
**deed** [3] - 92:21, 93:6, 93:11
**Defendant** [5] - 1:12, 2:8, 3:2, 83:18, 86:11
**Defendant's** [7] - 78:2, 79:6, 84:14, 85:21, 96:7, 101:13, 101:15
**degree** [1] - 14:10
**deliver** [9] - 35:22, 37:8, 40:17, 41:6, 41:18, 41:19, 42:14, 46:8, 47:18
**delivered** [1] - 36:1
**delivery** [2] - 86:9, 86:10
**demand** [2] - 18:22, 101:3
**deponent** [1] - 100:13
**deposed** [2] - 3:7, 71:13
**deposition** [8] - 5:3, 5:5, 5:8, 5:12, 5:22, 100:7, 100:9, 100:11
**Deposition** [1] - 98:13
**describe** [4] - 58:16, 58:17, 75:17, 79:3
**described** [2] - 21:6, 79:16
**description** [2] - 27:20, 62:16
**Description** [1] - 101:2

**detail** [1] - 79:3
**different** [4] - 51:1, 68:11, 70:21, 85:18
**digits** [2] - 28:15, 28:19
**directed** [3] - 37:13, 47:22, 80:18
**directing** [1] - 86:7
**direction** [1] - 100:11
**directly** [2] - 59:3, 75:5
**disbelieve** [1] - 43:13
**discuss** [2] - 26:3, 61:7
**discussed** [4] - 50:9, 90:8, 94:18, 95:8
**discussion** [1] - 61:11
**Discussion** [1] - 36:17
**disposition** [2] - 91:6, 101:17
**dispute** [1] - 43:20
**distress** [3] - 79:3, 87:5, 89:19
**DISTRICT** [2] - 1:5, 1:6
**divorced** [1] - 7:19
**DL** [1] - 49:14
**DO** [1] - 100:5
**DOB** [1] - 49:11
**doctor** [4] - 75:7, 88:9, 89:2, 89:5
**doctors** [1] - 74:23
**document** [14] - 26:22, 27:2, 27:5, 27:10, 38:2, 38:4, 68:6, 86:3, 91:13, 91:16, 91:23, 96:21, 97:4, 97:18
**documents** [16] - 5:19, 5:21, 6:6, 6:8, 71:14, 80:16, 84:16, 85:22, 86:9, 87:4, 90:1, 90:7, 90:19, 90:20, 90:22, 101:16
**done** [2] - 81:22, 94:12
**door** [2] - 40:3, 40:4
**doorbell** [1] - 40:4
**down** [8] - 4:5, 27:11, 44:22, 45:1, 45:5, 60:17, 79:9, 100:8
**Dr** [2] - 88:23, 89:13
**draw** [2] - 78:22, 83:10
**driver's** [6] - 29:5, 29:9, 49:14, 62:23,

63:10, 63:18
**drop** [2] - 44:2, 44:5
**drove** [1] - 58:14
**duces** [2] - 56:21, 101:8
**duly** [2] - 2:17, 100:13
**during** [9] - 7:20, 10:23, 17:3, 28:21, 29:8, 34:18, 50:9, 61:15, 63:9

### E

**early** [2] - 15:18, 91:22
**ease** [1] - 21:5
**easy** [5] - 3:14, 3:22, 4:1, 4:21, 4:22
**ECC** [2] - 13:14, 13:18
**ECM** [1] - 13:18
**economics** [1] - 15:5
**education** [4] - 13:10, 14:4, 14:18, 15:13
**effect** [1] - 50:7
**either** [7] - 18:13, 22:6, 32:15, 44:14, 46:21, 47:18, 66:17
**elevated** [1] - 73:10
**email** [3] - 28:6, 49:17, 52:22
**emailed** [1] - 28:6
**embarrassment** [1] - 79:11
**emotional** [5] - 79:3, 80:4, 82:14, 87:4, 89:19
**emotionally** [1] - 80:6
**employed** [6] - 15:15, 15:22, 15:23, 17:4, 18:5, 18:8
**employee** [1] - 58:22
**employer** [1] - 16:16
**enclosed** [1] - 24:2
**Englewood** [3] - 97:1, 97:5, 97:10
**entail** [1] - 16:4
**entered** [3] - 34:16, 57:18, 58:10
**entire** [1] - 7:2
**entitled** [3] - 96:23, 99:4, 100:12
**entry** [9] - 27:12, 29:12, 34:16, 34:17, 48:21, 48:22, 49:8, 56:5, 62:9
**envelope** [3] - 25:11,

61:20, 61:22
**Erie** [2] - 92:21, 93:15
**ERIE** [1] - 100:3
**ESQ** [2] - 2:1, 2:6
**Esquire** [2] - 83:2, 83:3
**established** [1] - 68:21
**estimate** [3] - 33:3, 42:5, 42:6
**event** [4] - 27:5, 34:15, 48:17
**events** [12] - 32:23, 62:8, 75:3, 76:1, 77:20, 80:5, 82:15, 83:8, 88:4, 92:1, 92:9, 94:18
**Events** [2] - 26:11, 101:7
**everyday** [1] - 3:14
**evidence** [1] - 43:1
**exact** [1] - 11:9
**exactly** [2] - 42:1, 44:8, 65:7
**exam** [1] - 83:23
**examination** [1] - 100:13
**Examination** [2] - 1:15, 102:2
**EXAMINATION** [2] - 2:19, 96:18
**except** [1] - 28:12
**excuse** [4] - 13:20, 24:9, 30:14, 46:21
**EXH** [18] - 18:22, 22:17, 26:11, 56:21, 67:17, 78:2, 84:14, 91:5, 96:16, 101:3, 101:4, 101:7, 101:8, 101:10, 101:12, 101:14, 101:17, 101:18
**exhibit** [6] - 67:15, 77:23, 84:12, 84:20, 85:17, 91:3
**Exhibit** [21] - 18:20, 19:17, 22:23, 23:4, 23:13, 25:10, 26:19, 27:10, 34:15, 43:11, 48:17, 56:4, 57:3, 67:22, 78:6, 78:20, 85:17, 85:20, 91:10, 96:21, 101:2
**Exhibits** [1] - 101:21
**EXHIBITS** [1] - 101:1
**expenses** [1] - 71:19
**experience** [2] - 71:4, 82:14
**experienced** [10] -

71:6, 71:23, 72:20, 75:16, 77:9, 77:13, 79:5, 80:3, 87:6, 89:10
**explain** [1] - 12:5
**extent** [1] - 77:8

### F

**fact** [3] - 36:1, 81:2, 93:1
**family** [2] - 12:16, 62:21
**far** [6] - 21:23, 44:15, 55:3, 59:23, 90:21, 91:1
**favor** [1] - 57:19
**FDCPA** [2] - 79:6, 83:14
**February** [33] - 22:12, 22:17, 24:8, 26:7, 26:16, 28:10, 30:15, 32:3, 32:11, 32:17, 32:20, 33:6, 34:17, 34:20, 37:3, 39:9, 39:16, 43:1, 47:14, 47:15, 47:18, 48:22, 67:17, 69:3, 70:3, 73:6, 74:17, 76:18, 76:22, 77:6, 77:10, 101:4, 101:10
**Federal** [1] - 1:17
**fees** [1] - 71:22
**felony** [1] - 18:13
**felt** [8] - 51:9, 52:10, 53:21, 54:2, 54:3, 54:22, 65:3
**few** [6] - 2:23, 3:4, 3:9, 35:17, 37:3, 95:22
**file** [1] - 28:6
**filed** [1] - 18:17
**fill** [1] - 97:7
**finally** [1] - 80:22
**financial** [1] - 80:12
**fine** [4] - 42:2, 42:7, 96:3, 96:4
**finish** [3] - 4:2, 4:3, 4:11
**firm** [3] - 6:2, 26:3, 47:7
**firms** [2] - 31:9, 31:16
**first** [25] - 3:10, 3:11, 11:2, 12:21, 23:22, 38:20, 39:9, 39:15, 39:21, 41:16, 42:23, 48:7, 51:7, 51:15, 56:5, 59:10, 69:21, 70:1, 78:3, 84:15,

85:18, 85:21, 92:13, 101:13, 101:15
**five** [1] - 76:8
**flip** [1] - 78:11
**flunked** [1] - 13:23
**focused** [1] - 60:22
**following** [1] - 18:21, 20:14, 22:16, 24:7, 26:10, 56:20, 67:16, 78:1, 84:13, 91:4, 96:15
**follows** [1] - 2:17
**Force** [1] - 11:13
**foregoing** [3] - 99:2, 100:7, 100:12
**forgetting** [1] - 32:1
**form** [1] - 82:3
**former** [1] - 10:20
**four** [1] - 76:7
**free** [3] - 4:23, 5:6, 5:8
**friendly** [1] - 70:20
**front** [1] - 61:23

**G**

**gather** [1] - 60:12
**general** [2] - 85:9, 85:14
**generally** [2] - 76:15, 88:7
**girlfriend** [1] - 11:4
**given** [6] - 36:14, 73:7, 90:7, 90:13, 90:23, 99:3
**global** [2] - 15:5
**government** [1] - 11:17
**graduate** [4] - 13:3, 13:8, 13:18, 15:6
**graduated** [1] - 13:23
**graduation** [1] - 15:7
**greatly** [1] - 80:14
**Gregory** [1] - 9:10
**ground** [1] - 3:10
**Group** [2] - 88:20, 89:16
**grown** [1] - 8:18
**guess** [10] - 10:13, 14:16, 32:3, 42:3, 42:6, 48:4, 53:20, 65:10, 92:15, 92:19
**guessing** [6] - 28:4, 29:16, 47:3, 49:9, 49:13, 49:16

**H**

**hair** [1] - 58:20

**halfway** [1] - 27:11
**Hamburg** [2] - 2:16, 10:2
**hand** [3] - 26:18, 59:2, 59:5
**handed** [2] - 58:15, 78:7
**handing** [2] - 22:22, 61:7
**hands** [1] - 41:10
**handwritings** [1] - 68:11
**handwritten** [1] - 68:5
**happy** [2] - 4:15, 5:1
**harassed** [8] - 50:22, 51:2, 53:21, 54:2, 54:22, 65:4, 65:11, 94:17
**harassing** [5] - 53:14, 55:9, 63:2, 95:4, 95:10
**harder** [1] - 77:4
**harmed** [2] - 70:16
**Hartford** [1] - 97:17
**hashtag** [1] - 28:5
**head** [2] - 3:13, 5:6
**health** [1] - 87:3
**hear** [4] - 4:14, 59:14, 60:8, 79:21
**heard** [2] - 4:17, 79:13
**hearing** [3] - 6:17, 59:21, 60:11
**heart** [2] - 89:2, 89:5
**hereby** [1] - 99:1
**HEREBY** [1] - 100:5
**high** [4] - 13:3, 13:6, 73:18, 74:3
**highest** [1] - 73:20
**HILLER** [2] - 1:18, 2:1
**Hiller** [1] - 83:3
**history** [2] - 17:12, 72:3
**hmm** [18] - 3:3, 3:6, 3:14, 4:6, 4:18, 10:3, 20:5, 20:21, 23:1, 26:21, 36:22, 49:3, 67:23, 68:20, 72:2, 77:7, 83:16, 91:11
**hold** [4] - 14:3, 16:7, 17:20, 19:20
**home** [10] - 11:5, 30:10, 32:8, 36:4, 37:8, 39:22, 39:23, 41:19, 41:22, 87:22
**Honeywell** [2] - 16:22, 17:5
**Houghton** [1] - 14:8

**house** [23] - 12:18, 24:15, 24:21, 25:1, 25:4, 25:12, 30:16, 35:15, 44:3, 45:15, 52:20, 52:23, 53:19, 54:8, 54:10, 54:16, 55:8, 64:12, 81:13, 81:16, 82:6, 91:18, 93:7
**houses** [1] - 60:13
**humiliation** [1] - 79:11
**hypertension** [11] - 70:19, 71:3, 72:1, 72:3, 72:7, 72:16, 75:18, 87:10, 88:3, 88:5, 89:1

**I**

**idea** [2] - 50:3, 50:5
**identical** [1] - 41:15
**Identification** [9] - 18:21, 22:16, 26:10, 56:20, 67:16, 78:1, 84:13, 91:4, 96:15
**identify** [2] - 82:20, 83:12
**identity** [1] - 64:5
**Ilecki** [57] - 3:2, 22:13, 23:7, 23:9, 24:18, 25:6, 25:15, 27:7, 28:11, 28:22, 29:4, 29:7, 31:1, 32:18, 33:1, 34:19, 35:9, 37:22, 39:6, 42:20, 43:7, 43:21, 44:7, 45:23, 46:10, 46:21, 46:22, 47:5, 49:16, 49:22, 50:16, 51:23, 52:5, 54:20, 58:22, 63:18, 64:1, 64:16, 64:22, 66:4, 66:9, 66:13, 66:17, 66:23, 67:4, 67:7, 67:9, 70:3, 75:9, 81:19, 81:23, 83:6, 92:13, 93:20, 94:1, 94:22, 95:9
**ILECKI** [1] - 1:11
**Ilecki's** [5] - 26:15, 66:23, 70:12, 71:20, 95:4
**important** [2] - 3:12, 3:20
**impression** [3] - 52:7, 52:16, 52:17
**IN** [1] - 1:5
**incident** [1] - 77:12
**incorrect** [1] - 43:2

**incurred** [6] - 20:17, 20:23, 21:17, 71:19, 92:18
**independent** [1] - 58:23
**INDEX** [2] - 101:1, 102:1
**indicated** [1] - 64:21
**individual** [4] - 21:10, 22:2, 22:4, 22:6
**individuals** [2] - 20:10, 83:6
**industry** [1] - 33:15
**information** [13] - 5:9, 20:9, 20:15, 24:5, 34:16, 64:10, 64:13, 64:17, 82:21, 83:7, 84:22, 85:10, 94:20
**initial** [3] - 9:7, 9:9, 9:14
**injuries** [3] - 70:11, 80:4
**injury** [1] - 82:15
**insomnia** [2] - 76:17, 76:19
**instance** [3] - 7:13, 75:1, 75:2
**instances** [4] - 34:1, 39:13, 73:11, 73:17
**instead** [2] - 3:21, 84:8
**interaction** [2] - 66:8, 92:13
**interactions** [1] - 32:17
**interesting** [1] - 16:17
**interrogatories** [4] - 6:1, 78:3, 78:18, 101:13
**interrogatory** [9] - 78:23, 79:2, 80:3, 82:19, 82:20, 83:11, 83:12, 83:19, 84:9
**interrupt** [1] - 4:10
**involved** [1] - 58:4
**issue** [12] - 21:7, 70:12, 75:3, 75:13, 76:2, 80:5, 81:21, 82:2, 82:16, 83:8, 88:4, 92:1
**itself** [2] - 34:4, 37:21

**J**

**January** [1] - 73:5
**job** [1] - 11:17
**joined** [1] - 11:13

**JOSEPH** [4] - 1:1, 1:16, 99:7, 102:3
**jot** [2] - 44:22, 45:1
**jotted** [2] - 45:4, 45:5
**Jr** [57] - 7:13, 7:14, 20:16, 20:23, 21:11, 22:2, 22:19, 23:14, 24:14, 24:20, 25:1, 25:5, 25:16, 25:20, 27:16, 29:19, 30:6, 30:10, 33:5, 33:12, 33:17, 33:21, 34:3, 34:12, 37:15, 39:12, 43:9, 46:13, 47:23, 49:1, 51:13, 52:2, 52:9, 53:6, 53:12, 53:18, 55:5, 57:9, 57:13, 57:21, 62:10, 64:22, 67:19, 80:17, 81:3, 81:7, 81:12, 81:15, 81:20, 82:1, 92:5, 92:17, 93:1, 94:2, 98:5, 101:5, 101:11
**judgment** [9] - 22:20, 24:8, 57:18, 57:19, 57:20, 58:9, 91:5, 101:6, 101:17
**Julia** [5] - 8:4, 8:5, 8:17, 8:20, 10:21
**Julie** [1] - 12:19
**jump** [2] - 4:2, 92:23
**June** [7] - 56:6, 63:6, 64:20, 65:15, 66:5, 66:12, 70:6
**junior** [2] - 20:12, 28:1, 62:20, 62:21
**jury** [2] - 18:22, 101:3

**K**

**Karen** [6] - 26:17, 27:12, 27:15, 34:19, 35:18, 62:10
**KB** [1] - 62:22
**keep** [4] - 60:17, 74:11, 87:9, 87:18
**keeping** [1] - 3:16
**keeps** [1] - 49:12
**Kenneth** [1] - 83:3
**KENNETH** [2] - 1:18, 2:1
**kept** [6] - 35:10, 45:14, 54:16, 80:21, 94:19, 94:20
**Kim** [2] - 88:13, 88:23
**kind** [3] - 11:9, 61:4, 70:15

5

knocked [1] - 40:4
knowledge [7] -
18:16, 23:8, 23:11,
23:12, 66:11, 82:21,
83:7
known [1] - 7:4
knows [3] - 17:2,
32:1, 60:5
Kristian [5] - 45:8,
48:12, 48:23, 50:6,
55:11

## L

lab [1] - 16:5
labeled [1] - 85:20
laboratory [1] - 19:8
Lafayette [4] - 46:3,
46:12, 46:22, 47:8
last [10] - 28:3, 28:4,
28:15, 28:18, 29:15,
78:11, 91:20, 91:22,
96:6, 97:22
LAW [2] - 1:18, 2:1
law [5] - 6:2, 26:3,
31:9, 31:15, 47:7
lawsuit [10] - 6:11,
58:5, 66:18, 75:4,
75:14, 76:2, 87:23,
89:8, 90:22, 92:2
lawyer [1] - 80:23
lead [1] - 60:3
least [7] - 51:15,
53:2, 53:5, 53:17,
55:3, 80:16, 90:12
left [6] - 17:8, 17:9,
41:1, 41:11, 44:3,
97:4
legal [1] - 71:21
letter [46] - 22:13,
23:5, 23:6, 25:7,
25:10, 25:11, 25:23,
30:14, 30:15, 32:13,
32:16, 32:21, 33:9,
35:14, 35:20, 37:8,
38:17, 38:19, 40:2,
40:16, 40:22, 41:7,
41:9, 42:8, 42:13,
42:15, 42:17, 42:23,
43:16, 46:6, 48:6,
48:7, 51:15, 52:18,
54:5, 54:13, 54:15,
55:3, 68:4, 76:8, 76:9,
81:10, 94:23, 95:2,
95:5, 95:7
Letter [4] - 22:17,
67:17, 101:4, 101:10
lettering [1] - 68:15
letters [18] - 24:12,
24:13, 24:23, 30:3,

42:9, 42:13, 42:18,
44:18, 45:6, 45:10,
46:6, 49:12, 52:23,
53:4, 54:10, 83:20,
84:3, 94:20
Liberty [1] - 2:6
lic [1] - 62:23
LIC [1] - 62:23
license [6] - 29:5,
29:9, 49:14, 62:23,
63:11, 63:18
life [3] - 3:14, 7:2,
11:3
line [2] - 53:21, 98:5
lines [1] - 52:13
links [1] - 94:2
listed [3] - 83:18,
92:5, 93:2
listen [1] - 85:4
listened [1] - 95:15
Litchke [1] - 31:10
live [7] - 10:7, 10:17,
10:21, 11:1, 53:16,
53:17, 85:1
lived [16] - 7:1, 9:19,
10:4, 10:10, 10:14,
11:11, 11:13, 11:20,
12:15, 12:22, 22:9,
64:11, 84:22, 97:10,
97:16, 97:20
lives [3] - 27:22,
62:20, 85:11
LLC [5] - 23:20,
27:17, 49:2, 57:13,
62:11
LLP [2] - 1:11, 2:5
located [1] - 88:19
log [5] - 27:5, 34:15,
48:17, 62:8, 74:11
look [29] - 5:19, 5:21,
6:3, 19:18, 20:3, 23:2,
23:13, 23:22, 26:20,
27:9, 27:10, 27:19,
34:14, 38:10, 48:16,
56:4, 57:4, 60:23,
62:8, 74:7, 78:6, 79:9,
82:18, 84:20, 85:16,
86:23, 89:22, 94:8
looked [4] - 53:5,
80:16, 81:10, 93:13
looking [8] - 33:4,
33:16, 34:11, 34:17,
50:16, 52:1, 82:11,
97:18
looks [2] - 97:1,
97:16
loud [4] - 20:8,
23:23, 27:21, 59:14

## M

M.J [11] - 20:17,
21:1, 21:15, 21:18,
23:20, 27:16, 49:2,
51:16, 57:13, 58:5,
62:11
machine [1] - 100:8
mail [4] - 38:14, 41:3,
42:10, 43:22
mailbox [2] - 41:2,
41:12
mailed [6] - 24:14,
24:21, 42:21, 42:22,
43:8, 43:23
mailing [5] - 41:9,
42:21, 43:8, 43:21,
45:22
mailings [2] - 39:11,
45:22
maintained [1] - 27:6
male [1] - 58:19
manner [1] - 100:8
March [12] - 39:2,
39:3, 39:4, 39:10,
39:18, 47:14, 47:19,
48:14, 49:21, 52:6,
55:13, 69:11
mark [10] - 18:20,
22:15, 26:9, 56:18,
67:14, 77:22, 84:12,
91:3, 96:5, 96:12
Mark [1] - 88:13
marked [18] - 18:21,
19:17, 22:16, 22:23,
25:10, 26:10, 26:19,
56:20, 57:3, 67:16,
67:22, 78:1, 84:13,
91:4, 91:9, 91:10,
96:15, 96:21
married [3] - 7:18,
7:21, 7:23
MARY [2] - 1:20,
100:18
matter [5] - 51:6,
80:21, 85:10, 85:14,
90:3
mean [7] - 25:6,
38:12, 52:18, 60:8,
68:14, 70:13, 70:19
means [2] - 72:16,
100:8
Medical [2] - 88:20,
89:16
medical [9] - 72:5,
74:23, 75:7, 75:12,
77:17, 87:3, 87:19,
87:21, 89:19
medicated [1] -
72:12

medication [1] -
73:15
medications [1] -
6:19
Melissa [5] - 22:18,
67:18, 79:14, 101:5,
101:11
members [1] - 12:16
mental [1] - 87:3
mention [1] - 75:5
mentioned [5] - 3:1,
64:11, 71:23, 75:23,
87:9
met [2] - 2:23, 5:13
middle [6] - 5:8, 9:7,
9:9, 9:13, 57:17,
97:18
might [4] - 6:20,
32:13, 87:22, 92:11
military [1] - 18:10
mind [3] - 26:19,
71:8, 92:16
minute [3] - 18:23,
40:20
minutes [2] - 2:23,
94:8
misdemeanor [1] -
18:13
MO [1] - 28:6
moment [1] - 89:3
morning [5] - 2:21,
2:22, 74:4, 74:6, 74:7
mortgage [1] - 91:18
most [1] - 65:13
moved [3] - 11:3,
11:4, 11:21
moves [1] - 11:18
MR [49] - 2:13, 2:19,
18:20, 19:1, 22:15,
22:21, 26:9, 26:12,
36:16, 36:18, 56:18,
57:1, 67:14, 67:20,
77:22, 78:4, 81:4,
81:8, 82:3, 82:9, 84:7,
84:10, 84:18, 91:2,
91:7, 94:7, 94:10,
94:11, 94:14, 95:17,
95:21, 95:22, 96:1,
96:3, 96:8, 96:9,
96:11, 96:12, 96:14,
96:18, 97:23, 98:1,
98:2, 98:3, 98:10,
98:11, 98:12, 102:3,
102:4
multiple [3] - 31:12,
31:18, 31:21

## N

name [14] - 7:5, 7:7,

7:10, 7:12, 7:14, 7:16,
7:17, 8:3, 8:9, 9:17,
12:9, 12:21, 88:13,
89:13
name's [1] - 3:1
named [4] - 12:18,
20:10, 20:23, 21:20
names [1] - 8:14
near [3] - 35:5,
55:17, 65:21
necessarily [1] -
76:14
need [1] - 4:23
negatively [2] -
66:22, 67:9
neighbors [2] -
59:14, 79:12
nervous [4] - 75:22,
79:4, 87:5, 89:20
nervousness [7] -
71:1, 75:17, 77:6,
77:9, 77:11, 77:14,
79:12
never [25] - 7:15,
7:17, 15:9, 23:10,
30:3, 33:13, 40:21,
41:10, 42:8, 46:6,
47:17, 48:6, 55:7,
58:4, 58:8, 62:23,
63:10, 63:12, 63:15,
71:9, 71:13, 81:19,
81:23, 97:20
NEW [2] - 1:6, 100:1
New [8] - 1:19, 2:3,
2:7, 2:16, 6:23, 7:1,
97:17, 100:6
next [22] - 3:20, 4:11,
13:13, 14:7, 27:20,
35:7, 35:13, 38:8,
39:5, 49:7, 49:8,
55:20, 55:21, 62:17,
67:15, 74:7, 77:23,
83:17, 84:12, 84:20,
85:16, 91:3
night [4] - 70:21,
75:19, 76:1, 76:14
nights [1] - 14:9
nobody [2] - 17:2,
95:14
normal [1] - 73:2
North [2] - 1:18, 2:2
Notary [3] - 1:21,
100:5, 100:19
note [7] - 28:5,
69:10, 69:21, 70:2,
70:5, 92:23
noted [1] - 56:5
notes [15] - 6:2,
38:10, 44:17, 44:22,
45:1, 45:3, 45:5,

45:17, 68:6, 68:18,
74:8, 74:11, 87:10,
87:18, 94:9
  **nothing** [3] - 24:21,
90:10, 100:15
  **notice** [8] - 22:19,
24:2, 37:5, 37:9,
37:21, 68:10, 69:20,
101:6
  **notices** [2] - 46:14,
46:19
  **notification** [6] -
36:6, 36:8, 36:12,
36:20, 47:11, 48:10
  **notifications** [8] -
44:18, 44:19, 45:5,
47:4, 47:10, 47:21,
55:4, 86:13
  **Number** [3] - 97:1,
97:5, 97:11
  **number** [27] - 27:16,
28:4, 28:13, 28:23,
29:1, 32:3, 49:1,
49:14, 64:2, 64:8,
78:23, 79:2, 80:3,
82:19, 83:11, 83:19,
84:8, 84:9, 85:6, 86:6,
86:8, 86:21, 87:1,
89:23, 97:13, 97:23

**O**

  **o'clock** [1] - 74:2
  **objection** [3] - 81:4,
82:3, 90:14
  **obligor** [2] - 22:20,
101:6
  **obtained** [1] - 24:5
  **occasion** [2] - 7:23,
73:21
  **occasions** [1] - 77:3
  **occurred** [2] - 65:12,
65:21
  **October** [4] - 1:19,
6:23, 49:11, 99:4
  **OF** [5] - 1:6, 1:18,
2:1, 100:1, 100:3
  **offense** [1] - 18:13
  **Office** [2] - 92:22,
93:16
  **office** [20] - 26:15,
27:3, 27:22, 36:21,
38:3, 38:5, 40:9,
42:14, 46:8, 46:20,
47:4, 47:10, 47:18,
47:22, 48:11, 49:10,
49:12, 62:7, 62:19,
91:14
  **OFFICES** [2] - 1:18,
2:1

  **often** [1] - 76:13
  **old** [2] - 9:3, 9:5
  **omission** [1] - 83:13
  **once** [1] - 25:22
  **one** [37] - 3:15, 3:21,
7:23, 8:2, 9:16, 19:5,
20:11, 24:13, 31:2,
31:9, 31:10, 32:1,
38:20, 39:21, 39:22,
41:19, 42:21, 43:8,
44:15, 44:21, 46:3,
46:6, 47:11, 47:12,
47:14, 47:15, 56:7,
56:19, 59:23, 61:3,
67:14, 69:3, 71:3,
73:11, 85:18, 96:6
  **one's** [2] - 68:14,
68:15
  **ones** [2] - 46:7, 71:8
  **open** [3] - 25:10,
41:8, 61:23
  **opened** [3] - 43:1,
48:6, 62:3
  **opposed** [1] - 25:19
  **oral** [1] - 38:13
  **orally** [2] - 22:7,
28:22
  **order** [2] - 56:22,
101:9
  **organizations** [2] -
31:12, 31:19
  **otherwise** [2] - 4:16,
38:14
  **outside** [6] - 59:19,
59:21, 60:1, 60:4,
79:19, 79:22
  **Overbeck** [5] -
22:18, 67:18, 79:14,
101:5, 101:11
  **overly** [1] - 90:15
  **owe** [6] - 46:18,
51:19, 52:19, 54:11,
70:23, 83:21
  **owed** [3] - 54:13,
80:10, 81:3
  **own** [2] - 12:1, 62:4

**P**

  **p.m** [1] - 98:13
  **page** [14] - 20:4,
27:9, 48:19, 56:5,
62:9, 69:10, 78:11,
78:23, 82:19, 83:18,
86:6, 87:1, 89:23,
97:22
  **Page** [2] - 101:2,
102:2
  **pages** [6] - 26:11,
56:23, 83:11, 99:2,

101:7, 101:9
  **paid** [1] - 80:10
  **pain** [1] - 89:10
  **paper** [5] - 37:7,
39:19, 61:21, 92:6,
92:10
  **papers** [1] - 62:20
  **paragraph** [7] - 20:4,
20:9, 20:15, 23:22,
24:7, 57:17, 57:18
  **paragraphs** [1] -
21:6
  **parenthesis** [1] -
28:5
  **part** [3] - 28:23, 64:7,
91:22
  **partial** [1] - 85:6
  **party** [1] - 6:10
  **past** [4] - 12:16,
12:23, 31:13, 34:12
  **PAUL** [1] - 2:6
  **Paul** [1] - 3:1
  **paw@connorsllp.
com** [1] - 2:8
  **people** [5] - 30:1,
30:23, 31:12, 34:5,
80:12
  **per** [1] - 62:22
  **period** [4] - 7:20,
10:23, 17:3, 39:8
  **person** [8] - 32:16,
32:22, 33:10, 58:1,
65:3, 80:9, 80:21,
82:10
  **Peterson** [11] -
20:17, 21:1, 21:15,
21:18, 23:20, 27:16,
49:2, 51:16, 57:13,
58:5, 62:11
  **phone** [25] - 32:16,
32:21, 33:9, 35:2,
35:17, 37:3, 38:15,
38:19, 39:9, 39:15,
39:17, 45:2, 50:9,
50:14, 51:7, 55:15,
55:18, 65:17, 66:12,
70:19, 70:20, 72:21,
85:4, 94:20, 95:13
  **physical** [1] - 70:14
  **physically** [3] - 35:4,
55:17, 65:21
  **piece** [3] - 37:7, 92:6,
92:10
  **pieces** [1] - 39:19,
61:20
  **Pierce** [1] - 19:4
  **place** [2] - 19:3,
88:22
  **placed** [1] - 43:21
  **Plaintiff** [15] - 1:8,

1:16, 2:4, 20:11,
20:13, 20:16, 79:4,
83:1, 83:2, 83:13,
83:20, 83:21, 83:22,
87:6, 90:2
  **Plaintiff's** [5] - 78:2,
84:14, 85:20, 101:12,
101:14
  **Plaintiffs's** [1] - 90:1
  **plan** [1] - 90:11
  **point** [17] - 6:5,
11:19, 50:21, 51:8,
53:3, 53:5, 54:23,
55:9, 60:3, 60:6, 62:3,
63:17, 63:19, 63:20,
63:23, 64:6, 90:12
  **polite** [1] - 95:15
  **pops** [1] - 5:5
  **portions** [1] - 6:7
  **position** [4] - 16:7,
17:18, 17:20, 19:7
  **possession** [1] -
90:1
  **possibility** [1] -
79:17
  **possibly** [2] - 79:13,
80:20
  **post** [10] - 36:20,
40:8, 42:14, 46:7,
46:20, 47:4, 47:10,
47:17, 47:21, 48:10
  **postal** [4] - 43:18,
44:4, 45:6, 86:14
  **Postal** [2] - 36:10,
38:21
  **practice** [2] - 88:15,
88:19
  **prepare** [2] - 5:12,
5:22
  **presence** [1] -
100:10
  **present** [2] - 9:19,
87:6
  **pressure** [8] - 72:18,
72:23, 73:3, 73:9,
73:18, 74:12, 75:8,
87:12
  **pretty** [2] - 60:13,
64:19
  **previous** [2] - 16:15,
34:1
  **Procedure** [1] - 1:17
  **process** [6] - 46:15,
58:23, 60:16, 61:6,
61:17, 79:13
  **produce** [4] - 38:4,
80:12, 86:8, 86:13
  **produced** [4] - 27:6,
38:2, 44:14, 87:15
  **production** [3] -

84:16, 85:21, 101:15
  **program** [2] - 13:15,
15:3
  **proof** [8] - 42:20,
43:7, 43:10, 64:5,
85:2, 85:3, 85:5,
85:13
  **property** [1] - 12:2
  **provider** [1] - 75:7
  **providers** [2] -
74:23, 89:19
  **providing** [1] - 2:11
  **psychological** [3] -
70:13, 80:4, 82:15
  **Public** [3] - 1:21,
100:5, 100:19
  **purchase** [1] - 12:6
  **purchased** [1] - 12:8
  **purpose** [1] - 24:6
  **pursuant** [2] - 1:16,
24:2
  **pursue** [3] - 13:10,
13:13, 14:4
  **put** [1] - 93:18

**Q**

  **questions** [5] - 3:4,
3:11, 94:15, 95:23,
98:11
  **quick** [1] - 95:23
  **quite** [2] - 30:17,
75:21

**R**

  **R-I-E-G-L-E** [1] -
89:14
  **rang** [1] - 40:4
  **range** [1] - 60:11
  **rather** [1] - 3:13
  **read** [18] - 6:7, 20:6,
20:7, 20:20, 23:23,
24:1, 24:10, 25:14,
27:20, 27:21, 28:7,
29:13, 49:8, 49:18,
62:16, 62:17, 63:3,
99:1
  **reading** [1] - 20:7
  **ready** [1] - 94:15
  **real** [2] - 52:1, 52:8
  **realize** [2] - 54:21,
54:22
  **realized** [3] - 25:18,
48:2, 50:15
  **really** [4] - 15:7,
18:1, 75:18, 76:9
  **reason** [6] - 43:13,
43:20, 69:22, 70:8,
92:2, 93:19

**REC** [1] - 28:1
**rec** [1] - 29:14
**receipt** [5] - 41:13, 41:15, 41:16, 43:15, 44:3
**receipts** [2] - 44:10, 44:11
**receive** [8] - 34:10, 36:5, 39:10, 42:23, 43:11, 46:8, 72:5, 88:5
**received** [24] - 23:5, 24:18, 24:23, 25:7, 29:14, 29:18, 29:22, 30:3, 30:14, 33:20, 36:20, 38:13, 41:9, 44:18, 45:6, 46:7, 46:19, 47:4, 48:10, 63:1, 68:4, 71:11, 72:10, 85:13
**receiving** [3] - 28:2, 29:14, 45:12
**recently** [2] - 89:6, 89:10
**recess** [1] - 94:13
**recognize** [7] - 19:20, 19:22, 23:4, 25:14, 57:5, 68:1, 91:12
**recollection** [3] - 28:10, 29:18, 49:21
**record** [8] - 3:16, 34:23, 36:17, 38:2, 55:10, 65:14, 84:7, 97:19
**records** [4] - 44:23, 80:12, 87:4, 87:21
**reduced** [1] - 100:10
**refer** [2] - 21:6, 21:10
**reference** [1] - 21:5
**referenced** [2] - 58:2, 84:3
**referred** [2] - 20:18
**referring** [3] - 62:14, 64:15, 79:10
**refresh** [1] - 29:17
**refused** [1] - 40:2
**regard** [2] - 87:18, 94:17
**regarding** [5] - 23:19, 32:11, 34:2, 79:12, 87:10
**regular** [1] - 73:1
**regularly** [2] - 88:5, 88:10
**rejected** [1] - 45:7
**relate** [1] - 87:22, 90:22
**related** [6] - 21:20, 22:1, 22:3, 47:5,

**77**:11, 89:7
**relating** [1] - 29:19
**relation** [3] - 39:1, 56:13, 92:8
**relative** [1] - 100:15
**relevant** [3] - 82:22, 83:7, 90:3
**rely** [1] - 90:11
**remained** [1] - 74:1
**remember** [18] - 5:4, 6:4, 6:9, 6:18, 12:21, 31:11, 33:18, 38:16, 40:5, 41:5, 42:1, 42:7, 50:8, 61:3, 61:4, 61:10, 64:14, 92:8
**removed** [1] - 21:23
**rental** [1] - 97:19
**rented** [1] - 97:5
**repeat** [1] - 4:16
**rephrase** [3] - 4:16, 67:1, 71:11
**report** [1] - 100:7
**REPORTER** [1] - 2:10
**reporter** [2] - 3:16, 4:4
**represent** [2] - 3:1, 27:4
**representative** [1] - 18:4
**request** [8] - 86:7, 86:15, 86:18, 86:21, 87:1, 87:2, 89:22, 89:23
**requests** [4] - 84:15, 85:21, 87:1, 101:15
**requirement** [1] - 15:18
**requirements** [1] - 15:9
**research** [3] - 17:19, 17:23, 18:1
**residence** [1] - 97:19
**resolve** [2] - 34:4, 52:20
**respect** [2] - 4:8, 4:9
**respond** [3] - 25:22, 48:9, 62:6
**Response** [2] - 78:2, 101:12
**response** [14] - 38:17, 60:15, 60:18, 71:10, 71:16, 79:10, 80:2, 83:1, 83:17, 83:19, 84:14, 85:20, 86:14, 101:14
**responses** [1] - 78:18
**responsive** [1] - 86:18

**rest** [1] - 60:20
**restraining** [2] - 56:22, 101:9
**result** [7] - 70:11, 71:20, 75:13, 77:17, 79:5, 80:5, 82:15
**retained** [1] - 101:21
**retire** [1] - 15:17
**retired** [1] - 15:16
**retirement** [1] - 17:16
**Riegel** [1] - 89:13
**rise** [1] - 72:17
**RMR** [2] - 1:21, 100:18
**Road** [9] - 2:16, 9:23, 11:21, 22:10, 22:13, 27:23, 43:9, 93:7, 97:17
**role** [1] - 16:2
**room** [2] - 35:4, 65:20
**RPR** [2] - 1:21, 100:18
**rude** [2] - 95:12, 95:14
**rules** [1] - 3:10
**Rules** [1] - 1:17
**running** [1] - 16:5

**S**

**sake** [1] - 3:15
**sandrews@ kennethhiller.com** [1] - 2:4
**satisfy** [3] - 34:8, 81:21, 82:1
**saw** [5] - 25:9, 25:23, 40:21, 47:17, 92:4
**school** [2] - 13:4, 13:6
**SCHULZE** [2] - 1:21, 100:18
**science** [2] - 14:10, 14:11
**second** [8] - 20:4, 36:16, 38:15, 39:17, 39:20, 39:22, 41:15, 69:21
**sections** [1] - 83:18
**Security** [11] - 28:13, 28:16, 28:23, 29:1, 29:4, 29:9, 63:21, 64:2, 64:8, 85:6, 97:13

**see** [15] - 15:21, 27:2, 27:14, 27:17, 56:1, 60:7, 74:8, 79:21, 88:10, 89:1, 89:12, 97:2, 97:6, 98:4, 98:6
**seeing** [4] - 59:18, 78:15, 89:2, 89:5
**self** [1] - 18:8
**self-employed** [1] - 18:8
**send** [11] - 22:13, 29:4, 29:9, 35:14, 49:13, 52:21, 62:22, 63:10, 63:18, 63:20, 64:4
**sender** [1] - 42:18
**sending** [2] - 45:14, 83:19
**sense** [2] - 21:8, 67:2
**sent** [15] - 23:10, 30:15, 32:13, 33:20, 33:21, 42:10, 42:18, 43:10, 51:11, 51:12, 53:2, 63:1, 66:13, 85:2, 94:23
**separate** [3] - 42:13, 89:8, 92:2
**September** [3] - 9:21, 10:5, 78:12
**served** [9] - 55:21, 56:14, 56:17, 57:6, 58:13, 59:13, 61:19, 62:19, 79:13
**server** [6] - 58:14, 58:23, 60:16, 61:6, 61:17, 79:13
**Service** [2] - 36:10, 38:21
**service** [8] - 18:2, 18:4, 43:18, 44:4, 45:6, 86:9, 86:10, 86:14
**serving** [1] - 83:22
**set** [5] - 78:3, 84:15, 85:21, 101:13, 101:15
**SETH** [1] - 2:1
**Seth** [1] - 83:2
**Seth's** [1] - 27:3
**seven** [3] - 28:3, 29:15, 30:18
**several** [2] - 11:4, 16:13
**Sharon** [1] - 31:9
**sheet** [3] - 26:11, 27:6, 101:7
**shorthand** [1] - 100:9
**show** [2] - 19:16, 40:16

**showing** [4] - 57:2, 67:21, 91:9, 96:20
**sign** [1] - 61:9
**Signal** [2] - 16:21, 17:4
**signature** [4] - 98:4, 98:5, 98:6, 98:8
**signed** [1] - 79:14
**similar** [1] - 77:13
**simply** [2] - 84:23, 85:12
**six** [2] - 28:3, 29:15, 30:18
**size** [1] - 58:19
**sleep** [4] - 76:23, 77:1, 77:4, 89:20
**sleeplessness** [1] - 71:1
**slightly** [1] - 68:10
**slip** [1] - 4:22
**small** [1] - 16:5
**Social** [11] - 28:12, 28:16, 28:23, 29:1, 29:4, 29:9, 63:20, 64:1, 64:8, 85:6, 97:13
**solicitations** [1] - 33:21
**someone** [24] - 8:20, 20:23, 25:4, 25:16, 33:4, 33:15, 35:20, 40:3, 40:6, 40:8, 41:11, 50:16, 53:11, 53:14, 54:1, 60:4, 60:8, 70:22, 79:19, 80:20, 94:1, 94:2, 94:5, 94:6
**sometime** [1] - 69:6
**sometimes** [1] - 76:3
**somewhere** [1] - 43:14
**son** [3] - 10:9, 11:1, 11:10
**sorry** [5] - 8:21, 16:10, 40:20, 46:16, 84:10
**sort** [6] - 3:10, 13:15, 15:3, 36:5, 53:20, 74:11
**sorts** [1] - 71:2
**sought** [2] - 75:11, 77:17
**sound** [1] - 30:18
**sounds** [1] - 31:18
**speaking** [1] - 69:8
**specific** [1] - 60:6
**specifically** [2] - 64:21, 89:7
**spelling** [1] - 12:12
**spoken** [1] - 66:22,

67:8
  **Square** [4] - 46:3, 46:12, 46:22, 47:8
  **ss** [1] - 100:2
  **SS** [2] - 28:5, 49:14
  **stapled** [1] - 56:19
  **started** [2] - 17:6, 50:21
  **starting** [1] - 4:20
  **starts** [1] - 57:17
  **STATE** [1] - 100:1
  **state** [2] - 79:4, 87:5
  **State** [1] - 100:6
  **States** [1] - 36:10
  **STATES** [1] - 1:5
  **states** [2] - 79:2, 83:1
  **stay** [1] - 17:13
  **Stevens** [1] - 19:4
  **still** [3] - 11:15, 48:19, 74:3
  **stomach** [1] - 71:1
  **stood** [1] - 61:5
  **strange** [2] - 17:12, 61:2
  **strike** [5] - 10:13, 30:12, 48:2, 53:3, 65:9
  **stuff** [2] - 28:3, 29:15
  **subject** [2] - 20:19, 90:3
  **subpoena** [19] - 55:22, 56:14, 57:6, 57:8, 58:12, 59:3, 59:6, 61:19, 71:10, 71:16, 73:12, 76:11, 79:14, 81:10, 83:22, 84:3, 86:10, 95:3, 95:8
  **Subpoena** [2] - 56:21, 101:8
  **subpoenas** [1] - 82:6
  **suffer** [2] - 76:19, 77:5
  **suffered** [3] - 70:10, 76:17, 79:11
  **suffering** [1] - 70:18
  **suffix** [1] - 7:10
  **suggest** [2] - 43:2, 51:23
  **suggested** [1] - 52:14
  **suggesting** [2] - 84:22, 85:11
  **suggests** [1] - 43:12
  **Suite** [2] - 1:19, 2:2
  **supervisor** [2] - 16:3, 17:22
  **supplement** [1] - 5:7
  **supply** [1] - 4:2

  **switch** [1] - 96:1
  **sworn** [2] - 2:17, 100:13

  **T**

  **technical** [2] - 18:1, 18:4
  **technician** [1] - 19:11
  **technology** [3] - 13:17, 16:3, 16:5
  **tecum** [2] - 56:21, 101:8
  **telephone** [8] - 27:17, 32:7, 49:4, 49:21, 56:6, 56:14, 62:11, 62:13
  **testified** [3] - 2:17, 6:13, 6:16
  **testify** [1] - 100:14
  **testimony** [1] - 99:3
  **that'll** [1] - 12:14
  **THE** [6] - 1:5, 2:10, 18:23, 81:6, 82:5, 95:20
  **themselves** [1] - 44:19
  **therapy** [1] - 87:3
  **thesis** [1] - 15:9
  **thinking** [2] - 75:20, 76:1
  **three** [9] - 26:11, 31:22, 31:23, 33:7, 56:22, 74:21, 95:1, 101:7, 101:9
  **timeline** [1] - 11:9
  **Timon** [1] - 13:7
  **TO** [2] - 101:1, 102:1
  **today** [12] - 3:2, 5:12, 6:20, 36:12, 38:3, 80:2, 80:16, 90:8, 90:13, 92:9, 94:18, 95:19
  **tomorrow** [1] - 17:1
  **took** [4] - 6:3, 8:9, 15:18, 73:10
  **top** [5] - 46:4, 47:6, 57:12, 62:9, 97:4
  **total** [1] - 33:4
  **totally** [1] - 42:2
  **touched** [1] - 42:8
  **Transcript** [2] - 91:5, 101:17
  **transcript** [2] - 2:12, 99:3
  **treated** [1] - 89:18
  **treatment** [4] - 72:5, 75:12, 77:17, 88:5
  **trial** [5] - 1:15, 6:13,

18:22, 90:11, 101:3
  **tried** [12] - 26:3, 35:14, 37:7, 41:6, 41:18, 43:15, 44:2, 44:5, 46:8, 52:20, 64:7, 85:3
  **true** [5] - 29:2, 58:11, 77:19, 77:21, 99:2
  **truth** [4] - 43:13, 100:14, 100:15
  **try** [2] - 4:7, 4:9
  **trying** [20] - 3:21, 25:19, 45:18, 46:17, 50:19, 50:22, 51:3, 51:9, 52:7, 52:10, 53:10, 53:13, 54:1, 54:3, 54:11, 54:21, 54:23, 60:12, 70:22, 82:7
  **turn** [4] - 4:7, 71:14, 86:6, 97:21
  **turning** [1] - 64:20
  **twice** [2] - 42:15, 53:17
  **two** [20] - 8:13, 13:14, 16:8, 16:12, 20:10, 28:15, 28:19, 31:22, 31:23, 33:7, 39:12, 39:19, 42:13, 46:5, 46:14, 46:19, 47:3, 47:10, 51:1, 61:3
  **typo** [1] - 84:8

  **U**

  **U.S** [1] - 38:21
  **ultimately** [2] - 34:4, 71:9
  **uncommon** [1] - 76:21
  **under** [6] - 48:21, 69:21, 70:1, 98:4, 100:10
  **underneath** [2] - 48:23, 97:19
  **understood** [8] - 4:17, 53:23, 55:2, 55:5, 57:23, 65:2, 81:2
  **unduly** [1] - 90:15
  **UNITED** [1] - 1:5
  **United** [1] - 36:10
  **unless** [3] - 85:2, 85:12, 96:6
  **up** [17] - 11:8, 12:13, 29:10, 43:6, 53:2, 53:5, 58:14, 71:22, 74:3, 75:8, 75:19, 76:1, 76:13, 76:20,

76:21, 76:23, 96:9
  **upset** [5] - 49:11, 71:1, 76:9, 79:4, 87:5

  **V**

  **various** [1] - 35:11
  **verbal** [1] - 3:13
  **verbatim** [1] - 100:8
  **verifiable** [3] - 64:5, 85:2, 85:13
  **verify** [1] - 78:17
  **versus** [2] - 27:15, 57:13
  **violated** [1] - 83:18
  **violation** [1] - 83:14
  **violations** [1] - 79:6
  **Virginia** [1] - 11:14
  **visited** [1] - 27:3
  **voice** [2] - 59:14, 60:17
  **volunteer** [2] - 5:6, 5:8
  **vs** [1] - 1:9

  **W**

  **Wagner** [83] - 2:21, 7:8, 7:13, 7:14, 8:5, 8:6, 9:11, 9:17, 19:16, 20:11, 20:12, 20:16, 20:17, 20:23, 21:3, 21:4, 21:11, 21:21, 22:2, 22:19, 22:22, 23:14, 24:14, 24:19, 25:1, 25:5, 25:16, 25:20, 27:15, 27:16, 27:22, 29:19, 30:5, 30:10, 33:5, 33:12, 33:16, 33:21, 34:2, 34:11, 37:15, 39:12, 43:8, 46:13, 47:22, 49:1, 49:9, 49:16, 50:17, 51:12, 52:2, 52:9, 53:6, 53:11, 53:18, 55:4, 57:9, 57:13, 57:20, 62:10, 62:19, 62:22, 64:22, 67:18, 80:17, 81:2, 81:6, 81:12, 81:14, 81:20, 82:1, 92:4, 92:17, 93:1, 94:2, 98:5, 101:5, 101:11
  **willing** [1] - 29:8
  **Witness** [1] - 102:2
  **WITNESS** [4] - 18:23, 81:6, 82:5, 95:20
  **WITNESSES** [1] - 102:1
  **woken** [1] - 75:23
  **woman** [1] - 12:18
  **WOODARD** [36] - 2:6, 2:13, 2:19, 18:20, 19:1, 22:15, 22:21, 26:9, 26:12, 36:16, 36:18, 56:18, 57:1, 67:14, 67:20, 77:22, 78:4, 81:8, 82:9, 84:10, 84:18, 91:2, 91:7, 94:7, 94:11,

76:13, 76:20, 76:21, 76:23
  **ways** [1] - 35:11
  **West** [1] - 11:18
  **WESTERN** [1] - 1:6
  **Western** [1] - 7:1
  **whereas** [1] - 57:17
  **white** [1] - 58:19
  **whole** [2] - 52:18, 100:14
  **WI** [1] - 49:15
  **wife** [3] - 8:17, 8:19, 10:20
  **wife's** [1] - 8:3
  **WILLIAM** [5] - 1:1, 1:7, 1:15, 99:7, 102:3
  **William** [81] - 7:7, 7:12, 7:14, 8:15, 9:3, 9:4, 9:7, 9:11, 9:17, 11:10, 11:11, 20:10, 20:12, 20:16, 20:23, 21:3, 21:4, 21:11, 21:21, 22:2, 22:18, 23:14, 24:14, 24:19, 24:23, 25:4, 25:16, 25:20, 27:15, 27:22, 29:19, 30:5, 30:10, 33:5, 33:12, 33:16, 33:21, 34:2, 34:11, 37:15, 39:12, 43:8, 46:13, 47:22, 49:1, 49:9, 49:16, 50:17, 51:12, 52:2, 52:9, 53:6, 53:11, 53:18, 55:4, 57:9, 57:13, 57:20, 62:10, 62:19, 62:22, 64:22, 67:18, 80:17, 81:2, 81:6, 81:12, 81:14, 81:20, 82:1, 92:4, 92:17, 93:1, 94:2, 98:5, 101:5, 101:11

94:14, 95:17, 95:21,
96:1, 96:8, 96:11,
96:14, 97:23, 98:2,
98:11, 102:3
  **Woodard** [3] - 2:10,
3:1, 101:21
  **word** [2] - 84:23,
85:12
  **wow** [1] - 31:6
  **write** [1] - 68:8
  **writing** [2] - 22:6,
100:10
  **written** [3] - 46:4,
68:23, 80:2
  **wrote** [9] - 15:9,
68:12, 68:13, 68:17,
68:19, 68:22, 69:6,
69:13, 69:20

## Y

  **yard** [2] - 58:14,
58:15
  **year** [7] - 13:8,
13:22, 14:13, 15:20,
19:5, 91:20, 91:22
  **years** [13] - 11:3,
11:4, 13:14, 14:22,
16:8, 16:12, 16:13,
28:3, 29:15, 30:18,
32:3, 72:11, 74:21
  **YORK** [2] - 1:6,
100:1
  **York** [8] - 1:19, 2:3,
2:7, 2:16, 6:23, 7:1,
97:17, 100:6
  **young** [1] - 60:23
  **yourself** [5] - 20:7,
24:1, 25:11, 27:21,
62:18