# EXHIBIT N

| | |
|---|---|
| **From:** | Ken Hiller <khiller@kennethhiller.com> |
| **Sent:** | Thursday, January 19, 2017 6:29 PM |
| **To:** | Paul A. Woodard |
| **Cc:** | sandrews@kennethhiller.com |
| **Subject:** | Wagner v. Ilecki & Chiari, LLP |
| **Attachments:** | DOC011917-005.pdf; DOC011917-004.pdf; DOC011917-003.pdf |

Paul:

I have attached copies of the post office slips.  I attached the reverse sides of the slips as one document as they are not completed.

Ken Hiller

We will redeliver OR you or your agent can pick up your mail at the Post Office. *(Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):*

1. 
   a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

2. Sign Here to authorize redelivery or to authorize an agent to sign for you:

3. ☐ Redeliver *(Enter day of week.):*

   *(Allow at least two delivery days for redelivery, or go to usps.com/redelivery or call 800-275-8777 to arrange redelivery.)*

   ☐ Leave item at my address
   *(not available if you or your agent must be present)*

   *(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)*

   ☐ Refused  ☐ Forward  ☐ Return

HAMBURG POST OFFICE
5501 CAMP RD
HAMBURG NY 14075
M-F 8:30-5:00, SAT 9:00-1:00
www.usps.com/redelivery or 800-ASK-USPS (275-8777)

**Delivery Section**

| Signature | X |
| Printed Name | |
| Delivery Address | |

USPS

5293 0501 9627 6454

PS Form **3849**, July 2013 *(Reverse)*

---

We will redeliver OR you or your agent can pick up your mail at the Post Office. *(Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):*

1. 
   a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

2. Sign Here to authorize redelivery or to authorize an agent to sign for you:

3. ☐ Redeliver *(Enter day of week.):*

   *(Allow at least two delivery days for redelivery, or go to usps.com/redelivery or call 800-275-8777 to arrange redelivery.)*

   ☐ Leave item at my address
   *(not available if you or your agent must be present)*

   *(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)*

   ☐ Refused  ☐ Forward  ☐ Return

HAMBURG POST OFFICE
5501 CAMP RD
HAMBURG NY 14075
M-F 8:30-5:00, SAT 9:00-1:00
www.usps.com/redelivery or 800-ASK-USPS (275-8777)

**Delivery Section**

| Signature | X |
| Printed Name | |
| Delivery Address | |

USPS

5293 0501 9626 8947

PS Form **3849**, July 2013 *(Reverse)*

**United States Postal Service®**

## Sorry We Missed You! We ReDeliver for You

| | Today's Date | Sender's Name |
|---|---|---|
| Item is at: ☑ Post Office™ (See back) | Available for Pick-up After: Date: 3/19 Time: | For Redelivery Go to usps.com/redelivery or see reverse |

For Delivery: (Enter total number of items delivered by service type.)

For Notice Left: (Check applicable item)

- ☑ Letter
- ☐ Large envelope, magazine, catalog, etc.
- ☐ Parcel
- ☐ Perishable Item
- ☐ Other:

- ☐ Priority Mail Express™
- ☑ Certified Mail™ (Must claim within 15 days or article will be returned)
- ☐ Restricted Delivery
- ☐ Registered Mail™

- ☐ Insured Mail
- ☐ Return Receipt for Merchandise
- ☐ Adult Signature
- ☐ Signature Confirmation™

☑ If checked, you or your agent must be present at time of delivery to sign for item.

**USPS Tracking # or Article Number(s)**

**Notice Left Section**
Customer Name and Address: W. Wagner Jr
5419 Roberts Rd

Delivered By and Date

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs   Amount Due $

☐ **Final Notice:** Article will be returned to sender on 3/20

PS Form **3849**, July 2013 / usps.com   Delivery Notice/Reminder/Receipt

**United States Postal Service®**

## Sorry We Missed You! We ReDeliver for You

| Today's Date | Sender's Name |
|---|---|
| | #Lafayette St, Ste 1100 |

Item is at:
— Post Office™ (See back)

Available for Pick-up After
Date: 2-1
Time:

☐ For Redelivery
Go to *usps.com/redelivery*
or see reverse

☐ If checked, you or your agent must be present at time of delivery to sign for item.

USPS Tracking # or Article Number(s):
70001660579 6

X Letter

— Large envelope, magazine, catalog, etc.

For Delivery: (Enter total number of items delivered by service type.)

For Notice Left: (Check applicable item)
— Priority Mail          — Insured Mail
— Express™

— Parcel
X Certified Mail™        — Return Receipt for Merchandise
(Must claim within 15 days or article will be returned)

— Perishable Item
                         — Adult Signature

— Other:
— Restricted Delivery    — Signature Confirmation™
— Registered Mail™

**Notice Left Section**
Customer Name and Address
William J. Wagner, Sr.
5419 Roberts

Delivered By and Date

Article Requiring Payment
☐ Postage Due   ☐ COD   ☐ Customs   Amount Due $

☐ Final Notice: Article will be returned to sender on

PS Form **3849**, July 2013      *usps.com*      Delivery Notice/Reminder/Receipt