UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. WAGNER,

                 Plaintiff,          **NOTICE OF APPEARANCE**

    v.

                                                Docket No. 1:15-cv-00633-FPG

CHIARI & ILECKI, LLP,

                 Defendant.
_____

      PLEASE TAKE NOTICE that pursuant to Rule 83.2 of the Local Rules of Civil Procedure, Vincent E. Doyle III, Esq., hereby appears on behalf of defendant, CHIARI & ILECKI, LLP, and respectfully demands service upon him of all future pleadings, papers, and documents served in this action.

DATED:    Buffalo, New York
               August 31, 2018

                                        s/ Vincent E. Doyle III
                                       Vincent E. Doyle III, Esq.
                                       **CONNORS LLP**
                                       *Attorneys for Defendant*
                                       *Chiari & Ilecki, LLP*
                                       1000 Liberty Building
                                       Buffalo, New York 14202
                                       (716) 852-5533
                                       ved@connorsllp.com