UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER MCGRAIL,

    Plaintiff,                                                            Civil Action No. 17-CV-13624

vs.                                                                   HON. BERNARD A. FRIEDMAN

LAW OFFICES OF
MICHAEL R. STILLMAN, P.C.,

    Defendant.
_____/

## ORDER VACATING JUNE 7, 2018, ORDER

The Sixth Circuit has remanded this matter for the purpose of vacating the order issued by this Court on June 7, 2018. Accordingly,

IT IS ORDERED that the Court's June 7, 2018, order granting defendant's motion for summary judgment is vacated.

Dated: August 31, 2018          s/Bernard A. Friedman_____
Detroit, Michigan                 BERNARD A. FRIEDMAN
                                           SENIOR UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 31, 2018.

                                       s/Johnetta M. Curry-Williams_____
                                       Case Manager