UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| WILLIAM J. WAGNER | : | |
| Plaintiff, | : | Civil Action No. 1:15-cv-633-FPG |
| -v- | : | |
| CHIARI & ILECKI, LLP | | |
| Defendant. | : | |

_____

## **NOTICE OF APPEARENCE**

Please take notice that Timothy Hiller, Esq. hereby enters his appearance on behalf of Plaintiff William J. Wagner.

Respectfully submitted,

/s/ Timothy Hiller
_____
Timothy Hiller, Esq.
Law Offices of Kenneth Hiller
Attorney for Plaintiff
6000 N. Bailey Ave., Suite 1A
Amherst, New York 14226
716-564-3288
thiller@kennethhiller.com