Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. WAGNER | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 15-CV-633 |
| v. | |
| CHIARI & ILECKI, LLP | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's motion to submit additional authority is Granted; that the Court has considered the additional authority he submitted, and his motion for partial summary judgment is Denied; that the Defendant's motion for summary judgment is Granted and that judgment is entered in favor of Defendant on all claims.

Date: March 8, 2019               MARY C. LOEWENGUTH
                                  CLERK OF COURT


                                  By: s/Suzanne Grunzweig
                                      Deputy Clerk