AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| William J. Wagner | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CV-633 (FPG) |
| Chiari & Ilecki | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff William J. Wagner.

Date: 03/26/2019

/s/ Brian L. Bromberg
*Attorney's signature*

Brian L. Bromberg
*Printed name and bar number*

Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
*Address*

brian@bromberglawoffice.com
*E-mail address*

(212) 248-7906
*Telephone number*

(212) 248-7908
*FAX number*