UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WILLIAM J. WAGNER,                                :

                               Plaintiff,    :  1:15-cv-00633-FPG

  v.                                                       :  **NOTICE OF APPEAL**

CHIARI & ILECKI,                                   :

                             Defendant.  :

_____

      Notice is hereby given that William J. Wagner, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of this Court entered the 7th day of March, 2019 (ECF# 55), and the Judgment of this Court entered the 8th day of March, 2019 (ECF# 57), both of which granted Defendant's Motion for Summary Judgment, and denied Plaintiff's Motion for Summary Judgment.

Dated:  March 26, 2019

                                                  s/Kenneth R. Hiller_____
                                                  Kenneth R. Hiller, Esq.
                                                  Law Offices of Kenneth Hiller PLLC
                                                  *Attorneys for Plaintiff William J. Wagner*
                                                  6000 North Bailey Avenue, Suite 1A
                                                  Amherst, New York  14226
                                                  (716)564-3288
                                                  Email: khiller@kennethhiller.com